IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-3739 |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Agreed Motion for Extension of Time to File Responsive, state as follows:

1. Defendants' Counsel communicated with Counsel for Plaintiff by email on June 6, 2024, and Plaintiff agreed to this Motion for Extension of Time therein.

2. On May 10, 2024, Defendants were served with the lawsuit in this matter. (ECF No. 5.)

3. Defendants' Responsive Pleadings were thus due on May 31, 2024.

4. Counsel for Defendants has now filed their appearances as of June 11, 2024.

5. Defendants now request a fourteen-day extension from the May 31, deadline, up to and including June 14, 2024, to file their Responsive Pleadings in this matter.

6. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

7. Not granting an extension of time would prejudice Defendants because the current deadline will not allow sufficient time to properly prepare and submit Defendants' Responsive Pleadings.

8. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Motion for Extension of Time is granted; and
2. Defendants' Responsive Pleadings shall be filed by June 14, 2024.

                                                                   Respectfully Submitted,

                                                                   **Defendants**

By: */s/ Zachary G. Stillman*
Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that Defendant's Motion for Extension of Time to File Answer or Other Responsive Pleading was filed on June 11, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                                   */s/Zachary Stillman*
                                                                   Zachary Stillman