6/13/24, 8:17 AM  Case: 1:24-cv-03739 Document #: 12-1 Filed: 06/13/24 Page 1 of 5 PageID #:40  Individual in Custody Locator

(/IndividualInCustodyLocator) (/IndividualInCustodyLocator)



# Rogers, Kavarian K

Request Visitation Online (/Account/Login)

CLICK HERE to learn How to Send Mail to an individual in custody (https://www.cookcountysheriff.org/departments/cook-county-department-of-corrections/individual-in-custody-mail-faq/)

For MONEYGRAM
RECEIVE CODE = 1750
Account = Kavarian Rogers – # 20200402015

## Individual in Custody Information

First Name

Exhibit 1 Page 1

Kavarian

Last Name

Rogers

Current Age

26

## Jail Information

Booking Date

04/02/2020

Booking Number

20200402015

Housing Location

Division 9

## Court & Bond Information

Next Court Date

Court Location

Bond Amount

Next Court Date

07/24/2024

Court Location

Exhibit 1 Page 2

> Criminal Courts Building

Bond Amount

> *NO BOND*

## Individual in Custody Visitation Days & Hours

> SAT & SUN 8:00a - 8:00p

> MON - FRI 12:00p - 8:00p

## Requirements for Entry into the Facility:

**Identification:** All visitors must be in possession of one valid photo identification including:

- Valid Drivers License or State ID
- U.S. Military Identification Card
- Valid Passport/Visa/Consulate ID
- Valid Alien Registration Card
- Public Aid Photo ID
- Photo School ID

**Age:** Visitors 17 years of age or under must be accompanied by a parent or guardian who has been approved to visit and is visiting the same individual in custody.

**Registration:** When visiting individuals in custody, visitors must follow the visitor application process in order to get approval for visiting privileges. Once approved, visitors must use the ID that was used on your application when visiting individuals in custody.

**Search:** ALL visitors, including children, are subject to search prior to being allowed to visit any individual in custody. Prohibited items include, but are not limited to, the following: Alcohol, Electronics, Newspapers/Magazines, Books, Food, Pocket Knives, Cameras, Lighters, Syringes, Cell Phones, Matches, Tobacco Products, Drinks, Music Players, Tools, Drugs, Nail, Clippers, and Weapons.
VIOLATION OF CRIMINAL CODE **720 ILCS 5/31A-1.1** IS A FELONY PUNISHABLE UP TO 12 YEARS IN THE ILLINOIS DEPARTMENT OF CORRECTIONS

**Out-of-Town Visits:** A visitor who resides more than 150 miles away from 2600 S. California Avenue, Chicago shall be considered an out- of- town visitor (state identification required for proof). Out-of-town visitors shall follow the application process in order to get approved, which takes approximately 7 days. In the event that

Exhibit 1 Page 3

processing has not been completed, a one-time courtesy visit may be allowed (on any day, between the hours of 9 a.m. and 8 p.m.). Any further visits must be approved and take place during the individual in custody's regularly scheduled visiting days and times.

### Instructions for Bonding Out an Individual in Custody:
**Where:** Division Five, 2700 South California Avenue
**Time:** 9 AM to 9 PM Sunday through Saturday, including Holidays

If you are posting bond Monday-Friday between 8:30a.m. and 3:00p.m (excluding holidays), you may do so at the following locations:

Skokie Courthouse
Second Municipal District
5600 Old Orchard Road, Skokie 60077

Rolling Meadows Courthouse
Third Municipal District
2121 Euclid Avenue, Rolling Meadows 60008

Maywood Courthouse
Fourth Municipal District
1500 Maybrook Avenue, Maywood 60153

Bridgeview Courthouse
Fifth Municipal District
10220 South 76th Ave, Bridgeview 60455

**Methods of payment:** Cash (US currency only); NO Personal Checks, NO Money Orders, Bank or Cashier Checks only. When paying by check, the check is payable to the Clerk of the Circuit Court and must be presented during normal banking hours for verification purposes (the Clerk of the Circuit Court bonding clerk will speak with a bank employee for verification).

You may pay CASH BAIL by Credit or Debit Card. A non-refundable service fee of 2.13% will be charged. The actual payment card used and a valid photo ID are required to process the payment.

Posting of Bail Bonds by Credit Card **must** be transacted in person at the 26th and California facility.

### Bonding Procedures and Policies

### Individuals in Custody incarcerated overnight or longer.
After the individual in custody's name is recorded in the database, it should take approximately 20 minutes for the record's clerk to prepare individual in custody folder for bonding. This time frame is based on the conditions that the individual in custody is NOT in court that day and/or does not have a hold from another agency that requires additional information from the agency and a reply is needed. In those instances more time will be needed. The time needed depends on when the individual in custody returns from court and/or when the needed information is received from the other agency.

### New individual in custody
Individuals in Custody coming to the department after being arrested and attending bond court must be processed into the department before bond is posted. The time frame before bond is posted will depend on when the person is brought from court to the CCDOC and processed.

Exhibit 1 Page 4

Although every effort is made to keep the information accurate and current, it cannot be guaranteed. Users are cautioned that the information is based upon name check only and documentation the DOC received. By using this search tool, you acknowledge that you understand that it is solely your responsibility to verify any information you may obtain herein before relying on said information for any type of legal action.

Exhibit 1 Page 5