

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**CONTROL #:** 2022 X 07394
**INMATE ID #:** 754709

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡Para ser llenado solo por el personal de Inmate Services!)*

- [X] Emergency Grievance — CODE 330
- [X] Grievance
- [ ] Non-Compliant Grievance
- [ ] Cermak Health Services
- [X] Superintendent: Div 9 Supt
- [ ] Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Rogers
**PRINT - FIRST NAME** *(Primer Nombre):* Kavarian
**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 20200402015
**DIVISION** *(División):* Nine
**LIVING UNIT** *(Unidad):* 2C
**DATE** *(Fecha):* 05/08/2022

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso, O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
- La solicitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente):* 05/08/22
**REQUIRED - TIME OF INCIDENT** *(Horario del Incidente):* 7pm-11pm
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente):* Division 9 tier: 2C
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado):* Correctional officer Mr. White Badge # 18833

Chapter 4 Rights, Privileges and Services CCDOC Handout Book States that while you are housed here you have right to shower regularly and lead a Healthy lifestyle. My rights have been violated. Officer White continuously violate my rights I asked him can I stay in my room so I can wash up and clean myself do to my ▓▓▓▓▓ that is the only possible way. Staten that division 9 has no handicap asceable shower chair nor shower. He denied me and said "that's not his problem I can shower when I go home." I am asking for someone like a superint.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* Yandre Joaquin-Diaz 20210509011

**INMATE SIGNATURE:** *(Firma del Preso):* KR

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Mitchell
**SIGNATURE:** [signed]
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 5.12.22

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** M. Sanchez
**SIGNATURE:** Lt Sanchez
**DATE REVIEWED:** 12 May 22

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

Exhibit 3 Page 1



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

Mitchell

**CONTROL NUMBER:** 2022-0739U
**INMATE #:** 754709

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): Rogers
**INMATE FIRST NAME** (Primer Nombre): Kavarian
**ID Number** (# de Identificación): 2020-0402015

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 330 - Security Procedure (Misc)

**IMMEDIATE CRW RESPONSE (If applicable):** Command Staff notified.

**CRW/ REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): Div. 9 Supt

**DATE REFERRED:** 5/13/22

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Detainee can shower when dayroom hours are ran. No special hours to shower have been approved. Detainee must utilize daily dayroom hours to shower.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Lt Meller
**SIGNATURE:** [signature]
**DIV./DEPT:** 9
**DATE:** 27 May 22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): [signature]
**DATE RESPONSE WAS RECEIVED:** 6/14/22

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 6/14/22

There is no handicap accessible showers for me in Div 9. I would like to be placed in a tier/location that fits my medical needs. I need to speak to ADA

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐   No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**

Response to stand - IIC may follow-up via Request form submission addressed to ADA Compl. Officer. Original

**INMATE SERVICES DIRECTOR/DESIGNEE:** J Mueller
**SIGNATURE:** [signature]
**DATE:** 6/15/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): Delv Via COVID19
**DATE APPEAL RESPONSE WAS RECEIVED:** JUN 21 2022

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

Exhibit 3 Page 2

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
*(Formulario de Queja del Individuo bajo Custodi)*

1 of 2

**CONTROL #:** 2023x07564
**Individual in Custody SHORT #:** 754709

### THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF
*( Para ser llenado solo por el personal de IIC Services )*

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

260

- ☒ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: [illegible] DOC ADMIN

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** Rogers
**PRINT - FIRST NAME:** Kavanan
**BOOKING NUMBER:** 20200402015
**DIVISION:** 9
**LIVING UNIT:** 2C
**DATE:** 5/4/23

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance. Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

MAY 9 '23 AM 9:42

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda. El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
- El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
- El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 4-30-23 | 9:00 AM | Div 9 - 2C - | "medical Health" |

Issue is INEXcusable Neglect medical condision of my Health Extra NEED for assistance for shower's seat [redacted] my Assistance RTU has seat for shower's Extra Help I can [redacted] without proper Help bye detainee's on Living unit's shower's is hard I must be seat on floor do to my medical condision be on floor of shower not safe or Healty mode is problem As unsanitation put my self at risk Soap's As murcury from disinfeatant Sanitation I Already [redacted] have to nursing

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**

**SIGNATURE of Individual in Custody:** K R

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** VanBill
**SIGNATURE:** VanBill
**DATE CRW RECEIVED:** 5/5/23
**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

(FCN-07) (FEB 23)    (WHITE COPY – IIC SERVICES DEPT.)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

2 of 2

**CONTROL #:** 2023x07564
**Individual in Custody SHORT #:** 754709

## THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF
(Para ser llenado solo por el personal de IIC Services)

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

200

- ☒ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** Rogers
**PRINT - FIRST NAME:** Kavarian
**BOOKING NUMBER:** 20200402015
**DIVISION:** 9
**LIVING UNIT:** 2C
**DATE:** 5/4/23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
- El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
- El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| May 2023 | 9:00 | DIV 9 2C | |

My own injury from falls, need ▓▓▓▓ to walk as of medical seat for shower CCDOC Rule's "health services" as of Rights as Detainee from my medical condision for help I need these, Assistance's for my Health condision is inexcusable to CCDOC Rule's violation of rule's as neglect to my diagnostics health promblem's.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**

**SIGNATURE of Individual in Custody:** K R

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** Van Elly
**SIGNATURE:** Van Elly
**DATE CRW RECEIVED:** 5/5/23

**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

(FCN-07) (FEB 23)    (WHITE COPY – IIC SERVICES DEPT.)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTO[DY])



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

CONTROL NUMBER: 2023x07564 / 754709
PRINT: CRW LAST NAME: VanEllis

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

Individual In Custody LAST NAME: Rogers
Individual In Custody FIRST NAME: Kavarian
BOOKING ID #: 20200402015

GRIEVANCE ISSUE AS DETERMINED BY CRW: 200-medical treatment

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): ~~Cermak~~ DOC ADMIN
DATE REFERRED: 5/18/23

### RESPONSE BY PERSONNEL HANDLING REFERRAL

This issue was addressed previously in grievance # 2022x08394 from 5/27/22. Detainee Rogers is being housed according to the medical classification assigned to him by Cermak and is independent in [redacted] not requiring shower chairs or other [redacted]

PERSONNEL RESPONDING TO GRIEVANCE (Print): SABRINA GIBSON
SIGNATURE: [signed]
DIV./DEPT.: DOC/ADA
DATE: 5/23/23

INDIVIDUAL IN CUSTODY SIGNATURE: K.R.
DATE RESPONSE WAS RECEIVED: 6/2/23

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL
(Solicitud de apelación del individuo)

JUN 21 '23 AM 9:18

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
  (Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:
DATE OF APPEAL REQUEST: 6/2/23

My medical needs are not being met I havn't took a proper shower and mutiple months [redacted]

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL? Yes / **No** (circled)

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

Original Response to Stand. Please re-address alleged Mental Health issues w/ mental health

IIC SERVICES DIRECTOR/DESIGNEE: J. M[well?]
SIGNATURE: [signed]
DATE: 6/23/23

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: JUN 26 2023

(FCN-89)(AUG 22)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)

Exhibit 3 Page 5