IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-3739 |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Magistrate Judge M. David Weisman |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Unopposed Motion for Extension of Time to File Reply in Support of their Motion to Dismiss, state as follows:

1. Defendants' Counsel communicated with Counsel for Plaintiff by email on June 25, 2024, and Plaintiff's Counsel consented to this Motion for Extension of Time therein.

2. Defendants filed their Motion to Dismiss on June 12, 2024. (ECF No. 11.)

3. On June 13, 2024, Plaintiff filed his Response in Opposition to Defendants' Motion to Dismiss. (ECF No. 12.)

4. Thereafter, on June 14, 2024, this Court issued an order setting the deadline for Defendants' Reply in Support of their Motion as June 27, 2024. (ECF No. 13.)

5. Defendants now request a thirteen-day extension from the June 27, 2024, deadline, up to and including July 10, 2024, to file their Reply in Support of their Motion to Dismiss in this matter.

6. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

7. Not granting an extension of time would prejudice Defendants because the current deadline will not allow sufficient time to properly prepare and submit Defendants' Pleadings.

8. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Unopposed Motion for Extension of Time is granted; and

2. Defendants' Reply in Support of their Motion to Dismiss shall be filed by July 10, 2024.

Respectfully Submitted,

**Defendants**

By: */s/ Zachary G. Stillman*
Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that Defendant's Motion for Extension of Time to File Answer or Other Responsive Pleading was filed on June 25, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

*/s/Zachary Stillman*
Zachary Stillman