# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kavarian Rogers

                      Plaintiff,

v.                                               Case No.: 1:24–cv–03739

                                                       Honorable Mary M. Rowland

Thomas Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' unopposed motion for extension of time to file reply in support of motion to dismiss [14] is granted. Defendants' reply is due by 7/10/24. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.