IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-3739 |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

## UNOPPOSED JOINT MOTION FOR ENTRY OF A QUALIFIED PROTECTIVE ORDER

NOW COME Defendants, COOK COUNTY SHERIFF THOMAS J. DART, and COOK COUNTY, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky, LLC, and in support of this Unopposed Motion for Entry of Qualified Protective Order, state the following:

1. Defendants' counsel conferred with and received agreement from Plaintiff's Counsel regarding the entry of a Confidentiality Order related to Defendants' discovery responses.

2. Defendants' discovery responses include confidential information, as well as potentially personal information of non-party individuals.

3. The proposed Confidentiality Order is based upon the "model" Confidentiality Order on Judge Tharp's page for the Northern District of Illinois and is attached to this motion as Exhibit "A".

WHEREFORE, Defendants, COOK COUNTY SHERIFF THOMAS J. DART, and COOK COUNTY, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky, LLC, respectfully request an order entered as follows:

1. The Motion for Entry of Confidentiality Order is granted,

#369668v1

2. The Confidentiality Order is entered, and

3. Any further relief this Court deems appropriate.

                                          Respectfully submitted,
                                          */s/ Zachary G. Stillman*
                                          Zachary G. Stillman

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he electronically filed the foregoing document on July 22, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                          */s/ Zachary G. Stillman*
                                          Zachary G. Stillman