# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kavarian Rogers

                            Plaintiff,

v.                                                      Case No.: 1:24–cv–03739

                                                               Honorable Mary M. Rowland

Thomas Dart, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 23, 2024:

       MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' initial joint status report [18] and adopts the following discovery deadlines as proposed by the parties: Rule 26(a)(1) disclosures must be made by 8/16/2024; first set of written discovery requests must be issued by 9/4/2024; and fact discovery will close by 2/21/25. The Court will rule on the pending motion to dismiss by mail. On or before 9/30/24, the parties should file a joint status report updating the court on the status of discovery and whether a settlement conference would be productive. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.