IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers,<br><br>      *Plaintiff,*<br><br>      -*vs*-<br><br>Thomas Dart, Sheriff of Cook County, and Cook County, Illinois,<br><br>      *Defendants.* | )<br>)<br>)<br>)<br>)<br>)  24-cv-3739<br>)<br>)  Judge Rowland<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Rule 23(c)(1)(A) provides "[a]t an early practicable time after a person sues or is sued as a class representative, the court must determine by order whether to certify the action as a class action."

Plaintiff requests that the Court order that this case proceed as a class action and certify the following classes:

1. A Rule 23(b)(2) class for "all individuals at Cook County Jail prescribed a cane, crutch, or walker by a jail medical provider assigned to Division 9 and appointment plaintiff Rogers the class representative; and

2. A Rule 23(b)(3) class for "all Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medial provider and assigned to Division 9 between May 8, 2022, and the date of entry of judgment" to resolve the issue under Rule 23(c)(4) whether the toilets and showers complied with the Structural

   Standards required by the Rehabilitation Act between May 8, 2022 and the date of entry of judgment and appoint plaintiff Rogers as class representative.

 In support of this motion, plaintiff submits the accompanying memorandum explaining plaintiff satisfies each of the requirements of Rule 23(a), (b)(2), and (b)(3).

 It is therefore respectfully requested that the Court certify this case under Rules 23(b)(2) and (b)(3).

         Respectfully submitted,

        /s/ Patrick W. Morrissey
          Thomas G. Morrissey, Ltd.
          10257 S. Western Ave.
          Chicago, IL 60643
          pwm@morrisseylawchicago.com
          *an attorney for plaintiff*