

🇬🇧 English


 English

## Navigation

Tap below for Corrections Menu

≡

## Cook County Jail Divisions

# Active Individual in Custody Housing

**Division II**

*2700 S. California Ave.  Chicago, IL 60608*

Built in 1955, Division II was designed to hold 870 individuals in custody in a dormitory style setting. Formerly the City of Chicago's House of Corrections, it was turned over to the Sheriff's Office in 1970 and combined with Division I to form the Cook County Department of Corrections. Currently, Division II has 3 individual three-story building dormitories with capabilities to house 592 individuals in custody, and 1 single story dormitory with 2 separate sections capable of housing a total of 684 individuals. Division II is currently housing general population male individuals in custody of a minimum or medium classification.

**Division III Annex**

Opened in 1985, Capacity – 434, Classification – Female/Minimum/Medium/Maximum General Population
Division III Annex, formally the Residential Treatment Unit, a single floor building with 16 dormitory style living units with areas for education, vocational and religious programming.

Exhibit 1 Page 2

**Division IV – Currently Closed**

*2717 S. Sacramento Ave. Chicago, IL 60608*

Designed to hold 704 individuals in custody, this two story 16-wing building opened in 1975. The building also contains a stage and main recreation center.

**Division VI**

*2801 S. Sacramento Ave. Chicago, IL 60608*

Built in 1979, Division VI is a two-story building with 24 wings and a capacity to hold 992 individuals in custody. Division VI currently houses medium and minimum security classified individuals in custody.

**Division IX**

*2834 W. 31st Street Chicago, IL 60608*

Opened in December of 1992, Division IX was designed to hold 1,056 super maximum security males. Currently Division IX, which is comprised of two interconnected three-story buildings, houses general population individuals in custody with medium and maximum security classification. The division also houses the Rehabilitation Units which house individuals in custody who have been found in violation of the rules and regulations of the facility, and Protective Custody for maximum security individuals in custody.

**Division X**

*2950 S. California Chicago, IL 60608*

Opened in December of 1992, Division X is a four-story maximum-security structure designed to hold 768 male individuals in custody. In 2008, Division X was converted to medical and acute psych dose-by-dose building which accommodates individuals in custody of all security level classifications. Currently Division 10 houses general population males.

**Division XI**

*3015 S. California Blvd. Chicago, IL 60608*

Opened in 1995, Division XI is a state of the art 640,000 square foot, medium-security facility. Consisting of central core surrounded by four housing PODS, Division XI can house 1,536 male individuals in custody of all security level classifications. All activity is

Exhibit 1 Page 3

controlled and monitored by a touch screen security system. Division ,  Recipe for Change culinary program for individuals in custody with an operational training kichen

**Division XVI**

Opened in 1997, Capacity – 200 Classification – Male/Minimum/Medium/Programming Division XVI, formally The Vocational Rehabilitation Impact Center (VRIC), formally known as Boot Camp, opened in 1997 and was renamed in July 2012. It was designed for court-ordered non-violent offenders and was located on a 10.2-acre complex with a total of ten buildings on the grounds. It included two educational buildings, four dormitories, a mess hall, an intake dormitory containing medical and counseling offices, a gatehouse, gymnasium, and administration building. The VRIC program was moved to another area of the facility in October 2017. The space was then used for daytime programming individuals detained who participated in the Sheriff's Mental Health Transition Center. Division XVI was re-opened in March 2020 due to the COVID-19 global pandemic in order to provide a separate isolation facility within the CCDOC. Currently, Division XVI houses individuals in custody who are participants of CCSO programming such as the Mental Health Transition Center.

**External Operations**

*2834 W. 31st Street Chicago, IL 60608*
External Operations is responsible for the security of the facility perimeters, as well as the transportation of individuals in custody to and from court appearances, the hospital and Fantus Clinic.

# Inactive Individual in Custody Housing

**Division I**

*2700 S. California Ave.  Chicago, IL  60608*
Division I, the oldest building in the complex, was opened in 1929. The Division now has a capacity to house 1,250 maximum security male individuals in custody including the compounds largest PACE Institute program. The four-story building is divided into eight blocks.

Exhibit 1 Page 4

English



### Division III

*2700 S. California Ave. Chicago, IL 60608*

Division III was an overflow building set up to house minimum and medium male individuals in custody during population spikes at the jail that required the use of additional jail tiers.

| Search for: | Search |
|---|---|

Copyright 2024 © Cook County Sheriff's Office. All Rights Reserved.

Privacy Policy | Terms of Use

Exhibit 1 Page 5