IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, *individually and for a class,* ) | |
| ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | 24-cv-3739 |
| -vs- ) | |
| ) | Judge Rowland |
| Thomas Dart, Sheriff of Cook County, and Cook ) | |
| County, Illinois, ) | |
| ) | |
| ) | |
| *Defendants.* ) | |

## DECLARATION OF KAVARIAN ROGERS

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Kavarian Rogers. I am incarcerated at the Cook County Jail under booking number 2020-0402015

2. In February of 2020, I was shot in the left side of my head. This injury substantially impacts my ability to use the right side of my body. I have limited ability to move my right hand and right leg. It is extremely difficult for me to move from place to place because of these injuries.

3. I am substantially limited in the ability to move from place to place unless I am provided an assistive device. The correctional staff generally gives me a walker when I leave Division 9 to travel to other parts of the Jail campus.

4. I have been assigned to Division 9 for about two years. There are no grab bars around any of the toilets I use in this building. There are no grab bars in any of the Division 9 showers that I have used and I have never seen a mounted seat to assist me showering. It is painful to use the

Exhibit 6 Page 1

toilets and showers in Division 9 because there are no accessibility features that would allow me to shower and toilet safely.

5. Prior to the assignment to Division 9, I was housed in RTU. This building had grab bars near toilets along with grab bars and a mounted seat in the shower. I used these accessibility features so that I could safely shower.

6. Because of the way Division 9 is structured, I do not get an opportunity to interact with many other inmates assigned to other tiers. However, over the past two months, I obtained information that six other inmates in Division 9 have used crutches or canes in this building. These individuals include: (1) Guy Dukes, (2) Crump, (3) Christian Tate, (4) a person called JDOT, (5) a person called Old School, and (6) a person who has bag legs and I believe he has a prosthesis on his foot.

Dated: 7-8-24

K. Rogers
Kavarian Rogers

Exhibit 6 Page 2