IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, *individually and for a class*, <br><br> Plaintiff, <br><br> -vs- <br><br> Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, <br><br> Defendants. | 24-cv-3739 <br><br> Judge Rowland |

## DECLARATION OF ANTOINE PIERCE

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Antonie Pierce. I was incarcerated at the Cook County Jail under booking number 2020-0715063. On approximately May 23, 2024, I was transferred to the Illinois Department of Corrections and assigned booking number M12662. I am presently at the Big Muddy Correctional Center.

2. I have severe arthritis in my left hip. It is very difficult for me to move from place to place because of pain. At the Jail I was allowed to use a cane to move from place to place.

3. I recall being housed in Division 9 for several months. I believe my assigned tier was 1D.

4. While housed in Division 9, I did not have access to any grab bars to assist me shower and toilet. I also did not have access to a mounted seat to allow me to sit while

Exhibit 8 Page 1

showering. I was unable to shower on the same basis as a non-disabled person in Division 9 because it did not have any accessible features for me to shower or toilet. The inaccessible conditions caused me to experience pain because I did not have rails to assist showering and toileting. It was also dangerous for me to shower, particularly since there was no place for me to sit and safely shower in the Division 9 common shower room.

5. I recall two other inmates used canes on my living unit in Division 9.

6. I also was required to move up and down the Cermak ramp. I recall on about March 6, 2024 I traversed this ramp because was taken to Cermak due to need for a medical appointment at Stroger. Moving up and down this ramp caused me pain.

Dated: 7-1-24

Antoine Pierce

Exhibit 8 Page 2