IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, *individually and for a class*, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> Thomas Dart, Sheriff of Cook County, and Cook ) <br> County, Illinois, ) <br> ) <br> ) <br> Defendants. ) | 24-cv-3739 <br><br> Judge Rowland |

## DECLARATION OF EVANDER FOSTER

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Evander Foster. I am incarcerated at the Cook County Jail under booking number 2024-0213087.

2. I was injured in February of 2024. As a result of this injury, I use crutches to move from place to place because of an injury to the left side of my body, including my left foot. Over the past few months, I have also spent time at the Bureau of Prisons MCC in Chicago.

3. A recent Medical Duty Status by Dr. Bonnie Nowakowski dated April 1, 2024, when I was previously held at the MCC, shows I was permitted to use crutches along with a lower bunk.:

Exhibit 9 Page 1

**Bureau of Prisons
Health Services
Medical Duty Status**

Inmate Name: FOSTER, EVANDER LAVELLE
Reg #: 55063-424

**Housing Status**
___ confined to the living quarters except ___ meals ___ pill line ___ treatments  Exp. Date _____
___ on complete bed rest: ___ bathroom privileges only  Exp. Date _____
X cell ___ cell on first floor ___ single cell  X lower bunk ___ airborne infection isolation  Exp. Date __/__/2024
___ other: _____  Exp. Date _____

**Physical Limitation/Restriction**
___ all sports
___ weightlifting: ___ upper body ___ lower body  Exp. Date _____
___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball  Exp. Date _____
___ football ___ basketball ___ handball ___ stationary equipment  Exp. Date _____
___ other: _____  Exp. Date _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Crutches | 01/01/2024 | 04/15/2024 | |
| pending re eval/ RAD | | | |

**Work Restriction / Limitation:**
Cleared for Food Service: No

**Restriction**                                                                Expiration Date
No Upper Bunk                                                                  06/30/2024

**Comments:** Care level one

Nowakowski, Bonnie M (MOUD) DO                         04/01/2024
Health Services Staff                                  Date

Inmate Name: FOSTER, EVANDER LAVELLE   Reg #: 55063-424   Quarters: H01

ALL EXPIRATION DATES ARE AT 24:00

4. I am significantly limited in the ability to move to place to place. At the Jail, I am housed in Division 9 and assigned to an upper bunk and must walk up stairs to reach my living unit. I experience pain moving up and down these stairs and cannot reach my upper bunk and must request help by my cell mate to reach this bed.

5. Also, there are no grab bars by my Division 9 cell toilet and shower. And there is no mounted seat in the shower room. It is painful and I am unable to toilet and shower on the same basis as non-disabled people because of the barriers in the shower room and the absence of grab bars around the toilet.

Dated: 07-8-2024                                      Evander Foster
                                                      Evander Foster

Exhibit 9 Page 2