# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** 2022 X 08394  
**INMATE ID #:** 754709

| THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY | (¡Para ser llenado solo por el personal de Inmate Services!) |

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

CODE 010

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☒ Other: DOC Admin ( )

**PRINT - INMATE LAST NAME** (Apellido del Preso): [redacted]  
**PRINT - FIRST NAME** (Primer Nombre): [redacted]  
**INMATE BOOKING NUMBER** (# de identificación del Preso): [redacted]

**DIVISION** (División): 9  
**LIVING UNIT** (Unidad): 2C  
**DATE** (Fecha): 5/27/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the Inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

[Spanish version of guidelines]

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Hora del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) |
|---|---|---|---|
| 5/27/22 | All shifts | Shower area Division 9 Tier 2C | Director Jane Doe, Supt. Inten. John Doe (Martinez), A.D.A, CCDOC, Thomas J. Dart |

I'm handicap & can't use the right side of my body. I'm housed in division 9, Tier 2C & I've been complaining to every C.O, Sgt, Lt, Supt. I've saw since I been on this deck about the shower not being handicap accessable. I suppose to have a shower chair & or something like rails to be able to hold myself up in case of emergencies. I'm being put at risk of falling & seriously injuring myself in the shower. I've complained to Supt. Ms. Johnson, Lt. Ms. Lathem, Sgts. Szul, Sgt. Lopez, Sgt. Budnick, Lt. Mueller to no avail. I need to be placed where there is a handicap accessable shower. Please & thank you!

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información:) Ms. Lt. Lathem, Supt. Johnson, Sgt. Szul, Sgt. Lopez, Sgt. Budnick

**INMATE SIGNATURE:** (Firma del Preso): [redacted]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Mitchell  
**SIGNATURE:** [signed]  
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6·2·22

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**  
**SIGNATURE:**  
**DATE REVIEWED:**

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

Mitchell

| CONTROL NUMBER | INMATE # |
|---|---|
| 2022 08394 | 754709 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): [redacted]
**INMATE FIRST NAME** (Primer Nombre): [redacted]
**ID Number** (# de identificación): [redacted]

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 010 - ADA Issue

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): DOC Admin
**DATE REFERRED:** 6/16/22

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Detainee [redacted] is being housed according to the medical classification assigned to him by Cermak. He is independent in his ADL's (includ shower) and should not require an accommodation. If you feel this is incorrect, please fill out a healthservice req. form to speak to a doctor about your concerns.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Sabeena [illegible]
**SIGNATURE:** [signature]
**DIV./DEPT.:** DOC/ADA
**DATE:** 06/08/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**DATE RESPONSE WAS RECEIVED** (Fecha en que la respuesta fue recibida): 7/8/22

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelacion del Preso)

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) 7/8/22

I.I.C believes he needs support with ADL's. Medical is not helping. I have all disability equipment showing that my disability is still adequate so I am asking for the head ADA to step down.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒
(Apelación del preso aceptada por el administrador o/su designado(a)?)

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a):)

Original Response to Stand

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)): J Mueller
**SIGNATURE** (Firma del Administrador o/su Designado(a);): [signature]
**DATE** (Fecha): 7/13/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): Delv Via COVID19
**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida) JUL 18 2022

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)