**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

CONTROL #: 2023 x 040F8
Individual in Custody SHORT #: 0200901

| THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☒ Emergency Grievance | ☐ Cermak Health Services |
| ☒ Grievance — CODE 010 | ☐ Superintendent: |
| ☐ Non-Compliant Grievance | ☒ Other: DOC Admin 8 |

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: [redacted]
PRINT - FIRST NAME: [redacted]
BOOKING NUMBER: [redacted]

DIVISION: 9 DIV
LIVING UNIT: DIV 9 3C
DATE: 3-8-23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or exhaust remedies. The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or protective custody individual, or decisions of the disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los individuo.
El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 3-8-23 | 12:30 PM | DIV 9 3C | ADA NO HANDICAP Shower OR BATHROOM NOTTY PHONE |

I HAVE FELL IN THE SHOWER BECAUSE I CAN NOT HOLD ON TO NOTHING NO HANDICAP RAILS IN SHOWER OR IN MY CELL I HAD A STOKE ON MY LEFT SIDE I'M Also NOT BEEN ALLOWED THE TTY PHONE DOSE TO MY HEARING WHO NOT STANDING BY MY ADA RIGHTS WHERE I SHOULD NOT BE IN 9 DIV I WAS MOVE FROM 8 DIV RTU SO I Also USE THE BATHROOM ON MYSELF CAUSE I COULDN'T HOLD MYSELF UP TO SUPPORT MYSELF I'VE BEEN DENIE I'M ABLE TO SHOWER OR BATHROOM w/OUT RAILS SO WHY I'M STILL IN 9

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: Sgt Late/Lt Knew

SIGNATURE of Individual in Custody: [redacted]

CRW NAME (Print): M. Mitchell
SIGNATURE: [signature]
DATE CRW RECEIVED: 3.15.23

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-58)(MAR 22) (WHITE COPY – IIC SERVICES DEPT.) (YELLOW COPY – CRW) (PINK COPY – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

CONTROL NUMBER: 2023x04088
Individual In Custody - SHORT #: 0200901
PRINT: CRW LAST NAME: M. Mitchell

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

GRIEVANCE ISSUE AS DETERMINED BY CRW: 010 - ADA Issue

IMMEDIATE CRW RESPONSE (if applicable):

CRW/REFERRED THIS GRIEVANCE TO: DOC Admin
DATE REFERRED: 3/17/23

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Detainee has been evaluated by medical staff and deemed appropriate for GP/non-medical housing such as division nine. You may fill out an HSRF if you would like to speak with medical staff about your concerns

PERSONNEL RESPONDING TO GRIEVANCE: Sabrina Carew
DIV./DEPT.: DOC/ADA
DATE: 03/20/23

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY**

DATE RESPONSE WAS RECEIVED: 3/30/23

**INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL**

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:
DATE OF APPEAL REQUEST: 3/30/23

No ADA does not know what she is talking about and I disagree w/ what she have said cause I wasn't seen by no one nothing and no DOC have told me nothing

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL? No

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

Original Response to Stand

IIC SERVICES DIRECTOR/DESIGNEE: J. Mueller
DATE: 4/7/23

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: APR 10 2023

(FCN-89)(AUG 22)  (WHITE COPY - IIC SERVICES)  (YELLOW COPY - CRW)  (PINK COPY - INDIVIDUAL IN CUSTODY)