# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodia)

CONTROL #: 2023x13269
Individual in Custody SHORT #: 754709

THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

010

- ☒ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: DOC ADMIN (14)

**DIVISION:** 9
**LIVING UNIT:** 2C
**DATE:** 8-17-23

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, Including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-Jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

AUG 23 '23 AM 9:05

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los Individuo.
- El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.
- El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 8-16-23 | 9:06 - 11:18 | Shower | Tone Dart classification |

onto the inexcusable neglectence of my medical condition in need of some kind of support while taking a shower yesterday I fell inside the shower I don't have controll of my balance there not giving me any thing to prevent the falls medical reports in system shows that I'm not fully able to hold myself up as my dominant side is currently weak there's no rails in shower.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**

**SIGNATURE of Individual in Custody:** [redacted]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** VanB...
**SIGNATURE:** VanB...
**DATE CRW RECEIVED:** 8/18/23

**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

CN-07) (FEB 23)  (WHITE COPY – IIC SERVICES DEPT.)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*
## INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

**CONTROL NUMBER:** 2023x13269
**Individual in Custody SHORT #:** 754704
**PRINT: CRW LAST NAME:** Anah(?)

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual in Custody LAST NAME:** [redacted]
**Individual in Custody FIRST NAME:** [redacted]
**BOOKING ID #:** [redacted]

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** ~~600 - Medical treatment~~ 010 - ADA

**IMMEDIATE CRW RESPONSE (If applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services)*: DOC ADMIN (14) Cermak 9/5/23
**DATE REFERRED:** 8/21/23

### RESPONSE BY PERSONNEL HANDLING REFERRAL

This issue has been previously addressed see control numbers 2022x08394 and 2023x07564. Detainee [redacted] is GP according to the medical classification assigned to him by Cermak.

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.:** PRINT: SABRINA [redacted]   **STAR#:**
**SIGNATURE:** [signature]
**DIV./DEPT.:** DOC/ADA
**DATE:** 09/08/23

**INDIVIDUAL IN CUSTODY SIGNATURE** *(Firma del individuo bajo custodia.)*: [redacted]
**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 9/13/23

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL *(Solicitud de apelación del individuo)*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
  *Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* ___/___/___

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*    Yes ☐   No ☐

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

**IIC SERVICES DIRECTOR/DESIGNEE** *(Director de Servicios de IIC / Designado)*:
**SIGNATURE** *(Firma)*:
**DATE** *(Fecha)*: ___/___/___

Appeal response and/or decision returned to IIC via Inter-departmental mail, U.S. Mail or CRW delivery.
*(Su respuesta de apelación y/o decisión será entregada al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:** *(Fecha en que se envió la respuesta/decisión de apelación.)* ___/___/___

(FCN-08)(FEB 23)     (WHITE COPY – IIC SERVICES)     (YELLOW COPY – CRW)     (PINK COPY – INDIVIDUAL IN CUSTODY)