**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

CONTROL #: 2023X 16930
Individual in Custody SHORT #: 0552143

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** (¡Para ser llenado solo por el personal de IIC Services!)

- ☐ Emergency Grievance
- ☒ Grievance — CODE 10
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent
- ☒ Other: DOC Admin 14

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: [redacted]
PRINT - FIRST NAME: [redacted]
BOOKING NUMBER: [redacted]

DIVISION: 9
LIVING UNIT: 3 D
DATE: 10-28-23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grieved issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

**REQUIRED - DATE OF INCIDENT:** 10-28-23
**REQUIRED - TIME OF INCIDENT:** 10:00 AM
**REQUIRED - SPECIFIC LOCATION OF INCIDENT:** Div 9 3D
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED:** Medical Staff

I'm disabled with a cane being housed in div 9. I'm suffering cruel and unusual punishment my leg is bad due to severe trauma & surgery's damaged nerve foot drop Femoral rods also femoral artery replaced. They don't let me keep my cane there is no handicap shower or shower chair I keep falling in shower. I recently was at Stroger for infection in that leg from falling. I-[illegible]

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: [redacted]

CRW NAME (Print): M. Mitchell
SIGNATURE: [signature]
DATE CRW RECEIVED: 10.31.23

(FCN-07) (FEB 23)  (WHITE COPY – IIC SERVICES DEPT.)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2023x16930 | 0552143 |

PRINT: CRW LAST NAME: M. Mitchell

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

Individual In Custody LAST NAME: [redacted]
Individual In Custody FIRST NAME: [redacted]
BOOKING ID #: [redacted]

GRIEVANCE ISSUE AS DETERMINED BY CRW: 10 - ADA Issue

IMMEDIATE CRW RESPONSE (if applicable): 2023x14920 was appealed. (Medical related grievance)

CRW/REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): DOC Admin 14

DATE REFERRED: 11/3/23

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

[redacted] has been assessed by medical staff and is independent in activities of daily living, including shower, and no accommodations are medically necessary. [redacted] has an order for cane long distance only. If you feel this is an error. Please fill out medical slip for reassessment

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: Sabrina Michels
STAR#: 
SIGNATURE: [signed]
DIV./DEPT.: DOC/ADA
DATE: 11/07/23

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY** (Esta sección debe ser completada por el individuo.)

DATE RESPONSE WAS RECEIVED: 11/14/23

R. AN APPEAL (Solicitud de apelación del individuo)

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.
- Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidas para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: (Base de apelación del individuo.)
DATE OF APPEAL REQUEST: 11/14/23

This is wrong I keep falling in shower I need to be properly assessed. My legs are weak I need my cane long distance is not doing it

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
Yes / **No** ✓

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

Original Response to Stand — IIC should re-address any alleged medical issue/assesment directly w/ medical

IIC SERVICES DIRECTOR/DESIGNEE: J. Mueller
SIGNATURE: [signed]
DATE: 11/17/23

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: NOV 20 2023

(FCN-08)(FEB 23)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)