**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
*(Formulario de Queja del Individuo bajo Custodi)*

CONTROL #: 2024-00065
Individual in Custody SHORT #: 684597

| THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF | (! Para ser llenado solo por el personal de IIC Services !) |
|---|---|
| ☐ Emergency Grievance | ☐ Cermak Health Services |
| ☒ Grievance    ADA 10 | ☐ Superintendent: |
| ☐ Non-Compliant Grievance | ☒ Other: DOC (IY) |

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: [redacted]
PRINT - FIRST NAME: [redacted]
BOOKING NUMBER: [redacted]

DIVISION: E6
LIVING UNIT: 2H-66
DATE: 12-28-23

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas
*(Spanish text as above)*

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 12-28-23 | 0800hrs | Div 9 - 2H - 2060 | A.P.A REP SABRINA / C.C.D.O.C |

I understand i'm in "Seg", but when i come out of "Seg" i would (no i need) to be sent back to Div 6 due Multiple Disabilities, there any an i mean any hand rails in "Div 9 tier showers" there is no Bolted Bolted down shower seating, wells whether it be concrete form into the shower or as i said Bolted down none of it exist. An a shower chair is not secure or proper enough for use, especially without an no handrail at all. As i said before Div 6 toilets are right on the bunk so there is some form of stability for sitting an getting up. Div 9 toilets aren't set up that way, theres No

[margin note: form Disability Assistance, in the cell or the shower]

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT: [redacted]

CRW NAME (Print): J Lewis
SIGNATURE: [signature]
DATE CRW RECEIVED: 1-3-24

(FCN-07) (FEB 23)  (WHITE COPY – IIC SERVICES DEPT.)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)

## COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

### INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

**CONTROL NUMBER:** 2024-00065
**Individual In Custody SHORT #:** 684197
**PRINT: CRW LAST NAME:** Jewell

---

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** ADA 10

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): DOC (14)
**DATE REFERRED:** 1/4/24

---

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Upon release from RTU housing, Detainee [redacted] will be re-housed by classification based on his medical alerts and security classification. There are no alerts or contraindications from medical that prohibit him from being housed in Division nine.

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.:** Sabrina Cohen
**STAR#:**
**SIGNATURE:** [signature]
**DIV./DEPT.:** DOC/ADA
**DATE:** 01/05/24

---

**THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY !** (Esta sección debe ser completada por el individuo.)

**INDIVIDUAL IN CU[STODY]:** [signature]
**DATE RESPONSE WAS RECEIVED:** 1/16/24

**INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL** (Solicitud de apelación del individuo.)

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

  Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** (Base de apelación del individuo.)
**DATE OF APPEAL REQUEST:** 1/16/24

Not true, My Medical Alerts were Removed illegally for something the sheriffs were privy to before the attack. I'm physically Disabled i have medical records to prove it and this was before my entry to C.C.D.O.C. Please don't wanna get lawyers involved, MAY I please

(margin note: have my CPAP back on have my CPAP on rainy)

---

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
(Aceptación del Director/Designado de la solicitud de apelación del individuo.)
Yes / **No** (circled)

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**

Original Response to Stand

**IIC SERVICES DIRECTOR/DESIGNEE:** J. Mueller
**SIGNATURE:** [signature]
**DATE:** 1/19/24

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:** JAN 22 2024

(FCN-08)(FEB 23)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)