# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #: 2024 X 02224
INMATE ID #: 023346 (?)

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☒ Other: DOC-ADMIN (14)

O/O

**DIVISION:** Div-9.2F
**LIVING UNIT:** 2029
**DATE:** 2-18-24

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

*[Spanish translation of the above guidelines]*

**DATE OF INCIDENT:** 2-18-24
**TIME OF INCIDENT:** 12-18 pm
**SPECIFIC LOCATION OF INCIDENT:** Div-9
**NAME and/or IDENTIFIER(S) OF ACCUSED:** Div-9 Shower

I been having a hard time taking a Shower because its to slippery in The Shower. can I please use a shower chair because my leg hurts when in The Shower Do to my condition I have kno balance when in The Shower.

**DATE CRW/PLATOON COUNSELOR RECEIVED:** 2-28-24

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(individuo bajo custodia - formulario de respuesta/apelación de queja)

**CONTROL NUMBER:** 2024 X 02224
**Individual in Custody SHORT #:** 0233157
**PRINT: CRW LAST NAME:** M. Mitchell

INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** [redacted]
**Individual In Custody FIRST NAME:** [redacted]
**BOOKING ID #:** [redacted]

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** OIO - ADA ISSUE

**IMMEDIATE CRW RESPONSE (if applicable):** On 3/12/24 - Redirected to DOC Admin

**CRW/REFERRED THIS GRIEVANCE TO:** DOC-ADMIN (14)
**DATE REFERRED:** 2/26/24

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**
Shower chairs are not permitted without a medical order.

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.:** L. Miller
**STAR#:** 762
**SIGNATURE:** [signature]
**DIV./DEPT:** 4
**DATE:** 1 MAR 24

THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY.

**INDIVIDUAL IN CUSTODY SIGNATURE:** [redacted]
**DATE RESPONSE WAS RECEIVED:** 3/22/24

**INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL**

To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the Individual received the above noted response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or Investigation, is NOT part of the grievance appeal process.

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:**
**DATE OF APPEAL REQUEST:** 3/22/24
not the right respond

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?** Yes [X] No [ ]

**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**
For ADA Office to review, & take corrective action, if warranted

**IIC SERVICES DIRECTOR/DESIGNEE:** J. Muell
**SIGNATURE:** [signature]
**DATE:** 3/27/24

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.

**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:** APR 01 2024

(FCN-08)(FEB 23) (WHITE COPY – IIC SERVICES) (YELLOW COPY – CRW) (PINK COPY – INDIVIDUAL IN CUSTODY)

Rogers v. Dart, 24-cv-3739     Exhibit 18 Page 2     DR 000358