## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: ROGERS, KAVARIAN K
Patient Type: Visit CHS  Admission Date: 4/2/2020  MRN: 00754709z; 004973472c; 131656p
Birth Date:  Discharge Date:
Gender: Male  FIN: 20200402015  CMRN: 1003731291

| **Rehab Medicine Outpt** |
|---|

Document Type:  Rehab Medicine Outpt
Service Date/Time:  8/4/2020 12:12 CDT
Result Status:  Auth (Verified)
Perform Information:  MCCARTHY DO,THERESA M (8/4/2020 14:19 CDT)
Sign Information:  MCCARTHY DO,THERESA M (8/9/2020 20:55 CDT)

**Spastic right hemiparesis**

Patient: **ROGERS, KAVARIAN K**   MRN: 00754709z   FIN: 20200402015
Age: **22 years**  Sex: **Male**  DOB: **3**
Associated Diagnoses: **None**
Author: **MCCARTHY DO, THERESA M**

**Visit Information**
  **Visit type**: New patient evaluation.
  **Source of history**: Self, Medical record.
  **History limitation**: None.

**Chief Complaint**
22 y/o with history of gsw to head February 10, 2020 with resultant TBI and right spastic hemiparesis. Patient spent 2 months at Shirley Ryan Rehab following his acute medical stay for his rehab needs. Asked to see patient regarding his orthotic needs. Seeing outpatient PT at Cermak. Ambulating with a straight cane, wearing white commissary velcro closure shoes

**History of Present Illness**
  The patient presents with spatic right sided hemiparesis.

**Review of Systems**
  ROS reviewed as documented in chart

**Health Status**
  **Allergies**:
    Allergic Reactions (Selected)
      No Known Medication Allergies
  **Current medications**: (Selected)
    Inpatient Medications
      *Ordered*
        APAP/ASA/caffeine: 2 TAB, Tab, PO, Daily, PRN, For Headache, Instruction to Nursing: Do not give more than
          2 tablets daily unless order by provider, Routine, 07/02/20 15:15:00 CDT, 6 WEEK, 09/24/20 15:14:00
          CDT
        Albuterol CFC free 90 mcg/inh inhalation aerosol with adapter: 2 PUFF, Inhalation, Inhalation, Q 6 hr kop, PRN,
          For Shortness of Breath, Instruction to Nursing: refill via HSRF, trade old for new, Routine, 04/24/20
          12:13:00 CDT, 26 WEEK, 10/23/20 12:12:00 CDT

Report Request ID: 262964688   Page 612 of 614   Facility: CHS
                                                 Location: 0911E; 1201; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

## Cook County Health and Hospitals System

1900 West Polk Street, Chicago, Illinois 60612

Patient Name: ROGERS, KAVARIAN K
Patient Type: Visit CHS  Admission Date: 4/2/2020  MRN: 00754709z; 004973472c; 131656p
Birth Date: 8  Discharge Date:
Gender: Male  FIN: 20200402015  CMRN: 1003731291

---

### Rehab Medicine Outpt

---

    divalproex sodium 500 mg oral delayed release tablet: 500 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 04/02/20 21:00:00 CDT, 16 WEEK, 11/12/20 9:00:00 CST
    fluticasone furoate 100 mcg inhalation powder: 1 PUFF, Powder, Inhalation, Daily kop, Instruction to Nursing: rinse mouth after use. trade old for new, Routine, 06/26/20 9:00:00 CDT, 18 WEEK, 10/23/20 9:00:00 CDT
    ibuprofen: 600 MG = 1 TAB, Tab, PO, Q 12 Hr, PRN, For Pain Moderate (scale 4-6), Instruction to Nursing: take w/ food, Routine, 07/28/20 19:26:00 CDT, 8 WEEK, 09/22/20 19:25:00 CDT
    methocarbamol: 750 MG = 1 TAB, Tab, PO, Q 12 Hr, Routine, 07/16/20 21:00:00 CDT, 4 WEEK, 08/13/20 9:00:00 CDT
    traZODone: 50 MG = 1 TAB, Tab, PO, Bedtime, Routine, 07/16/20 21:00:00 CDT, 16 WEEK, 11/04/20 21:00:00 CST
  *Pending Complete*
    benzoyl peroxide 5% topical gel: 1 APP, Lotion, Topical, Daily kop, Application Site: Face, 05/21/20 15:20:00 CDT, 2 WEEK, 06/04/20 9:00:00 CDT

**Problem list**:
  <u>All Problems</u>
    Asthma / 301485011 / Possible
    GSW/TBI w/ reported sequelae / 2642513011 / Confirmed
    Hemiparesis affecting right dominant side / 3510041018 / Confirmed
    Mood disorder / 77054013 / Confirmed
    Post-traumatic seizures / 151074011 / Probable

**Histories**
  **Past Medical History**: see above
  **Family History**:
    No family history items have been selected or recorded.
  **Procedure history**:
    No active procedure history items have been selected or recorded.

**Physical Examination**
  **General**: Alert and oriented, No acute distress.
  **Respiratory**: Respirations are non-labored.
  **Cardiovascular**: No edema.
  **Musculoskeletal**
    spastic gait on right, some toe drag, noted clonus on right, short steps on right
    can lift DF 3+/5, PF 4/5 but marked spasticity with weight bearing
  right UE with tight finger flexors (when trying to extend fingers), marked spasticity needs resting splint overnight for positioning/decrease muscle tone.

**Review / Management**
  **Documentation reviewed**: Reviewed prior records.

**Impression and Plan**
  Diagnosis

---

Report Request ID: 262964688  Page 613 of 614  Facility: CHS
  Location: 0911E; 1201; 1

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

**Cook County Health and Hospitals System**

1900 West Polk Street, Chicago, Illinois 60612

| | | |
|---|---|---|
| Patient Name: ROGERS, KAVARIAN K | | |
| Patient Type: Visit CHS | Admission Date: 4/2/2020 | MRN: 00754709z; 004973472c; 131656p |
| Birth Date: 3 | Discharge Date: | |
| Gender: Male | FIN: 20200402015 | CMRN: 1003731291 |

### Rehab Medicine Outpt

Hemiparesis affecting right dominant side : ICD10-CM G81.91, Discharge DX, Medical.
**Patient Instructions**: THERESA MCCARTHY Within 1 to 2 weeks custom orthotics stroger August 11th.
Counseled: Patient, Regarding diagnosis, Regarding treatment, Activity, Verbalized understanding, patient would benefit from a right custom AFO to help with spasticity and stability during gait.  he also needs a right wrist orthosis to keep him stretched out, could use at bedtime.  Will arrange for him to be seen at SHCC orthotics clinic for casting..

*Electronically Authored On:  09-Aug-20 20:55*
*Electronically Signed By: MCCARTHY DO, THERESA M*
 *PAGER BUS: 708 319 6407*

Performing Locations
*1:     This test was performed at:
        JSH Laboratory, 1901 West Harrison Street, Chicago, IL, 60612-    , US
*2:     This test was performed at:
        Cermak Laboratory, 2800 S California, Chicago, IL, 60608-    , US

CONFIDENTIAL: If the reader of this report is not the intended recipient; or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.