| (Do Not Modify) Offender Alert | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Type | Alert | Ranking (Alert) (Alert) | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| 0f214c1f-d1b1-eb11-8162-00155d158487 | rGF8OY6eRV7jdwE7+R6CU5JybBt9wMY/J55LPiTqkV9vFQJreHGnTfFunfOXtqvcdTNwLk3asAOlntRW+hmMxQ== | 5/10/2021 20:48 | Active | Kavarian K Rogers | Medical | COVID Vaccine Complete | | 5/10/2021 15:47 | |
| b56c85b5-1d75-ea11-8133-00155d8f6699 | XAxhc+iHwcQe3lwJSmfun0pCw2YMoxblM+J5p+OBP2vSmHoAzv0XkDb2NlFjq+dOTYAJEB9VnbewFzeA+Plkvw== | 5/8/2024 18:21 | Active | Kavarian K Rogers | Security | Active KSF | | 4/2/2020 15:00 | |
| 71f6aa1d-0079-ea11-8132-00155d8f67f4 | 17PoHnFOByivV76Wk+q2zH116H57o/ppQE7ONU+sMKiP1E+bjRgKDy99ys7Gwefo7lF2JqxOSIaPtR2jKOZZkw== | 4/7/2020 18:46 | Active | Kavarian K Rogers | Medical | Lower Bunk | 13.14 | 4/7/2020 13:45 | |
| 779ba6a1-dd78-ea11-8132-00155d8f6889 | CkTTV9ngs9lbPthV9kDVilJGGh5fc7bGn+25stx1EqUH2sBXHDCm0IeU5Wp4mnYOUsUs1ZUVXlxLYyt//OsdA== | 4/7/2020 14:39 | Active | Kavarian K Rogers | Medical | P2 Mental Health Outpatient Housing | 9.05 | 4/7/2020 9:39 | |
| dd0df74d-4786-ea11-8135-00155d8f68b6 | fxur1NvZ7f2HCNhZOV9TitQlYlsrCsZsP7Qn5tz9M3hP2q+Tk3EaBObJqcCdxdQiDzy3wI8fdMKC4fk25js23A== | 4/24/2020 16:19 | Active | Kavarian K Rogers | Medical | Seizure Disorder | 13.15 | 4/24/2020 11:18 | |
| e285a804-4f86-ea11-8135-00155d8f68b8 | CU+7KbDCw8u9DkDVMEakDuEsIP0B0Txn+eyDham3dMk2R8LGmlBJpmRrWCZ0Wz+2JZVfF+52TvUevDc0qPbA6g== | 4/24/2020 17:14 | Active | Kavarian K Rogers | Medical | Inhaler | | 4/24/2020 12:13 | |
| 5c9e33ab-e09a-ea11-8136-00155d8f68ba | ci5m0rU91dp38YksvoKaB4V26Zng93/GHWXGZPWc05xzMe/y+6S66VglLWemtdvLL7131tF3V8d/lJQFgwaZg== | 5/8/2024 18:21 | Active | Kavarian K Rogers | Security | Convalescent 2.0 | | 5/20/2020 16:00 | |
| 2cae97f3-3c86-ed11-b836-00155d9ac01d | 7N8SOPq2ptENcmFF+nFX3uQVAQlhc/drgrgSdXIDP5CDYNKGWgZ7YrInugH0RuqjGrfcbHh9rrRKZWqgnxgo/w== | 12/27/2022 23:19 | Active | Kavarian K Rogers | Programs | Religious Services | | 12/27/2022 17:19 | |
| e4a4c1da-22d2-ed11-92dc-00155d9ac035 | 5SSCQL+tXjeLgYcvmKSQffQKEV++sE6chOdl/7QlQLJgZSh4pLHeGAoX/Ao2bWgK6RPUGyLIS+0LJfepqmV/PQ== | 4/3/2023 13:24 | Active | Kavarian K Rogers | Programs | IIC Registered Voter (City) | | 4/3/2023 8:24 | |
| a10ca2c9-1534-eb11-8151-00155d9ac048 | sZPvgm9I9kABt4GDm07uCFE/E9N9HgOfGz05I4qjmOHUBkwiqimcIJ/74rnkSZDi8Kr9tPSUEbs/Fig6TQQiQg== | 12/1/2020 20:43 | Active | Kavarian K Rogers | Medical | Cast/Splint | 13.02 | 12/1/2020 14:38 | |
