IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, ) | |
| ) | |
| *Plaintiff* ) | |
| ) | 24-cv-3739 |
| -*vs*- ) | |
| ) | Judge Rowland |
| Thomas Dart, Sheriff of Cook County, ) et. al., ) | |
| ) | |
| ) | |
| *Defendants.* ) | |

## PLAINTIFF'S INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Printout from Sheriff's Website |
| 2 | *Bennett v. Dart*, 18-cv-4268, Dkt. 175, Minute entry |
| 3 | Defendants' Response to Plaintiff's Local Rule 56.1 Statement in *Bennett v. Dart*, 18-cv-4268 |
| 4 | FY19 Business Case prepared 4/3/2018 |
| 5 | Sheriff Dart's Supplemental Response to Production |
| 6 | Kavarian Rogers Declaration dated 7/8/2024 |
| 7 | Kavarian Rogers grievances |
| 8 | Antoine Pierce Declaration dated 7/1/2024 |
| 9 | Evander Foster Declaration dated 7/8/2024 |
| 10 | Cermak Health Services Policy A-08 |
| 11 | Sabrina Rivero-Canchola Deposition taken 6/5/2017 |
| 12 | *Bennett v. Dart*, 18-cv-4268, 1/29/2020 Minute entry |
| 13 | Grievance with control # 2022x08394 |
| 14 | Grievance with control # 2023x04088 |
| 15 | Grievance with control # 2023x13269 |
| 16 | Grievance with control # 2023x16930 |
| 17 | Grievance with control # 2024x00065 |
| 18 | Grievance with control # 2024x02224 |
| 19 | Grievance with control # 2024x07478 |
| 20 | Dr. Theresa McCarthy medical record dated 8/4/2020 |
| 21 | Kavarian Rogers Alerts |
| 22 | *Walker v. Dart*, 20-cv-261, Dkt. 159, Order |