UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Kavarian Rogers

                             Plaintiff,

v.                                                       Case No.: 1:24–cv–03739
                                                                    Honorable Mary M. Rowland

Thomas Dart, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [25]. The Court adopts the parties' proposed briefing schedule regarding Plaintiff's motion for class certification. Defendants' response due 11/22/24; Plaintiff's reply due 12/6/24. This matter is referred to the magistrate judge to supervise discovery and for all settlement discussions. The magistrate judge has full authority over the deadlines. On or before 1/30/25, parties should file a joint status report updating the court on the status of discovery and whether a settlement conference would be productive. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.