## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Kavarian Rogers

                    Plaintiff,

v.                                      Case No.: 1:24–cv–03739

                                      Honorable Mary M. Rowland

Thomas Dart, et al.

                    Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery motions, discovery supervision, and settlement conference. (jg, )Mailed notice.

Dated: October 3, 2024

                                                                        /s/ Mary M. Rowland

                                                                 United States District Judge