UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
Eastern Division

Kavarian Rogers
                    Plaintiff,

v.                                          Case No.: 1:24–cv–03739
                                                                Honorable Mary M. Rowland

Thomas Dart, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 8, 2024:

      MINUTE entry before the Honorable M. David Weisman:This case has been referred to Magistrate Judge Weisman to conduct proceedings relating to discovery motions, discovery supervision (with the authority to adjust deadlines), and settlement. The district court has set a fact discovery deadline of 2/21/25. Initial round of discovery requests shall be propounded pursuant to the Federal Rules of Civil Procedure, and any additional requests must be made either by agreement between the parties or with Court approval, which will be granted liberally earlier in the discovery process but only with explanation later in the discovery process. Status hearing set for 11/6/24 at 9:15 a.m. Joint status report due 11/5/24 setting forth whether initial disclosures and written discovery requests were issued, a list of anticipated depositions, and any other issues the parties wish to raise. If discovery is proceeding according to schedule, the status hearing may be stricken. Any motions for protective/confidentiality order due no later than 10/18/24. The motion shall indicate whether it is agreed. The proposed order should be based on the Form LR 26.2 Model Confidentiality Order, and the parties must submit a clean copy of their proposed order, along with a corresponding redlined copy of the Court's model order, to the Court's proposed order email address: Proposed_Order_Weisman@ilnd.uscourts.gov. If the proposed order is acceptable to the Court, it will be entered. Mailed notice. (jcc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.