IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Kavarian Rogers, | ) | |
|---|---|---|
| | ) | |
| *Plaintiff* | ) | |
| | ) | 24-cv-3739 |
| -*vs*- | ) | |
| | ) | Judge Weisman |
| Thomas Dart, Sheriff of Cook County, et. al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFF'S LIST OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Plaintiff's Inspection Request |
| 2 | Defendant Dart's Response to Fourth Request for Production |
| 3 | Defendant Dart's Supplemental Response to Request for Production 6 |
| 4 | P.Morrissey e-mail sent 10/21/2024 |