IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-cv-3739 |
| | ) | |
| -vs- | ) | Judge Rowland |
| | ) | |
| Thomas Dart, et al., | ) | Magistrate Judge Weisman |
| | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S INSPECTION REQUEST**

Plaintiff, by counsel and pursuant to Rule 34 of the Federal Rules of Civil Procedure, requests to inspect the following areas in Division 9 at the Cook County Department of Corrections for the purposes of measuring and photographing the following with a consultant retained by plaintiff's counsel within the next 30 days:

1. The detainee showers in Division 9;

2. The shower chairs, if any, available for Division 9 detainees;

3. The toilets available to detainees in Division 9;

4. Division 9 staff showers;

5. The toilets in Division 9 available to staff with grab bars nearby.

Exhibit 1 Page 1

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773)233-7901

**CERTIFICATE OF SERVICE**

I, Patrick W. Morrissey, state that I served the foregoing on the undersigned attorney for defendants by Email on September 23, 2024.

Jason E. DeVore
Troy S. Radunsky
Zachary G. Stillman
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, IL 60606
*Attorney for all defendants*

_____

Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773)-233-7901