**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Kavarian Rogers, ) | | |
| ) | | |
| Plaintiff, ) | Case No. 24-cv-3739 | |
| ) | | |
| v. ) | Honorable Mary M. Rowland | |
| ) | | |
| Thomas Dart, Sheriff of Cook County, ) | Magistrate Judge M. David Weisman | |
| and Cook County, Illinois ) | | |
| ) | | |
| Defendants. ) | | |

**DEFENDANT SHERIFF THOMAS J. DART'S RESPONSES TO PLAINTIFF'S
FOURTH SET OF REQUESTS FOR PRODUCTION**

NOW COMES Defendant, SHERIFF THOMAS J. DART (hereinafter "Defendant"), by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for his responses to Plaintiff's Fourth Set of Requests for Production of Documents, dated September 27, 2024, states as follows:

**DOCUMENT REQUESTS**

1. Photographs of the staff showers in Division 9 at the Cook County Department of Corrections.

    **RESPONSE: OBJECTION. This Request for Production assumes facts not in evidence..**

    **In light of and without waiving said objection, Defendant Sheriff Dart is not in possession of any such requested photographs.**

2. Photographs and dimensions of staff toilets in Division 9 at the Cook County Department of Corrections with grab bars nearby.

    **RESPONSE: OBJECTION. This Request for Production seeks documents not in the possession of Defendant Sheriff Dart, which would be better sought from Defendant Cook County. Defendant Cook County holds possession of blueprints and dimensions related to the physical buildings and facilities of the Cook County Department of Corrections. This Request also assumes facts not in evidence..**

Exhibit 2 Page 1

**In light of and without waiving said objections, Defendant Sheriff Dart is not in possession of any photographs or dimensions of the requested areas.**

3. Photographs and dimensions of bathrooms available to the public in Division 9 with grab bars nearby.

**RESPONSE: OBJECTION. This Request for Production seeks documents not in the possession of Defendant Sheriff Dart, which would be better sought from Defendant Cook County. Defendant Cook County holds possession of blueprints and dimensions related to the physical buildings and facilities of the Cook County Department of Corrections. This Request also assumes facts not in evidence.**

**In light of and without waiving said objections, Defendant Sheriff Dart is not in possession of any photographs or dimensions of the requested areas.**

4. Photographs and dimensions of the following locations in Division 9, Tier 2C:

    a. Cell 2158

    b. Cell 2166

    c. Cell 2162; and

    d. The shower room.

**RESPONSE: OBJECTION. This Request for Production seeks documents not in the possession of Defendant Sheriff Dart, which would be better sought from Defendant Cook County. Defendant Cook County holds possession of blueprints and dimensions related to the physical buildings and facilities of the Cook County Department of Corrections.**

**In light of and without waiving said objection, Defendant Sheriff Dart is not in possession of any photographs or dimensions of the requested areas.**

                         **Respectfully submitted,**

                         */s/ Jason E. DeVore*
                         Jason E. DeVore
                         One of the Attorneys for Defendants

Troy S. Radunsky (tradunsky@devoreradunsky.com)
Jason E. DeVore (jdevore@devoreradunsky.com)
Zachary G. Stillman (zstillman@devoreradunsky.com)
DeVore Radunsky LLC
230 W. Monroe Ste 230

Chicago, IL 60606
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that **Defendant Sheriff Thomas J. Dart's Responses to Plaintiff's Fourth Set of Requests for Production** was sent via email correspondence to all below listed parties on October 29, 2024.

                                                  */s/ Zachary G. Stillman*
                                                  Zachary G. Stillman
                                                  One of the Attorneys for Defendants

Service List:
Thomas G. Morrissey
Patrick Morrissey
10257 S. Western Ave
Chicago, IL 60643
773 233 7901
Pwm@morriseylawchicago.com
tgm@morrisseylawchicago.com