# Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Monday, October 21, 2024 11:35 AM |
| **To:** | Jason DeVore; Troy Radunsky; Zachary Stillman; Law Clerks |
| **Cc:** | Thomas Morrissey |
| **Subject:** | RE: Rogers v. Dart, 24-cv-3739 |

Counsel,

I write following our telephone conferral this morning regarding Rogers. We discussed the Rule 30(b)(6) notice served on 9/24/2024. Defendants represented they are working on designating witnesses responsive to each topic and that they anticipate providing additional information regarding proposed dates within the next week.

Additionally, we requested defendants to turn over the names of the putative class members rather than the service of an amended response to production stating there are 103 detainees with alerts for canes, crutches, and walkers assigned to Division 9 during the class period. We made this request based on defendants' response to class certification in *Hernandez* where defense counsel said similar evidence was speculative for plaintiff to satisfy the numerosity requirement. Defense counsel said they will not produce the list of people with an alert for a cane, crutch, or walker during the class period.

Additionally, defense counsel said they were continuing their investigation for the original architectural drawings for Division 9 and material relating to ADA renovations in Division 9 based on the permit issued by the City of Chicago on May 13, 2005.

Pat Morrissey

---

**From:** Patrick Morrissey
**Sent:** Tuesday, September 24, 2024 1:11 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Rogers v. Dart, 24-cv-3739

Counsel,

Attached please find plaintiff's Rule 30(b)(6) deposition notice in Rogers along with plaintiff's first request to admit.

Thank you,

Pat Morrissey

Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7901
pwm@morrisseylawchicago.com
http://morrisseylawchicago.com