COOK COUNTY 1991 BUDGET

PROGRAM - PROTECTION OF PERSONS AND PROPERTY     NO. 02     SHERIFF     NO. __

FUND - CORPORATE     NO. 0001     PROGRAM - DEPARTMENT OF CORRECTIONS     NO. __
ELEMENT

WORK UNIT MEASUREMENT: AVERAGE DAILY CONTACTS

DESCRIPTION OF WORK UNIT: Each person contacted on a daily basis in the home monitoring program.

This activity is responsible for the security and safety within Division IX. Responsibilities include patrolling of corridors, gates and living units. Also responsible for the security of educational and recreational units within Division IX.

The Sub-Activity within this activity is:

01 Division IX - Security

WORK UNIT MEASUREMENT: AVERAGE DAILY POPULATION

DESCRIPTION OF WORK UNIT: Number of inmates confined to Division IX at 11:30 p.m. each day, averaged over each month, quarter and year.

239-22 Division X

This activity is reponsible for the security and safety within Division X. Responsibilites include patrolling of corridors, gates and living units. Also responsible for the security of educational and recreational units within Division X.

The Sub-Activities within this activity are:

01 Administration and Clerical
02 Division X - Security

WORK UNIT MEASUREMENT: AVERAGE DAILY POPULATION

DESCRIPTION OF WORK UNIT: Number of inmates confined to Division at 11:30 p.m. each day, averaged over each month, quarter and year.

## 1990 ACHIEVEMENTS

1) Increased electronic monitoring program to 1,000 inmates which has helped relieve overcrowding.

2) Installation of new Data Processing Equipment to handle greater capacity caused by expansion and enabling newer versions of inmate tracking software to be installed. Established data interchange with Clerk's Office for incarcerated inmates going to court. Received Federal Grant for enhanced inmate identification process.

Exhibit 2 Page 1