IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-3739 |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME
TO BRIEFING SCHEDULE ON CLASS CERTIFICATION**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Opposed Motion for Extension of Time for their Response in Opposition to Plaintiff's Motion for Class Certification, state as follows:

1. Counsels for the parties have been in communication regarding this Motion, and Counsels for Plaintiff were not inclined to agree to Defendants' requested extension.

2. At present, Defendants' Response in Opposition to Plaintiff's Motion for Class Certification is due by November 22, 2024, and Plaintiff's Reply in Support is due by December 6, 2024. (ECF No. 26.)

3. Plaintiff filed his Motion for Class Certification on September 18, 2024.

4. Subsequently, Counsels for both Plaintiff and Defendants briefed another Motion for Class Certification, in another case before this Court, *Hernandez v. Dart, et al.*, 23-cv-16970, before the Honorable Sunil R. Harjani.

5. Additionally, over the past several weeks, Counsels for Defendants have been handling numerous matters in this case including working towards resolving issues brought up by Plaintiff at the November 6, 2024, Status Hearing, related to their Motion to Compel and pending 30(b)(6) notice and topics. Further, on November 6, 2024, Counsels for Plaintiff served a second set of Requests to Admit upon Defendants, for which responses have taken a significant amount of time to coordinate and discuss with all involved parties and facilities. Counsels for both Plaintiff and Defendants have also been engaged in further 30(b)(6) deliberations and depositions during this passing time in the matter of *Hernandez v. Dart, et al.*, 23-cv-16970, with one such deposition occurring on November 18, 2024, for which a significant amount of time has been spent preparing.

6. Finally, up only until late last week, Counsels for Defendants had been long preparing for what was set to be a lengthy trial in the Law Division of the Cook County Circuit Court, intended to begin on November 12, 2024, but which ultimately settled.

7. In light of these other intervening matters, Counsels for Defendants have not had sufficient time to complete their Response in Opposition to Plaintiff's Motion.

8. Accordingly, Defendants now request a 17 (seventeen) day extension to the deadline for their Response, making it due by December 9, 2024, and extending Plaintiff's deadline to Reply through to January 3, 2025, so as to avoid any resultant deadlines falling over the holiday season.

9. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

10. Not granting an extension of time would prejudice Defendants because the current deadline will not allow sufficient time to properly prepare and submit their brief.

11. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. The Motion for Extension of Time is granted;

2. Defendants' Response in Opposition to Plaintiff's Motion for Class Certification shall be filed on or before December 9, 2024;

3. Plaintiff's Reply in Support of his Motion for Class Certification shall be filed on or before January 3, 2025; and

4. Any other such relief as this court deems reasonable and just.

                Respectfully Submitted,

                **Defendants**

By:   */s/ Zachary G. Stillman*
       Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that this **Opposed Motion for Extension of Time** was filed on November 13, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

                */s/Zachary Stillman*
                Zachary Stillman