# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Kavarian Rogers

                              Plaintiff,

v.                                              Case No.: 1:24−cv−03739
                                                Honorable Mary M. Rowland

Thomas Dart, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 14, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' opposed motion for extension of time to file response in opposition to motion for class certification is granted [32]. Defendants' response due 12/9/24. Plaintiff's reply due 1/10/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.