# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Kavarian Rogers

                Plaintiff,

v.

Thomas Dart, et al.

                Defendant.

Case No.: 1:24−cv−03739
Honorable Mary M. Rowland


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, November 6, 2024:

       MINUTE entry before the Honorable M. David Weisman: Magistrate motion and status hearing held. Discussion held regarding Plaintiff's motion to compel. The motion is entered and continued for the reasons stated on the record. Plaintiff is not waiving right to inspection of Division 9 at a later date. Defendants to perform further inquiry and communicate with Plaintiff's counsel no later than 11/14/24 as to the following issues: Defendants' position on photographs/dimensions of showers in Division 9 and names of putative class members; Defendants' receipt of federal financial assistance (Rule 30(b)(6) topics 1−3); date when Division 9 was constructed (topic 4); testimony from the Sheriff and County to understand why inmates with an alert for a cane, crutch, or walker are assigned to Division 9 along with the accommodations, if any, provided for these individuals to toilet and shower (topic 5); ADA renovations to Division 9. Status hearing set for 11/18/24 at 10:00 a.m. If possible, parties to file a joint status report on 11/15/24. Mailed notice. (jcc,)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.