

# Building Permit and Inspection Records

### Disclaimer

The information presented on this website is informational only and does not necessarily reflect the current condition of the building or property. The fact that a permit was issued does not confirm that work was performed, or that work was performed in accordance with that permit and the requirements of the Municipal Code.

Information on inspections and alleged violations reflect conditions found by the inspector at the time of the inspection and not necessarily the current status of those alleged violations or the current condition of the property. The absence of alleged violations on this website does not mean a building or property is in compliance with the requirements of the Municipal Code.

The Department of Buildings may refer certain alleged violations to the City's Department of Law for enforcement proceedings in the Department of Administrative Hearings or the Circuit Court of Cook County. Please contact the Department of Administrative Hearings or the Clerk of the Circuit Court, respectively to obtain records of these proceedings.

### INPUT ADDRESS

2700 S CALIFORNIA AVE

### RANGE ADDRESS

2650-2774 S CALIFORNIA AVE CHICAGO IL 60608
2700-2700 S CALIFORNIA AVE CHICAGO IL 60608
2700-2700 S CALIFORNIA AVE CHICAGO IL 60608

### BUILDING PERMITS

| PERMIT # | DATE ISSUED | DESCRIPTION OF WORK |
|---|---|---|
| 101045459 | 03/05/2024 | CLERK OF THE CIRCUIT COURT ADMIN BUILDING - EVIDENCE ROOM - 130-29145-07 - LOW VOLTAGE PERMIT FOR LOW VOLTAGE BURGLAR ALARM INSTALLATION |

Exhibit 1 Page 1

| PERMIT # | DATE ISSUED | DESCRIPTION OF WORK |
|---|---|---|
| 100123713 | 08/31/2006 | Project includes renovation of kitchen and public servery at second floor of Cook County Criminal Courts Administration Building. Entire kitchen and servery will receive new waterproofing system and new food service equipment. Demolition and new plumbing work will be performed below second floor and above public lobby. After new plumbing new ceiling system will be installed and directional signage will be placed. |
| 100103138 | 03/23/2006 | MODERNIZE TWO (2) HYDRAULIC PASSENGER ELEVATORS AS PER SCOPE OF WORK |
| 100103137 | 03/23/2006 | MODERNIZE FOUR (4) PASSENGER ELEVATORS AS PER SCOPE OF WORK |
| 100082745 | 12/08/2005 | intercom |
| 100070791 | 10/13/2005 | INTERIOR AND EXTERIOR ADA RENOVATIONS TO EXISTING COOK COUNTY CRIMINAL COURTS BUILDING- ADMINISTRATION BUILDING, ADN PARKING GARAGE AS PER PLANS |
| 100060776 | 08/03/2005 | C7021 NEW CCTV, AUDIO & SECURITY SYSTEMS. PROVIDE BRANCH CIRCUITS FOR ABOVE EQUIPMENT. INSTALL ELEVEN (11) 60 AMP PANELBOARDS. |
| 100040237 | 07/21/2005 | renovate 11, 12 13 14 flr and creating a swingspace on the basement level as per plan |
| 100053745 | 06/29/2005 | Upgrade security system - Divisions III & IV (7-4135) |
| 100028801 | 05/13/2005 | INTERIOR AND EXTERIOR -ADA RENOVATIONS TO COOK COUNTY DEPT. OF CORRECTIONS BUILDINGS; SCREENING, OLD CERMAK, CENTRAL POWER PLANT, BUILDING 4 GYM, AND DIVISIONS I, II, IV, V, VI, IX, X PER PLANS. |
| 100037595 | 03/23/2005 | ERECT 1 SUSPENDED STAGE SCAFFOLD FROM 3/23/05 TO 3/23/06 |
| B20419354 | 11/23/2004 | INSTALL A GLASS SECUNRITYSCREEN IN THE LOBBY PER PLAN. |
| 100012440 | 10/22/2004 | c6618 install req'd fire alarm system - cook county criminal court admin & court house buildings plan review# 18745- per keith hall ck# 023676 |
| 201767 | 03/18/2004 | INSTALL LOW VOLTAGE ALARM SYSTEM CK#0014253 6 PERMITS |
| 193220 | 01/09/2004 | PLAZA DECK AND DRAINAGE REPAIRS PER PLAN |

Exhibit 1 Page 7