# Re: M3 Review for Dorm 2 1st and 2nd Floor Housing (11.16.21)

| | |
|---|---|
| From: | De Funiak, Andrew <adefuniak@cookcountyhhs.org> |
| To: | Joseph Hilburger (Sheriff) <joseph.hilburger@ccsheriff.org>, Zawitz, Chad <czawitz@cookcountyhhs.org>, Harris, Rebecca <rebecca.harris@cookcountyhhs.org>, Richardson, Stamatia <stamatia.richardson@cookcountyhhs.org>, Mennella, Connie <cmennella@cookcountyhhs.org>, Chad Zawitz (CCHHS) <CZawitz@cookcountyhhs.org>, Stamatia Richardson (CCHHS) <Stamatia.Richardson@cookcountyhhs.org>, Connie Mennella (CCHHS) <CMennella@cookcountyhhs.org> |
| Cc: | Marlena Jentz (Sheriff) <marlena.jentz@ccsheriff.org>, jane.gubser@ccsheriff.org, Leonard Rocco (Sheriff) <Leonard.Rocco@ccsheriff.org>, Sabrina Rivero Canchola (Sheriff) <Sabrina.RiveroCanchola@ccsheriff.org>, Jamell Gunn (Sheriff) <Jamell.Gunn@ccsheriff.org>, Jane Gubser (Sheriff) <Jane.Gubser@ccsheriff.org> |
| Sent: | November 17, 2021 3:08:18 PM CST |
| Received: | November 17, 2021 3:08:42 PM CST |

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon, charts reviewed notes entered below with indication if patient could be housed on 2nd floor, thanks.
Dr. de Funiak
Good morning,

Please review the below list of detainees for possible housing in Dorm 2. Also specify if they are clear for 2nd floor housing. Some of these have recently been ran.

| Inmate | Booking | Bed Assignment | Classification | Alert | Notes |
|---|---|---|---|---|---|
| Julian Stelmach | 20210904010 | DIV08-2F-D2-1 | Medium | M3 | NO - elderly |
| Robie A Derrick | 20200521080 | DIV08-2F-D2-10 | Medium | M3 | yes -2ndfloor |
| Richard J Tincher | 20210919095 | DIV08-2F-D2-11 | Minimum | M3 | yes 2nd floor |
| Patrick Brewster | 20210918008 | DIV08-2F-D2-12 | Medium | M3 | yes 1st floor |
| Juan Madera-Romero | 20210421056 | DIV08-2F-D2-13 | Medium | P2 | M3 discontinue |
| Tyrese Watson | 20200624100 | DIV08-2F-D2-15 | Medium | M3 | NO IRDM |
| Rudolph Memmen | 20210428044 | DIV08-2F-D2-16 | Minimum | M3 | yes 2nd floor |
| Christopher L Johnson | 20190526002 | DIV08-2F-D2-17 | Medium | M3 | NO para |
| Daniel S Dunbar | 20210408082 | DIV08-2F-D2-18 | Medium | M3 | no irdm |
| Bato Y Petrov | 20210410012 | DIV08-2F-D2-2_X | Medium | M3 | yes 2nd floor |
| Justin Wade | 20210624042 | DIV08-2F-D2-24 | Medium | M3 | NO IRDM |
| Saddam Migdadi | 20211102081 | DIV08-2F-D2-25 | Minimum | M3 | no |
| Herminio Reyes | 20201207089 | DIV08-2F-D2-26 | Medium | M3 | yes 1st floor |
| Keoni Zucco | 20210624049 | DIV08-2F-D2-27 | Medium | P2 | yes m3 discontinue |
| Jaquail D Brown | 20200531018 | DIV08-2F-D2-28 | Medium | M3 | NO IRDM |
| Ron A Browning | 20190116223 | DIV08-2F-D2-3_X | Medium | M3 | no |
| Mario D Williams | 20200814058 | DIV08-2F-D2-30 | Medium | M3 | yes 2nd floor |
| Korey Cheatham | 20210223012 | DIV08-2F-D2-32 | Minimum | M3 | yes 1st floor |
| Kevon M Pooran | 20210926084 | DIV08-2F-D2-34 | Medium | M3 | no insulin |
| Freddie D Jackson | 20211005089 | DIV08-2F-D2-35 | Medium | M3 | no |
| Anthony Harris | 20160323129 | DIV08-2F-D2-37 | Medium | M3 | no |
| Derius L Moore | 20210128077 | DIV08-2F-D2-38 | Medium | M3 | yes 1st floor |

