UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

Kavarian Rogers
                        Plaintiff,

v.                                          Case No.: 1:24−cv−03739
                                                    Honorable Mary M. Rowland

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 18, 2024:

      MINUTE entry before the Honorable M. David Weisman: Magistrate Status/Motion hearing held. Discussion held regarding issues in joint status report. Plaintiff's motion to compel [29] is granted as stated herein. As to inspection/photographs of showers, the issue is tabled until January 2025, except that to the extent plaintiffs' counsel requests photographs to refresh memories of plaintiffs for deposition, defendants shall provide general photographs of relevant areas; Defendants to produce list of Division 9 detainees with alerts for canes, crutches, and walkers through 11/15/24 by 12/9/24; Rule 30(b)(6) Topics 1−4 depositions to be discussed again in January 2025 because they are merits related versus class−certification related; 30(b) (6) Topic 5 deposition to be completed by 12/20/24 because it is related to class certification; as to documents relating to ADA renovations, the issue is tabled to January 2025 because it is more merits related. Parties to continue cooperating to address all outstanding discovery requests, and the Court expects progress on all fronts by the next status hearing. Status hearing set for 1/16/25 at 2:00 p.m. Joint status report due by noon on 1/14/25 setting forth the status of all topics discussed today; the status of class certification briefing; and any other issues the parties wish to raise. Any motions on issues that arise prior to the next status hearing shall be filed promptly. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.