IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, )<br>)<br>)<br>*Plaintiff,* )<br>)<br>-*vs*- )<br>)<br>Thomas Dart, Sheriff of Cook )<br>County, and Cook County, Illinois, )<br>)<br>)<br>*Defendants.* ) | 24-cv-3739<br><br>Judge Weisman |

**PLAINTIFF'S MOTION TO ENFORCE COURT'S ORDER, DKT. 37**

Plaintiff Kavarian Rogers, by counsel, moves the Court to enforce the Court's order entered on November 18, 2024, Dkt. 37.

Grounds for this motion are as follows:

1. On October 30, 2024, plaintiff moved to compel defendants to turn over a list of putative class members assigned to Division 9 from May 8, 2022 to the present assigned canes, crutches, and walkers. Dkt. 29, Motion at 3-4.

1. The Court granted plaintiff's motion on November 18, 2024, and directed defendants to "produce list of Division 9 detainees with alerts for canes, crutches, and walkers through 11/15/2024". Dkt. 37, Minute entry.

2. Defendants turned over a list on November 22, 2024, purporting to be the list of individuals assigned to Division 9 from May 8, 2022 through August 26, 2024.

3. This list, however, is incomplete because it does not include individuals assigned "long distance only" canes, crutches and walkers.

4. Plaintiff's request for production specifically requested the list to include "long distance" as well as "short distance" alerts. *See* Dkt. 29-4, Sheriff's Response to Production ¶ 6. The list for "long distance only" alerts may also be probative for the class issues since plaintiff Kavarian Rogers, the proposed class representative, was assigned a "walker long distance only" alert while assigned to Division 9. Exhibit 1, Sheriff's Response to Admissions ¶¶ 16-17.

5. The list produced by defendants omits every "long distance only" alert for canes, crutches, and walkers, including plaintiff Rogers.

2. On November 25, 2024, plaintiff's counsel, Tom Morrissey, held a phone conferral with Zachary Stillman, an attorney for defendants. During this conferral, defense counsel acknowledged he is in possession of the complete list of putative class members (that includes "long distance alerts") but that the Sheriff and Cook County "have not authorized" him to turn over this list. This conferral is memorialized in an e-mail sent by Tom Morrissey on November 25, 2024, at 3:34 pm. Exhibit 2 at 1-2.

It is therefore respectfully requested that the Court grant plaintiff's motion to enforce the Court's order entered on November 18, 2024, Dkt. 37, and direct defendants to turn over the complete list of individuals assigned a cane, crutch, or walker in Division 9 that includes "long distance only" alerts.

                Respectfully submitted,

/s/ Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
pwm@morrisseylawchicago.com
*an attorney for plaintiff*