**Patrick Morrissey**

| | |
|---|---|
| **From:** | Zachary Stillman <zstillman@devoreradunsky.com> |
| **Sent:** | Tuesday, November 26, 2024 9:09 AM |
| **To:** | Thomas Morrissey; Patrick Morrissey |
| **Cc:** | Jason DeVore; Law Clerks |
| **Subject:** | Re: Rogers | IIC List Production - Bates 010349 - 010356 |

Tom,

One clarification: I told you that there were no current plans to seek an additional extension on the response in opposition to Motion for Class Certification, absent extraordinary circumstances. The world is a crazy place and we would prefer to have the option to seek more time if something comes up unexpectedly.

Thanks,
Zach



**Zachary G. Stillman**
Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Sent:** Monday, November 25, 2024 3:34 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** RE: Rogers | IIC List Production - Bates 010349 - 010356

Counsel:

I write following our conferral this afternoon regarding the incomplete list of putative class members sent on November 22, 2024. You confirmed that the list does not include putative class members with "long distance alerts" for canes, crutches and walkers and that plaintiff Rogers is not on the list produced Friday, November 22. You acknowledged that you are in possession of another list of putative class members (including people with long distance only alerts like plaintiff Rogers) but that you are not authorized by your clients to provide it in response to paragraph 6 of plaintiff's request to produce. I informed you that plaintiff will file a motion seeking the remaining class members.

Additionally, we discussed a date for the outstanding Rule 30(b)(6) depositions for defendants on the topics why putative class members were housed in Division 9 and what accommodations were provided to them. I told you that my office is not available on 12/20/24 for the deposition. We agreed to discuss this matter again next Tuesday.

Finally, you indicated that defendants will not be asking for another extension to file a response to plaintiff's motion for class certification.

Have a nice Thanksgiving.

Tom

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Friday, November 22, 2024 9:00 PM
**To:** Thomas Morrissey <tgm@morrisseylawchicago.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** Rogers | IIC List Production - Bates 010349 - 010356

Good Evening Tom and Pat,

See attached DR Bates 010349 - 010356, consisting of our production of the IIC list as promised, as well as pursuant to the Court's orders.

The list is being produced pursuant to the confidentiality agreement entered by the Court on July 23, 2024, ECF No. 20.

An updated list will be pulled soon for production pursuant to the December 9 deadline imposed by the Court.

Thank you,
Zach



**Zachary G. Stillman**
Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.