## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Kavarian Rogers

                      Plaintiff,

v.                                                             Case No.: 1:24–cv–03739
                                                                    Honorable Mary M. Rowland

Thomas Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 27, 2024:

      MINUTE entry before the Honorable M. David Weisman: Defendants' response to Plaintiff's motion to compel [38], which is limited to no more than 4 pages, due 12/6/24. Ruling set for 12/18/24 at 9:15 a.m. The parties are strongly encouraged to continue conferring on this issue given the Court's discussion with the parties on 11/18/24, the Court's ruling on that same date, and defense counsel's statement to Plaintiff's counsel that he is in possession of the documents Plaintiff seeks. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.