## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Kavarian Rogers
                        Plaintiff,

v.                                                  Case No.: 1:24–cv–03739
                                                  Honorable Mary M. Rowland

Thomas Dart, et al.
                        Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 5, 2024:

      MINUTE entry before the Honorable Mary M. Rowland: Defendants' unopposed motion for leave to file excess pages is granted [40]. Defendants' response in opposition to motion for class certification not to exceed 26 pages, not including the table of contents and table of cases. Mailed notice. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.