| (Do Not Modify) Bed Assignment | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| 7f93e324-80fb-ee11-92ff-00155de79129 | J31rFrO9RKkKBBw/LcSYMPTyg4/1CD4+JCKv/vfkBtt6IuwrQlFovDrx9LrjMCwCltBJyZH6mjQTsFCwcB7WuQ== | 4/15/2024 23:30 | Active | Kavarian K Rogers | DIV9-1D-1190-1 | 4/15/2024 18:30 | |
| cb5096b4-34f9-ee11-92fd-00155dd6a519 | sVVdJ6qJ/KxBCizFLAxBnD/IDN3WpwJ2gLgCbQH88CyLfebr927W3F/GH62SxKteqFf1dSk0iiZAlojhux9Q6A== | 4/15/2024 23:29 | Inactive | Kavarian K Rogers | DIV9-2A-2132-1 | 4/12/2024 20:25 | 4/15/2024 18:30 |
| 4339b52c-8bf7-ee11-92f7-00155dd6a524 | I/FqH/91YDKg6UM3InLxTQotwOH33jdav7+N4C5H1SgyHaknxV8LpxGjxOlrcJIFNjW4WQOHOi3n2inT4PXkLQ== | 4/13/2024 0:54 | Inactive | Kavarian K Rogers | DIV9-8-3W-3213-1 | 4/10/2024 17:30 | 4/12/2024 19:30 |
| 213243f1-70f7-ee11-92f7-00155dd6a524 | GftZJ1zHFvUYwD0Qcyf1+IXRC5bmCodrVcxNYmLD9te0F/db3uDmEe9nq6FwFLgUHg4lZYIVBCcYxqCPmpPJcQ== | 4/10/2024 22:38 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 4/10/2024 14:30 | 4/10/2024 17:30 |
| c7540d24-2b92-ed11-b83a-00155dd6a41e | 5HzDY5pwaFjhAaTi1pr+eDcnS5nTh+axNOAvDiQV0kW5asahomY8fW/gtoW+bxzVOFN9dcm60HFjRdJFE60cBQ== | 4/10/2024 16:53 | Inactive | Kavarian K Rogers | DIV9-2C-2158-1 | 1/11/2023 21:30 | 4/10/2024 10:00 |
| e875bc70-358d-ed11-b839-00155dd6a41e | wqhR1GEs+jMrZZLBK+U27mq2MjptHS5YA1BhsJ0JS9IxzUT096Jal0M+8a2Yphb7IVPTjgCfWQ1awgwix+HlWw== | 1/12/2023 3:41 | Inactive | Kavarian K Rogers | DIV9-2H-2059-1 | 1/5/2023 14:00 | 1/11/2023 21:30 |
| f4ad94d4-2e8d-ed11-b836-00155d9ac01d | w1ONxx358iEn2bNEqDiHRgkCGAB73hkZXQbbpuSoCUvE+ruJTvKNsPC4QH2atFdZeENFicMITfamXYIq5noODg== | 1/5/2023 20:13 | Inactive | Kavarian K Rogers | DIV9-2B-2310-1 | 1/5/2023 12:30 | 1/5/2023 14:00 |
| 19db7436-417e-ed11-b832-00155de79261 | HXKOWlWcLYxxjOpyYmhOnYK9UqT/nN3vUcUhzw86fWDXizNcnKB66FdnW3rxE2J5HqrLMPDG0rc2PfCmDflO/w== | 1/5/2023 19:24 | Inactive | Kavarian K Rogers | DIV9-2D-2183-1 | 12/17/2022 13:00 | 1/5/2023 8:00 |
| 270c325e-3279-ed11-b838-00155de79017 | CWgDEFEC0cad0EmgNQxbA5xOiHZvSUA8xBmlKFzZ7ggjyuTg5qOkzp0mUYeMXWoLHy0WBgyGLX3P/9aA3wHUvg== | 12/17/2022 18:57 | Inactive | Kavarian K Rogers | DIV9-1H-1062-1 | 12/11/2022 13:00 | 12/17/2022 12:30 |
| ffc3330e-945c-ed11-b82f-00155d9ac22e | EwUdF3pYFbYDJTGtmiPkcAdJqSMP9k0MJzBt923aVRXZss3vENT40VmfPVn2PqAXdFF9CQiVJqRwBeaEodXaEg== | 12/11/2022 9:00 | Inactive | Kavarian K Rogers | DIV9-2C-2166-1 | 11/4/2022 18:00 | 12/11/2022 3:00 |
| 9d7fbe32-9f30-ed11-8194-00155dd6a61c | n/3X7FNseoZb7QHDQ5g9XFfj3WynM9ekbH50xe5FJdzGz88XSSR/9lMRtyMWvdWW8CpBpYpBxxqowuv/mmL4Ag== | 11/4/2022 22:57 | Inactive | Kavarian K Rogers | DIV9-1B-1107-1 | 9/9/2022 19:30 | 11/4/2022 18:00 |
| 002a1115-e82f-ed11-819c-00155de79222 | bPUV49MWqOaBHZg6AUxmYd5YnnFAuGAKOmat4XJZm419hywcWotuX+9nM3T4LvJbL3J0EivUwhjFx4I3IKxmcQ== | 9/10/2022 0:26 | Inactive | Kavarian K Rogers | DIV9-1H-1058-1 | 9/8/2022 21:30 | 9/9/2022 19:30 |
| ebafc276-bd24-ed11-8193-00155dd6a61c | 41jWxQAu7L6oPLtj7V1LgLm7M9USDAxAB0GGX3wsKL4V69RI/SXbRVfSpHf+rvGwvX2IHdYxhS587vjo6d/xWg== | 9/9/2022 2:35 | Inactive | Kavarian K Rogers | DIV9-3F-3028-1 | 8/25/2022 16:30 | 9/8/2022 21:30 |
| 593efd4d-4318-ed11-8193-00155de79206 | 2vrJncPzwbfgrvMaWSw95KaaeCG3VMAmT0Un0vn4fFpi5SzamHKgJmXDbQSnHOHJEsayeDKSCuS3vMcCMUbpzQ== | 8/25/2022 21:30 | Inactive | Kavarian K Rogers | DIV9-3F-3226-1 | 8/9/2022 19:30 | 8/25/2022 16:30 |
| 2701c53f-e616-ed11-818a-00155de79216 | /+eIDVlD3ZaKlkQ8CqWKsiGaipnRTXcZ063aReO4FgY+tBS3Ct9INHpUbQxms86LILBfKh0aKG5onrc53ay3VA== | 8/10/2022 0:27 | Inactive | Kavarian K Rogers | DIV9-1G-1090-1 | 8/8/2022 1:30 | 8/9/2022 19:30 |
