| (Do Not Modify) Offender Alert | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Type | Alert | Ranking (Alert) | (Alert) Effective Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|
| 8572de04-ad40-eb11-814a-00155d15844c | RdO3kLlWWyWYXZJxQIs/XBRV1uJC9mVh/KpMmM+DztQYfbD48bMxQemHEegw2W3iMlp6gG3FBUS0rwY77Fe5Zg== | 12/17/20 21:15 | Active | Antoine Pierce | Medical | Lower Bunk | 13.14 | 12/17/20 15:15 | |
| 1aa60bfa-9b64-eb11-8158-00155d158460 | cxSrwLWPuFhaZt4ewYtGLjQYCtnsvlG863XzcV9CQOTSpxVPDp8smzRy6HZ54D/QcUH6PciB3mo+s/KyKeyNMQ== | 2/1/21 14:44 | Active | Antoine Pierce | Medical | P2 Mental Health Outpatient Housing | 9.05 | 2/1/21 8:44 | |
| 936b921a-f809-ee11-92e3-00155d15847f | lxAGRWRo7aQHLEbQBpm/9ZWtcIDmSM8iowaGVkuARZtuBAhzQfiuxU4xq3el9ORlG1RqJEzd66huNxPyXlUbcA== | 6/13/23 14:39 | Active | Antoine Pierce | Medical | Cermak Discharge - Discharge Medications | 12.02 | 6/13/23 9:39 | |
| ceede38d-b6da-ec11-8196-00155d1585bb | vtxPmyKYVq+XSW3FAs+KFKYgeal6DwUs8WklEnn3sPFfO9p/52h2MDA/+d5wBOXMwwXTG6+N/Vj7tx+VcZi6Mg== | 5/23/22 16:36 | Active | Antoine Pierce | Programs | Religious Services | | 5/23/22 11:36 | |
| e1b6c9c5-fec6-ea11-813d-00155d8f68e4 | J7wog0BLX5GKUx1YS4h9oRGn7hRk3XGuekpeQkkypYPyHH1VyKk9njngHl7WHEYWwjqlalgOZGRkxFMaaKXQGw== | 7/16/20 0:53 | Active | Antoine Pierce | Medical | Inhaler | | 7/15/20 19:51 | |
| e7e23ba5-193b-eb11-8149-00155dd6a44e | uBjAGzs8veQBv5ER+6G4a+XB1RlwkhD+bY498Zmy2axmmHxlqon4qlp1kH6eQXq434LQ2ngBWdcf95Aqlb/q9w== | 5/24/25 5:05 | Active | Antoine Pierce | Security | Convalescent 2.0 | | 12/10/20 12:58 | |
| dd992c41-aca6-eb11-8162-00155de790be | eltIHfWRIPYC+uDk0lYMcpsP6KSRJJklulRlQ3sB0dsUcr8YKBB/sKCVXrE6ykgh18Asaxyxkq4TnHmKl4XCiFQ== | 4/26/21 16:27 | Active | Antoine Pierce | Medical | COVID Vaccine Complete | | 4/26/21 11:26 | |
| 19098b66-c9c6-ee11-92f7-00155de79110 | GufgOOtk33QCLs5rWr31fxxJQnm+QfYB7Jwt9SZczQdZ3RuykSs7vwokBGyMHBrgm8cTg0nL7OugRAeijr3FMA== | 2/8/24 21:31 | Active | Antoine Pierce | Medical | Cane Long Distance Only | 10.06 | 2/8/24 15:31 | 2/6/25 15:30 |
| 6b4bcd7a-604e-eb11-8130-00155de7924a | xnkBOz7LDeAo2xUqD13mBc8gyBpupE9UqME+xLr+mGNNP8dU0GBohA4x2hNbBH/EhSjpAXvVs2bp8hF4kiFnbJQ== | 10/17/22 21:13 | Active | Antoine Pierce | Medical | Regular Diet | | 10/17/22 16:12 | |
| 0b0afc17-372f-eb11-8148-00155d15843c | z8WtdTXvhTiPP62M7c/MaMPw2bd+Op0W9XnmCOlsNJOFNAa6nEHQMTJ6RVW8NoY+IgemfwRgnzDZJsp1F9n6Jg== | 11/27/20 15:51 | Inactive | Antoine Pierce | Medical | CLEARED FOR BARRACKS | | 11/25/20 9:57 | 11/27/20 9:49 |
| 3e149841-f253-ee11-92ef-00155d1584a2 | b54YTPtiYnzjec4y1b38qmBOrxPWkEnzorXh8Qrb+G6tvoQBpk3MbgGEE+uFtBngnbd3ZiLFbGVFUolqB4uXBQ== | 9/28/23 16:24 | Inactive | Antoine Pierce | Security | SMU Housing | | 9/15/23 13:03 | 9/28/23 11:00 |
| 4d1bff47-ae48-ec11-8178-00155d1584e7 | vjL3Y1TTM6l/laOM3ABLduPNTsjz8JRqOKRmekwWI/Df050Hv/6NIR9OrnuWO7q6UyuH18notgpiuzL2ikX4kA== | 12/4/21 13:07 | Inactive | Antoine Pierce | Security | Quarantine Housing | | 12/4/21 7:00 | |
