

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** 2022 X 08394
**INMATE ID #:** 754709

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

CODE 010

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: DOC Admin ( )

**PRINT - INMATE LAST NAME:** Rogers
**PRINT - FIRST NAME:** Kavarian
**INMATE BOOKING NUMBER:** 20200402015
**DIVISION:** 9
**LIVING UNIT:** 2C
**DATE:** 5/27/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the Inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarías a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 5/27/22 | All shifts | Shower area Division 9 Tier 2C | Director Jane Doe, Supt, inten, John Doe (Martinez) A.D.A, CCDOC, Thomas J. Dart |

I'm handicap & cant use the right side of my body. I'm housed in division 9, Tier 2C & I've been complaining to every C.O, sgt, Lt, supt. I've saw since I been on this deck about the shower not being handicap accessable. I suppose to have a shower chair & or something like rails to be able to hold myself up in case of emergencies. I'm being put at risk of falling & seriously injuring myself in the shower. I've complained to Supt. Ms. Johnson, Lt. Ms. Lathem, sgts. Szul, sgt. Lopez, sgt. Budnick, Lt. Mueller to no avail. I need to be placed where there is a handicap accessable shower. Please & thank you!

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Ms. Lt. Lathem, Supt. Johnson, sgt. Szul, sgt. Lopez, sgt. Budnick

**INMATE SIGNATURE:** KR

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** Mitchell
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6-2-22

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

Mitchell

**CONTROL NUMBER:** 2022 08394
**INMATE #:** 754709

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): Rogers
**INMATE FIRST NAME** (Primer Nombre): Kavarian
**ID Number** (# de Identificación): 2020 0402015

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 010 - ADA Issue

**IMMEDIATE CRW RESPONSE** (if applicable):

**CRW/ REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): DOC Admin
**DATE REFERRED:** 6/16/22

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Detainee Rogers is being housed according to the medical classification assigned to him by Cermak. He is independent in his ADL's (includes showers) and should not require an accommodation. If you feel this is incorrect, please fill out a health service req. form to speak to a doctor about your concerns.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Sabrina [illegible]
**SIGNATURE:** [signature]
**DIV./DEPT.:** DOC/ADA
**DATE:** 06/08/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): [signature]
**DATE RESPONSE WAS RECEIVED** (Fecha en que la respuesta fue recibida): 7/8/22

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) 7/8/22

I.I.C believes he needs support with ADL's Medical is not helping. I have all disability equipment showing that my disability is still adequate so I am asking for the head ADA to step down.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐  No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Original Response to Stand

**INMATE SERVICES DIRECTOR/DESIGNEE:** T. Mueller
**SIGNATURE:** [signature]
**DATE:** 7/13/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): Delv Via COVID19
**DATE APPEAL RESPONSE WAS RECEIVED:** JUL 18 2022

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**CONTROL #:** 2022 X 08394
**INMATE ID #:** 754709

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(! Para ser llenado solo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

CODE 010

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: DOC Admin ( )

**PRINT - INMATE LAST NAME:** Rogers
**PRINT - FIRST NAME:** Kavarian
**INMATE BOOKING NUMBER:** 20200402015
**DIVISION:** 9
**LIVING UNIT:** 2C
**DATE:** 5/27/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA
*[Spanish translation of the above guidelines]*

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 5/27/22 | All shifts | Shower area Division 9 Tier 2C | Director Jane Doe, Supt. inten. John Doe (Martinez), A.D.A., CCDOC, Thomas J. Dart |

Im handicap & cant use the right side of my body. Im housed in division 9, Tier 2C & I've been complaining to every C.O, sgt, Lt, supt. Ive saw since I been on this deck about the shower not being handicap accessable. I suppose to have a shower chair & or something like rails to be able to hold myself up in case of emergencies. Im being put at risk of falling & seriously injuring myself in the shower. I've complained to Supt. Ms. Johnson, Lt. Ms. Lathem, sgts. Szul, Sgt. Lopez, sgt. Budnick, Lt. Mueller to no avail. I need to be placed where there is a handicap accessable shower. Please & thank you!

