**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Kavarian Rogers, ) | | |
| ) | | |
| Plaintiff, ) | | Case No. 24-cv-3739 |
| ) | | |
| v. ) | | Honorable Mary M. Rowland |
| ) | | |
| Thomas Dart, Sheriff of Cook County, ) | | Magistrate Judge M. David Weisman |
| and Cook County, Illinois, ) | | |
| ) | | |
| Defendants. ) | | |

**DEFENDANTS' SUPPLEMENT IN SUPPORT OF THEIR RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

NOW COME the Defendants, COOK COUNTY SHERIFF THOMAS DART and COOK COUNTY, a body politic and corporate, by and through their attorneys, Special Assistant State's Attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for their Supplement to their Response in Opposition to Plaintiff's Motion for Class Certification (ECF No. 43), filed with the court on December 9, 2024, submit the following Supplement:

1. On December 9, 2024, Defendants filed their Response in Opposition to Motion for Class Certification with the Court. Defendants' Filed Response included 3 exhibits, but counsel for Defendants was not yet in possession of the declaration intended to be filed as Exhibit 2, and therefore it was not yet filed with the Response.

2. Defendants then subsequently received the executed declaration from their clients for inclusion in their filing.

3. Accordingly, now, seven hours after filing Defendants' Response, Defendants move to supplement their Response to include the attached Exhibit, representing Exhibit 2 to Defendants' Response.

1

                Respectfully submitted,

            By: */s/ Jason E. DeVore*
               Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479
jdevore@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certifies that **Defendants' Supplement to their Response in Opposition to Plaintiff's Motion for Class Certification** was filed on December 10, 2024, with the Northern District of Illinois ECF System, serving a copy to all parties.

            */s/ Zachary Stillman*
            Zachary Stillman