FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-3739 |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | Magistrate Judge M. David Weisman |
| and Cook County, Illinois | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF SABRINA TREVIZO**

I, Sabrina Trevizo, Americans with Disabilities Act ("ADA") Compliance Officer for the Cook County Sheriff's Office, Cook County Department of Corrections, under penalty as provided by law pursuant to 28 U.S.C. § 1746, state that if called to testify, I would state the following:

1. I am the ADA Compliance Officer for the Cook County Sheriff's Office, Cook County Department of Corrections. I have held this position since September of 2015. I was previously known as Sabrina Rivero-Canchola.

2. As an ADA Compliance Officer, my duties and responsibilities include making sure that the Sheriff's Office complies with the Americans with Disabilities Act. As part of these duties, I implement reasonable accommodations for qualified individuals through the Cook County Department of Corrections.

3. Part of my responsibilities as the ADA Compliance Office is to review and respond to complaints or concerns that relate to a lack of accommodation(s), denial of services or programs based on a disability, or any other matter related to an individual in custody's disability or with the Americans with Disabilities Act.

1

4. As a part of my role as ADA compliance officer, I am familiar with the CCDOC policies and procedures concerning interactions with and accommodations for individuals in custody who have disabilities. I am familiar with the CCDOC's offender management system records.

5. I am also familiar with the role of medical providers employed by Cermak Health Services in assessing and identifying individuals with disabilities in the CCDOC. Cermak's identification of disabilities or mobility restrictions is critical to my work in helping to accommodate the needs of the individuals in our custody.

6. The "Walker Long-Distance Only" alert is one of many medical alerts designations that can be given to an individual in custody by Cermak medical personnel. Such medical alerts are entered by Cermak medical personnel and communicated to CCDOC, into the CCDOC's offender management system.

7. An alert for "Walker Long-Distance Only" signifies that this individual in custody is to be provided a walker when he or she travels to court, or for other long-distance travel outside of his or her housing unit.

8. Similarly, an alert for "Cane Long-Distance Only" signifies that this individual in custody is to be provided a walker when he or she travels to court, or for other long-distance travel outside of his or her housing unit.

9. An alert for "Crutches Long-Distance Only" similarly signifies that this individual in custody is to be provided crutches when he or she travels to court, or for other long-distance travel outside of his or her housing unit.

10. An individual in custody with an alert for "Walker Long-Distance Only" is not provided with a walker for day-to-day use within his or her housing unit. The same is true for alerts for "Cane Long-Distance Only" and "Crutches Long-Distance Only." Persons with such alerts would not be provided with the devices for day-to-day use within his or her housing unit.

11. Kavarian Rogers has been an inmate at the Cook County Department of Corrections since April 2, 2020, under booking number 2020-0402015.

12. Between April 18, 2022 and September 18, 2024, Kavarian Rogers had a medical alert for "Walker Long-Distance Only."

13. Between April 18, 2022 and September 18, 2024, Kavarian Rogers was not provided with a mobility device such as a cane, walker, or crutch for day-to-day use within his housing unit.

14. Individual in custody Antoine Pierce was in the physical custody of the CCDOC between July 15, 2020, and approximately May 23, 2024, under booking number 2020-0715063.

15. Individual in custody Antoine Pierce had alert for "Cane Long-Distance Only" for several extended periods while in custody, including between the dates of February 8, 2023, to May 23, 2024.

16. Between the dates of February 8, 2023, to May 23, 2024, individual in custody Antoine Pierce was not provided with a mobility device such as a cane, walker, or crutch for day-to-day use within his housing unit.

17. Individual in custody Evander Foster has been in the custody of the CCDOC since February 13, 2024, under booking number 2024-0213087.

18. Individual in custody Evander Foster had an alert for "Crutches Long-Distance Only" between April 17, 2024 and June 26, 2024.

19. Between April 17, 2024 and June 26, 2024, individual in custody Evander Foster was not provided with a mobility device such as a cane, walker or crutch for day-to-day use within his housing unit.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct, to the best of my diligent inquiry, knowledge and belief.**

DATED: 12/09/2024

*Sabrina Trevizo*
Sabrina Trevizo
ADA Compliance Officer
Office of the Cook County Sheriff
Cook County Department of Corrections