# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Kavarian Rogers

                              Plaintiff,

v.                                                     Case No.: 1:24−cv−03739
                                                        Honorable Mary M. Rowland

Thomas Dart, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 18, 2024:

      MINUTE entry before the Honorable M. David Weisman: Ruling on motion hearing held. Discussion held on Plaintiff's motion to compel. Court inquired why Plaintiff needs names and not just numbers for long−distance alerts. Plaintiff's motion to compel [38] is granted. Because this is a class case, names will be relevant; no unreasonable burden has been identified; and any protected health information can be protected with an appropriate order, the Court orders that the list of names for long−distance alerts be provided to Plaintiff. Defendant Dart to produce the list of names by 1/17/25. Parties to confer on a HIPAA order and file a motion, if necessary, by 1/17/25. Defendant Dart to provide Plaintiff the number of long−distance alerts by 1/7/25. Status hearing set for 1/16/25 is stricken and reset to 1/22/25 at 9:15 a.m. Joint status report due by noon on 1/21/25 setting forth the status of outstanding discovery issues, including the production of long−distance alerts; any issues regarding inspections; and any other issues the parties wish to raise. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.