IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kavarian Rogers, *individually and for a class*, )
)
)
Plaintiff, )
)
-vs- ) 24-cv-3739
)
) Judge Rowland
Thomas Dart, Sheriff of Cook )
County, et al., )
)
)
Defendants. )

## DECLARATION OF KAVARIAN ROGERS

Under penalty of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Kavarian Rogers.

2. When I was assigned to Division 9, the correctional staff stated that no inmate is permitted to use a cane, crutch, or walker while inside the living unit.

3. Prior to allowing an individual to enter the living unit in Division 9, the tier officer would collect the cane, crutch, or walker and place the device inside the officer's bubble.

4. The screenshot below shows the location where the staff would collect canes, crutches and walkers. In this screenshot, I see a walker, three canes, and crutches:

Exhibit 5 Page 1



5. I have also watched video from Division 9, Tier 1E on June 9, 2024 from 9:17 am until 9:29 am. This video is marked "DIV9-CAM_1.040_1E_Dayroom_Door-2024-06-09." In this video, I am assigned to the top deck in the living unit and struggle to descend the steps. I am unable to make it down the stairs and the correctional staff, including a white shirt who is a supervisor, carry me up the stairs back to my cell.

Dated: 12-15-24

Kavarian Rogers

Exhibit 5 Page 2