**Procedure 704**

Cook County Department of Corrections
Cook County DOC Procedures Manual

# Prohibition Against Discrimination on the Basis of Disability Procedure

### 704.1  PURPOSE
This procedure provides guidelines for Cook County Department of Corrections members with regard to the proper identification inmates with disabilities and assures their access to programs, services and activities.

Refer to the Communication and Interaction with Disabilities policy for further guidance.

#### 704.1.1  ISSUANCE/EFFECTIVE DATE
This policy was issued on Dec. 31, 2018 and shall become effective upon issuance.

### 704.2  POLICY
It is the policy of this Department to ensure that qualified inmates with disabilities are not excluded from participation in or be denied the benefits of programs, services, or activities, or be otherwise subjected to discrimination by members due to their disabilities. Inmates with disabilities can include, but are not limited to, those who are blind, deaf, have substantial difficulty walking, use a wheelchair, have a learning impairment or a psychiatric condition.

#### 704.2.1  DEFINITIONS
Definitions related to this procedure include:

**Americans with Disabilities Act (ADA) Compliance Officer** – A member responsible for coordinating the overall efforts to assist disabled inmates with disability-related issues, as well as the compliance efforts related to the ADA.

### 704.3  PROCEDURES

#### 704.3.1  IDENTIFICATION DURING THE INTAKE PROCESS
1. Cermak shall have the primary responsibility to identify and confirm that an inmate is disabled and may require an accommodation.

2. All members, including those assigned to the Transportation Unit and Receiving, Trust and Classification (RTC), shall remain alert to identify inmates with disabilities that may require accommodations and make the proper notifications. In particular, members shall look for inmates who have potential mobility impairments, vision impairments, hearing impairments, speech impairments or cognitive impairments.

3. If during the initial intake screening process it is determined that an inmate may require an accommodation prior to classification and housing assignment, a RTC sworn member shall:

    (a) Temporarily secure the inmate in an appropriate cell designated by the RTC Superintendent or the authorized designee; and

Copyright Lexipol, LLC 2022/01/14, All Rights Reserved.
Published with permission by Cook County Department of Corrections

# Cook County Department of Corrections
Cook County DOC Procedures Manual

*Prohibition Against Discrimination on the Basis of Disability Procedure*

    (b)    Notify his/her immediate on-duty supervisor of any potentially disabled subjects who have mobility impairments, vision impairments, hearing impairments, speech impairments or cognitive impairments.

4.    Once notified that an inmate may require accommodation, the on-duty RTC supervisor shall ensure the intake process has been completed and the inmate is escorted to RTC medical for an Intake Health Assessment. If further assessment is deemed necessary by Cermak's medical personnel, the inmate shall be transported to Cermak.

5.    Following the Intake Health Assessment, Cermak's recommended housing assignment and any accommodation shall be entered in the jail management system as a medical alert by a Cermak member.

6.    The Classification Unit shall:

    (a)    Check the medical alerts to determine appropriate housing.

    (b)    Defer to Cermak as to the appropriate housing for disabled inmates. If the recommended housing poses a substantial safety or security concern, a Classification supervisor shall contact the ADA Compliance Officer for further direction.

    (c)    Provide subsequent housing assignments for disabled inmates based on recommendations from Cermak and the ADA Compliance Officer.

    (d)    Maintain a list of cells and/or living units that can appropriately accommodate inmates with qualified disabilities.

## 704.3.2 IDENTIFICATION AT OTHER POINTS OF CONTACT

1.    Members may discover potentially disabled inmates through the following means:

    (a)    Notification from a Cook County Court Services sworn member;

    (b)    Notification from a Transportation Unit sworn member;

    (c)    Notification from another agency;

    (d)    Self-reporting by an inmate; or

    (e)    Personal observations.

2.    Any member observing or receiving information about an inmate who may be disabled shall promptly notify his/her immediate on-duty supervisor and/or Watch Commander.

3.    The Watch Commander shall review the jail management system for any medical alert

    (a)    If no alerts are located, complete the Interagency Health Inquiry form and escort the inmate to Cermak for an assessment.

