**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

CONTROL #: 2022 X 08394
INMATE ID #: 754709

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

☐ Emergency Grievance
☒ Grievance — CODE OIO
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☒ Other: DOC Admin

PRINT - INMATE LAST NAME: Rogers
PRINT - FIRST NAME: Kavarian
INMATE BOOKING NUMBER: 20200402015
DIVISION: 9
LIVING UNIT: 2C
DATE: 5/27/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the Inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT (Fecha del Incidente) | REQUIRED - TIME OF INCIDENT (Horad del Incidente) | REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente) | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o identificación del Acusado) |
|---|---|---|---|
| 5/27/22 | All shifts | Shower area Division 9 Tier 2C | Director Jane Doe, Supt, inten, John Doe (Martinez) A.D.A, CCDOC, Thomas J. Dart |

Im handicap & cant use the right side of my body. Im housed in division 9, Tier 2C & I've been complaining to every C.O, sgt, Lt, supt. I've saw since I been on this deck about the shower not being handicap accessable. I suppose to have a shower chair & or something like rails to be able to hold myself up in case of emergencies. Im being put at risk of falling & seriously injuring myself in the shower. I've complained to Supt. Ms. Johnson, Lt. Ms. Lathem, Sgts. Szul, Sgt. Lopez, Sgt. Budnick, Lt. Mueller to no avail. I need to be placed where there is a handicap accessable shower. Please & thank you!

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Ms. Lt. Lathem, Supt. Johnson, Sgt. Szul, Sgt. Lopez, Sgt. Budnick

INMATE SIGNATURE: KR

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): Mitchell
DATE CRW/PLATOON COUNSELOR RECIEVED: 6-2-22

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

MITCHELL

CONTROL NUMBER: 2022 08394
INMATE #: 754709

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME (Apellido del Preso): Rogers
INMATE FIRST NAME (Primer Nombre): Kavarian
ID Number (# de Identificación): 20200402015

GRIEVANCE ISSUE AS DETERMINED BY CRW: 010 - ADA Issue

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): DOC Admin
DATE REFERRED: 6/16/22

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Detainee Rogers is being housed according to the medical classification assigned to him by Cermak. He is independent in his ADL's (include shower) and should not require an accommodation. If you feel this is incorrect, please fill out a healthservice req. form to speak to a doctor about your concerns.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Sabrina [illegible]
SIGNATURE: [signature]
DIV./DEPT.: DOC/ADA
DATE: 06/08/22

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE SIGNATURE (Firma del Preso): [signature]
DATE RESPONSE WAS RECEIVED: 7/8/22

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso)
**THIS SECTION IS TO BE COMPLETED BY INMATE!**

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) 7/8/22

I.I.C believes he needs support with ADL's. Medical is not helping. I have all disability equipment showing that my disability is still adequate so I am asking for the head ADA to step down.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Si) ☐ No ☑
(Apelación del preso aceptada por el administrador o/su designado(a)?)
INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: Original Response to Stand

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): V Mueller
SIGNATURE: [signature]
DATE (Fecha): 7/13/22

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE SIGNATURE (Firma del Preso): Delv Via COVID19
DATE APPEAL RESPONSE WAS RECEIVED: JUL 18 2022

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

CONTROL #: 2022 X 08394
INMATE ID #: 754709

! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (¡ Para ser llenado solo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

CODE: 010

- ☐ Cermak Health Services
- ☐ Superintendent:
- ☒ Other: DOC Admin

PRINT - INMATE LAST NAME: Rogers
PRINT - FIRST NAME: Kavarian
INMATE BOOKING NUMBER: 20200402015
DIVISION: 9
LIVING UNIT: 2C
DATE: 5/27/22

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
[grievance guidelines text in English and Spanish]

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 5/27/22 | All shifts | Shower area Division 9 Tier 2C | Director Jane Doe, Supt, inten. John Doe (Martinez), A.D.A, CCDOC, Thomas J. Dart |

