IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, *individually and for a class,* | ) ) ) | |
| Plaintiff, | ) ) ) | 24-cv-3739 |
| -vs- | ) ) | Judge Rowland |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## DECLARATION OF EVANDER FOSTER

Under penalties of perjury as provided by law, the undersigned certifies that the following statements are true:

1. My name is Evander Foster. I am incarcerated at the Cook County Jail under booking number 2024-0213087.

2. I was injured in February of 2024. As a result of this injury, I use crutches to move from place to place because of an injury to the left side of my body, including my left foot. Over the past few months, I have also spent time at the Bureau of Prisons MCC in Chicago.

3. A recent Medical Duty Status by Dr. Bonnie Nowakowski dated April 1, 2024, when I was previously held at the MCC, shows I was permitted to use crutches along with a lower bunk.:

Exhibit 8 Page 1

Bureau of Prisons
Health Services
Medical Duty Status

Inmate Name: FOSTER, EVANDER LAVELLE

Reg #: 55063-424

**Housing Status**

___ confined to the living quarters except ___ meals ___ pill line ___ treatments   Exp. Date ___

___ on complete bed rest   ___ bathroom privileges only   Exp. Date ___

X cell ___ cell on first floor ___ single cell X lower bunk ___ airborne infection isolation Exp. Date ___

___ other:   Exp. Date ___

**Physical Limitation/Restriction**

___ all sports

___ weightlifting: ___ upper body ___ lower body   Exp. Date ___

___ cardiovascular exercise: ___ running ___ jogging ___ walking ___ softball   Exp. Date ___

___ football ___ basketball ___ handball ___ stationary equipment   Exp. Date ___

___ other: _____   Exp. Date ___

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Crutches | 01/01/2024 | 04/15/2024 | |
| pending re eval/ RAD | | | |

**Work Restriction / Limitation:**

Cleared for Food Service: No

| Restriction | Expiration Date |
|---|---|
| No Upper Bunk | 06/30/2024 |

**Comments:** Care level one

| Nowakowski, Bonnie M (MOUD) DO | 04/01/2024 |
|---|---|
| Health Services Staff | Date |

Inmate Name: **FOSTER, EVANDER LAVELLE** Reg #: 55063-424 Quarters: H01

*ALL EXPIRATION DATES ARE AT 24:00*

4. I am significantly limited in the ability to move to place to place. At the Jail, I am housed in Division 9 and assigned to an upper bunk and must walk up stairs to reach my living unit. I experience pain moving up and down these stairs and cannot reach my upper bunk and must request help by my cell mate to reach this bed.

5. Also, there are no grab bars by my Division 9 cell toilet and shower. And there is no mounted seat in the shower room. It is painful and I am unable to toilet and shower on the same basis as non-disabled people because of the barriers in the shower room and the absence of grab bars around the toilet.

Dated: 01-8-2024                    Evander Foster

                                            Evander Foster

Exhibit 8 Page 2