


# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM (CCOMS)

User ID: S Carey02

## INCIDENT REPORT

| DIVISION/UNIT/FACILITY: | LIVING UNIT/SPECIFIC LOCATION (I.E., Cell, Courtroom): |
|---|---|
| DIVISION 9 | In cell |
| **INCIDENT DATE:** | **INCIDENT TYPE:** |
| 7/21/2024 | Medical |
| **INCIDENT CATEGORIES:** | **INCIDENT DETAILS:** |
| Medical Emergency | ☐ Injuries / Hospitalization ☐ OPR Notified <br> ☐ Restraints / Force Used ☑ ADO Notified <br> ☐ Weapon(s) Involved <br> ☐ Arrest(s) Made |

| INMATE(S) INVOLVED: | BOOKING#: | INMATE ID #: | INVOLVEMENT: | Narcan? | #Doses | PERSONNEL INVOLVED: | JDE #: | INVOLVEMENT: |
|---|---|---|---|---|---|---|---|---|
| Kavarian K Rogers | 20200402015 | 754709 | Participant | No | | Santana J | 1119554 | Witness |

### STATEMENT OF FACTS: (NARRATIVE)

On 21Jul24 R/O Santana #18188 was assigned to Division 9 tier 1E/RU on the 0700-1500 shift. At approximately 1435 hours R/O was conducting his final check. As R/O approached cell 1201 IIC Rogers, Kavarian #20200402015 was at the cell window with visible gash above his right eye and a lump on his right side temple. R/O then removed IIC from the cell and handcuffed him. R/O asked IIC what happened to his face, IIC responded stating "I was standing in the cell and I fell out, I suffer from seizures". R/O's partner Ofc. Grant #19083 called a code blue (possible seizure). Both R/O and Ofc. Grant escorted IIC to 1 south core where he was evaluated by medical staff. Bothe medical staff and division 9 staff escorted IIC to dispensary for further medical evaluation. Nothing further to report at this. Be advised, incident was captured on R/O BWC #X60A61118

| SIGNATURE & JDE NUMBER OF REPORTING PERSONNEL: | DATE/ TIME: | | SIGNATURE & JDE NUMBER OF REVIEWING SUPERVISOR: | DATE / TIME: | |
|---|---|---|---|---|---|
| /s/ Santana J, JDE # 1119554 | 7/21/2024 | 3:27:20 PM | /s/ Archer P, JDE # 1120237 | 7/21/2024 | 3:31:11 PM |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

Rogers v. Dart, 24-cv-3739

DR 003594

Exhibit 9 Page 1




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM (CCOMS)

User ID: S Carey02

## INCIDENT REPORT

| PRIMARY INCIDENT INFORMATION - MANDATORY FIELDS ||
|---|---|
| INMATE CURRENTLY HOUSED IN A SPECIAL MANAGEMENT TIER: **Yes-SMU Housing** | NUMBER OF INMATES INVOLVED: **1** |
| TYPE OF INCIDENT: **Medical** | WAS THIS AN INMATE FIGHT? **No** |
| IF THE INCIDENT WAS INFORMATIONAL, LIST THE TYPE THAT APPLIES: | IF KNOWN, REASON FOR INMATE FIGHT? |
| * MISCELLANEOUS - DETAIL: | WAS AN ALL-AVAILABLE CALLED: **No** |
| **MEDICAL INFORMATION/911 ACTIVATION - INCIDENT INFORMATION - MANDATORY FIELDS** ||
| DID ANY PERSONNEL SUSTAIN ANY INJURIES? **No** | DID ANY INMATE(S) SUSTAIN ANY INJURIES? **Yes** |
| DESCRIBE TYPES OF INJURIES TO PERSONNEL | DESCRIBE TYPES OF INJURIES TO INMATE(S): **bleeding/ altered mental state** |
| WAS MEDICAL ATTENTION RENDERED FOR ANY PERSONNEL INVOLVED? **No** | WAS MEDICAL ATTENTION RENDERED FOR INMATE(S) INVOLVED? **Yes** |
| WHERE WAS INITIAL TREATMENT? | WHERE WAS INITIAL TREATMENT? **Dispensary** |
| NAME OF MEDICAL STAFF (i.e. Dispensary/Cermak): | NAME OF MEDICAL STAFF (i.e. Dispensary/Cermak): **Paramedic Jackson** |
| WAS 911 ACTIVATED? | WAS 911 ACTIVATED? **Yes** |
| NAME OF TRANSPORTING AGENCY? | NAME OF TRANSPORTING AGENCY: **Ambulance 34** |
| IF YES, WHICH HOSPITAL? | IF YES, WHICH HOSPITAL? **St. Anthony Hospital** |
| NAME OF CCSO ESCORTING STAFF: | NAME OF CCSO ESCORTING STAFF? **R Degraff** |
| **MENTAL HEALTH INCIDENT INFORMATION - MANDATORY FIELDS** ||
| DID ANY OF THE INMATES HAVE AN ACTIVE MENTAL HEALTH ALERT? | IF KNOWN, STATE THE INMATE(S) REASONING? |
| IF YES, ALERT TYPE: | NAME OF MENTAL HEALTH STAFF: |
| MENTAL HEALTH ATTENTION: **No** | |