| 72329cd1-1534-eb11-8151-00155d9ac048 | Jbid87hf7nxpr3zhO1Xqn2JUQpXdkcs2CvYddeVRIjytMQfB9sOyYJODLXloP/zaO96e6QsmHiaG944gyxwnbg== | 12/1/2020 20:43 | Active | Kavarian K Rogers | Medical | Cast/Splint | 13.02 | 12/1/2020 14:38 | |
| dfefa270-5cfb-ee11-92f9-00155de7912a | gqHc/sunmTskRl5GgNVElyf51xR7KHjLLq1/wb8+1kkJCUUWjfQYls061Qloxy+wY26zg1N07RyoPrhM6E+6Pw== | 4/15/2024 19:15 | Active | Kavarian K Rogers | Medical | Therapeutic Tier Housing | | 4/15/2024 14:14 | |
| f58077e1-872e-ec11-8176-00155de79132 | THh1GOOA/DfH7F7217oQAdDEaMl+q708PbOkpBt5jM67hydPQ1TdfF5FJHhkC3v/hz93sB0+EpI950H4llLkqA== | 5/8/2024 18:21 | Active | Kavarian K Rogers | Security | Denied/Protective Custody | | 10/16/2021 8:49 | |
| 2acadeec-1773-ec11-818d-00155de79171 | pELTcJjuy7vbSXtQmMn4b2v+KiEia2RBxKcmrlO/asZYTTyNW25w8YptVJfd6zR1D7QQ48rYW0RcWPM37YVXhw== | 1/11/2022 19:51 | Active | Kavarian K Rogers | Programs | Religious Services | | 1/11/2022 13:51 | |
| b434eb96-44bf-ec11-8185-00155de791c1 | EndBFota0EaFFLGxjY9r9kFWYI/RrCY2LIRA9fGEkgeBqKiL5h3TForQUHDLmCZigKk96mUfZSeqxQjAPxBiFQ== | 4/18/2022 18:23 | Active | Kavarian K Rogers | Medical | Walker Long Distance Only | 10.04 | 4/18/2022 13:23 | |
| 5689bb8e-49f8-eb11-8181-00155d1584ad | dYZLXgYB5iVarisDILsNh5FUdD/z9U/H2Z4eea0Gd3w0ikH7fr2J89kQgs9mi/Hzeh4gMidx7DiRSE0qOryz2Q== | 9/5/2021 13:16 | Inactive | Kavarian K Rogers | Medical | Lower Bunk | 13.14 | 8/8/2021 8:06 | 9/5/2021 8:15 |
| c588a7d5-16cc-ee11-92f7-00155d1584e7 | lve7bNTzE0lcO5gw6hDJGPWmSiJ6xgJeJD0YAwW70YPuSqKOL2r8lxzv6/yHYtlK0Qe/gkJwpU4LmfH+Og8edA== | 4/30/2024 19:34 | Inactive | Kavarian K Rogers | Programs | Religious Holiday Meal | | 2/15/2024 9:28 | 4/9/2024 8:00 |
| 8bff50aa-4f2c-ec11-8177-00155d1584e7 | 01VjuDh6W2w1dsxk48xHCVNVvtM+jgzzE9jpuijUdtploP7VZrpW0m3PKvzMj0e+t/omG1lwT/56V1x7WNGksw== | 2/15/2022 18:33 | Inactive | Kavarian K Rogers | Medical | Cane Long Distance Only | 10.06 | 10/13/2021 13:01 | 2/15/2022 12:32 |
| 2f07705d-f443-ec11-8178-00155d1584e7 | t9SOnMfPUGFXB0iqkZhseifVNhetR73R8/lemu0+/1lblyLqlyGtsmlnL0uqjceTGE4Os/ijsN2Eq2d7oqqqTA== | 11/17/2021 18:50 | Inactive | Kavarian K Rogers | Medical | Isolation | 9.09 | 11/12/2021 14:07 | 11/17/2021 12:50 |
| 7713e756-e572-ec11-817d-00155d158543 | PHtlw48c0oXgZ03TQYjXD00jVWExx6Xy3Aeawh9oIo39BVYy5hlkk8fDWbjqH+BkCIGAeAXmb1SIztAt8behsw== | 1/18/2022 14:13 | Inactive | Kavarian K Rogers | Security | Quarantine Housing | | 1/11/2022 7:49 | 1/18/2022 8:00 |