Exhibit 2 Page 1

| Larry Jones | 20190710137 | DIV08-2F-D2-39 | Medium | M3 | yes 1st floor |
|---|---|---|---|---|---|
| Isiah V Williams | 20211013022 | DIV08-2F-D2-4 | Medium | M3 | no elderly |
| Deon D Lee | 20200812120 | DIV08-2F-D2-5 | Medium | M3 | no insulin |
| Daryl Johnson | 20210909008 | DIV08-2F-D2-6 | Minimum | M3 | no |
| Arteze A Smith | 20210919029 | DIV08-2F-D2-9 | Medium | M3 | NO REEVALUATE AFTER CLINIC 11/18 WIRE JAW |
| Jaime Nieves | 20210705010 | DIV08-3F-D4-10 | Medium | M3 | no insulin |
| Daniel C Jones | 20210507022 | DIV08-3F-D4-16 | Medium | M3 | no insulin |
| William A Moorehead | 20210225026 | DIV08-3F-D4-17 | Medium | M3 | yes 1st floor |
| Timothy May | 20210909072 | DIV08-3F-D4-19 | Medium | M3 | yes 1st floor |
| Eugene D Westmoreland | 20191030026 | DIV08-3F-D4-2_X | Medium | M3 | no |
| Tirnell Wiliams | 20200927069 | DIV08-3F-D4-3_X | Medium | M3 | no WC |
| Alvin Coe | 20200922031 | DIV08-3F-D4-31 | Medium | M3 | no insulin |
| Wayne Mobley | 20210201036 | DIV08-3F-D4-33 | Medium | M3 | no insulin |
| Lazaro Ibanez | 20210313135 | DIV08-3F-D4-34 | Medium | M3 | no insulin |
| Charles B Owens | 20210221061 | DIV08-3F-D4-37 | Medium | M3 | no insulin |
| Tom M Rymus | 20210222045 | DIV08-3F-D4-39 | Medium | M3 | NO |
| Jeremy Hollins | 20210706126 | DIV08-3F-D4-5 | Medium | M3 | NO |
| Forrest Petersen | 20200124237 | DIV08-3F-D4-7 | Medium | M3 | no insulin |
| Rodney Burton | 20210608128 | DIV08-3F-D4-9 | Medium | M3 | no insulin |
| Aaron D Howard | 20211029123 | DIV08-3G-D5-10 | Medium | M3 | yes 1st floor |
| Daniel Crotty | 20210715003 | DIV08-3G-D5-11 | Medium | M3 | no |
| Ray Felton | 20201115007 | DIV08-3G-D5-12 | Medium | M3 | no |
| Joshua A Boyd | 20211021115 | DIV08-3G-D5-17 | Medium | M3 | no insulin |
| Robert Vandyke | 20210709119 | DIV08-3G-D5-18 | Medium | M3 | no insulin |
| Claudio Contreras | 20210127014 | DIV08-3G-D5-21 | MediumP2 | P2 | M3 discontinue |
| Michael Miller | 20210924021 | DIV08-3G-D5-23 | Medium | M2 | yes 2nd floor |
| Keith D Jones | 20181127032 | DIV08-3G-D5-27 | Medium | M3 | no |
| Richard D Tarolla | 20210126082 | DIV08-3G-D5-3 | Medium | M3 | yes 1st floor |
| Keunta Moore | 20211026022 | DIV08-3G-D5-7_C | Medium | M3 | NO |
| Darryl Smith | 20171225043 | DIV08-3H-D6-19 | Medium | M3 | no |
| Edward A Johnson | 20210524025 | DIV08-3H-D6-29 | Medium | M3 | no |
| Carl Griffin | 20210522053 | DIV08-3H-D6-35 | Medium | M3 | yes 1st floor |
| Eugene McEwen | 20200125170 | DIV08-3H-D6-8_C | Medium | M3 | NO |
| Jonathan Gomes | 20201014118 | DIV08-4B-D1-38 | Medium | M3 | no insulin |
| Marlon G Batts | 20210921037 | DIV08-4C-D2-29 | Medium | M3 | yes 1st floor |
| Dell Crosby | 20210928053 | DIV08-4H-D6-7 | Medium | M3 | no insulin |
| Johnny L Houston | 20200903028 | DIV08-5C-D2-13 | Medium | M3 | yes 1st floor |
| Farris Simpson | 20210227109 | DIV08-5C-D2-23 | Medium | M3 | no insulin |
| James L Shinaul | 20211104080 | DIV08-5C-D2-26 | Medium | gp | yes gp |
| Dandre Gant | 20211108064 | DIV08-5C-D2-28 | Medium | M3 | yes 1st floor |
| Tyler J Anderson | 20211101113 | DIV08-5D-D3-10 | Minimum | M3 | discharged |
| Jonathan Baldwin | 20211029020 | DIV08-5D-D3-28 | Medium | M3 | no insulin |