| a1d27a53-26c4-ec11-8188-00155dc15855c | Z62kfXsefkIWLeSyNPt1l3rqC+LsSN7ymAxTMzEnbrscs7P2CD4idWAxe+ILAw/D7wxRWLPTp8bEK9Px7/g9xA== | 8/8/2022 6:48 | Inactive | Kavarian K Rogers | DIV9-2C-2162-1 | 4/24/2022 18:00 | 8/8/2022 1:30 |
| 5db1d4d9-b8c1-ec11-8188-00155dc15855c | yIX3FkN+5Tfb4s84yXmLflqYQJWyeOoJVEbHd5lVQRcgGzyRV2b1J5LzHhcAkzRFAqWqXbOshmFaXBqug0tkrQ== | 4/24/2022 23:27 | Inactive | Kavarian K Rogers | DIV9-2B-2105-1 | 4/21/2022 16:00 | 4/24/2022 18:00 |
| 86118ab8-98c1-ec11-8184-00155dc158597 | ofLmoO0uK4HX8SglSC90nJjGWRxIeYwJWnOqcK/JQdORSApkjOnlMgtb+0+aDPI0QXlypWeg3gj4faYARU7wJQ== | 4/21/2022 21:05 | Inactive | Kavarian K Rogers | DIV08-4A-5-2 | 4/21/2022 12:30 | 4/21/2022 16:00 |
| 7985cd00-81c1-ec11-8184-00155dc158597 | Uvu5/m+i7aU5anmJsgA2gU6FyLelUBXZYJNSXxS1MqjhNZDT3a3PX1hLQIFd9/zvxhzEAUGXC3B9fV4bhkIv6Q== | 4/21/2022 17:29 | Inactive | Kavarian K Rogers | DIV08-4A-8-2 | 4/21/2022 9:30 | 4/21/2022 12:30 |
| d1314e03-42bb-ec11-8183-00155de791c1 | OQY1ko0QTsB5XnBCDKwlwJa5gV43XubNr4kAXP1NWi+LW9ss0yswbumDxkGurw+49ubbijRmtLP1Y0FJ/Vlesw== | 4/21/2022 14:39 | Inactive | Kavarian K Rogers | DIV08-3H-D6-36 | 4/13/2022 10:30 | 4/21/2022 9:30 |
| 1df45c53-0abb-ec11-8194-00155dd6a5b9 | Tasf3wqq/snfEceralNEUTzd/SwHcfu0LWVVba4DBVu7CymBEtDHvoQGzZ6zYeZJd9O2+wuF63kME5J2hyRYpA== | 4/13/2022 15:53 | Inactive | Kavarian K Rogers | DIV08-3A-10-1 | 4/13/2022 3:00 | 4/13/2022 10:30 |
| e5a4d06a-948f-ec11-8186-00155dc15855c | wcwtXAyCzobizWbuaCXdlvDCUmULUvsjUnVdSEPIBnM1ss38x1KGZgRhBHs2bsJYptNVAxRVDKBaudM3kBYzspQ== | 4/13/2022 9:14 | Inactive | Kavarian K Rogers | DIV08-3H-D6-6 | 2/16/2022 19:30 | 4/13/2022 4:00 |
| 063d1772-138b-ec11-8190-00155dd15855b | hVGqzmmxdMo7pQ9GgiRVVd29Eb6T6VXJwh4+6DfRcghXTLniwdCntSVZYE7uFW+iwG82tEzh0vyLFm34sYpYrA== | 2/17/2022 1:45 | Inactive | Kavarian K Rogers | DIV8-3N-3247-4 | 2/11/2022 2:00 | 2/16/2022 19:40 |
| 40bd56d9-7b88-ec11-8190-00155dd15855b | 5O4Bs16hF5TgfP8FqjVZUeRCCKL8vwv9esT9dso++LmrV/aiDSqoRyz/eUcOI5x2AgYG+IknWRkq0Zhh4k8I5Q== | 2/11/2022 8:19 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 2/7/2022 21:05 | 2/11/2022 2:00 |
| cad838b3-a849-ec11-8186-00155d9ac12e | 7qskQqm9VTTqBaJyIbFUftWVKjtqzV/aXaLd0QVhocw5wS7HOfnrCUC87IJGiu2jckXo8m8RuEVrvaL9C5kLxg== | 11/20/2021 2:28 | Inactive | Kavarian K Rogers | DIV10-4D-4420-2 | 11/19/2021 20:30 | 11/19/2021 20:30 |
| 2d402d9d-a949-ec11-8186-00155d9ac12e | h91m3wa29CM8S3mMMHksyEkJ5Mi+O9BLzdq5ApnwYXJ3PSezJGZEHbTOqaXsIJXCZMYfWVgBXqPTn9AqXfOTmA== | 2/8/2022 1:07 | Inactive | Kavarian K Rogers | DIV10-4D-4402-1 | 11/19/2021 20:30 | 2/7/2022 19:00 |
| f57f910c-a349-ec11-8186-00155d9ac12e | u4Tr7am3CTUXkf8UoKAly/R9ooyh08vYGLDjSvodbf8jUglOXkJ6kSugF5rDqGFJtyyXxsu4HB7BmgY50XsntQ== | 11/20/2021 2:18 | Inactive | Kavarian K Rogers | DIV10-3A-3123-1 | 11/19/2021 19:30 | 11/19/2021 19:30 |
| 4e3a80be-ad48-ec11-8178-00155d1584e7 | zIq78XCf66tI1Ta3r/mZK5fQlc5JRkY5jPefKlQdavoPQ20mwFN6QKP9QVvFMkzxWNGmCtmfATDG40qvFoFs+w== | 11/20/2021 1:41 | Inactive | Kavarian K Rogers | DIV9-2D-2185-1 | 11/18/2021 14:30 | 11/19/2021 19:30 |
| 914b6e56-2344-ec11-8177-00155de79132 | a5r58+K4dhdWUvqMtKmvOTKCz02Q7C0G38rWoQ3vEQggPV+V7MGStM6jMa40veunKccOXNOTRrhryPHE29rIXw== | 11/18/2021 19:41 | Inactive | Kavarian K Rogers | DIV08-3A-7-1 | 11/12/2021 19:00 | 11/18/2021 13:30 |
| 1f93718f-1b44-ec11-8177-00155de79132 | 98zICrx36D9a8YoRmk74ZsdmXWXu6JXMdSQ4P4NhYaV3nXuSgzK9iYmcvIXEZHkOkjnYs3pk5ouWOZMjzsMSEA== | 11/13/2021 1:44 | Inactive | Kavarian K Rogers | DIV08-3A-10-1_X | 11/12/2021 18:30 | 11/12/2021 19:00 |