| 80e2004e-4a67-ec11-8181-00155d158542 | G8gy6M9wKweFeccxlD5CEK+2Zn4026P1hsNqdq6uiraZUNJ7ylu+hn2ktSJJqC86jFpm10CU0WR2fzIudPJcgA== | 12/26/22 19:30 | Inactive | Antoine Pierce | Medical | Cane Long Distance Only | 10.06 | 12/27/21 13:21 | 12/26/22 13:30 |
| 777ba845-3f80-ec11-8191-00155d15855e | MLv8LFXsqGSH4OS+NWTzL4mx41Wnga1NTM5pc3ZeL/OZeSn3WAc+yP1IzVKApE2/nf+P+5MGrO09n5AGAY3UEQ== | 2/7/22 12:39 | Inactive | Antoine Pierce | Medical | Dental Soft | | 1/28/22 7:36 | 2/7/22 6:30 |
| b58dacc4-fec6-ea11-813e-00155d8f6533 | AJxcw4UVlEcZlmtKBGYPGWDfdgKjVCkHgRcMwli6VMvwUDnL9Ti4ePLTjH5R/Tk82p33HAavNTCSNdaivpd+2w== | 7/23/20 5:43 | Inactive | Antoine Pierce | Medical | Cholesterol/Fat Restricted/Low Salt | | 7/15/20 19:51 | 7/22/20 12:04 |
| 0d28e85d-4dcc-ea11-8143-00155d8f6534 | coJJq5Q5q1rBVkyCF7XrTcjFOdFQYzm1EFMi1TyO0E5DmEYUgxJqG5bMxuEtuCEJCh3tRhGH0tNSpJ2NblYF6g== | 7/25/20 5:43 | Inactive | Antoine Pierce | Medical | P4 Mental Health Infirmary Housing (Clear before release) | | 7/22/20 13:57 | 7/24/20 13:15 |
| bf72c4c3-d9cd-ea11-8144-00155d8f6534 | PjXJu/7XuNdYWxH6+UEONBGbRelHwu0pQVen5FzJ/Jfk8eVOETvoc0ioSCqfLYhEB8hlYMxH18CA+glGraDYrw== | 1/29/21 19:56 | Inactive | Antoine Pierce | Medical | P2 Mental Health Outpatient Housing | 9.05 | 7/24/20 13:14 | 1/29/21 13:55 |
| d2aa5d92-98e5-ea11-8140-00155d8f6623 | /KrX0213s0Crh0AwDQONKI4ZSERSWOoqxPlK7jBnxh3e8whYpFU3/S5FxCIL1XGaUmNxIRPMFLpHrybhS6hstg== | 9/9/20 18:03 | Inactive | Antoine Pierce | Medical | Quarantine Housing | | 8/23/20 18:29 | 9/9/20 13:00 |
| adc45374-3dcc-ea11-813c-00155d8f673c | +bfXdEEeEinSI4JxPwyG3CoDOXsqez+JWPrvp6kDeHxUc23L7IxryRIlQLscllvpWT/3jaZhNMGjXLIoy/jMw== | 9/22/20 19:40 | Inactive | Antoine Pierce | Medical | Regular Diet | | 7/22/20 12:04 | 9/22/20 14:39 |
| 5a763d4d-9ce8-ea11-813e-00155d8f673e | Vd/3ZCiQF6Dr07UGNtMSsNTerQuBzzV1dgIhKIcPRdcpuLm51cQlihprVbX7xc7q5riq8w1OuSqgAK3yii6ZGw== | 9/11/20 5:43 | Inactive | Antoine Pierce | Security | House Alone- Out Alone | 4.03 | 8/27/20 14:33 | 9/10/20 9:00 |
| 18a7ddc4-fec6-ea11-813d-00155d8f673e | P1kh84o/VvFAPUs/XtO7pnEM52uZ86XpseCkEu4dLeTOEBZSazIf4KeQdN0VGTyEa05YRb4rcyWv82Bf3TP+0ww== | 8/27/20 1:00 | Inactive | Antoine Pierce | Medical | Lower Bunk | 13.14 | 7/15/20 19:51 | 8/26/20 20:00 |
| 06d82bde-e8a7-ed11-92db-00155d9ac035 | ihCs4YZLUw28MvPuH+OBYTclKpO27J7Ao7kWlkE7ovuOUXZd01rsA9VHCcwrhkD6TVQHfFWUREjBB/ekCpTYEA== | 2/8/23 19:43 | Inactive | Antoine Pierce | Medical | Cane Long Distance Only | 10.06 | 2/8/23 13:43 | 2/8/23 13:43 |
| fded5dea-e8a7-ed11-92db-00155d9ac035 | Dad664GFKFushhOLxIJmyTW51Az/PrDb0OY1F7T9IUOyti/rnmMO5FFfw8ZXxfjMMi8sNHHZjK68Rfnx98Rdlg== | 2/7/24 19:46 | Inactive | Antoine Pierce | Medical | Cane Long Distance Only | 10.06 | 2/8/23 14:43 | 2/7/24 13:45 |
| 0624a151-e424-eb11-8147-00155d9ac042 | gwk8D25Lqqy39RZl9XcQKWNQ9M8v1cJ7f7Uiggxm1Oz+9XiAQoqoFiQjU9BFYN0HZXiQgnd7kdu2gA+Dz0ClxA== | 11/25/20 23:06 | Inactive | Antoine Pierce | Medical | Quarantine Housing | | 11/12/20 6:40 | 11/25/20 8:00 |
| a5c32938-2d2f-eb11-8151-00155d9ac048 | eD2tUtqiwk2hhrW3phxyEEiBLssjhWlYz6w3dH9NrPslOPkaHth95EdMpC5wtrmYfKXyXaeMq9fsZo9rjNH1Tuw== | 12/10/20 18:51 | Inactive | Antoine Pierce | Medical | Isolation | 9.09 | 12/10/20 12:51 | |