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Ms. Lt. Lathem, Supt. Johnson, sgt. Szul, sgt. Lopez, sgt. Budnick

**INMATE SIGNATURE:** KR

**CRW/PLATOON COUNSELOR (Print):** Mitchell
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6-2-22
**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**DATE REVIEWED:**

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)
## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

Mitchell

**CONTROL NUMBER:** 2022 08394
**INMATE #:** 754709

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): Rogers
**INMATE FIRST NAME** (Primer Nombre): Kavarian
**ID Number** (# de Identificación): 20200402015

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 010 - ADA Issue

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** (Example: Superintendent, Cermak Health Services): DOC Admin
**DATE REFERRED:** 6/6/22

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Detainee Rogers is being housed according to the medical classification assigned to him by Cermak. He is independent in his ADL's (includ shower) and should not require an accommodation. If you feel this is incorrect, please fill out a health service req. form to speak to a doctor about your concern.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Sabrina [illegible]
**SIGNATURE:** [signature]
**DIV./DEPT.:** DOC/ADA
**DATE:** 06/08/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): [signature]
**DATE RESPONSE WAS RECEIVED** (Fecha en que la respuesta fue recibida): 7/8/22

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)
### THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:) 7/8/22

I.IC believes he needs support with ADL's. Medical is not helping. I have all disability equipment showing that my disability is still adequate to I am asking for the head ADA to step down.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Si) ☐ No ☒
(Apelación del preso aceptada por el administrador o/su designado(a)?)

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** Original Response to Stand

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)): T. Mueller
**SIGNATURE:** [signature]
**DATE:** 7/13/22

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE** (Firma del Preso): Delv Via COVID19
**DATE APPEAL RESPONSE WAS RECEIVED:** JUL 18 2022

(FCN-72) (NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – C.R.W.)  (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

754709

CONTROL # 2023×13269
Individual In Custody SHORT # 754709

### THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF (¡ Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

010

- ☒ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: DOC Admin (14)

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: Rogers
PRINT - FIRST NAME: Kravarian
BOOKING NUMBER: 20200406015
DIVISION: 9
LIVING UNIT: 2C
DATE: 8-17-23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

AUG 23 '23 AM 9:05

### Directrices de quejas y resumen de quejas
[Spanish translation of guidelines above]

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 8-16-23 | 9:06 - 11:18 | Shower | Tom Dart, classification |

Due to the inexcusable neglectence of my medical condision in need of some kind of support while taking a shower yesterday I fell inside the shower I don't have controll of my balance there not giving me any thing to prevent the falls medical Aenyts in system shows that I'm not fully able to hold myself up as my dominant side is curently weak there's no rails in shower.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:

SIGNATURE of Individual in Custody: [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW NAME (Print): VanB[?]
SIGNATURE: VanB[?]
DATE CRW RECIEVED: 8/18/23

CRW NOTATION OF SENT EMAIL (Print):
DATE EMAIL NOTIFICATION SENT:

CN-07) (FEB 23)  (WHITE COPY – IIC SERVICES DEPT.)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

| CONTROL NUMBER | Individual in Custody SPORT |
|---|---|
| 2023x13269 | 754704 |

PRINT: CRW LAST NAME: AnAlu

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

Individual In Custody LAST NAME: Rogers
Individual In Custody FIRST NAME: hiauarian
BOOKING ID #: 20200402015

GRIEVANCE ISSUE AS DETERMINED BY CRW: ~~too~~ medical treatment OIO - ADA

IMMEDIATE CRW RESPONSE (If applicable):

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): DOC ADMIN (14) Cermak 9/5/23

DATE REFERRED: 1/21/23

### RESPONSE BY PERSONNEL HANDLING REFERRAL

This issue has been previously addressed see control numbers 2022x08394 and 2023x07564. Detainee Rogers is GP according to the medical classification assigned to him by Cermak.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#
PRINT: SABRINA [signature]
SIGNATURE: [signature]
DIV./DEPT.: DOC/ADA
DATE: 09/08/23

INDIVIDUAL IN CUSTODY SIGNATURE: [signature]
DATE RESPONSE WAS RECEIVED: 4/13/23

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL (Solicitud de apelacion del individuo)

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* ____/____/____

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*   Yes ☐   No ☐

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado):*
SIGNATURE *(Firma):*
DATE *(Fecha):* ____/____/____