    (b)    If it is determined that the inmate has a disability:

        i.    Document the notification in the Watch Commander's logbook.

        ii.    Notify the Director of Inmate Services via email at CCSO.Inmateservices@cookcountyil.gov.

Copyright Lexipol, LLC 2022/01/14, All Rights Reserved.
Published with permission by Cook County Department of Corrections

Prohibition Against Discrimination on the Basis of Disability Procedure - 305

## Cook County Department of Corrections
Cook County DOC Procedures Manual

*Prohibition Against Discrimination on the Basis of Disability Procedure*

    iii. Forward notification to the ADA Compliance Office via email at CCSO.ADA@cookcountyil.gov.

  (c) Confer with Cermak medical personnel to determine appropriate disposition.

4. The ADA Compliance Officer shall:

  (a) Meet with the inmate, if appropriate;

  (b) Notify the Classification Unit if a new housing assignment is necessary; and

  (c) Ensure Cermak medical personnel has been made aware of the potential disability and has communicated their disposition.

5. The Classification Unit shall review the housing assignment of any inmate who develops a need for accommodation while in custody or whose need was previously unknown, when notified by Cermak or the ADA Compliance Officer that a housing re-assignment is necessary.

6. Sworn members shall relay any ADA-related issues (e.g., use of restraints, use of auxiliary devices) to Court Services sworn members when transporting inmates to lock-ups or courtrooms.

### 704.4 HOUSING ASSIGNMENTS

1. Inmates with disabilities shall not be assigned to the 2nd or 3rd floor of Cermak living units that are designated medical areas unless they are actually receiving medical care or treatment, or if there are extenuating and unusual circumstances that make the 2nd or 3rd floor the most appropriate setting.

2. Living unit officers shall:

  (a) Familiarize all inmates on the unit with emergency and evacuation procedures;

  (b) Provide special instructions and planning for any inmates with disabilities in the living unit.

  (c) Provide assistance to disabled subjects.

  (d) Ensure that when Cermak issues a lower bunk alert for an inmate, the assignment of a lower bunk is adhered to on the living unit.

3. Correctional rehabilitation workers (CRWs) and sworn members in divisions housing inmates with disabilities shall conduct regular rounds/security checks of the respective living units and promptly notify the member's immediate on-duty supervisor and the ADA Compliance Officer of any issues.

4. If shower chairs or any ADA equipment items are missing or in disrepair, the supply room or living unit officer shall immediately notify his/her immediate on-duty supervisor, complete an incident report, submit a work order, and secure a replacement as soon as practicable.

5. Upon receiving notification of missing or broken ADA equipment, supervisors shall notify the:

  (a) Watch commander; and

## Cook County Department of Corrections
Cook County DOC Procedures Manual

*Prohibition Against Discrimination on the Basis of Disability Procedure*

  (b) ADA Compliance Officer via email at CCSO.ADA@cookcountyil.gov.

6. Living unit officers who observe or discover any areas in such disrepair as to impede the mobility of inmates with disabilities, or disrepair of structures which are intended to provide support and assistance to such inmates, including but not limited to support or grab bars, shall:

  (a) Notify his/her immediate on-duty supervisor, who shall notify the watch commander and the ADA Compliance Officer via email at CCSO.ADA@cookcountyil.gov.

  (b) Promptly notify Cook County Department of Facilities Management (DFM) by calling the DFM emergency number: (773) 674-3110; and

  (c) Complete and submit a work order via the work order coordinator, noting that the repair is an ADA priority.

7. Superintendents shall be responsible for following up to ensure corrective action has taken place.

8. In the event it becomes necessary to remove an auxiliary aid (e.g., cane) from an inmate for safety reasons (e.g., violent or suicidal behavior), sworn members shall notify a supervisor promptly and the inmate shall be restrained if necessary to protect staff, other inmates or the inmate from whom the auxiliary aid was removed. The incident shall be video recorded, unless it is an emergency situation, by an assigned sworn member and an incident report shall be completed. The supervisor shall notify the ADA Compliance Officer.