Im handicap & cant use the right side of My body. Im housed in division 9, Tier 2C & I've been complaining to every C.O, sgt, Lt, supt. I've saw since I been on this deck about the shower not being handicap accessable. I suppose to have a shower chair & or something like rails to be able to hold Myself up in case of emergencies. Im being put at risk of falling & seriously injuring Myself in the shower. I've complained to Supt. Ms. Johnson, Lt. Ms. Lathem, Sgts. Szul, Sgt. Lopez, Sgt. Budnick, Lt. Mueller to no avail. I need to be placed where there is a handicap accessable shower. Please & thank you!

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Ms. Lt. Lathem, Supt. Johnson, sgt. Szul, Sgt. Lopez, Sgt. Budnick

INMATE SIGNATURE: [signed]

CRW/PLATOON COUNSELOR: Mitchell
SIGNATURE: [signed]
DATE RECEIVED: 6-2-22

SUPERINTENDENT/DIRECTOR/DESIGNEE: [blank]

(FCN-73)(NOV 17) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

MITCHELL

CONTROL NUMBER: 2022 08394
INMATE #: 754709

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME: Rogers
INMATE FIRST NAME: Kavarian
ID Number: 20200402015

GRIEVANCE ISSUE AS DETERMINED BY CRW: 010 - ADA Issue

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO: DOC Admin
DATE REFERRED: 6/6/22

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Detainee Rogers is being housed according to the medical classification assigned to him by Cermak. He is independent in his ADL's (includes shower) and should not require an accommodation. If you feel this is incorrect, please fill out a healthservice req. form to speak to a doctor about your concerns.

PERSONNEL RESPONDING TO GRIEVANCE (Print): Sabrina [illegible]
DIV./DEPT.: DOC/ADA
DATE: 06/08/22

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE SIGNATURE: [signed]
DATE RESPONSE WAS RECEIVED: 7/8/22

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso)
**THIS SECTION IS TO BE COMPLETED BY INMATE!**

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: 7/8/22

I.I.C believes he needs support with ADL's Medical is not helping. I have all disability equipment showing that my disability is still adequate to I am asking for the head ADA to step down.

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☑

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

Original Response to Stand

INMATE SERVICES DIRECTOR/DESIGNEE: V. Mueller
DATE: 7/13/22

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE SIGNATURE: Delv Via COVID19
DATE APPEAL RESPONSE WAS RECEIVED: JUL 18 2022

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

754709

CONTROL # 20230132769

THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF

☐ Emergency Grievance
☒ Grievance — 010
☐ Non-Compliant Grievance

☒ Cermak Health Services
☐ Superintendent: _____
☒ Other: DOC ADMIN (14)

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: Rogers
PRINT - FIRST NAME: Kavarian
BOOKING NUMBER: 2020040602015
DIVISION: 9
LIVING UNIT: 2C
DATE: 8-17-23

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

[Guidelines text in English and Spanish]

AUG 23 '23 AM 9:05

REQUIRED - DATE OF INCIDENT: 8-16-23
REQUIRED - TIME OF INCIDENT: 9:00-11:00
REQUIRED - SPECIFIC LOCATION OF INCIDENT: Shower
REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED: Tony Dart classification

Onto the inexcusable neglectenc of my medical condision in need of some kind of support while taking a shower yesterday I fell inside the shower I dont have controll of my balance there not giving me any thing to prevent the falls medical Reports in system shows that im not fully able to hold myself up as my dominant side is currently weak theres no rails in shower.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:

SIGNATURE of Individual in Custody: KR

CRW NAME: VANBNW
SIGNATURE: VANBNW
DATE CRW RECIEVED: 8/18/23

CN-07 (FEB 23)   (WHITE COPY – IIC SERVICES DEPT.)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