| ☑ DNA | PREGNANT INDIVIDUALS: INCIDENT INFORMATION - IF APPLICABLE |||
|---|---|---|---|
| WERE ANY INDIVIDUALS INVOLVED IN THIS INCIDENT REPORT PREGNANT?: **No** ||| THE USE OF RESTRAINTS WAS AUTHORIZED BY: |
| WERE RESTRAINTS USED?: ||| MEDICAL PERSONNEL NAME: |
| WHAT RESTRAINTS WERE USED?: ||| SUPERINTENDENTS FACILITY: |
| ||| AUTHORIZING SUPERINTENDENT: |

| ☑ DNA | CONTRABAND RECOVERY: INCIDENT INFORMATION - IF APPLICABLE |||
|---|---|---|---|
| CONTRABAND RECOVERED: **No** | CONTRABAND TYPE: | LOCATION FOUND: | EVIDENCE BAG NUMBER: |
| CONTRABAND DESCRIPTION: | FOUND FROM A SIU INFORMATION: | EXACT PLACE IT WAS FOUND: | NAME OF SIU INVESTAGATOR: |

| ☑ DNA | WEAPON RECOVERY: INCIDENT INFORMATION - IF APPLICABLE |||
|---|---|---|---|
| WEAPON RECOVERED: **No** | LOCATION FOUND: | EXACT PLACE IT WAS FOUND: | EVIDENCE BAG NUMBER: |
| WEAPON TYPE: | WEAPON DESCRIPTION: | ITEM USED TO MAKE WEAPON: | FOUND FROM A SIU INFORMATION: |
| NUMBER OF WEAPONS RECOVERED | SIZE OF WEAPON IN INCHES: | IF OTHER, DESCRIBE: | NAME OF SIU INVESTIGATOR: |

| ☑ DNA | ELECTRONIC MONITORING - IF APPLICABLE |
|---|---|

Run Date: 8/14/2024 09:43     Incident Number: DIV9-2024-15324     Page 2 of 4

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

Rogers v. Dart, 24-cv-3739

DR 003595

Exhibit 9 Page 2




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID: S Carey02

## INCIDENT REPORT

| WATCH: | BEAT: | GPS#: | BODY WORN CAMERA EVENT: |
|---|---|---|---|
| RETRIEVED EQUIPMENT: | CR NUMBER: | ADDRESS OF OCCURRENCE STREET: | ADDRESS OF OCCURRENCE ROOM/FLOOR: |
| ADDRESS OF OCCURRENCE CITY: | ADDRESS OF OCCURRENCE STATE: | ADDRESS OF OCCURRENCE ZIP: | |

| VIDEO (BWC, STATIONARY, HANDHELD) INFORMATION - MANDATORY FIELDS | | |
|---|---|---|
| STATIONARY CAMERA CAPTURE FOOTAGE<br>No | HANDHELD CAMERA UTILIZED:<br>No | BWC UTILIZED<br>Yes |
| *LIST CAMER NUMBERS: | *IDENTIFICATION NUMBER: | *LIST STAFF MEMBERS & BWC SERIAL NUMBERS<br>Sgt. Pederson #3277 (BWC #X60A65388) and Sgt. Theodore #3434 (BWC #X60A5735W) Sgt. Archer #3306 (BWC# X60A76895) Santana# 18188 (BWC #X60A61118) |
| *DID YOU REVIEW THE STATIONARY FOOTAGE: | *DID YOU REVIEW HANDHELD FOOTAGE: | * DID YOU REVIEW THE BWC FOOTAGE:<br>Yes |
| *IF NO, EXPLAIN: | * IF NO, EXPLAIN: | * REASON FOR NOT REVIEWING BWC FOOTAGE |