| 200993d7-8e8e-ec11-8185-00155d15855c | gJUFSgEDgM+MpAHiucFvEHilspnTkq7G+LhYU9zssqHVqj8U4J7VLwrzzHJ4KV3lFBoF3/iFEFzv6gs2lj6VLQ== | 2/16/2022 18:26 | Inactive | Kavarian K Rogers | Medical | Wheelchair | 10.02 | 2/15/2022 12:40 | 2/16/2022 12:26 |
| f6ace1c3-8d8e-ec11-8185-00155d158598 | D3ujDtgc/sO+TakZZ0+0ikhw1D46vp134oY7P4/7Ft63WyT43oObgcmrafMwjLKUypEyZso2JKmQQY+XGZfvvA== | 2/15/2022 18:41 | Inactive | Kavarian K Rogers | Medical | Walker | 10.03 | 2/15/2022 12:32 | 2/15/2022 12:40 |
| 8b17dbf2-80c1-ec11-8184-00155d158597 | FecAqRb8xpVChkmnT4m6pOAegU7tZEpYigRP9McmvCDqliNXHonti0r6DFKq0vQG8k0m8VnuQL1qn9UI0I6s0A== | 4/21/2022 18:11 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 4/21/2022 9:40 | 4/21/2022 8:00 |
| 462a37aa-55e1-ea11-813d-00155d8f6624 | hnfcmlSyLtx/4JLXkklsWcIqA68BYwKipTwEW77gdAd6rIKSSMm/WiFRbOeGwHd5OOuCotxuFEA0ZCebAN/JJQ== | 11/9/2020 19:54 | Inactive | Kavarian K Rogers | Medical | Cast/Splint | 13.02 | 8/18/2020 8:19 | 11/9/2020 13:52 |
| a6123364-2d75-ea11-8133-00155d8f6699 | pqp3mik1SQiLVFDt1nPcm4IY1YnZFopyM+e7fFCrykxVQ9XuFTfPnKdjHcPz5bkHF0IzDgEESao0734RtVF4cw== | 4/3/2020 5:36 | Inactive | Kavarian K Rogers | Medical | P2 Mental Health Outpatient Housing | 9.05 | 4/2/2020 16:59 | 4/2/2020 17:37 |
| a3dc0880-b375-ea11-8132-00155d8f67e1 | yxriOarbOdrXhHHxs/OLgE19ybW/x6rSS+6kHVRLQkxbDeEduTv8YjejOxS+tGXgSS6ppuNy+bGRR3vArSqGsw== | 4/14/2020 5:41 | Inactive | Kavarian K Rogers | Medical | M2 Medical Dose By Dose Housing | 9.06 | 4/13/2020 8:35 | |
| 00d5ecae-8b7d-ea11-8132-00155d8f6e71 | FlJFueRS1uGEhtUJfOqf8WnQXS9ar3v+JKyAQyn+3zDFfxxOjFy16g524BTcaAW+lyDZCNYiUP7N2Lq+pmgFyw== | 8/27/2021 3:40 | Inactive | Kavarian K Rogers | Medical | M3 Medical Intermediate Housing | 9.04 | 4/13/2020 8:35 | 8/26/2021 22:39 |
| 15f97792-3275-ea11-8132-00155d8f67f4 | nenEEljJenl0FF1iMwPVKT+VNUYlwjDwKrpnd8OCvy1E/hE44OmmXvPP00glvKDKAfb5wcdrlbwkR/e2+1p70w== | 4/8/2020 5:39 | Inactive | Kavarian K Rogers | Medical | P4 Mental Health Infirmary Housing (Clear before release) | | 4/7/2020 17:37 | 4/7/2020 9:38 |
| 391941cc-f97d-ea11-8132-00155d8f67f4 | huk3XsriRdrytDgzsNNVVR7NfLbsgF0UDO6+LSemdZst8nsqzDHj24eGciiBfhRbaMw53MjXTBDmQbnkS1AporA== | 4/21/2020 2:48 | Inactive | Kavarian K Rogers | Security | Quarantine Housing | | 4/13/2020 16:43 | 4/20/2020 8:00 |
| 8bfa452c-5483-ea11-8132-00155d8f6889 | Wh2aq+6pPcUcqXrjGiZkMSklhyZ2ZljgquxDEhLuwwcFC8vXqyFBQR2F3yziETwv2p/ud56DArWw38Mzo0YB1g== | 5/12/2020 5:44 | Inactive | Kavarian K Rogers | Medical | Isolation | 9.09 | 4/20/2020 17:11 | 5/11/2020 14:58 |