Exhibit 2 Page 2

| Inmate | Booking | Bed Assignment | Classification | Alert | Notes |
|---|---|---|---|---|---|
| Wojtek M Oszal | 20211030042 | DIV08-5D-D3-31 | Minimum | M3 | no insulin |
| Malachi A Baskin | 20211031103 | DIV08-5D-D3-37 | Medium | P2 | yes P2 |
| Curshawn L Brown | 20210830039 | DIV08-5D-D3-9 | MediumfP2 | P2 | yes P2 |

**From:** Joseph Hilburger (Sheriff) <joseph.hilburger@ccsheriff.org>
**Sent:** Tuesday, November 16, 2021 8:30 AM
**To:** De Funiak, Andrew <adefuniak@cookcountyhhs.org>; Zawitz, Chad <czawitz@cookcountyhhs.org>; Harris, Rebecca <rebecca.harris@cookcountyhhs.org>; Richardson, Stamatia <stamatia.richardson@cookcountyhhs.org>; Mennella, Connie <cmennella@cookcountyhhs.org>
**Cc:** Marlena Jentz (Sheriff) <marlena.jentz@ccsheriff.org>; jane.gubser@ccsheriff.org <jane.gubser@ccsheriff.org>; Leonard Rocco (Sheriff) <Leonard.Rocco@ccsheriff.org>; Sabrina Rivero Canchola (Sheriff) <Sabrina.RiveroCanchola@ccsheriff.org>; Jamell Gunn (Sheriff) <Jamell.Gunn@ccsheriff.org>
**Subject:** M3 Review for Dorm 2 1st and 2nd Floor Housing (11.16.21)

Good morning,

Please review the below list of detainees for possible housing in Dorm 2. Also specify if they are clear for 2nd floor housing. Some of these have recently been ran.