| e5960605-3237-ec11-817c-00155de79142 | jPUYC/K+pp3Hd29t5wa0+qO+YQwlAi+sL/cYnFsIRIqo9kPqK/l8hYy0oeW2saf+1eqwcTFjtOt4u9dpF4a99A== | 11/12/2021 23:34 | Inactive | Kavarian K Rogers | DIV10-4D-4409-1 | 10/27/2021 9:00 | 11/12/2021 17:30 |
| ad7cf62c-ac33-ec11-8177-00155de79132 | 3/h4C7KSQW6cwsBbwGTSz0NcQwEbsWFhuuG1Qv4sZxED/26YcuvszDPRttfdGay8sbjeHZNyeOCx7WweKC8DWw== | 10/27/2021 14:26 | Inactive | Kavarian K Rogers | DIV10-1D-1421-1 | 10/22/2021 21:00 | 10/27/2021 9:00 |
| f97aff73-f630-ec11-817b-00155de79142 | GDvWPak9QVyzaqiAN9P73Ce71U7GDFUVTCiyxBepuffqgbpJrtqxbKnCN71FzJDtQL1S1NvlGcQ1rE08iF4OjQ== | 10/23/2021 2:04 | Inactive | Kavarian K Rogers | DIV08-5A-2-2 | 10/19/2021 11:00 | 10/23/2021 21:00 |
| e0bff91d-d12d-ec11-8179-00155dd6a534 | NhjX0FI2K/M6OhmAJplPAD++krD9bN/WlUQ8FudjipNwtlI2EThcEucrxwr2lsAjTvzfAcj3ToyW/nghb0YsQQ== | 10/19/2021 16:05 | Inactive | Kavarian K Rogers | DIV10-1D-1424-1 | 10/15/2021 19:00 | 10/19/2021 11:00 |
| eb1f4fd5-422d-ec11-817b-00155de79142 | upQRMHLm7O/KTU7pGhYyxCk+5aenavwRHuSsLrWgZ0tCJIOMv5TL0KablsolMmTu2+uQE8HELACqFSCpvGjjGg== | 10/15/2021 16:00 | Inactive | Kavarian K Rogers | DIV10-2C-2320-1 | 10/14/2021 18:00 | 10/15/2021 11:00 |
| 1fd651ad-b52b-ec11-8179-00155dd6a534 | LQ/itZgMwAVTAZFdAusN3xuvBf+zmKsAMuBVKhXB9yu7o7tisRdKF0QSBg+mbFjDyB7XFT8NBkRi+SZekjLUug== | 10/14/2021 23:01 | Inactive | Kavarian K Rogers | DIV08-3G-D5-6_X_C | 10/12/2021 18:30 | 10/14/2021 18:00 |
| 8998ba73-e90f-ec11-8177-00155dd6a517 | bDyL8+2d8CpPkICnhEZZI4xNzKolU/nWqlJ4HbVUThehTwW6SXePt6KcWNn4YRAsJTqi1I08jZlw50OPmZI79A== | 10/12/2021 23:39 | Inactive | Kavarian K Rogers | DIV08-4C-D2-6_X | 9/7/2021 9:30 | 10/12/2021 18:30 |
| c84c6ee0-310b-ec11-8174-00155dd6a508 | H0grAFLba5YGOLhPq/08sbxc/QiZAhsZh974smtpJvOYM0T6X2hAqu/5ipGzPLNj+tCSJYK9yTkm3WBh2rs5DA== | 9/7/2021 14:38 | Inactive | Kavarian K Rogers | DIV08-4A-4-2 | 9/1/2021 9:30 | 9/7/2021 9:30 |
| 59ff20f2-1903-ec11-8178-00155de79118 | Y2mAZSc4lyJ+Fy1t9bpMwRekTy2OXzANA7Bj+G9yFo6EWgK0J1msMk2MJ+B3q5F2+31FfCvBDJk3iI3xp8k94g== | 9/1/2021 14:32 | Inactive | Kavarian K Rogers | DIV08-3E-4-1 | 8/22/2021 14:30 | 9/1/2021 9:30 |
| 70971adb-0d03-ec11-8178-00155de79118 | cC7fG3Gnyq+LhhhjvtSHoQZjI8I2JDzWa7m98Uol/Bffew4doH5WHlfQzWDTzFdH34pc6mZjVaoy2GxZ5dcGrQ== | 8/22/2021 7:18 | Inactive | Kavarian K Rogers | DIV08-4A-7-1 | 8/22/2021 1:00 | 8/22/2021 2:00 |
| 8e50f8a9-57f8-eb11-817f-00155dd6a509 | JDmabntIfuF8TR/bOq097TsbrtChdsYyduarKPD/na1N08Ikji26rUKZRwM25TxE313i0ItZ4ZCKMWjchLLEJQ== | 8/22/2021 5:52 | Inactive | Kavarian K Rogers | DIV08-7D-D2-4 | 8/8/2021 9:30 | 8/22/2021 1:00 |
| 8dd51d9e-28f8-eb11-8175-00155de7910e | AzZ32GA5wUzz1+U9AN6rzDC7EMYaBY4oeR7y9MyxBB6IY5TQcdfFedjdJ0jupQTzgbB5PsAdmZ9gtIU5IW5Z0Q== | 8/8/2021 14:47 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 8/8/2021 4:00 | 8/8/2021 9:30 |
| 274dcff9-0bf6-eb11-8181-00155d1584ad | VY9KhLEu3DYt9FOTmouqYYml/u0amlexi6oNxm5IqNIN62WtkD+srgNeA2PGlIG9sboZHva+gyEwdQGGjABoUg== | 8/8/2021 9:10 | Inactive | Kavarian K Rogers | DIV08-4C-D2-4 | 8/5/2021 11:30 | 8/8/2021 4:00 |
| 68911010-b1f2-eb11-8177-00155dd6a509 | X3MUUTEL8JLvUKgi2RqR3+RJbKTJm1iNALZ/EamdWltQipA+QtPIQg5aozs7tAUMPg/0iIfh5PZxe9g3b/jRTQ== | 8/5/2021 16:40 | Inactive | Kavarian K Rogers | DIV08-4A-1-2 | 8/1/2021 5:00 | 8/5/2021 11:30 |
| 79e6fa73-6ef2-eb11-8177-00155dd6a509 | Ljvw8swixzuHBsCYKoZ8f5LosFefdq6fmemx/Wyo2mQQlUpTroj7KaYhnI+tITjdY/sgR0d0ALCMnn6TKhwdyw== | 8/1/2021 10:12 | Inactive | Kavarian K Rogers | DIV08-5A-2-1 | 7/31/2021 21:30 | 8/1/2021 5:00 |