| a8c32938-2d2f-eb11-8151-00155d9ac048 | VKN/k/Me0/Qh1zIOTN3v2lu778EHFGO53EfCjpgyfWQoXaPArLr4CsoauCSYLzA4Yi+jRjrj+orxUMKZn+5uNw== | 12/10/20 18:51 | Inactive | Antoine Pierce | Medical | M4 Medical Infirmary Housing (Clear before release) | | 11/25/20 8:46 | 12/10/20 12:51 |
| f541e1e9-68de-eb11-8167-00155d9ac0de | izSdwnKHu2nqzTa0jEP55Ouq+YmW0H/uu4wTBR9cmRH0uclECknPgH3Gih0TMKMTRB50YCy3ha3Ei+g90u5RMw== | 9/28/21 14:45 | Inactive | Antoine Pierce | Medical | Cane Long Distance Only | 10.06 | 7/6/21 9:44 | 9/28/21 9:45 |
| 26c174e6-cccc-ed11-92db-00155dd6a455 | SL3lnYY1m16rpvd6PnjvUT/ehHZRudSYTPHD56oDwP0+XtZWQhytCACzjQbhbQWQCBcm4TOYru9faNpgADrgDw== | 4/20/23 17:13 | Inactive | Antoine Pierce | Programs | Religious Holiday Meal | | 3/27/23 13:26 | 4/20/23 8:00 |
| e46d3017-6c62-eb11-814f-00155dd6a490 | w1gRvlvBRJoa/wqvmlXXwYXW79LwVoka9l5edOFkWpVRqEm4OdGX+oZvB4BmLSA0Qy6BgmaA9YFLKYxzBqVCzw== | 2/1/21 14:44 | Inactive | Antoine Pierce | Medical | P4 Mental Health Infirmary Housing (Clear before release) | | 1/29/21 13:55 | 2/1/21 8:44 |
| bbd5810e-dad4-ee11-92fe-00155dd6a516 | KZY9gECFr2TJ/85e+fnZee6dEln3lD+jlw4BooYK8T5G8AAKkTSCt+Vyux6hlHlCy7l/m9CkHbVggpyQXdVjA== | 4/25/24 21:58 | Inactive | Antoine Pierce | Programs | Religious Holiday Meal | | 2/26/24 13:05 | 4/9/24 8:00 |
| 6a3f5210-f621-ec11-8184-00155dd6a519 | 4wKoPH06wrgSLhboYVf4MPrjZObxK8yrmipUnxK5MiBETB6so6Gi9dsUolvwIgJRKCa7xVkzLdpXIg1f4fznA== | 12/23/21 14:01 | Inactive | Antoine Pierce | Medical | Cane Long Distance Only | 10.06 | 9/30/21 8:54 | 12/23/21 8:00 |
| e2d7dd7a-74a1-ec11-8191-00155dd6a5b6 | o8gSrVmZZvBs6mmbahMfm416jVrmU0qggWZftscVqK/yHZDx9YlKO5ktCQfAiFYUHVOZsFJ1NnWhnqGt/a+0hA== | 3/25/22 20:01 | Inactive | Antoine Pierce | Medical | Wheelchair Long Distance Only | 10.01 | 3/11/22 13:49 | 3/25/22 15:00 |
| 3b226dbb-73a1-ec11-8192-00155dd6a5b9 | P7vw2FaR8ybb3jFjODEftfmhPeNHzJbnU7mFgNDztYBc7L/hWsqQuCnlMb0twnWmbR7MeGafnFH7y/Yt7Z80Nw== | 3/18/22 19:01 | Inactive | Antoine Pierce | Medical | M3 Medical Intermediate Housing | 9.04 | 3/11/22 13:43 | 3/18/22 14:00 |
| 6b04368d-a745-ed11-8130-00155dd6a641 | YAOqDGjBeZ3QJohBtm1N8OcQKXJ42ZXRDn6yhmtg6YYn2kL8LujofW/3pOSYdt8ldCUQFu2daBySo3zGfLc7G9g== | 10/17/22 21:13 | Inactive | Antoine Pierce | Medical | Cholesterol/Fat Restricted/Low Salt | | 10/6/22 13:48 | 10/17/22 16:12 |
| 8e6ce60e-b508-eb11-8146-00155de79037 | 19GSy/4zt9eJgXceaFFMe3MWz2jNdRuX9c+AlYOJSJiLQPqJfoO/NGVeC6uQvKHZLztIbAstCP+9j5OuZiogfg== | 10/14/20 19:35 | Inactive | Antoine Pierce | Security | SMU Housing | | 10/7/20 10:52 | 10/14/20 14:30 |
| 53e36a85-7814-eb11-8144-00155de79040 | CNDeVy3lqx8py45xyyKeMBt1PicPjOqHjzg9omOnXO3qcQiOrVCcNtih80XLMvWT93hwlZCHZYlamSouAgi/kA== | 10/6/22 18:45 | Inactive | Antoine Pierce | Medical | Regular Diet | | 10/22/20 10:07 | 10/6/22 13:48 |
| 5e61a2e4-289b-ed11-8b38-00155de7924b | 5nkmD8HzapL1FWc1YUwmVTJeM+MNbVgaeF3QTZ2nhqfVdHGH+ovgTeZ2zKrwF4wn1h6rTgZH4NiXoE6+a1wwqQ== | 7/29/23 5:30 | Inactive | Antoine Pierce | Programs | Chess | | 1/23/23 8:18 | 7/28/23 8:00 |