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
*(Su respuesta de apelación y/o decisión será entregada al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: *(Fecha en que se envió la respuesta/decisión de apelación.)* ____/____/____

(FCN-08)(FEB 23)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

754709

CONTROL #: 2023x13269
Individual In Custody SHORT #: 754709

### THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

010

- ☒ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: DOC Admin (14)

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** Rogers
**PRINT - FIRST NAME:** Kravarian
**BOOKING NUMBER:** 20200406015
**DIVISION:** 9
**LIVING UNIT:** 2C
**DATE:** 8-17-23

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.
Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language and must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

AUG 23 '23 AM 9:05

**REQUIRED - DATE OF INCIDENT:** 8-16-23
**REQUIRED - TIME OF INCIDENT:** 9:06 - 11:18
**REQUIRED - SPECIFIC LOCATION OF INCIDENT:** Shower
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED:** Tom Dart, classification

Onto the inexcusable neglectence of my medical condision in need of some kind of support while taking a shower yesterday I fell inside the shower I don't have controll of my balance there not giving me any thing to prevent the falls medical records in system shows that I'm not fully able to hold myself up as my dominant side is curently weak there's no rails in shower.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**

**SIGNATURE of Individual in Custody:** [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** VanBru
**SIGNATURE:** VanBru
**DATE CRW RECIEVED:** 8/18/23

**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

(CN-07) (FEB 23)  (WHITE COPY – IIC SERVICES DEPT.)  (YELLOW COPY – CRW)  (PINK COPY – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
*(Individuo bajo custodia - formulario de respuesta/apelación de queja)*

CONTROL NUMBER: 2023x13269 | Individual In Custody SPORT: 754704

PRINT: CRW LAST NAME: VanAlly (?)

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

Individual In Custody LAST NAME: Rogers
Individual In Custody FIRST NAME: Kavarian
BOOKING ID #: 20200402015

GRIEVANCE ISSUE AS DETERMINED BY CRW: ~~Medical treatment~~ 010 – ADA

IMMEDIATE CRW RESPONSE (if applicable):

CRW/REFERRED THIS GRIEVANCE TO: DOC ADMIN (14) Cermak 9/5/23
DATE REFERRED: 8/21/23

### RESPONSE BY PERSONNEL HANDLING REFERRAL

This issue has been previously addressed see control numbers 2022x08394 and 2023x07564. Detainee Rogers is GP according to the medical classification assigned to him by Cermak.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#
PRINT: SABRINA [illegible]
SIGNATURE: [signature]
DIV./DEPT.: DOC/ADA
DATE: 09/08/23

INDIVIDUAL IN CUSTODY SIGNATURE: [signature]
DATE RESPONSE WAS RECEIVED: 4/13/23

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL *(Solicitud de apelacion del individuo)*

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

*Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.*

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** *(Base de apelación del individuo.)*
**DATE OF APPEAL REQUEST:** *(Fecha de la solicitud de la apelación.)* ___/___/___

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
*(Aceptación del Director/Designado de la solicitud de apelación del individuo.)*
Yes ☐  No ☐

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)*

IIC SERVICES DIRECTOR/DESIGNEE *(Director de Servicios de IIC / Designado)*:
SIGNATURE *(Firma)*:
DATE *(Fecha)*: ___/___/___

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
*(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)*

DATE APPEAL RESPONSE/DECISION WAS FORWARDED: ___/___/___

(FCN-08)(FEB 23) | (WHITE COPY – IIC SERVICES) | (YELLOW COPY – CRW) | (PINK COPY – INDIVIDUAL IN CUSTODY)

Rogers v. Dart, 24-cv-3739 | DR 009999

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
## INDIVIDUAL IN CUSTODY GRIEVANCE FORM
(Formulario de Queja del Individuo bajo Custodi)

**CONTROL #:** 2024 X 0748
**Individual in Custody SHORT #:** 754709

### ! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF
(¡ Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☒ Grievance — CODE 10
- ☐ Non-Compliant Grievance
- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☒ Other: CDOC Admin 14

**PRINT - INDIVIDUAL IN CUSTODY LAST NAME:** Rogers
**PRINT - FIRST NAME:** Kaveran
**BOOKING NUMBER:** 20220402015
**DIVISION:** 9
**LIVING UNIT:** 2B
**DATE:** 6-20-24

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

To ensure CCDOC receipt of your grievance, please follow the submission requirement per the IIC Information Handbook or see a CRW (Correctional Rehabilitation Worker) for assistance.