### 704.5 PROGRAMS, SERVICES, AND ACTIVITIES

1. No inmate shall be discriminated against on the basis of disability if he/she is otherwise qualified in the full and equal participation of services, facilities, privileges, advantages or accommodations provided for/by the Department, Cermak or DFM unless safety or security concerns exist.

2. Eligibility requirements for programs, services, and activities shall not be imposed that tend to eliminate inmates with disabilities who are otherwise qualified unless it can be shown that such requirements are necessary for the orderly operation of the facility or for safety and security concerns.

### 704.6 VISUAL IMPAIRMENTS

1. Auxiliary aids to visually impaired inmates include but are not limited to:

  (a) Medically prescribed canes;

  (b) Braille reading materials or large print materials;

  (c) Audio books or other audio players.

2. General guidelines for working with visually impaired inmates include, but are not limited to:

  (a) Provide verbal updates regarding schedules and activities;

---

Copyright Lexipol, LLC 2022/01/14, All Rights Reserved.
Published with permission by Cook County Department of Corrections

Prohibition Against Discrimination on the Basis of Disability Procedure - 307

Hernandez v. Dart, 23-cv-16970  DR 000848  Exhibit 4 Page 4

(b) Speak clearly and distinctly, ensuring the inmate knows the message is intended for him/her;

(c) Avoid taking or grabbing their arms to lead them in a particular direction unless there are security or safety concerns. If needed, the inmate shall instead be asked to take the arm of a member for guidance; and

(d) Handcuff the inmate in front unless there are serious security or safety concerns. If serious security and safety concerns exist the member must notify a supervisor.

### 704.7 MOBILITY IMPAIRMENTS

1. Auxiliary aids to mobility impaired inmates include but are not limited to:

    (a) Wheelchairs, walkers, canes or crutches;

    (b) Shower chairs;

    (c) Prosthetic devices; and

    (d) Casts, splints or braces;

    (e) Orthotic shoes or shoe inserts.

2. Sworn members shall be aware of the conditions for which an auxiliary aid has been prescribed by reading the alerts in the jail management system.

3. Inmates with mobility disabilities shall be permitted to maintain the use of their auxiliary aids as prescribed (e.g., long distance only, full time).

4. Inmates with mobility disabilities who use wheelchairs full time shall be transported in lift-equipped correctional vehicles and escorted appropriately. Inmates with mobility disabilities who use wheelchairs for long distance only may be transported in any Sheriff's Office vehicle in which the wheelchair can accompany them.

5. The ADA Compliance Officer and Superintendents shall ensure that shower chairs are available in divisions that house inmates with mobility impairments so that they are provided safe and equal access to showering.

6. For living units that do not have fixed shower benches; the living unit officers shall issue shower chairs to inmates with mobility impairments upon request.

### 704.8 SPEECH AND HEARING IMPAIRMENTS

1. Auxiliary aids to communication shall be available on an as-needed basis, 24 hours a day, seven days a week. Auxiliary aids and methods of communicating include, but are not limited to:

    (a) Gestures;

    (b) Sign language, if known;

    (c) Captioned images;

    (d) Visual aids (e.g., flash cards, point book);

# Cook County Department of Corrections
Cook County DOC Procedures Manual

*Prohibition Against Discrimination on the Basis of Disability Procedure*

    (e)    Written communication (e.g., by pen and paper);

    (f)    Assistive listening system or device;

    (g)    Telecommunications Device for the Deaf (TDD) or Teletypewriter (TTY); or Video Relay Services (VRS), or Telecommunications Relay Services (TRS);

    (h)    Qualified sign language interpreter/services.

2. Members shall make all efforts to communicate effectively with speech and/or hearing impaired inmates; and seek assistance from supervisors and/or the ADA Compliance Officer if they believe an inmate is having difficulty understanding or communicating.

3. Qualified sign language interpreters and interpretation services

    (a) The ADA Compliance Officer shall ensure that each respective Superintendent housing hearing or speech impaired inmates has a current list of certified sign language interpreters/services and instructions on how to access those services.