**CONTROL NUMBER:** 2023x13269
**Individual in Custody SHORT #:** 754704
**PRINT: CRW LAST NAME:** AnAli

### INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

**Individual In Custody LAST NAME:** Rogers
**Individual In Custody FIRST NAME:** Ravarian
**BOOKING ID #:** 20200402015
**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 600 - Medical Treatment  010 - ADA
**IMMEDIATE CRW RESPONSE (if applicable):**
**CRW/REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services):** DOC ADMIN (14)  Cermak 9/5/23
**DATE REFERRED:** 9/21/23

### RESPONSE BY PERSONNEL HANDLING REFERRAL

This issue has been previously addressed see control numbers 2022x08394 and 2023x07564. Detainee Rogers is GP according to the medical classification assigned to him by Cermak.

**RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#** PRINT SABRINA [illegible] PRINT
**SIGNATURE:** [signature]
**DIV./DEPT.** DOC/ADA
**DATE:** 09/08/23

**INDIVIDUAL IN CUSTODY SIGNATURE** (Firma del individuo bajo custodia.): [signature]
**DATE RESPONSE WAS RECEIVED:** 4/13/23

### INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL (Solicitud de apelación del individuo)

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)

**INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL:** (Base de apelación del individuo.)
**DATE OF APPEAL REQUEST:** (Fecha de la solicitud de la apelación.) ____/____/____

**DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?**
(Aceptación del Director/Designado de la solicitud de apelación del individuo.)   Yes ☐   No ☐
**IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)

**IIC SERVICES DIRECTOR/DESIGNEE** (Director de Servicios de IIC / Designado):
**SIGNATURE** (Firma):
**DATE** (Fecha): ____/____/____

Appeal response and/or decision returned to IIC via Inter-departmental mail, U.S. Mail or CRW delivery.
(Su respuesta de apelación y/o decisión será entregada al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)
**DATE APPEAL RESPONSE/DECISION WAS FORWARDED:** (Fecha en que se envió la respuesta/decisión de apelación.) ____/____/____

(FCN- 08)(FEB 23)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

Rogers v. Dart, 24-cv-3739                                             DR 000334

Exhibit 6 Page 6

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodi)

754709

CONTROL # 2023x13269

Individual in Custody SHORT # 754709

THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

010

☒ Cermak Health Services
☐ Superintendent:
☒ Other: DOC ADMIN (14)

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: Rogers
PRINT - FIRST NAME: Kavarian
BOOKING NUMBER: 2020040620015
DIVISION: 9
LIVING UNIT: 2C
DATE: 8-17-23

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

[Grievance guidelines text in English and Spanish]

AUG 23 '23 AM 9:05

REQUIRED - DATE OF INCIDENT: 8-16-23
REQUIRED - TIME OF INCIDENT: 9:00 - 11:8
REQUIRED - SPECIFIC LOCATION OF INCIDENT: Shower
REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED: Tone Dart, classification

Onto the inexcusable neglectence of my medical condision in need of some kind of support while taking a shower yesterday I fell inside the shower I don't have controll of my balance there not giving me any thing to prevent the falls medical Heights in system shows that I'm not fully able to hold myself up as my dominant side is curently weak theres no rails in shower.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:

SIGNATURE of Individual in Custody: KR

CRW NAME (Print): VANBlw
SIGNATURE: VanBlw
DATE CRW RECIEVED: 8/18/23

CN-07) (FEB 23)   (WHITE COPY – IIC SERVICES DEPT.)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

Rogers v. Dart, 24-cv-3739

DR 009998

Exhibit 6 Page 7

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

CONTROL NUMBER: 2023x13269
Individual in Custody SHORT #: 754704
PRINT: CRW LAST NAME: AnAli

INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY

Individual In Custody LAST NAME: Rogers
Individual In Custody FIRST NAME: hAvArIAn
BOOKING ID #: 20200402015

GRIEVANCE ISSUE AS DETERMINED BY CRW: 600 - Medical treatment  010 - ADA

IMMEDIATE CRW RESPONSE (If applicable):

CRW/REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): DOC ADMIN (14)  Cermak 9/5/23
DATE REFERRED: 9/21/23

RESPONSE BY PERSONNEL HANDLING REFERRAL:

This issue has been previously addressed see control numbers 2022x08394 and 2023x07564. Detainee Rogers is GP according to the medical classification assigned to him by Cermak.