| ASSESSMENT: |
|---|

I, Lt. Reid#777 heard the radio transmission of code red at 1E at approximately 1440hrs. Upon review of stationary surveillance Div9 Cam 1.041, I observed Ofc. Santana approach cell 1201 of 1E at approximately 1438hrs. Ofc. Santana alerted his partner Ofc. Grant#19083 and they proceeded to open the door. IIC Rogers, Kavarian# 20200402015 (313, seizure disorder, lower bunk) came out of the cell visibly unstable on his feet yet alert. Ofc. Santana and Grant assisted Kavarian into his uniform that was partially down and down the steps. An additional radio transmission was made for a wheelchair due to Kavarian's unstable nature. Medical staff along with division IX supervisors arrived to further investigate the situation. Sgt. Pedersen reported Kavarian seemed disoriented and slightly combative, both traits consistent with an individual's behavior who may have had a seizure also known as postictal. There was not a need to utilize narcan. At 1442hrs Kavarian was escorted off the tier to 1 south core. The wheel chair arrived to the floor at 1445hrs at which time he was assisted into the chair and onto the elevator at 1450hrs. Kavarian was  escorted to the dispensary accompanied by Sgt. Pedersen, Archer, and Theodore. Once in the dispensary, paramedic Jackson requested 911 activation for a possible seizure and altered mental state. 911 was activated at 1502hrs. The 911 timeline is as follows:
CFD Arrived: 1513hrs
CFD Ambulance #34  carrying Medics Song, Schiwenk, and Preciado
CFD Engine/ Truck #109 carrying Fireman Mike, Cliff, Dan, and Chris
Exops notified at 1506hrs
Exops Beat #3231
Officer Ramirez #16765 andStalf#15325 and Degraff#15576 arrived at 1520hrs
IIC was taken to St. Anthony Hospital departing division IX at 1525hrs
Ofc. Grant conducted a search of cell 1201 and an interview with Kavarian's cellmate, Spraggins, Thomas# 20210622015  who stated Kavarian had just fallen out.  Grant reported Spraggins did not have any injuries nor did anything seem unusual in the cell.
Inv. Zangrilli# 6232provided AO#259947 AT 1513HRS
Supt. Cobble notified via telephone.

| USE OF FORCE: INCIDENT INFORMATION - IF APPLICABLE | |
|---|---|
| IS THE OFFENSE/INCIDENT REPORT WRITTEN IN SPECIFIC TERMS IN ORDER TO CAPTURE THE DETAILS OF THE INCIDENT? | DOES THE OFFENSE/INCIDENT REPORT INCLUDE A DESCRIPTION OF THE APPLICATION(S) OF RESTRAINT OR CONTROL (i.e. restraints, spit masks) AND THE MANNER IN WHICH IT WAS USED? |
| DOES THE OFFENSE/INCIDENT REPORT CONTAIN AN ACCURATE ACCOUND OF EVENTS LEADING TO THE USE OF FORCE?? | DOES THE SUPERVISOR'S ASSESSMENT DESCRIBE THE NATURE AND EXTENT OF APPARENT & REPORTED INJURIES SUSTAINED BOTH BY STAFF AND SUBJECT(S)? |
| DOES THE OFFENSE/INCIDENT REPORT DESCRIBE IN DETAIL THE TYPE AND AMOUNT OF FORCE USED AS WELL AS THE PRECISE ACTIONS TAKEN IN A PARTICULAR INCIDENT? | DOES THE OFFENSE/INCIDENT, USE OF FORCE REPORT(S) OR THE SUPERVISOR'S ASSESSMENT CONTAIN THE DATE AND TIME MEDICAL ATTENTION WAS ACTUALLY PROVIDED? |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov




# COOK COUNTY SHERIFF'S OFFICE
## BUREAU OF INFORMATION AND TECHNOLOGY
### COOK COUNTY OFFENDER MANAGEMENT SYSTEM
### (CCOMS)

User ID:  S Carey02

## INCIDENT REPORT

| AFTER DEBRIEFING THE INCIDENT WITH STAFF, IS THE DESCRIPTION OF THE INCIDENT IN THE CCOMS NARRATIVE CONSISTENT WITH ACCESSIBLE VIDEO(S)? | | DID THE SUBJECT(S) MAKE ANY ALLEGATIONS AGAINST STAFF? | | | |
|---|---|---|---|---|---|
| AFTER REVIEWING ALL MATERIAL ACCESSIBLE DO YOU BELIEVE THE FORCE USED WAS IN ACCORDANCE WITH CCSO POLICY AND PROCEDURES? | | IF NO, SELECT THE RATIONALE FOR YOUR DECISION | | | |
| SIGNATURE AND JDE NUMBER OF ASSESSING SUPERVISOR: /s/ Reid C, JDE # 1120391 | INCIDENT TRACKING NUMBER: DIV9-2024-15324 | CR NUMBER: | DATE: 7/21/2024 | TIME: 3:54:04 PM |

Run Date:  8/14/2024 09:43          Incident Number:  DIV9-2024-15324          Page 4 of 4

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

Rogers v. Dart, 24-cv-3739                                                          DR 003597
                                                                         Exhibit 9 Page 4