| 8efa452c-5483-ea11-8132-00155d8f6889 | 7okSAiZlmqi2CX7OdXhuu5wibGPvMRUfXbGESG0CfpfVOjQM0zbNpe0VR4GSqXby67/jXpwkwxAB/m6P6SaMQw== | 5/12/2020 5:44 | Inactive | Kavarian K Rogers | Medical | M4 Medical Infirmary Housing (Clear before release) | | 4/20/2020 17:11 | 5/11/2020 14:58 |
| 7b6f1cee-c193-ea11-8136-00155d8f68b5 | x6qp57yJXzo6/fkVC35pFuN3avFysVSrDRNK9GcPhqPYt4cAoW2ETaalGpo2tlksxymQO4QD+yEScSffM/1FkQ== | 5/22/2020 5:42 | Inactive | Kavarian K Rogers | Medical | Convalescent Housing | | 5/11/2020 14:58 | 5/21/2020 9:19 |
| 6bb3aa4d-54c0-ea11-813d-00155d8f68e4 | IJ1q86oyB3smY5/vQnmyNzqYON5/8PcaApwvRTDV2kD+tyyPJFrnPiWs0D++plusJN7eZRKQrBxdfPsA8NVVGFQ== | 12/1/2020 20:42 | Inactive | Kavarian K Rogers | Medical | Cane | 10.05 | 7/6/2020 15:41 | 12/1/2020 14:39 |
| 0c8f0352-c522-eb11-8147-00155d9ac042 | DRvJ03zBcXDm5Ajndmwo5s6+JlQfEI2WrApZnjbvWrNAXy8ckmflrmoGhtFAz9XH1dZ5jTiq6mbiBe9mzTN+vA== | 12/1/2020 20:42 | Inactive | Kavarian K Rogers | Medical | Cast/Splint | 13.02 | 11/9/2020 13:52 | 12/1/2020 14:39 |
| 8d1b02aa-882e-eb11-8151-00155d9ac048 | PxkKkp20b0OLN1rcO4ZanqrWkME0ipPth5i0lNfps6ijQz+aH/aK8Swy7mgO/8p0c2nEsXA4HIMZHZl0gwn1q1w== | 12/1/2020 20:42 | Inactive | Kavarian K Rogers | Medical | Brace/Collar | 10.11 | 11/24/2020 13:08 | 12/1/2020 14:39 |
| 7b329cd1-1534-eb11-8151-00155d9ac048 | VnU54fYoQTbbvQvjLnOoT/dj/LP7+BGWgvn+3FUye3/c+w+SAQpdPi0ubWPPV9AQEebIsx0elSbGpEyU36/TQ== | 10/13/2021 18:02 | Inactive | Kavarian K Rogers | Medical | Cane | 10.05 | 12/1/2020 14:39 | 10/13/2021 13:02 |
| 11c65371-5d99-eb11-815b-00155d9ac09d | rUeZH61St9g0jPQoB0QdDA+0axaF2cPDb8ifqFbrA53bLHm+Upth9n/1hWQ+ZV5Ko6LcQajBKdCCtv0r42VRP6nA== | 5/5/2021 18:26 | Inactive | Kavarian K Rogers | Medical | COVID Vaccine 1-Discharge Coordination | | 4/9/2021 12:59 | 5/5/2021 13:26 |
| 534e307b-61e6-eb11-816f-00155d9ac0de | glx3Co6MoYcQqaV9m8YLfjDeJC8KYk+rig9W9lkqcmZ+ylsb7vIEJ2Cw+lbTUaCYF45xYC1zGobTBXUH5xouQ== | 8/5/2021 16:41 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 7/16/2021 13:13 | 8/5/2021 8:00 |
| 910d625a-f443-ec11-8178-00155d9ac12e | UlKbedFBj+VCtHTd4pQWF1CG4XjwFNrPOkgsdoHib2ngv0pj5qYKCt6ar2ay69UTxOI5EIduKHLPvVm/iqVlhQ== | 11/17/2021 18:50 | Inactive | Kavarian K Rogers | Medical | M4 Medical Infirmary Housing (Clear before release) | | 11/12/2021 14:08 | 11/17/2021 12:50 |
| a3d61fd4-028b-ec11-8181-00155d9ac18b | nv8Ki9myWmpyOSewKXL5R7xJFVwdjsD3ZxZrA3MmUaJqDJm5bqndPGf4+x5UGC+5sE1qR0SS/srGCVFk8/yeiQ== | 2/16/2022 18:26 | Inactive | Kavarian K Rogers | Medical | M4 Medical Infirmary Housing (Clear before release) | | 2/11/2022 0:19 | 2/16/2022 12:26 |