| Inmate | Booking | Bed Assignment | Classification | Alert | Notes |
|---|---|---|---|---|---|
| Julian Stelmach | 20210904010 | DIV08-2F-D2-1 | Medium | M3 | NO |
| Robie A Derrick | 20200521080 | DIV08-2F-D2-10 | Medium | M3 | |
| Richard J Tincher | 20210919095 | DIV08-2F-D2-11 | Minimum | M3 | |
| Patrick Brewster | 20210918008 | DIV08-2F-D2-12 | Medium | M3 | |
| Juan Madera-Romero | 20210421056 | DIV08-2F-D2-13 | Medium | M3 | |
| Tyrese Watson | 20200624100 | DIV08-2F-D2-15 | Medium | M3 | |
| Rudolph Memmen | 20210428044 | DIV08-2F-D2-16 | Minimum | M3 | |
| Christopher L Johnson | 20190526002 | DIV08-2F-D2-17 | Medium | M3 | |
| Daniel S Dunbar | 20210408082 | DIV08-2F-D2-18 | Medium | M3 | |
| Bato Y Petrov | 20210410012 | DIV08-2F-D2-2_X | Medium | M3 | |
| Justin Wade | 20210624042 | DIV08-2F-D2-24 | Medium | M3 | NO IRDM |
| Saddam Migdadi | 20211102081 | DIV08-2F-D2-25 | Minimum | M3 | |
| Herminio Reyes | 20201207089 | DIV08-2F-D2-26 | Medium | M3 | |
| Keoni Zucco | 20210624049 | DIV08-2F-D2-27 | Medium | M3 | |
| Jaquail D Brown | 20200531018 | DIV08-2F-D2-28 | Medium | M3 | NO IRDM |
| Ron A Browning | 20190116223 | DIV08-2F-D2-3_X | Medium | M3 | |
| Mario D Williams | 20200814058 | DIV08-2F-D2-30 | Medium | M3 | |
| Korey Cheatham | 20210223012 | DIV08-2F-D2-32 | Minimum | M3 | |
| Kevon M Pooran | 20210926084 | DIV08-2F-D2-34 | Medium | M3 | |
| Freddie D Jackson | 20211005089 | DIV08-2F-D2-35 | Medium | M3 | |
| Anthony Harris | 20160323129 | DIV08-2F-D2-37 | Medium | M3 | |
| Derius L Moore | 20210128077 | DIV08-2F-D2-38 | Medium | M3 | |
| Larry Jones | 20190710137 | DIV08-2F-D2-39 | Medium | M3 | |
| Isiah V Williams | 20211013022 | DIV08-2F-D2-4 | Medium | M3 | |
| Deon D Lee | 20200812120 | DIV08-2F-D2-5 | Medium | M3 | |
| Daryl Johnson | 20210909008 | DIV08-2F-D2-6 | Minimum | M3 | |
| Arteze A Smith | 20210919029 | DIV08-2F-D2-9 | Medium | M3 | NO REEVALUATE AFTER CLINIC 11/18 WIRE JAW |
| Jaime Nieves | 20210705010 | DIV08-3F-D4-10 | Medium | M3 | |
| Daniel C Jones | 20210507022 | DIV08-3F-D4-16 | Medium | M3 | |
| William A Moorehead | 20210225026 | DIV08-3F-D4-17 | Medium | M3 | |