| af1e0f7c-6cf2-eb11-8177-00155dd6a509 | FG/0r56H4FyLnOYeC5baP3DWiuttw3v4fauCIB4F9m/nA8XBed/GjcRR8VSr7qKEa+VDS6S6+oglMNNWlGOTuJA== | 8/1/2021 2:14 | Inactive | Kavarian K Rogers | DIV08-3A-2-2 | 7/31/2021 21:00 | 7/31/2021 21:00 |
| e53a41cc-89f1-eb11-8171-00155dd6a509 | F7zKlJvyDDC22Cr7Lm26rLmaxmvpPt6IbwRxuH8SpjYIVUMFDg5UUcBED7EW98NKK5rLrZSH+Q2KPOQGIryXeA== | 8/1/2021 1:53 | Inactive | Kavarian K Rogers | DIV08-5A-2-1 | 7/30/2021 18:15 | 7/31/2021 21:00 |
| 9e6e09ab-a0e9-eb11-816f-00155d9ac0de | aQ1uxMHl5L1yxRkTy54OYF53xicG5E09Ysy43qGHHqwkLpbFr7Vno2jdnuAXJYa6qUFIZIXUHjw6znDZuhiZSg== | 7/30/2021 22:58 | Inactive | Kavarian K Rogers | DIV08-4A-6-1_X | 7/20/2021 16:00 | 7/30/2021 18:00 |
| 589cba70-61e6-eb11-816f-00155d9ac0de | JSaiVaHowbXbxezuFiOBtzg/0g5ax6Cvq1bAm58IEI5Fy2ZjlQgrFHvlSxm/5vkmDnlCM1bX03AfwdiAtIOpDw== | 7/20/2021 21:22 | Inactive | Kavarian K Rogers | DIV08-5A-5-2 | 7/16/2021 13:00 | 7/20/2021 16:00 |
| b5d6c6a8-1537-eb11-814a-00155d9ac79062 | czVmnoJoFVXP/YW2oMtPBA5fuw9PvAxGrOz9HvCY9Ens+UQmv0gFIF++aTfXMwIvKp5eCZTWYRgklTJeGJCBMw== | 7/16/2021 18:11 | Inactive | Kavarian K Rogers | DIV08-3G-D5-26 | 12/5/2020 10:19 | 7/16/2021 13:00 |
| fc1ba198-a236-eb11-814a-00155dd6a79062 | O/6O2D1rLCJGUI9yXopvX1LqW1u4Q4cl7uYrF9klhei0ZcZIW2KVlxnm/3si19X6s7FFOcX9ZEhA28IINg7v4w== | 12/5/2020 16:13 | Inactive | Kavarian K Rogers | DIV08-5F-D4-12 | 12/4/2020 20:30 | 12/5/2020 10:13 |
| d44f6e81-b07d-ea11-8132-00155d8f67f4 | V9yb0vCVH7aLz5G3HxicZ5HkwewbLMNR2R5AGbGaTsWpLVz1oReFdeaMfZkZPNcbh6qSaGMxgb0QzLMY+TqmQA== | 12/5/2020 2:32 | Inactive | Kavarian K Rogers | DIV08-3H-D6-21 | 4/13/2020 13:00 | 12/4/2020 20:30 |
| 553efca0-907b-ea11-8132-00155d8f67f4 | KVxFyqhvXgzBJ99TAdoTbcixDt0eSFxNMOx+IoPjD+3jJPOvjmGVI/9onN7YocnMsPW0SL3wlYFAbWfl0W5OUg== | 4/13/2020 17:58 | Inactive | Kavarian K Rogers | DIV5-1A-11-1 | 4/10/2020 19:30 | 4/13/2020 13:00 |
| 2a3abf91-3379-ea11-8133-00155d8f6699 | YDURl9gU/Rql2XaRa2AEw5kNpjWl604n1RQ3d9xl0d5a2XVErU4FY2ZDgt7ZU5R8gxIonMhLa3bLLW/2OPWuHg== | 4/11/2020 0:40 | Inactive | Kavarian K Rogers | DIV08-2F-D2-14 | 4/7/2020 20:00 | 4/10/2020 19:30 |
| 6fc0d026-5375-ea11-8132-00155d8f67f4 | rAV5zl4MMMZ+oKH4V6YiqynvPFBKpdPgBTlj4Q2ISWORGBbhU7la6+zAREjPLjq91bmwju9DCRs+6RDuqhbrzw== | 4/3/2020 2:33 | Inactive | Kavarian K Rogers | DIV8-3S-3125-1 | 4/2/2020 21:30 | 4/2/2020 21:30 |
| 6f4b37eb-5375-ea11-8132-00155d8f67f4 | 3uhNnvy63clUV5MD+7GCyB9ouyLUuCsdiVsT0jZeKh4BlwsK519g5gQpRzhntNxl3sh0hCZO8AQknsU2lLMSBBQ== | 4/8/2020 0:44 | Inactive | Kavarian K Rogers | DIV8-2N-2267-4 | 4/2/2020 21:30 | 4/7/2020 19:30 |

| (Do Not Modify) Offender Alert | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Type | Alert | Ranking (Alert) (Alert) | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| 0f214c1f-d1b1-eb11-8162-00155d158487 | rGF8OY6eRV7jdwE7+R6CU5JybBt9wMY/J55LPiTqkV9vFQJreHGnTfFunfOXtqvcdTNwLk3asAOlntRW+hmMxQ== | 5/10/2021 20:48 | Active | Kavarian K Rogers | Medical | COVID Vaccine Complete | | 5/10/2021 15:47 | |
| b56c85b5-1d75-ea11-8133-00155d8f6699 | XAxhc+iHwcQe3lwJSmfun0pCw2YMoxblM+J5p+OBP2vSmHoAzv0XkDb2NlFjq+dOTYAJEB9VnbewFzeA+Plkvw== | 5/8/2024 18:21 | Active | Kavarian K Rogers | Security | Active KSF | | 4/2/2020 15:00 | |
| 71f6aa1d-0079-ea11-8132-00155d8f67f4 | 17PoHnFOByivV76Wk+q2zH116H57o/ppQE7ONu+sMKiP1E+bjRgKDy99ys7Gwefo7lF2JqxOSIaPtR2jKOZZkw== | 4/7/2020 18:46 | Active | Kavarian K Rogers | Medical | Lower Bunk | 13.14 | 4/7/2020 13:45 | |