| 7bd8c8fd-f056-eb11-814c-00155de79073 | qgkHBnIiD8GKFKhLs+SDZjSGRrr9UscEAHfxXR0Xz1ZAwxMyi2dzfRHeWCCA1bs2GDILIEUYDjRb8SGLibMszA== | 1/21/21 20:52 | Inactive | Antoine Pierce | Medical | Isolation | 9.09 | 1/14/21 23:15 | 1/21/21 14:51 |
| 85d8c8fd-f056-eb11-814c-00155de79073 | 928elSThCxGZjzJ2l3M5bHroPePSpMI8A0NScZ78ffDX3X81MPoD5K+JOIDBeSkeayuUvq9hA5DcS9U0ti4mmw== | 1/21/21 20:52 | Inactive | Antoine Pierce | Medical | M4 Medical Infirmary Housing (Clear before release) | | 1/14/21 23:15 | 1/21/21 14:51 |
| a34df973-a190-eb11-8159-00155de790ab | pWk1aP1p5a+6sAVhWkDtw2nnuaQIPaDMbW+AbTVKHfN3sj4mM9iFGx8SfVByA9GyTCQ2oUV12smAq76FZRcseg== | 7/3/21 15:15 | Inactive | Antoine Pierce | Medical | Cane Long Distance Only | 10.06 | 3/29/21 10:13 | 7/3/21 10:15 |
| 15221cfa-a091-eb11-8159-00155de790ab | fBZRiwss2YmkvfOf7LAWkaHKR2hk7skdkhm+RZ0Zlwlwn1mTfBMDiN+cTc2vRbq1e7XLOhrz6HDJLH7O0OdbCw== | 4/26/21 16:27 | Inactive | Antoine Pierce | Medical | COVID Vaccine 1-Discharge Coordination | | 3/30/21 16:42 | 4/26/21 11:26 |
| 6717c4fa-66da-ee11-92fb-00155de7911b | xmhMd4keIYWnidS7bDwJRKYNQUjEh0dCXbf8gSVncvqXDP5Tn/OJmgr3Hoz+TN7rxciFQ5AmeQja5MhFl82rQ== | 3/9/24 20:46 | Inactive | Antoine Pierce | Medical | Dental Soft | | 3/4/24 14:36 | 3/9/24 14:46 |
| 22b6c34f-8167-ec11-817f-00155de79165 | Uzv4Q38LLgk+jf+HK0/08vqsaGOBZNVljMuxTioptlmoO7v7+G4/P8w6/UtPz5bMIFB5mfXDi+OcXrcxk88Sjw== | 1/3/22 13:20 | Inactive | Antoine Pierce | Medical | Quarantine Housing | | 12/27/21 19:56 | 1/3/22 7:00 |
| 4d0e79c3-eda6-ec11-8183-00155de791c1 | NNbdvC9CP3PMqVxC6gENg0djaO0vyiVYXLkeSn63aDXTqSlRkfYdi+08BXSl9rExDYlXyPjF9nq/OJlQu80f0w== | 3/25/22 19:01 | Inactive | Antoine Pierce | Medical | M3 Medical Intermediate Housing | 9.04 | 3/18/22 13:59 | 3/25/22 14:00 |
| 077325fd-de09-ed11-8192-00155de79206 | 69SV84i3UT3btp9QrhS8hteVoa+geN5fkL4RCCMHIBwcecD7c+Ij3Fc1fl8ocCKbVslUdxqiSrVUQiXfYh7EA== | 8/19/22 17:43 | Inactive | Antoine Pierce | Security | SMU Housing | | 7/22/22 11:54 | 8/19/22 12:30 |
| 18cccffd-7608-ed11-8189-00155de79216 | omlygL3O55RseCC2oLMc+tBFjQddz5tzcNHaLLth2lBk6EQXOHPv3pB4NLO3rNV78AKxp0Xbr0FYYlYSwltsSw== | 8/18/22 5:43 | Inactive | Antoine Pierce | Security | No Visits (General) | | 7/20/22 16:57 | 8/18/22 16:57 |
| 403fd1f8-900e-ed11-818a-00155de79216 | 7MkTe7hl1LV1rtxz1CGeBOocXz8tjjEyGhuBJtK/IfiVyH/5jWnUEY4xqveggKlNuS/vsvXGhKtTSXunNuA3Q== | 8/7/22 15:15 | Inactive | Antoine Pierce | Medical | Quarantine Housing | | 7/28/22 11:18 | 8/7/22 8:00 |
| c3a24de7-8a29-ed11-819b-00155de79231 | Nz5S1jsc03OoVl8YGJMr4GH06iht3UBLP1pMbSoJH0Mca7xCMUcWIUcrkJTPnD1FtXsVoZLep9dwBxYOk+bQjw== | 11/10/22 13:40 | Inactive | Antoine Pierce | Medical | M3 Medical Intermediate Housing | 9.04 | 8/31/22 19:12 | 11/10/22 7:40 |
| 9588ecae-a945-ed11-b834-00155de79247 | nDBWs1U8lnPavPlmnzoC6dKkSb7P+iXQ5AbRRhqOcSi1jOUbQZL4HdV0HXNvJcisPuh8kgGado0qiLYL0EI2aQ== | 11/8/22 14:05 | Inactive | Antoine Pierce | Medical | Bladder Catheter | 10.10 | 10/6/22 14:04 | 11/8/22 8:04 |
| a1866572-0bfd-ea11-813f-00155df06906 | MdlEzC1pBMfPQiRb5VOC0yOPOs6DLUGmqavQ36mELtzVZDfn1tAckuHpxPztzX0m29kAT3yuoUrE1tGcU2JWlA== | 10/22/20 15:09 | Inactive | Antoine Pierce | Medical | Cholesterol/Fat Restricted/Low Salt | | 9/22/20 14:39 | 10/22/20 10:07 |