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Classification, including designation of an individual as a security risk or a protective custody individual, or decisions of the disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW. The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grieved issue must not contain offensive or harassing language and must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### Directrices de quejas y resumen de quejas

Para asegurarse de que CCDOC reciba su queja, siga el requisito de presentacion segun el Manual de Informacion de IIC o consulte a un CRW (trabajador de rehabilitacion correccional) para obtener ayuda.

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los Individuo.

El asunto de la queja debe haber ocurrido dentro de los 15 días calendarios a menos que la acusación sea de asalto sexual, acoso sexual, abuso sexual o voyerismo. Si la queja incluye acusaciones de asalto sexual, acoso sexual, abuso sexual o voyerismo no existe tiempo de límite. Si usted cree que existe una excepción, consulte con un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.

El tema agravado no debe contener lenguaje ofensivo o acosador y no debe contener mas de un tema.

El asunto de la queja corresponde asuntos no relacionadas con la cárcel, como las agencias de arresto, los asuntos judiciales o el personal médico en los hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 6-20-24 | 3:50 - 4:00 | 2B cell | Tom Dart, Cermak Health Services |

On above date and time I was using the Toilt while doing so I fell over and fell I hit my head to the brick wall very hard my right side is disable so I couldn't prevent this being that division 9 rooms/cells doesn't have any grab bars or anything to prevent this violates my constitutional rights I'm so tired of being hurt and over looked even it comes to my disability no one is doing anything to keep me safe and preventing me from suffering this is getting worse instead of better division 9 make me fill as if I shouldn't be living.

**NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:**

**SIGNATURE of Individual in Custody:** [signature]

(side note: this continues, Toilt run and my pain)

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW NAME (Print):** M. Mitchell
**SIGNATURE:** [signature]
**DATE CRW RECEIVED:** 6.21.24
**CRW NOTATION OF SENT EMAIL (Print):**
**DATE EMAIL NOTIFICATION SENT:**

V-07) ( FEB 23)   (WHITE COPY – IIC SERVICES DEPT.)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)



| CONTROL NUMBER | Individual In Custody SHORT #: |
|---|---|
| 2024 x 07478 | 754709 |

PRINT: CRW LAST NAME: M. Mitchell

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

Individual In Custody LAST NAME: Rogers
Individual In Custody FIRST NAME: Kavarian
BOOKING ID #: 2020 0402015

GRIEVANCE ISSUE/AS DETERMINED BY CRW: 10- ADA Issues.

IMMEDIATE CRW RESPONSE (If applicable): Div 9 - Cermak Disp notified.

CRW/ REFERRED THIS GRIEVANCE TO: Doc Admin 14
DATE REFERRED: 6/24/24

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Duplicate grievance. Detainee has grieved his housing under previous control numbers, namely 2023x13269, 2023x07564, 2023x05565. Detainee Rogers is cleared medically to be housed in Div 9 as he is independent in showering + toileting. There is no documentation of any falls in June.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: STAR#: PRINT SABRINA C.
DIV./DEPT.: DOC/ADA
DATE: 06/27/24

### THIS SECTION TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

INDIVIDUAL IN CUSTODY SIGNATURE:
DATE RESPONSE WAS RECEIVED: 6/28/24

### INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above noted response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: I'm tired of hurting myself I'm self harm to be housed properly
DATE OF APPEAL REQUEST: 6/28/24
reporting things in division 9 gets me nowhere anymore I still report it for OPR these incident truly happen. ADA Sabrina in sit on being deliberthy injustice towards for My disabilty. she has people fully able housed with off...

### DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?

Yes / **No** (No circled)

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

Original Response to Stand

IIC SERVICES DIRECTOR/DESIGNEE: J. Mueller
DATE: 6/28/24

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
DATE APPEAL RESPONSE/DECISION WAS FORWARDED: JUL 01 2024

(FCN-08)(FEB 23)    (WHITE COPY – IIC SERVICES)    (YELLOW COPY – CRW)    (PINK COPY – INDIVIDUAL IN CUSTODY)