    (b) Members shall contact through the chain of command, qualified sign language interpreters and/or services for assistance with critical communication, complex information, lengthy exchanges, or anything involving legal due process. This may include the following, where available, but not limited to:

        i.    Intake;

        ii.    Orientation;

        iii.    Counseling;

        iv.    Educational and vocational programming;

        v.    Medical and mental health services;

        vi.    Religious services;

        vii.    Due process hearings, including disciplinary hearings;

        viii.    Pre-release instructions; or

        ix.    When another service is unavailable or insufficient.

4. Telephone communication access

    (a) Disabled inmates shall have the same access to telephone service as other inmates.

    (b) Inmates with speech/hearing impairments or inmates who wish to communicate with persons who have speech/hearing disabilities shall be afforded access to TTY/TDD or VRS devices.

    (c) Each division that houses hearing impaired inmates shall be equipped with a TTY/TDD or VRS phone.

    (d) Members shall notify the ADA Compliance Officer and the watch commander when an inmate wishes to use a TTY/TDD device or TRS/VRS service.

    (e) Inmates using TTY/TDD devices for communication shall be provided use at a minimum of three times the length of time permitted for voice communications.

- (f) As needed, TRS, Illinois Relay System, or VRS shall be made available to connect speech/hearing impaired persons with others.

5. Visual notification system

- (a) Living units housing hearing impaired inmates shall institute a visual notification system (e.g., flash cards) to provide effective communication regarding times for meals, recreation, education, work assignments, and other events.
- (b) The living unit officer shall use the visual notification system at these designated times and ensure that hearing impaired inmates are paying attention.
- (c) Fire alarms shall utilize a light and sound notification system.

**704.9 MENTAL IMPAIRMENTS**

1. Auxiliary aids to mentally impaired inmates include but are not limited to:
   - (a) Medication management;
   - (b) Specialized training;
   - (c) Programming;
   - (d) Helmets; and
   - (e) Supportive therapy.
2. Members shall communicate effectively with mentally impaired inmates; and seek assistance from supervisors and/or the ADA Compliance Officer if he/she believes an inmate is having difficulty coping, understanding or communicating.
3. Sworn members shall be aware of an inmate's mental impairment by reading the alerts in the jail management system.

**704.10 REQUESTS FOR AUXILIARY AIDS**

1. CRWs shall:
   - (a) Be responsible for the proper and timely response and/or processing of all Inmate Request Forms associated with their assigned caseload.
   - (b) Notify the ADA Compliance Officer via email at CCSO.ADA@cookcountyil.gov of any such inmate requests, and whether he/she was able to accommodate the request.
2. The ADA Compliance Officer shall attempt to accommodate all requests for auxiliary aids and services for qualified inmates as confirmed by Cermak.
3. The accommodation or auxiliary aids and services provided to inmate shall be considered as fundamental rights, not earned privileges.
   - (a) Inmates are not to be denied an accommodation as punishment for misbehavior.

Copyright Lexipol, LLC 2022/01/14, All Rights Reserved.
Published with permission by Cook County Department of Corrections

Prohibition Against Discrimination on the Basis of Disability Procedure - 310

Hernandez v. Dart, 23-cv-16970    DR 000851    Exhibit 4 Page 7

## Cook County Department of Corrections
Cook County DOC Procedures Manual

*Prohibition Against Discrimination on the Basis of Disability Procedure*

---

(b) Accommodations or auxiliary aids and services may only be withheld or removed when safety and security may be compromised (e.g., violent or suicidal behavior). When this is necessary, the following shall occur:

  i. Sworn members shall notify a supervisor promptly and the inmate shall be restrained if necessary to protect the staff, other inmates, or the inmate from whom the auxiliary aid was removed.

  ii. If practicable, the incident shall be video recorded by an assigned officer and an incident report shall be completed.

  iii. The supervisor shall notify the superintendent and/or Assistant Executive Director (AED) and the ADA Compliance Officer.

**704.11  INMATE GRIEVANCES**

All inmate grievances related to a lack of accommodation(s), denial of services or programs based on a disability, or any other matter related to an inmate's disability or the Americans with Disabilities Act shall be forwarded to the ADA Compliance Officer for response. The ADA Compliance Officer shall work with Cermak to determine the best response and approach to addressing the grievance.