RANK - NAME of PERSONNEL RESPONDING to GRIEV.: - STAR#
PRINT: SABRINA [illegible]
DIV./DEPT.: DOC/ADA
DATE: 09/08/23

INDIVIDUAL IN CUSTODY SIGNATURE (Firma del individuo bajo custodia):
DATE RESPONSE WAS RECEIVED: 4/13/23

**INDIVIDUAL IN CUSTODY 'S REQUEST FOR AN APPEAL** (Solicitud de apelación del individuo)

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in **ALL** circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is **NOT** part of the grievance appeal process.
Para agotar los recursos administrativos, las apelaciones de quejas se deben realizar en este formulario y dentro de los 15 días calendarios a partir de la fecha en que el individuo recibió la respuesta anotada anteriormente. Se debe presentar una apelación en TODAS las circunstancias a fin de agotar los recursos administrativos, independientemente si los asuntos de la queja han sido referidos para una revisión y/o investigación. Cualquier revisión o investigación pendiente de OPR NO es parte del proceso de apelación de quejas.)

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: (Base de apelación del individuo.)
DATE OF APPEAL REQUEST: (Fecha de la solicitud de la apelación.) ___/___/___

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL?
(Aceptación del Director/Designado de la solicitud de apelación del individuo.)
Yes ☐  No ☐
IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del Director de Servicios de IIC / Designado.)

IIC SERVICES DIRECTOR/DESIGNEE (Director de Servicios de IIC / Designado):
SIGNATURE (Firma):
DATE (Fecha): ___/___/___

Appeal response and/or decision returned to IIC via Inter-departmental mail, U.S. Mail or CRW delivery.
(Su respuesta de apelación y/o decisión será entregado al IIC por Correo interno del departamento, Correo de EE. UU. o del Trabajador Social (CRW).)

DATE APPEAL RESPONSE/DECISION WAS FORWARDED:
(Fecha en que se envió la respuesta/decisión de apelación.) ___/___/___

(FCN-08)(FEB 23)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

Rogers v. Dart, 24-cv-3739                                             DR 009999

Exhibit 6 Page 8

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE FORM**
(Formulario de Queja del Individuo bajo Custodia)

CONTROL #: 2024 X 0747 8
Individual in Custody SHORT #: 754709

**! THIS SECTION IS TO BE COMPLETED BY IIC SERVICES STAFF** (¡ Para ser llenado solo por el personal de IIC Services !)

- ☐ Emergency Grievance
- ☒ Grievance  CODE 10
- ☐ Non-Compliant Grievance

- ☐ Cermak Health Services
- ☐ Superintendent: _____
- ☒ Other: CDC Admm H

PRINT - INDIVIDUAL IN CUSTODY LAST NAME: Rogers
PRINT - FIRST NAME: Kaveran
BOOKING NUMBER: 20220040215
DIVISION: 9
LIVING UNIT: 2B
DATE: 6-20-24

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

[standard guidelines text in English and Spanish]

**REQUIRED - DATE OF INCIDENT:** 6-20-24
**REQUIRED - TIME OF INCIDENT:** 3:50 - 4:00
**REQUIRED - SPECIFIC LOCATION OF INCIDENT:** 2B cell
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED:** Tom Dart, Cermak Health Services

On above date and time I was using the Toilet while doing so I fell over and fell I hit my head to the brick wall very hard my right side is disable so I couldn't prevent this being that division 9 rooms/cells doesn't have any grab bars or anything to prevent this violates my constitutional rights I'm so tired of being hurt and over looked when it comes to my disability no one is doing anything to keep me safe and preventing me from suffering This is getting worse instead of better division 9 make me fill as if I shouldn't be living.