| 82f09c36-d48d-ed11-b839-00155d6ba41e | FdWz8DGGbnmWVBhQlbAC5yTj519/49Uu3x62kZ6mOEel6S7Z/z/ikYDWcwY5RJBiRHXBN0aiuq0YjJUHwigalg== | 1/12/2023 3:41 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 1/6/2023 9:31 | 1/12/2023 21:30 |
| c56c7623-ba01-eb11-8142-00155dd6a423 | goMZBRsHnFPgxWOyKgLGwUs6vSfccrMBbZR7NT0bAn6ag+UWZIQRJCVF9EEgBf6+6/ErqJc/6frnbCa0V919cw== | 10/12/2020 14:21 | Inactive | Kavarian K Rogers | Security | Quarantine Housing | | 9/28/2020 13:40 | 10/12/2020 8:00 |
| 6e19e785-e806-ec11-8173-00155dd6a508 | hDAT9xo4al5hZwxUazMldKxNdQYSV76iODAcgGEQuBaCulJCAMUTuPqgN33sagyq55RRXQYB5FOXwfL8J9uF8Q== | 10/13/2021 18:03 | Inactive | Kavarian K Rogers | Medical | M3 Medical Intermediate Housing | 9.04 | 8/26/2021 22:37 | 10/13/2021 13:02 |
| f36443cf-310b-ec11-8174-00155dd6a508 | 9PHiBjEAaP+3ctGz7aMnhQasxCJy5G5bYrU/vL5zofnr2iSGQmf2gefr7BOKTR0R2x+zzv3PX8oV9F/ESr2B0Q== | 9/7/2021 14:39 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 9/1/2021 9:35 | 9/7/2021 9:30 |
| 9d6d6298-88f7-ec11-9300-00155dd6a522 | J/16WWPH8J2LlOGq/sk2lxWR0s0LwP7cyob23wVQriYkmhoptvyWgGJN+3/DMeK6TdQyLaa/q4OMR78u8dkEjw== | 4/11/2024 19:04 | Inactive | Kavarian K Rogers | Medical | M4 Medical Infirmary Housing (Clear before release) | | 4/10/2024 17:20 | 4/11/2024 14:04 |
| ee7d8b41-dcf5-ee11-92f7-00155dd6a524 | /ALLceWMX/C2RSEVwLnipXi7D1GmCIDj6RTk3ZP2B2i6yv28ZI7Uopi9GdsHbrCd4mJ+XZ58sgKC4CTV2MGBWg== | 4/11/2024 13:15 | Inactive | Kavarian K Rogers | Medical | Therapeutic Tier Housing | | 4/8/2024 14:14 | 4/11/2024 8:15 |
| 6d70c7dd-4f2c-ec11-8179-00155dd6a534 | N8/YJMCaNwuto+pgkVJCftzlvc+4OwYUSEc2lnl75ek+P6PG2/epTwlk4wC6GPYKTX0DkyUGaI7TomRWW/bcZA== | 11/12/2021 20:08 | Inactive | Kavarian K Rogers | Medical | M2 Medical Dose By Dose Housing | 9.06 | 10/13/2021 13:02 | 11/12/2021 14:08 |
| 81615599-c72d-ec11-8179-00155dd6a534 | V8bm/ma/e2ZfiAeugY6VVYPwvaykAEhOZah+eOhXMhhOBUcTL9jSDxtQgUdAdQYlXtplyzHflk1zFrD97KJEsQ== | 10/16/2021 13:49 | Inactive | Kavarian K Rogers | Security | Pending Review/Protective Custody | | 10/15/2021 9:52 | 10/16/2021 8:00 |
| 1461e1db-c72d-ec11-8179-00155dd6a534 | 7omQkxxotzwo1XiLPTfFEjt+Cbk+ju5QJZ/aZ6KiyFotcehc0HHjxd0jueef2reIiUbqVawG2K2l62L8nddk0w== | 10/16/2021 13:48 | Inactive | Kavarian K Rogers | Security | House Alone- Out Alone | 4.03 | 10/15/2021 9:53 | 10/16/2021 8:00 |