Exhibit 2 Page 3

| | | | | | |
|---|---|---|---|---|---|
| Timothy May | 20210909072 | DIV08-3F-D4-19 | Medium | M3 | |
| Eugene D Westmoreland | 20191030026 | DIV08-3F-D4-2_X | Medium | M3 | |
| Tirnell Wiliams | 20200927069 | DIV08-3F-D4-3_X | Medium | M3 | |
| Alvin Coe | 20200922031 | DIV08-3F-D4-31 | Medium | M3 | |
| Wayne Mobley | 20210201036 | DIV08-3F-D4-33 | Medium | M3 | |
| Lazaro Ibanez | 20210313135 | DIV08-3F-D4-34 | Medium | M3 | |
| Charles B Owens | 20210221061 | DIV08-3F-D4-37 | Medium | M3 | |
| Tom M Rymus | 20210222045 | DIV08-3F-D4-39 | Medium | M3 | NO |
| Jeremy Hollins | 20210706126 | DIV08-3F-D4-5 | Medium | M3 | NO |
| Forrest Petersen | 20200124237 | DIV08-3F-D4-7 | Medium | M3 | |
| Rodney Burton | 20210608128 | DIV08-3F-D4-9 | Medium | M3 | |
| Aaron D Howard | 20211029123 | DIV08-3G-D5-10 | Medium | M3 | |
| Daniel Crotty | 20210715003 | DIV08-3G-D5-11 | Medium | M3 | |
| Ray Felton | 20201115007 | DIV08-3G-D5-12 | Medium | M3 | |
| Joshua A Boyd | 20211021115 | DIV08-3G-D5-17 | Medium | M3 | |
| Robert Vandyke | 20210709119 | DIV08-3G-D5-18 | Medium | M3 | |
| Claudio Contreras | 20210127014 | DIV08-3G-D5-21 | Medium | M3 | |
| Michael Miller | 20210924021 | DIV08-3G-D5-23 | Medium | M3 | |
| Keith D Jones | 20181127032 | DIV08-3G-D5-27 | Medium | M3 | |
| Richard D Tarolla | 20210126082 | DIV08-3G-D5-3 | Medium | M3 | |
| Keunta Moore | 20211026022 | DIV08-3G-D5-7_C | Medium | M3 | NO |
| Darryl Smith | 20171225043 | DIV08-3H-D6-19 | Medium | M3 | |
| Edward A Johnson | 20210524025 | DIV08-3H-D6-29 | Medium | M3 | |
| Carl Griffin | 20210522053 | DIV08-3H-D6-35 | Medium | M3 | |
| Eugene McEwen | 20200125170 | DIV08-3H-D6-8_C | Medium | M3 | NO |
| Jonathan Gomes | 20201014118 | DIV08-4B-D1-38 | Medium | M3 | |
| Marlon G Batts | 20210921037 | DIV08-4C-D2-29 | Medium | M3 | |
| Dell Crosby | 20210928053 | DIV08-4H-D6-7 | Medium | M3 | |
| Johnny L Houston | 20200903028 | DIV08-5C-D2-13 | Medium | M3 | |
| Farris Simpson | 20210227109 | DIV08-5C-D2-23 | Medium | M3 | |
| James L Shinaul | 20211104080 | DIV08-5C-D2-26 | Medium | M3 | |
| Dandre Gant | 20211108064 | DIV08-5C-D2-28 | Medium | M3 | |
| Tyler J Anderson | 20211101113 | DIV08-5D-D3-10 | Minimum | M3 | |
| Jonathan Baldwin | 20211029020 | DIV08-5D-D3-28 | Medium | M3 | |
| Wojtek M Oszal | 20211030042 | DIV08-5D-D3-31 | Minimum | M3 | |
| Malachi A Baskin | 20211031103 | DIV08-5D-D3-37 | Medium | M3 | |
| Curshawn L Brown | 20210830039 | DIV08-5D-D3-9 | Medium | M3 | |

**Lieutenant Joseph Hilburger #727**
**Classification**
**Assistant CLEAR Administrator**
**Cook County Sheriff's Office**
**2700 S. California**
**(773) 674-1131**
**joseph.hilburger@ccsheriff.org**

*This transmission may contain confidential or privileged information, intended only for use by the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, copying or distribution of this transmission is strictly prohibited. Please treat this and all other documents from the Cook County Sheriff's Department as LAW ENFORCEMENT SENSITIVE / FOR OFFICIAL USE ONLY. Further distribution of this document is restricted to law enforcement agencies, intelligence agencies and Department of Defense organizations only, unless prior approval of the Cook County Sheriff's Department has been obtained. Keep in mind that this document, or any segment thereof, may not be released to any media sources. Do not disseminate, which includes forwarding the contents of this message, without the approval of the sender.*

Exhibit 2 Page 4