| 779ba6a1-dd78-ea11-8132-00155d8f6889 | CkTTV9ngs9lbPthV9kDVilJGGh5fc7bGn+25stx1EqUH2sBXKHDCm0IeU5Wp4mnYOUsUs1ZUVXlxLYyt//OsdA== | 4/7/2020 14:39 | Active | Kavarian K Rogers | Medical | P2 Mental Health Outpatient Housing | 9.05 | 4/7/2020 9:39 | |
| dd0df74d-4786-ea11-8135-00155d8f68b6 | fxur1NvZ7f2HCNhZOV9TitQlYlsrCsZsP7Qn5tz9M3hP2q+Tk3EaBObIqcCdxdQiDzy3wI8fdMKC4fk25js23A== | 4/24/2020 16:19 | Active | Kavarian K Rogers | Medical | Seizure Disorder | 13.15 | 4/24/2020 11:18 | |
| e285a804-4f86-ea11-8135-00155d8f68b8 | CU+7KbDCw8u9DkDVMEakDuEsIP0B0Txn+eyDham3dMk2R8LGmIBJpmRrWCZ0Wz+2JZVlF+52TvUevDc0qPbA6g== | 4/24/2020 17:14 | Active | Kavarian K Rogers | Medical | Inhaler | | 4/24/2020 12:13 | |
| 5c9e33ab-e09a-ea11-8136-00155d8f68ba | ci5m0rU91dp38Yksvokab42V26Zng93/GHWXGZPWc05xzMe/y+6S66VglLWemtdvLL7131tF3V8d/lJQFgwaZg== | 5/8/2024 18:21 | Active | Kavarian K Rogers | Security | Convalescent 2.0 | | 5/20/2020 16:00 | |
| 2cae97f3-3c86-ed11-b836-00155d9ac01d | 7N8SOPq2ptENcmFf+nFX3uQVAQlhc/drgrgSdXIDP5CDYNKGWgZ7YrlnugH0RuqjGrfcbHh9rrRKZWqgnxgo/w== | 12/27/2022 23:19 | Active | Kavarian K Rogers | Programs | Religious Services | | 12/27/2022 17:19 | |
| e4a4c1da-22d2-ed11-92dc-00155d9ac035 | 5SSCQL+tXjeLgYcvmKSQffQKEV++sE6chOdl/7QlQLjgZSh4pLHeGAoX/Ao2bWgK6RPUGyLIS+0LJfepqmV/PQ== | 4/3/2023 13:24 | Active | Kavarian K Rogers | Programs | IIC Registered Voter (City) | | 4/3/2023 8:24 | |
| a10ca2c9-1534-eb11-8151-00155d9ac048 | sZPvgm9I9kABt4GDm07uCFE/E9N9HgOfGz05I4qjmOHUBkwiqimcJJ/74rnkSZDi8Kr9tPSUEbs/Fig6TQQiQg== | 12/1/2020 20:43 | Active | Kavarian K Rogers | Medical | Cast/Splint | 13.02 | 12/1/2020 14:38 | |
| 72329cd1-1534-eb11-8151-00155d9ac048 | Jbid87hf7nxpr3zhO1Xqn2JUQpXdkcs2CvYddeVRIjytMQfB9sOyYJODLXloP/zaO96e6QsmHiaG944gyxwnbg== | 12/1/2020 20:43 | Active | Kavarian K Rogers | Medical | Cast/Splint | 13.02 | 12/1/2020 14:38 | |
| dfefa270-5cfb-ee11-92f9-00155de7912a | gqHc/sunmTskRI5GgNVElyf51xR7KHjLLq1/wb8+1kkJCUUWjfQYIs061Qloxy+wY26zg1N07RyoPrhM6E+6Pw== | 4/15/2024 19:15 | Active | Kavarian K Rogers | Medical | Therapeutic Tier Housing | | 4/15/2024 14:14 | |
| f58077e1-872e-ec11-8176-00155de79132 | THh1GOOA/DfH7FT21rOqAdDEaMl+q708PbOkpBt5jM67hydPQ1TdfF5FJHhkC3v/hz93sB0+EpI950H4lILkqA== | 5/8/2024 18:21 | Active | Kavarian K Rogers | Security | Denied/Protective Custody | | 10/16/2021 8:49 | |
| 2acadeec-1773-ec11-818d-00155de79171 | pELTcJjuy7vbSXtQmMn4b2v+KiEia2RBxKcmrIO/asZYTTyNW25wBYptVJfd6zR1D7QQ48rYW0RcWPM37YVXhw== | 1/11/2022 19:51 | Active | Kavarian K Rogers | Programs | Religious Services | | 1/11/2022 13:51 | |
| b434eb96-44bf-ec11-8195-00155de791c1 | EndBFota0EaFFLGxjY9r9kFWYl/RrCY2LIRA9fGEkgeBqKiL5h3TForQUHDLmCZigKk96muIPzSeqxQjAPxBiFQ== | 4/18/2022 18:23 | Active | Kavarian K Rogers | Medical | Walker Long Distance Only | 10.04 | 4/18/2022 13:23 | |
| 5689bb8e-49f8-eb11-8181-00155d1584ad | dYZLXgYB5iVarisDILsNh5FUdD/z9U/H2Z4eea0Gd3w0ikH7fr2J89kQgs9mi/Hzeh4gMidx7DiR5E0qOryz2Q== | 9/5/2021 13:16 | Inactive | Kavarian K Rogers | Medical | Lower Bunk | 13.14 | 8/8/2021 8:06 | 9/5/2021 8:15 |
| c588a7d5-16cc-ee11-92f7-00155d9ac035 | lve7bNTzE0lcO5gw6hDJGPWmSiJ6xgJeJD0YAwW70YPuSqKOL2r8lxzv6/yHYtlK0Qe/gkJwpU4LmfH+Og8edA== | 4/30/2024 19:34 | Inactive | Kavarian K Rogers | Programs | Religious Holiday Meal | | 2/15/2024 9:28 | 4/3/2020 9:00 |
| 8bff50aa-4f2c-ec11-8177-00155d1584e7 | 01VjuDh6W2w1dsxk48xHCVNVvtM+jgzz9jpuijUdtploP7VZrpW0m3PKvzMj0e+t/omG1IwT/56V1x7WNGksw== | 2/15/2022 18:33 | Inactive | Kavarian K Rogers | Medical | Cane Long Distance Only | 10.06 | 10/13/2021 13:01 | 2/15/2022 12:32 |