| (Do Not Modify) Bed Assignment | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| 9a9b0118-1919-ef11-92fb-00155d9ac14a | bjWKX+hc9Tgtlr67gz5Mgpr6jPkD+K+Bdo2o4HiMemLKCyCRMcNFsbG+4OS12dM2A6yj9StNO+fkGqCInRqR0w== | 5/23/24 15:28 | Active | Antoine Pierce | DIV 15-SPIDOC-IDOC SPCMVNT-GENERAL | 5/23/24 8:00 | |
| 641a1c0b-a209-ef11-9303-00155d9ac139 | /mKtkJPKw9V4aP9SSM9OkXkQb5mm42r+eE+IJbA5NESp4cB+SYQNGia85MuxnBlaYHl7g3tWGQZ38AYB7VAZUA== | 5/23/24 9:30 | Inactive | Antoine Pierce | DIV6-2D-8-1 | 5/3/24 18:08 | 5/23/24 4:30 |
| af93ecd1-f203-ef11-9303-00155d9ac139 | ShcOsqdnM/zj7SUq98smL88N4Ijq5az5ZsvTn0o6NpPaCKDXTMPGLrjSUY+InTcMAPXZVJd8FAR9fCiAJHPx6w== | 5/3/24 22:57 | Inactive | Antoine Pierce | DIV6-1R-15-1 | 4/26/24 12:00 | 5/3/24 17:57 |
| ff36d5b0-6168-ee11-92f1-00155de790bb | UFswrz15yByNJu1ZVXTB5e8EfzK1smP9MyYeLShL3hEVv2cLTwoczOohgEmcL6aOoStHb894RS4t3b9t9R9tpQ== | 4/26/24 17:27 | Inactive | Antoine Pierce | DIV6-2J-9-1 | 10/11/23 13:00 | 4/26/24 12:00 |
| 05abfb3c-995e-ee11-92f6-00155dd6a4bc | sv4Dd/FcsSrjh/I3XyxqdC5w0HMCvdiC6HkdlnaHBn0LdE/D8Z0Eh9/u1gG2cMVkeaGdujSjWZWGLBqCXdwylg== | 10/11/23 18:11 | Inactive | Antoine Pierce | DIV6-2H-18-1 | 9/29/23 2:00 | 10/11/23 13:00 |
| 32934bb7-1b5e-ee11-92f6-00155dd6a4bc | Ppf9AOBi6M4voi/D0lWKlKJSZfun5DahWHsjIanHdq3AvYBK3GWIZJY32aQygO6J/t565aLa3rywk4r5Ykx6qQ== | 9/29/23 7:24 | Inactive | Antoine Pierce | DIV6-2A-18-1 | 9/28/23 11:00 | 9/29/23 2:00 |
| cfa00e51-f253-ee11-92ef-00155d1584a2 | hnZesHH8W+PuDMO9o9mTf3IBA3Djz4m2r+1F0Nrwav87//1fuCU5nzVbyffjzxiXC3OmpBhz7JxeCXNca9McPg== | 9/28/23 16:23 | Inactive | Antoine Pierce | DIV6-2B-18-1 | 9/15/23 13:00 | 9/28/23 11:00 |
| af06b36c-f14d-ee11-92eb-00155d9ac098 | 64QjEes6f3hZXVPaANbKYjMAnS1VbiJuDT5JLPmWspKebJ23UdVjQqRQDXbdqoyPSaZpclaBQmq1C71J70uaQw== | 9/8/23 2:58 | Inactive | Antoine Pierce | DIV6-1C-14-1 | 9/7/23 21:30 | 9/7/23 21:30 |
| 610aefad-f34d-ee11-92eb-00155d9ac098 | BORjkSpZZZIBYt28qzD4D26JgvOeGlD6K2kXDApfg+jWydjhXQLYBW0N9Dg7vgizkoKrMu/yviWgN4e4zV6yrw== | 9/15/23 18:03 | Inactive | Antoine Pierce | DIV6-2A-18-1 | 9/7/23 21:30 | 9/15/23 13:00 |
| 8cec8da2-0736-ee11-92e6-00155d9ac097 | yG0K6RIY3Q/p31/usCh1MuDI4lpvePR68JPaq6QommEw2g7AcBvGXiP5yhdSOJowSOShc4m5Y1EUz90JG87olg== | 9/8/23 2:42 | Inactive | Antoine Pierce | DIV6-1R-12-1 | 8/8/23 11:00 | 9/7/23 21:31 |
| f767a11e-dc87-ee11-b836-00155d9ac01d | BOE09dkSLZwhMTSD0dLFWE2SCAK1OAm8p5/OrnsMuGcf1ME++fJF4zcHvyyqKCYgt/GinXMdiiPEVtufUiQyTw== | 8/8/23 16:17 | Inactive | Antoine Pierce | DIV5-1A-7-1 | 12/29/22 19:00 | 8/8/23 11:00 |
| 50d3dd60-0e83-ed11-b839-00155dd6a41e | ncQCe7GnjTrUlVYIsa1Wa6CyX/8ZdfDvkergwpZy+1HUGEEjY19m3Jv1vUkr/uEAVmzrabESpXt2gHIuYhXcsg== | 12/30/22 0:45 | Inactive | Antoine Pierce | DIV2-D3-BB-10 | 12/23/22 16:00 | 12/29/22 18:00 |
| 7a979de6-9a81-ed11-b839-00155dd6a41e | dAxz6Au1f7+f38q2x7OojrEgfkNWYT0hYN0F4WEqDcvg6xDq5CLpBnn111SVr7cTVzfrtfcP4lq8NgN28L1Mow== | 12/23/22 22:08 | Inactive | Antoine Pierce | DIV5-1A-5-1 | 12/21/22 20:00 | 12/23/22 16:00 |
| 4ec67828-2278-ed11-b838-00155de79017 | r3rt5T3FFJ6uE+bKhLLDm9MBtcK59QiUVNd93cBFQ9cFxVDYOQ5V5n0KOFi9lAlo5foAeHaCwJShNTblE0y6Cg== | 12/22/22 1:49 | Inactive | Antoine Pierce | DIV5-1M-12-1 | 12/9/22 18:30 | 12/21/22 20:00 |