NAME OF STAFF OR INDIVIDUAL IN CUSTODY HAVING INFORMATION REGARDING THIS COMPLAINT:

SIGNATURE of Individual in Custody: [signature]

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE IIC GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW NAME (Print): M. Mitchell
SIGNATURE: [signature]
DATE CRW RECEIVED: 6.21.24

N-07) (FEB 23)   (WHITE COPY – IIC SERVICES DEPT.)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

[margin note, sideways:] This continues. I can't run and my pain

Rogers v. Dart, 24-cv-3739

DR 010021

Exhibit 6 Page 9

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INDIVIDUAL IN CUSTODY GRIEVANCE RESPONSE/APPEAL FORM**
(Individuo bajo custodia - formulario de respuesta/apelación de queja)

CONTROL NUMBER: 2024x07478
Individual In Custody SHORT #: 754709
PRINT: CRW LAST NAME: M. Mitchell

**INFORMATION TO BE COMPLETED BY IIC SERVICES PERSONNEL ONLY**

Individual In Custody LAST NAME: Rogers
Individual In Custody FIRST NAME: Kavarian
BOOKING ID #: 2020 0402015

GRIEVANCE ISSUE/AS DETERMINED BY CRW: 10 - ADA Issues.
IMMEDIATE CRW RESPONSE (if applicable): Div 9 - Cermak Disp notified.

CRW/ REFERRED THIS GRIEVANCE TO: Doc Admin 14
DATE REFERRED: 6/24/24

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Duplicate grievance. Detainee has grieved his housing under previous control numbers, namely 2023x13269, 2023x07564, 2023x05565. Detainee Rogers is cleared medically to be housed in Div 9 as he is independent in showering + toileting. There is no documentation of any falls in June.

PRINT: Sabrina A.
DIV./DEPT: DOC/ADA
DATE: 06/27/24

THIS SECTION IS TO BE COMPLETED BY INDIVIDUAL IN CUSTODY

INDIVIDUAL IN CUSTODY SIGNATURE: [signed]
DATE RESPONSE WAS RECEIVED: 6/28/24

**INDIVIDUAL IN CUSTODY'S REQUEST FOR AN APPEAL**

- To exhaust administrative remedies, a grievance appeal must be made on this form and within 15 calendar days of the date the individual received the above notated response. An appeal must be filed in ALL circumstances in order to exhaust administrative remedies, regardless if the grieved issue(s) have been referred for further review and/or investigation. Any pending O.P.R. review or investigation, is NOT part of the grievance appeal process.

INDIVIDUAL IN CUSTODY BASIS FOR AN APPEAL: Im tired of hurting myself Im self harm to be housed properly

DATE OF APPEAL REQUEST: 6/28/24

reporting things in division 9 gets me nowhere anymore I still report it for OPR these incident truly happen. ADA Sabrina is sit on being deliberity injustice towawa[?] of my disabilty. She has people fully able housed [illegible]

DIRECTOR'S/DESIGNEE'S ACCEPTANCE OF BASIS/REQUEST OF APPEAL? Yes / **No** (circled)

IIC SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: Original Response to Stand

IIC SERVICES DIRECTOR/DESIGNEE: J. Mhelle[?]
DATE: 6/28/24

Appeal response and/or decision returned to IIC via inter-departmental mail, U.S. Mail or CRW delivery.
DATE APPEAL RESPONSE/DECISION WAS FORWARDED: JUL 01 2024

(FCN-08)(FEB 23)   (WHITE COPY – IIC SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INDIVIDUAL IN CUSTODY)

Rogers v. Dart, 24-cv-3739
DR 010022

Exhibit 6 Page 10