| b8e21330-d12d-ec11-8179-00155dd6a534 | JsKWNv8gqfMGbqyru11HJc3/f7rNzP11lHS1fwElTNLjNaxUF33uSq5h9brAZxu6uYRFpTgvhNtA2opOfZcbBw== | 10/27/2021 2:40 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 10/15/2021 11:01 | 10/26/2021 21:30 |
| 5b0705f0-558f-ec11-8191-00155dd6a5b6 | qr00Q2RHBfruMk4GnaE/ydap15O/Nl/XUQw/cHmfz+TqRhpBl/yBT8YYmr/HVWn5kXvdVB+paoVSdgE+hJM7Pw== | 4/18/2022 18:23 | Inactive | Kavarian K Rogers | Medical | M3 Medical Intermediate Housing | 9.04 | 2/16/2022 12:25 | 4/18/2022 13:22 |
| 507b2082-b4a1-ed11-b838-00155de7904b | +r4OPPYgU3536WC+Xe8FAJ3MFhGVKr3jr8Y7CD9bBufEVaO3gDwqojU6YcTeKzRvKMan4eAY1RNyYCapYwUgMA== | 4/21/2023 15:31 | Inactive | Kavarian K Rogers | Programs | Religious Holiday Meal | | 1/31/2023 16:13 | 4/20/2023 8:00 |
| 0f97e6df-2e80-eb11-8159-00155de7909a | ZQwgcXL1+V5h3Gz/tld5MJ938+vpUCdrk28SJHUoepxko/0DBMZrpynALgejgAAVoOWsnokZHsgKfyYIyatyuQ== | 10/13/2021 18:02 | Inactive | Kavarian K Rogers | Medical | Wheelchair Long Distance Only | 10.01 | 3/8/2021 10:53 | 10/13/2021 13:02 |
| 120ff10d-2f80-eb11-8159-00155de7909a | jogXqNo1XNSFrKGTjTCWfbXltFnJZOFB8wYQ9kFFp59ZFPeJKzh+sAkOSEH0ppu4rpY01vyyOUfTZSHztPHM3w== | 10/15/2021 15:05 | Inactive | Kavarian K Rogers | Medical | Lower Bunk | 13.14 | 3/8/2021 10:54 | 10/15/2021 10:05 |
| cf26465b-5449-ec11-8177-00155de79222 | 0s9NMBBcCOf2Fgmv1Ka0TQNuFDG5xl83r3AvWt8H/FTKlQ48dP1XWHLlJDjAkpJ3QFFDajnlJtsqTBCM6dRQw== | 4/21/2022 18:18 | Inactive | Kavarian K Rogers | Medical | Do Not RETURN to Division 9 | | 11/19/2021 10:18 | 4/20/2022 8:00 |
| 406fdaf4-558f-ec11-8185-00155de791ad | VgE/VJbaLYpmG1jQGuVJ/BBjilLAp2FMTU03hB7DOiWz2kmXZsr7pTryukuXTSrq8iz7MhEg7mVRq6FXZ682zw== | 4/18/2022 18:23 | Inactive | Kavarian K Rogers | Medical | Walker | 10.03 | 2/16/2022 12:25 | 4/18/2022 13:22 |
| 632a5af8-e72f-ed11-819c-00155de79222 | 6Il8JE89YHA0FVQsUZeCy1xlUHEel1DJ4f0qByYALLcPpeEQHCzy8VIkzSO1Gt9lejNe4pyWL+4Xxr23FMu+Vw== | 9/10/2022 0:27 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 9/8/2022 21:34 | 9/9/2022 8:00 |
| 9b3824ad-6179-ed11-b832-00155de79261 | Ak7ZiHVjRflJ7NqpFdPbX8cAe+nqwJ16ArdMhtLLyrSNwW3HO3nmBXyr/G+nrRdz0r5BadSzakcoeiPnnnEsjfg== | 12/17/2022 18:57 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 12/11/2022 8:39 | 12/17/2022 8:00 |
| dec36dd3-b67c-ed11-b832-00155de79261 | jSlup1dX7XqATgV7HwugXYxZU67sGkRn9Ij7/oOhDI7RcRTFc3e6rF/j3CPDFIuVCIVQ4hejK+QlO01L4MkKcg== | 12/15/2022 20:27 | Inactive | Kavarian K Rogers | Programs | RU Programming | | 12/12/2022 14:25 | 12/12/2022 8:00 |