| 2f07705d-f443-ec11-8178-00155d1584e7 | t9SOnMfPUGFXB0iqkZhseifVNhetR73R8/lemu0+/1lblyLqlyGtsmlnL0uqjceTGE4Os/ijsN2Eq2d7oqqqTA== | 11/17/2021 18:50 | Inactive | Kavarian K Rogers | Medical | Isolation | 9.09 | 11/12/2021 14:07 | 11/17/2021 12:50 |
| 7713e756-e572-ec11-817d-00155d158543 | PHtlw48cOoXgZ03TQYjXD00jVWExx6Xy3Aeawh9oIo39BVYySblkk8fDWbjqH+BkCIGAeAXmb1SIztAt8behsw== | 1/18/2022 14:13 | Inactive | Kavarian K Rogers | Security | Quarantine Housing | | 1/11/2022 7:49 | 1/18/2022 8:04 |
| 200993d7-8e8e-ec11-8185-00155d15855c | gJUFSgEDgM+MpAHiucFvEHilspnTkq7G+LhYU9zssqHVqj8U4J7VLwerzzHJ4KV3lFBoF3/iFEFzv6gs2lj6VLQ== | 2/16/2022 18:26 | Inactive | Kavarian K Rogers | Medical | Wheelchair | 10.02 | 2/15/2022 12:40 | 2/16/2022 12:26 |
| f6ace1c3-8d8e-ec11-8185-00155d15855c | D3ujDtgc/sO+TakZZ0+0ikhw1D46vp134oY7P4/7Ft63WyT43oObgcmrafMwjLKUypEyZso2JKmQQY+KGZfvvA== | 2/15/2022 18:41 | Inactive | Kavarian K Rogers | Medical | Walker | 10.03 | 2/15/2022 12:42 | 2/15/2022 12:40 |
| 8b17dbf2-80c1-ec11-8184-00155d158597 | FecAqRb8xpVChkmnT4m6pOAegU7tZEpYigRP9McmvCDqliNXHonti0r6DFKq0vQG8k0m8VnuQL1qn9UI0I6s0A== | 4/21/2022 18:11 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 4/21/2022 9:40 | 4/21/2022 8:00 |
| 462a37aa-55e1-ea11-813d-00155d8f6624 | hnfcmISyLtx/4JLXkkIsWcIqA68BYwKipTwEW77gdAd6rIKSSMm/WiFRbOeGwHd5OOuCotxuFEA0ZCebAN/JJQ== | 11/9/2020 19:54 | Inactive | Kavarian K Rogers | Medical | Cast/Splint | 13.02 | 8/18/2020 8:19 | 11/9/2020 13:52 |
| a6123364-2d75-ea11-8133-00155d8f6699 | pqp3mik1SQiLVFDt1nPcm4IY1YnZFopyM+e7fFCrykxVQ9XuFTfPnKdjHcPz5bkHF0lzDgEESao0734RtVF4cw== | 4/3/2020 5:36 | Inactive | Kavarian K Rogers | Medical | P2 Mental Health Outpatient Housing | 9.05 | 4/2/2020 16:59 | 4/3/2020 10:59 |
| a3dc0880-b375-ea11-8132-00155d8f67e1 | yxriOarbOdrXhHHxs/OLgE19ybW/x6rSS+6kHVRLQkxbDeEduTv8YjejOxS+tGXgS56ppuNy+bGRR3vArSqGsw== | 4/14/2020 5:41 | Inactive | Kavarian K Rogers | Medical | M2 Medical Dose By Dose Housing | 9.06 | 4/13/2020 8:35 | |
| 00d5ecae-8b7d-ea11-8132-00155d8f67e1 | FIjFueRS1uGEhtUJfOqf8WnQXS9ar3v+JKyAQyn+3zDFfxxOjFy16g524BTcaAW+IyDZCNYiUP7N2Lq+pmgFyw== | 8/27/2021 3:40 | Inactive | Kavarian K Rogers | Medical | M3 Medical Intermediate Housing | 9.04 | 4/13/2020 8:35 | 8/26/2021 22:39 |
| 15f97792-3275-ea11-8132-00155d8f67f4 | nenEIjJenI0FF1iMwPVKT+VNUYlwjDwKrpnd8OCvy1E/hE44OmmXvPP00glvKDKAfb5wcdrlbwkR/e2+1p70w== | 4/8/2020 5:39 | Inactive | Kavarian K Rogers | Medical | P4 Mental Health Infirmary Housing (Clear before release) | | 4/7/2020 17:37 | 4/7/2020 9:38 |
| 391941cc-f97d-ea11-8132-00155d8f67f4 | huk3XsriRdrytDgzsNNVVR7NfLbsgF0UDO6+LSemdZst8nsqzDHj24eGciiBfhRbaMw53MjXTBDmQbnkS1AporA== | 4/21/2020 2:48 | Inactive | Kavarian K Rogers | Security | Quarantine Housing | | 4/13/2020 16:43 | 4/20/2020 8:00 |
| 8bfa452c-5483-ea11-8132-00155d8f6889 | Wh2aq+6pPcUcqXrjGiZkMSklhyZ2ZljgquxDEhLuwwcFC8vXqyFBQR2F3yziETwv2p/ud56DArWw38Mzo0YB1g== | 5/12/2020 5:44 | Inactive | Kavarian K Rogers | Medical | Isolation | 9.09 | 4/20/2020 17:11 | 5/11/2020 14:58 |
| 8efa452c-5483-ea11-8132-00155d8f6889 | 7okSAi2lmqi2CX7OdXhuu5wibGPvMRUfXbGESG0CfpfVOjQM0zbNpe0VR4GSqXby67/jXpwkwxAB/m6P6SaMQw== | 5/12/2020 5:44 | Inactive | Kavarian K Rogers | Medical | M4 Medical Infirmary Housing (Clear before release) | | 4/20/2020 17:11 | 5/11/2020 14:58 |