| 6cbb3b29-c262-ed11-b830-00155de79261 | kYP2AUr/4mHRfwt9g0iwB+qQsdjJlT23nttQztrXQfQ45+nHAsU7a6wrZB0ZqEEqxGU+z/wkTcB5jFZ7uSDAzQ== | 12/10/22 0:21 | Inactive | Antoine Pierce | DIV2-D3-DD-4 | 11/12/22 13:30 | 12/9/22 18:00 |
| e26cac10-9c29-ed11-8193-00155de79227 | Ey9zwJS7m1e+s0N/OAOuyeZTRxjyNPA/f8RhoCj5bONln2SgHZmrDGJglxVGr1uj9KY/hwmUDo/S14Kb3EckdQ== | 11/12/22 18:33 | Inactive | Antoine Pierce | DIV08-3G-D-5-17 | 8/31/22 21:00 | 11/12/22 12:30 |
| 456ca78a-e61f-ed11-819b-00155de79222 | ioX4aJ0NyqTKkYCtS9nGQAhUTBNpiCATrYGzXj4PJxPl9dnNObVmwulNnqRJ/1fxtJw3HWmssnd/X3O9gzzH9g== | 9/1/22 2:07 | Inactive | Antoine Pierce | DIV6-2K-7-1 | 8/19/22 12:30 | 8/31/22 21:00 |
| 5f5e027e-ea09-ed11-8192-00155de79206 | EMbGJr/r0fKnWmvTREYl8+NXlgd9LzLk/Gw9vGEJyl1BO1WiboMlrqB/gnkjmjs4WBBy4B9eVCT5GW2WDsVT64A== | 8/19/22 17:43 | Inactive | Antoine Pierce | DIV6-2A-2-1 | 7/22/22 13:00 | 8/19/22 12:30 |
| 5a553de6-abaf-ec11-8186-00155d158582 | Xw+wpkzbkBjr3jV6udax9blRB0A/rc1ux7h0H5RfvHkD/d3vy+W2mpp9KQSXCzTjiaJI2elmjh6utGcJJ+5ltw== | 7/22/22 18:16 | Inactive | Antoine Pierce | DIV6-1H-17-1 | 3/29/22 17:00 | 7/22/22 13:00 |
| 42442419-86af-ec11-8186-00155d158582 | Hrj52UUskLW4Q35i/BqnMIMaG2wSdqBk5mmd0sBamW6a81LRxtjPc685jYn6epycGIJSrY9C6xphaEn2k9wsVw== | 3/29/22 22:01 | Inactive | Antoine Pierce | DIV6-1L-8-1 | 3/29/22 12:00 | 3/29/22 17:00 |
| 49394a58-dbae-ec11-8187-00155de791bd | 5YRPKY48AmWlpUGxnUyYaE92szdZeNIRha4taaG1AmvGKiWPsbquPcUrTluSn++RxaLk7MWX5/h6IOknT3/N0Q== | 3/29/22 17:24 | Inactive | Antoine Pierce | DIV5-1G-12-1 | 3/28/22 16:00 | 3/29/22 12:00 |
| 20401775-95a1-ec11-8182-00155d9ac18b | xaoGP5kvHT0CyUSDa63KlnKDHYeKws74FpcpH1XhNPXhlk5kFzK6CcN23QSVyJAVMYh1bHLkP7Co3vw9UQsemQ== | 3/28/22 21:09 | Inactive | Antoine Pierce | DIV08-3C-D2-33 | 3/11/22 17:30 | 3/28/22 16:00 |
| 1ccc025c-a820-ec11-8184-00155d1584ad | YirGLKgeAUfk3Gj2r7KMH2VeVxAdthP0/kwfRnqZVc2KzYAip8wl2KcdM0Is2w0uhPpExLn5yq8f/c7g3LSmrg== | 3/11/22 23:38 | Inactive | Antoine Pierce | DIV6-2N-5-1 | 9/28/21 17:00 | 3/11/22 17:30 |
| eee9d8a4-d50d-ec11-8183-00155dd6a519 | jQzSfF15+dsqeN/ufbf2+V4L+882nOWVxAaeD1xmbCLZvQRf5T8jOcEsopID/Pq9RsFfHTUhzoUndC9Pa2uqgw== | 9/28/21 22:06 | Inactive | Antoine Pierce | DIV6-2L-7-1 | 9/4/21 18:00 | 9/28/21 17:00 |
| b761875b-d6ff-eb11-8173-00155d1584bc | QKw8a5TXm2pvRkt1vjqzj3qVLEyvUN0zy3lf4ONBBnet6+H973cn7YjpJ3rXh48N5n57Zg4Zfpdq+lv61hVZvw== | 9/4/21 22:57 | Inactive | Antoine Pierce | DIV6-2A-11-1 | 8/17/21 22:30 | 9/4/21 18:00 |
| 0892a2d1-77e3-eb11-817f-00155d1584ad | jdeo9mUoa+ZKEjT/z1oCz1YcPaoiHbSKqGP2s5e6JcKja+/qmyLjAbLhlXLby2P1P01EWvYWDxA9AriJ6oyEiQ== | 8/18/21 2:38 | Inactive | Antoine Pierce | DIV10-1B-1219-1 | 7/12/21 20:00 | 8/17/21 21:30 |
| c3d20cf6-b864-eb11-8158-00155d158460 | rErUYGqbjUay1zvq+ogWSGc5eNro2Woj9XNnVfpkFfSSNh4WJbr2EdLuCBwkYfViFZB7JaeUvNjA53wLl1S7rg== | 7/13/21 1:14 | Inactive | Antoine Pierce | DIV9-1D-1392-1 | 2/1/21 12:11 | 7/12/21 20:00 |