| 7b6f1cee-c193-ea11-8136-00155d8f68b5 | x6qp57yJXzo6/fkVC35pFuN3avFysVSrDRNK9GcPhqPYt4cAoW2ETaalGpo2tlksxymQO4QD+yEScSfM/1FkQ== | 5/22/2020 5:42 | Inactive | Kavarian K Rogers | Medical | Convalescent Housing | | 5/11/2020 14:58 | 5/21/2020 9:19 |
| 6bb3aa4d-54c0-ea11-813d-00155d8f68e4 | IJ1q86oyB3smY5/vQnmyNzqYON5/8PcaApwVRTDV2kD+tyyPJFrnPiWs0D++plusJN7eZRKQrBxdfPsA8NVVGFQ== | 12/1/2020 20:42 | Inactive | Kavarian K Rogers | Medical | Cane | 10.05 | 7/6/2020 15:41 | 12/1/2020 14:39 |
| 0c8f0352-c522-eb11-8147-00155d9ac042 | DRvJ03zBcXDm5Ajndmwo5s6+JlQfEl2WrApZnjbvWrNAXy8cMHrfimoGhtFAz9XH1dZ5jTiq6mbiBe9mzTN+vA== | 12/1/2020 20:42 | Inactive | Kavarian K Rogers | Medical | Cast/Splint | 13.02 | 11/9/2020 13:52 | 12/1/2020 14:39 |
| 8d1b02aa-882e-eb11-8151-00155d9ac048 | PxkKkp20b0OLN1rO4ZanqrWkME0ipPthSi0lNfps6ijQz+aH/aK8Swy7mgO/8p0c2nEsXA4HIMZHZI0gwn1q1w== | 12/1/2020 20:42 | Inactive | Kavarian K Rogers | Medical | Brace/Collar | 10.11 | 11/24/2020 13:08 | 12/1/2020 14:39 |
| 7b329cd1-1534-eb11-8151-00155d9ac048 | VnUS4fYoQTbbvQvjLnOoT/dj/LP7+BGWgvn+3FUye3/c+w+SqHqadPi0ubWPPV9AQEebIsx0elSbGpEyU36/TQ== | 10/13/2021 18:02 | Inactive | Kavarian K Rogers | Medical | Cane | 10.05 | 12/1/2020 14:39 | 10/13/2021 13:02 |
| 11c65371-5d99-eb11-815b-00155d9ac09d | rUeZH61t9g0jPQoB0QdDA+0axaF2cPDb8ifqFbrA53bLHm+Upth9n/1hWQ+ZV5Ko6LcQajBKdCCtv0r42VRP6nA== | 5/5/2021 18:26 | Inactive | Kavarian K Rogers | Medical | COVID Vaccine 1-Discharge Coordination | | 4/9/2021 12:59 | 5/5/2021 13:26 |
| 534e307b-61e6-eb11-816f-00155d9ac0de | glx3Co6MoYcQqaV9m8YLfjDeJC8KYk+rig9W9lkqcenCYrbe+ylsb7vlEJ2Cw+IbTUaCYF45xYC1zGobTBXUH5xouQ== | 8/5/2021 16:41 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 7/16/2021 13:13 | 8/5/2021 8:00 |
| 910d625a-f443-ec11-8186-00155d9ac12e | UIKbedFBj+VCthTd4pQWF1CG4XjwFNrPOkgsdoHib2ngv0pj5qYKCt6ar2ay69UTxOl5ElduKHLPvVm/iqVlhQ== | 11/17/2021 18:50 | Inactive | Kavarian K Rogers | Medical | M4 Medical Infirmary Housing (Clear before release) | | 11/12/2021 14:08 | 11/17/2021 12:50 |
| a3d61fd4-028b-ec11-8181-00155d9ac18b | nv8Ki9myWmpyOSewKXL5R7xJFVwdjsD3ZxZrA3MmUaJqDJm5bqndPGf4+x5UGC+5sE1qR0S5/srGCVFk8/yeiQ== | 2/16/2022 18:26 | Inactive | Kavarian K Rogers | Medical | M4 Medical Infirmary Housing (Clear before release) | | 2/11/2022 0:19 | 2/16/2022 12:26 |
| 82f09c36-d48d-ed11-b839-00155d6ba41e | FdWz8DGGbnmWVBhQlbAC5yTj15Q/49Uu3x62kZ6mOEel657Z/z/ikYDWcwY5RJBiRHXBN0aiuq0YjjUHwigalg== | 1/12/2023 3:41 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 1/11/2023 21:30 | |
| c56c7623-ba01-eb11-8142-00155dd6a423 | goMZBRsHnFPgxWOyKgLGwUs6vSfccrMBbZR7NT0bAn6ag+UWZiQRJCVF9EEgBfF6+6/ErqJc/6frnbCa0V919cw== | 10/12/2020 14:21 | Inactive | Kavarian K Rogers | Security | Quarantine Housing | | 9/28/2020 13:40 | 10/12/2020 8:00 |
| 6e19e785-e806-ec11-8173-00155dd6a508 | IhDAT9xo4al5hZwxUazMIdKxNdQYSV76iODAcgGEQuBaCuIjCAMUTuPqgN33sagyq55RRXQY85FOXwfL8J9uF8Q== | 10/13/2021 18:03 | Inactive | Kavarian K Rogers | Medical | M3 Medical Intermediate Housing | 9.04 | 8/26/2021 22:37 | 10/13/2021 13:02 |
| f36443cf-310b-ec11-8174-00155dd6a508 | 9PHiBjEAaP+3ctGz7aMnhQasxCJy5G5bYrU/vL5zofnr2iSGQmf2gefr7BOKTR0R2x+zzv3PX8oV9F/ESr2B0Q== | 9/7/2021 14:39 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 9/1/2021 9:35 | 9/7/2021 9:30 |
| 9d6d6298-88f7-ec11-9300-00155dd6a522 | J/16WWPH8J2LIOGq/sk2IxWR0s0LwP7cyob23wVQriYkmhoptvyWgGJN+3/DMeK6TdQyLaa/q4OMR78u8dxEjw== | 4/11/2024 19:04 | Inactive | Kavarian K Rogers | Medical | M4 Medical Infirmary Housing (Clear before release) | | 4/10/2024 17:20 | 4/11/2024 14:04 |