| 57e4ac8c-9962-eb11-814f-00155dd6a490 | p/0yqx6haE0EhJofKsUYIRSTfUcK7Jvt8wRlyb3Gva/7UEL14nwXfeHHmvgCpe4PGCzoWSYx3jSS1ykqwBABcg== | 2/1/21 18:09 | Inactive | Antoine Pierce | DIV8-2N-2235-2 | 1/29/21 19:30 | 2/1/21 11:30 |
| 75bf3a9b-535c-eb11-814d-00155dd6a490 | vv0NgGZjA9xg478grhDD1z9bhpFRSX29tnBjMvl1A7MvYLlrfKA0EEuz10JnLo7ktEwoJ5f6vlTn+GZzGfE6kQ== | 1/30/21 1:21 | Inactive | Antoine Pierce | DIV10-1D-1422-1 | 1/21/21 19:30 | 1/29/21 19:30 |
| 3b06ae3c-0b57-eb11-8153-00155de79074 | QcpYTv/xvhrI0nc5i65+sL8ftBUgtPAa2wWkrQ/E/5reVQ8taJwIQHCl+d76hj80FLiUDXL79bNMH/4w+c9Plw== | 1/15/21 8:35 | Inactive | Antoine Pierce | DIV08-3A-4-1 | 1/15/21 2:30 | 1/15/21 2:30 |
| 42b617aa-0c57-eb11-8153-00155de79074 | c2gkOBV58ADzKfW3deqx+hAX3Ug25w+eu6mjCYFETfs2j6w0riuK6AkU9qddx5p/GXZ97+yVEdf6tU0hjTMrXQ== | 1/21/21 23:34 | Inactive | Antoine Pierce | DIV08-3A-7-1 | 1/15/21 2:30 | 1/21/21 17:30 |
| 87b7da84-373b-eb11-8152-00155d9ac048 | Y2w3ZSL2HS9SMH9GPB9WBOy/vN8ekD/iGmu9cRIRz/FJaSr98CJHBkkPoHCwdYioWb/9M4p5Vc8cIsKCZKXDcA== | 1/15/21 7:07 | Inactive | Antoine Pierce | DIV6-2A-18-1 | 12/10/20 16:30 | 1/15/21 1:00 |
| 49c13806-462f-eb11-8148-00155d15843c | 3bkCWxzkHowQwcrBuXTeYPqGpq8LOZLicXBIhcKK9fozAU6S7qmgesyD+7WKCUL6yRvoq6DCzkAKbsCXGAxFA== | 12/10/20 22:31 | Inactive | Antoine Pierce | DIV08-3D-D3-24 | 11/25/20 11:30 | 12/10/20 16:30 |
| 84279b0f-8f0e-eb11-8143-00155d8f68e4 | M5Fg+/qAxHWe9IcGB1SPpBmMuGbVm8JORjYv3xshuoAGwDA/WlLIXMTepzui3Rko5o2qslCibN/q1je9iTKImg== | 11/25/20 17:44 | Inactive | Antoine Pierce | DIV2-D1-C-26 | 10/14/20 21:31 | 11/25/20 11:30 |
| daea8752-650e-eb11-8143-00155de79039 | s4J+faX/T0RCWFMUxtRO1+ZYsqsUvAqGzMg7tcj7POy8nJkTdIuPMDd/DEe2KafgvxLjiaqP8LgzKadeksAYTQ== | 10/15/20 2:11 | Inactive | Antoine Pierce | DIV6-2R-2-1 | 10/14/20 16:30 | 10/14/20 21:00 |
| 340f6450-530e-eb11-8143-00155de79039 | nxp/FVq1HNBlQXdUON8eKYwnpnlWdCmzOH564okwZnbGPCY7SS3VwnbPf0fslxZEbbNa56cmJlWJO8BJ5rfgxA== | 10/14/20 21:31 | Inactive | Antoine Pierce | DIV2-D2-W-4 | 10/14/20 14:30 | 10/14/20 17:30 |
| 6739c632-b508-eb11-8146-00155de79037 | 6SkJ39OaM/tFxDGIlchkxyhN0oFrMrNkF/TD5d9y7gpQB49E8I3gC831g0lwB4NxdxJfY4095AJjvntkgFYSIg== | 10/14/20 16:33 | Inactive | Antoine Pierce | DIV9-2H-2068-1 | 10/7/20 10:30 | 10/14/20 13:30 |
| b836fa89-8ff3-ea11-8140-00155d8f6623 | n9hwqylaWQdxncrdFcXoZbvwzYj9ilaHQYxqTU+plN5RkvydDMvMnU7XkjP0Bv/SC5B/M6IL5BA5k/USt1VBKQ== | 10/7/20 15:52 | Inactive | Antoine Pierce | DIV6-1H-20-1 | 9/10/20 12:30 | 10/7/20 10:30 |
| ae884d95-29ee-ea11-8145-00155d8f6534 | 0gfirBq7QVewYwasWxnbKGcWyHnels8Nc0wBsyfUDianJt6qEjsWwqEPrIb/x/lwSGKqSDPtqpAcxO1mzdVjCQ== | 9/10/20 17:01 | Inactive | Antoine Pierce | DIV5-1G-15-1 | 9/3/20 16:00 | 9/10/20 12:00 |
| 45a7c5fd-73e9-ea11-8140-00155d8f68e4 | vbQLcSBB9ph4scu8N+ilVby+G3mM4vM3Dm+K2BpGonhq79QeLDHydH7AfLE/D87IKUCkTywWRX5pX4r9M2TFJw== | 9/3/20 21:07 | Inactive | Antoine Pierce | DIV5-1K-15-1 | 8/28/20 16:30 | 9/3/20 16:00 |
| d48c346d-a5e8-ea11-813e-00155d8f673c | SdhBoEoaeYUVhntlbhbTQ8VsRwkbjzJaslFj423xVvsQCc6MKHp3zekJbt2b/bmZc+cldUXGI9pR5gZwjer3g== | 8/28/20 21:16 | Inactive | Antoine Pierce | DIV5-1F-13-1 | 8/27/20 15:30 | 8/28/20 16:30 |