| ee7d8b41-dcf5-ee11-9300-00155dd6a524 | /ALLceWMX/C2RSEVwLnipXi7D1GmCiDj6RTk3ZP2B2i6yv28Zi7Uopi9GdsHbrCd4mJ+XZ58sgKC4CTV2MGBWg== | 4/11/2024 13:15 | Inactive | Kavarian K Rogers | Medical | Therapeutic Tier Housing | | 4/8/2024 14:14 | 4/11/2024 8:15 |
| 6d70c7dd-4f2c-ec11-8179-00155dd6a534 | N8/YJMCaNwuto+pgkVJCftzlvc+4OwYUSEc2lnl75ek+P6PG2/epTwlk4wC6GPYKTX0DkyUGaI7TomRWW/bCZA== | 11/12/2021 20:08 | Inactive | Kavarian K Rogers | Medical | M2 Medical Dose By Dose Housing | 9.06 | 10/13/2021 13:02 | 11/12/2021 14:08 |
| 81615599-c72d-ec11-8179-00155dd6a534 | V8bm/ma/e2ZfiAeugY6VVYPwvaykAEhOZah+eOhXMhhOBUcTL9jSDxtQgUdAdQYlXtplyzHflk1zFrD97RKJEsQ== | 10/16/2021 13:49 | Inactive | Kavarian K Rogers | Security | Pending Review/Protective Custody | | 10/15/2021 9:52 | 10/16/2021 8:00 |
| 1461e1b8-c72d-ec11-8179-00155dd6a534 | 7omQkxxotzwo1XiLPTfFEjt+Cbk+ju5QjZ/aZ6KiyFotcehc0HHjxd0jjuuef2reliUbqVawG2K2l62L8nddkOw== | 10/16/2021 13:48 | Inactive | Kavarian K Rogers | Medical | House Alone- Out Alone | 4.03 | 10/15/2021 9:53 | |
| b8e21330-d12d-ec11-8179-00155dd6a534 | JsKWNv8gqfMGbqyrul1HJc3/f7rNzP11lHS1fwElTNLjNaxUF33uSq5h9brAZxu6uYRFpTgvhNtA2opOfZcbBw== | 10/27/2021 2:40 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 10/15/2021 11:01 | 10/26/2021 21:30 |
| 5b0705f0-558f-ec11-8191-00155dd6a5b6 | qr00Q2RHBfruMk4GnaE/ydap15O/Nl/XUQw/cHmfz+TqRhpBl/yBT8YYmr/HVWn5kXVdVB+paoVSdgE+hJM7Pw== | 4/18/2022 18:23 | Inactive | Kavarian K Rogers | Medical | M3 Medical Intermediate Housing | 9.04 | 2/16/2022 12:25 | 4/18/2022 13:22 |
| 507b2082-b4a1-ed11-b838-00155de7904b | +r4OPPYgU3536WC+Xe8FAi3MFhGVKr3jr8Y7CD9bBufEVaO3gDwqojU6YcTeKzRvkMan4eAY1RNyYCapYwUgMA== | 4/21/2023 15:31 | Inactive | Kavarian K Rogers | Programs | Religious Holiday Meal | | 1/31/2023 16:13 | 4/20/2023 8:00 |
| 0f97e6df-2e80-eb11-8159-00155de7909a | ZQwgcXL1+V5h3Gz/tId5MJ938+vpUCdrk28SjHUoepxko/oDBMZrpynALgejgAAVoOWsnokZHsgkfyYlyatyuQ== | 10/13/2021 18:02 | Inactive | Kavarian K Rogers | Medical | Wheelchair Long Distance Only | 10.01 | 3/8/2021 10:53 | 10/13/2021 13:02 |
| 120ff10d-2f80-eb11-8159-00155de7909a | jogXqNo1XNSFrKGTjTCWfbXltFnJZOFB8wYQ9kFFp59ZFPejKzh+sAkOSEH0ppu4rpY01vyyOUfTZSHztPHM3w== | 10/15/2021 15:05 | Inactive | Kavarian K Rogers | Medical | Lower Bunk | 13.14 | 3/8/2021 10:54 | 10/15/2021 10:05 |
| cf26465b-5449-ec11-8177-00155de7912a | 0s9NM8BcCOF2Fgmv1Ka0TQNuFDG5xl83r3AvWt8h/fTKlIQ468P1DWHLLiDjAkpJ3QFFDajnIJtsqTBCM6dRQw== | 4/21/2022 18:18 | Inactive | Kavarian K Rogers | Medical | Do Not RETURN to Division 9 | | 11/19/2021 10:18 | 4/20/2022 8:00 |
| 406fdaf4-558f-ec11-8185-00155de791ad | VgE/VJbaLYpmG1jQGuVJ//BBjiLAp2FMTU03hB7DOiWz2kmXZsr7pTryukuXTSrq8iz7MhEg7mVRq6FXZ682zw== | 4/18/2022 18:23 | Inactive | Kavarian K Rogers | Medical | Walker | 10.03 | 2/16/2022 12:25 | 4/18/2022 13:22 |
| 632a5af8-e72f-ed11-819c-00155de79222 | 6l18JE89YHA0FVQsUzeCy1xlUHEel1DJ4f0qByYALLcPpeEQHCzy8VlkzSO1Gt9lejNe4pyWL+4Xxr23FMu+Vw== | 9/10/2022 9:27 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 9/8/2022 21:34 | 9/9/2022 8:00 |
| 9b3824ad-6179-ed11-b832-00155de79261 | Ak7ZiHVjRfIJ7NqpFdPbX8cAe+nqw116ArdMhtLLyrSNwW3HO3nmBXyr/G+nrRdz0r5BadSzakcoeiPnnnEsjfg== | 12/17/2022 18:57 | Inactive | Kavarian K Rogers | Security | SMU Housing | | 12/11/2022 8:39 | 12/17/2022 8:00 |
| dec36dd3-b67c-ed11-b832-00155de79261 | jSlup1dX7XqATgV7HwugXYxZU67sGkRn9lj7/oOhDi7RcRTfc3e6rF/j3CPDFiuVCIVQ4hejK+QlO01L4MkKcg== | 12/15/2022 20:27 | Inactive | Kavarian K Rogers | Programs | RU Programming | | 12/12/2022 14:25 | 12/12/2022 8:00 |