| 4fa7fbcc-5ee5-ea11-813e-00155d8f6624 | iRjmlKQhweluOoXjRL+8vEtB9ySOhVg6CfSYhO4zm0VINg7XyCSlkuZcxIQ9ZCF1rm6egcVhH8MTL+KScylY2w== | 8/27/20 20:38 | Inactive | Antoine Pierce | DIV2-D4-RL-24 | 8/23/20 11:36 | 8/27/20 15:30 |
| 0d1c8821-bfd1-ea11-813f-00155d8f6623 | Wt1LNgS2viXPS1a4xtA0pQFVuxht5Rjqn+I4S7eLUF+ZYHFNcHgpuOEJvaYLU8A5IpoefYgieDOqr3QGhGwxlw== | 8/23/20 16:32 | Inactive | Antoine Pierce | DIV2-D1-B-32 | 7/29/20 12:00 | 8/23/20 8:00 |
| 94e1b0dd-1fce-ea11-813e-00155d8f68e4 | 3mlBwTegwtzBlsae6DPTATJMYclipFMhBrpR9nFZJ69uZ8v6XSbExUATp3MHOc4ikCVexgMUXKBfObVwEg4rSg== | 7/29/20 16:37 | Inactive | Antoine Pierce | DIV5-1A-10-1 | 7/24/20 21:30 | 7/29/20 11:30 |
| adb71f59-7acc-ea11-813d-00155d8f673e | uMcoZSPBKWRH6zZvHBfTY5K6RUOQEVJnBUN5KiaT8foqAjelTJXmmJzBKc9Uox0Y06TbMS2R7kVSkS7zgRaWqA== | 7/25/20 2:31 | Inactive | Antoine Pierce | DIV8-2N-2237-4_X | 7/22/20 19:00 | 7/24/20 21:30 |
| 760a865e-0ac7-ea11-813d-00155d8f673e | Wdlsx+zcSzq3dZxT0cTnLFTkta+sytVCj3ApqcAvAliqJYbhkN3zWD4+EMdLBnfUf8P2vOshoj9JpvbBlfocqA== | 7/23/20 0:19 | Inactive | Antoine Pierce | DIV5-2E-6-1 | 7/15/20 21:00 | 7/22/20 19:00 |

Rogers v. Dart, 24-cv-3739

DR 010108

| Status | Inmate | Type | Alert | Ranking (Alert) (Alert) | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|
| Active | Foster L Evander | Security | Protective Custody | 4.01 | 5/20/24 16:25 | |
| Active | Foster L Evander | Medical | Inhaler | | 4/17/24 13:39 | |
| Active | Foster L Evander | Medical | Lower Bunk | 13.14 | 4/17/24 13:40 | |
| Active | Foster L Evander | Medical | P2 Mental Health Outpatient Housing | 9.05 | 4/23/24 14:57 | |
| Active | Foster L Evander | Programs | IIC Registered Voter (City) | | 7/18/24 8:30 | |
| Inactive | Foster L Evander | Medical | Lower Bunk | 13.14 | 2/14/24 2:09 | 3/13/24 3:15 |
| Inactive | Foster L Evander | Security | Separated Intake Housing | | 4/17/24 11:54 | 4/23/24 22:21 |
| Inactive | Foster L Evander | Medical | Crutches Long Distance Only | 10.08 | 4/17/24 13:40 | 6/26/24 10:18 |
| Inactive | Foster L Evander | Medical | P3 Mental Health Intermediate Housing | 9.03 | 4/17/24 13:55 | 4/23/24 14:57 |
| Inactive | Foster L Evander | Security | Separated Intake Housing | | 2/13/24 8:46 | 2/17/24 16:45 |
| Inactive | Foster L Evander | Medical | P3 Mental Health Intermediate Housing | 9.03 | 2/14/24 12:07 | 4/17/24 13:56 |
| Inactive | Foster L Evander | Medical | P2 Mental Health Outpatient Housing | 9.05 | 2/14/24 0:52 | 2/14/24 12:06 |

| Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|
| Active | Foster L Evander | DIV 15-US-US MARSHAL-GENERAL | 7/15/24 14:00 | |
| Inactive | Foster L Evander | DIV9-2E-2211-1 | 5/20/24 16:30 | 7/15/24 14:00 |
| Inactive | Foster L Evander | DIV9-2C-2364-1 | 4/23/24 23:50 | 5/20/24 16:26 |
| Inactive | Foster L Evander | DIV08-2G-D3-12 | 4/17/24 20:45 | 4/23/24 22:30 |
| Inactive | Foster L Evander | DIV 15-FD-FEDERAL-GENERAL | 3/12/24 11:00 | 4/17/24 14:19 |
| Inactive | Foster L Evander | DIV08-4F-D4-15 | 2/17/24 16:45 | 3/12/24 11:00 |
| Inactive | Foster L Evander | DIV08-2G-D3-19 | 2/14/24 16:20 | 2/17/24 16:45 |
| Inactive | Foster L Evander | DIV5-2D-14-1 | 2/14/24 8:00 | 2/14/24 16:00 |