| (Do Not Modify) Bed Assignment | (Do Not Modify) Row Checksum | (Do Not Modify) Modified On | Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|---|---|---|
| 7f93e324-80fb-ee11-92ff-00155de79129 | J31rFr09RKkKBBw/LcSYMPTyg4/1CD4+JCKv/vfkBtt6IuwrQlFovDrx9LrjMCwCltBJyZH6mjQTsFCwcB7WuQ== | 4/15/2024 23:30 | Active | Kavarian K Rogers | DIV9-1D-1190-1 | 4/15/2024 18:30 | |
| cb5096b4-34f9-ee11-92fd-00155dd6a519 | sVVdJ6qJ/KxBCizFLAxBnD/IDN3WpwJ2gLgCbQH88CyLfebr927W3F/GH62SxKteqFf1dSk0iiZAIojhux9Q6A== | 4/15/2024 23:29 | Inactive | Kavarian K Rogers | DIV9-2A-2132-1 | 4/12/2024 20:25 | 4/15/2024 18:30 |
| 4339b52c-8bf7-ee11-92f7-00155dd6a524 | I/FqH/91YDKg6UM3InLxTQotwOH33jdav7+N4C5H1SgyHaknxV8LpxGjxOlrcJIFNjW4WQOHOi3n2inT4PXkLQ== | 4/13/2024 0:54 | Inactive | Kavarian K Rogers | DIV9-8-3W-3213-1 | 4/10/2024 17:30 | 4/12/2024 19:30 |
| 213243f1-70f7-ee11-92f7-00155dd6a524 | GftZJ1zHFvUYwD0Qcyf1+IXRC5bmCodrVcxNYmLD9te0F/db3uDmEe9nq6FwFLgUHg4lZYIVBCcYxqCPmpPJcQ== | 4/10/2024 22:38 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 4/10/2024 14:30 | 4/10/2024 17:00 |
| c7540d24-2b92-ed11-b83a-00155dd6a41e | 5HzDY5pwaFjhAaTi1pr+eDcnS5nTh+axNOAvDiQV0kW5asahomY8fW/gtoW+bxxVOFN9dcm60HFjRdJFE60cBQ== | 4/10/2024 16:53 | Inactive | Kavarian K Rogers | DIV9-2C-2158-1 | 1/11/2023 21:30 | 4/10/2024 10:00 |
| e875bc70-358d-ed11-b839-00155dd6a41e | wqhR1GEs+jMrZZLBK+U27mq2MjptHS5YA1BhsJ0JS9lxzUT096Jal0M+8a2Yphb7IVPTjgCfWQ1awgwix+HlWw== | 1/12/2023 3:41 | Inactive | Kavarian K Rogers | DIV9-2H-2059-1 | 1/5/2023 14:00 | 1/11/2023 21:30 |
| f4ad94d4-2e8d-ed11-b836-00155d9ac01d | w1ONxx358iEn2bNEqDiHRgkCGAB73hkZXQbbpuSoCUvE+ruJTvKNsPC4QH2atFdZeENFicMlTfamXYlq5noODg== | 1/5/2023 20:13 | Inactive | Kavarian K Rogers | DIV9-2B-2310-1 | 1/5/2023 12:30 | 1/5/2023 14:00 |
| 19db7436-417e-ed11-b832-00155de79261 | HXKOWIWcLYxxjOpyYmhOnYK9UqT/nN3vUcUhzw86fWDXizNcnKB66FdnW3rxE2J5HqrLMPDG0rc2PfCmDflO/w== | 1/5/2023 19:24 | Inactive | Kavarian K Rogers | DIV9-2D-2183-1 | 12/17/2022 13:00 | 1/5/2023 8:00 |
| 270c325e-3279-ed11-b838-00155de79017 | CWgDEFEC0cad0EmgNQxbA5xOiHZvSUA8xBmlKFzZ7ggjyuTg5qOkzp0mUYeMXWoLHy0WBgyGLX3P/9aA3wHUvg== | 12/17/2022 18:57 | Inactive | Kavarian K Rogers | DIV9-1H-1062-1 | 12/11/2023 2:30 | 12/17/2022 12:30 |
| ffc3330e-945c-ed11-b82f-00155d9ac22e | EwUdF3pYFbYDJTGtmiPkcAdJqSMP9k0MJzBt923aVRXZss3vENT40VmfPVn2PqAXdFF9CQiVJqRwBeaEodXaEg== | 12/11/2022 3:00 | Inactive | Kavarian K Rogers | DIV9-2C-2166-1 | 11/4/2022 18:00 | 12/11/2022 3:00 |
| 9d7fbe32-9f30-ed11-8194-00155dd6a61c | n/3X7FNseoZb7QHDQ5g9XFfJ3WynM9ekbH50xe5FJdzGz88XSSR/9lMRtyMWvdWW8CpBpYpBxxqowuv/mmL4Ag== | 11/4/2022 22:57 | Inactive | Kavarian K Rogers | DIV9-1B-1107-1 | 9/9/2022 19:30 | 11/4/2022 18:00 |
| 002a1115-e82f-ed11-819c-00155de79222 | bPUV49MWqOaBHZg6AUxmYd5YnnFAuGAKOmat4XJZm419hywcWotuX+9nM3T4LvJbL3J0EivUwhjFx4I3IKxmcQ== | 9/10/2022 0:26 | Inactive | Kavarian K Rogers | DIV9-1H-1058-1 | 9/8/2022 21:30 | 9/9/2022 19:30 |
| ebafc276-bd24-ed11-8193-00155dd6a61c | 41jWxQAu7L6oPLtj7V1LgLm7M9USDAxAB0GGX3wsKL4V69RI/SXbRVfSpHf+rvGwvX2IHdYxhS587vjo6d/xWg== | 9/9/2022 2:35 | Inactive | Kavarian K Rogers | DIV9-3F-3028-1 | 8/25/2022 16:30 | 9/8/2022 21:30 |
| 593efd4d-4318-ed11-8193-00155de79206 | 2vrJncPzwbfgrvMaWSw95KaaeCG3VMAmT0Un0vn4fFpi5SzamHKgJmXDbQSnHOHJEsayeDKSCuS3vMcCMUbpzQ== | 8/25/2022 21:30 | Inactive | Kavarian K Rogers | DIV9-3F-3226-1 | 8/9/2022 19:30 | 8/25/2022 16:30 |
| 2701c53f-e616-ed11-818a-00155de79216 | /+eIDVID3ZaKlkQ8CqWKsiGaipnRTXcZ063aReO4FgY+tBS3Ct9INhpUbQxms86LILBfKh0aKG5onrc53ay3VA== | 8/10/2022 0:27 | Inactive | Kavarian K Rogers | DIV9-1G-1090-1 | 8/8/2022 1:30 | 8/9/2022 19:30 |
| a1d27a53-26c4-ec11-8188-00155dc15855c | Z62kfXsefklWLeSyNPt1l3rqC+LsSN7ymAxTMzEnbrscs7P2CD4idWAxe+ILAw/D7wxRWLPTp8bEK9Px7/g9xA== | 8/8/2022 6:48 | Inactive | Kavarian K Rogers | DIV9-2C-2162-1 | 4/24/2022 18:00 | 8/8/2022 1:30 |
| 5db1d4d9-b8c1-ec11-8188-00155dc15855c | yIX3FkN+5Tfb4s84yXmLflqYQJWyeOoJVEbHd5IVQRcgGzyRV2b1J5LzHhcAkzRFAqWqXbOshmFaXBqug0tkrQ== | 4/24/2022 23:27 | Inactive | Kavarian K Rogers | DIV9-2B-2105-1 | 4/21/2022 16:00 | 4/24/2022 18:00 |
| 86118ab8-98c1-ec11-8184-00155c158597 | ofLmo0OuK4HX8SglSC90nJjGWRxIeYwJWnOqCK/JQdORSApkjOnlMgtb+0+aDPI0QXlypWeg3gj4faYARU7wJQ== | 4/21/2022 21:05 | Inactive | Kavarian K Rogers | DIV08-4A-5-2 | 4/21/2022 12:30 | 4/21/2022 16:00 |
| 7985cd00-81c1-ec11-8184-00155c158597 | Uvu5/m+i7aU5anmJsgA2gU6FyLelUBXZYJNSXxS1MqjhNZDT3a3PX1hLQIFd9/zvxhzEAUGXC3B9fV4bhkIv6Q== | 4/21/2022 17:29 | Inactive | Kavarian K Rogers | DIV08-4A-8-2 | 4/21/2022 9:30 | 4/21/2022 12:30 |
| d1314e03-42bb-ec11-8183-00155de791c1 | OQY1ko0QTsB5XnBCDKwlwJa5gV43XubNr4kAXP1NWi+LW9ss0yswbumDxkGurw+49ubbijRmtLP1Y0FJ/VIesw== | 4/21/2022 14:39 | Inactive | Kavarian K Rogers | DIV08-3H-D6-36 | 4/13/2022 10:30 | 4/21/2022 9:30 |
| 1df45c53-0abb-ec11-8194-00155dd6a5b9 | Tasf3wqq/snfEceralNEUTzd/SwHcfu0LWVVba4DBVu7CymBEtDHvoQGzZ6zYeZJd9O2+wuF63kME5J2hyRYpA== | 4/13/2022 15:53 | Inactive | Kavarian K Rogers | DIV08-3G-D5-10 | 4/13/2022 3:00 | 4/13/2022 10:30 |
| e5a4d06a-948f-ec11-8186-00155dc15855c | wcwtXAyCzobizWbuaCXdlvDCUmULUvsjUnVdSEPIBnM1ss38x1KGZgRhBHs2bsJYptNVAxRVDKBaudM3kBYzspQ== | 4/13/2022 9:14 | Inactive | Kavarian K Rogers | DIV08-3H-D6-6 | 2/16/2022 19:30 | 4/13/2022 4:00 |
| 063d1772-138b-ec11-8190-00155d15855b | hVGqzmmxdMo7pQ9GgiRVvd29Eb6T6VXJwh4+6DfRcghXTLniwdCntSVZYE7uFW+iwG82tEzh0vyLFm34sYpYrA== | 2/17/2022 1:45 | Inactive | Kavarian K Rogers | DIV8-3N-3247-4 | 2/11/2022 2:00 | 2/16/2022 19:40 |
| 40bd56d9-7b88-ec11-8190-00155d15855b | 5O4Bs16hF5TgfP8FqjVZUeRCCKL8vwv9esT9dso++LmrV/aiDSqoRyz/eUcOI5x2AgYG+lknWRqc0zhh4k8I5Q== | 2/11/2022 8:19 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 2/7/2022 21:05 | 2/11/2022 2:00 |
| cad838b3-a849-ec11-8186-00155d9ac12e | 7qskQqm9VTTqBaJyIbFUftWVKjtqzV/aXaLd0QVhocw5wS7HOfnrCUC87IJGiu2jckXo8m8RuEVrvaL9C5kLxg== | 11/20/2021 2:28 | Inactive | Kavarian K Rogers | DIV10-4D-4420-2 | 11/19/2021 20:30 | 11/19/2021 20:30 |
| 2d402d9d-a949-ec11-8186-00155d9ac12e | h91m3wa29CM8S3mMMHksyEkJ5Mi+O9BLzdq5ApnwYXJ3PSezJGZEHbTOqaXsIJXCZMYfWVgBXqPTn9AqXfOTmA== | 2/8/2022 1:07 | Inactive | Kavarian K Rogers | DIV10-4D-4402-1 | 11/19/2021 20:30 | 2/7/2022 19:00 |
| f57f910c-a349-ec11-8186-00155d9ac12e | u4Tr7am3CTUXkf8UoKAly/R9ooyh08vYGLDjSvodbf8jUgI0XkJ6kSugF5rDqGFJtyyXxsu4HB7BmgY50XsntQ== | 11/20/2021 2:18 | Inactive | Kavarian K Rogers | DIV10-3A-3123-1 | 11/19/2021 19:30 | 11/19/2021 19:30 |
| 4e3a80be-ad48-ec11-8178-00155d1584e7 | zIq78XCf66tI1Ta3r/mZK5fQlc5JRkY5jPefKlQdavoPQ20mwFN6QKP9QVvFMkzxWNGmCtmfATDG40qvFoFs+w== | 11/20/2021 1:41 | Inactive | Kavarian K Rogers | DIV9-2D-2185-1 | 11/18/2021 14:30 | 11/19/2021 19:30 |
| 914b6e56-2344-ec11-8177-00155de79132 | a5r58+K4dhdWUvqMtkmvOTKCz02Q7C0G38rWoQ3vEQggPV+V7MGStM6jMa40veunKccOXNOTRrhryPHE29rlXw== | 11/18/2021 19:41 | Inactive | Kavarian K Rogers | DIV08-3A-7-1 | 11/12/2021 19:00 | 11/18/2021 13:30 |
| 1f93718f-1b44-ec11-8177-00155de79132 | 98zlCrx36D9a8YoRmk74Zsdmxku6JXMdSQ4P4NhYaV3nXuSgzK9iYmcvlXEZHkOkjnYs3pk5ouWOZMjzsMSEA== | 11/13/2021 1:44 | Inactive | Kavarian K Rogers | DIV08-3A-10-1_X | 11/12/2021 18:30 | 11/12/2021 19:00 |
| e5960605-3237-ec11-817c-00155de79142 | jPUYC/K+pp3Hd29t5wa0+qO+YQwlAi+sL/cYnFsIRjqo9kPqK/l8hYy0oeW2saf+1eqwcTFjtOt4u9dpF4a99A== | 11/12/2021 23:34 | Inactive | Kavarian K Rogers | DIV10-4D-4409-1 | 10/27/2021 9:00 | 11/12/2021 17:30 |
| ad7cf62c-ac33-ec11-817f-00155de79132 | 3/h4C7KSQW6cwsBbwGTSz0NcQwEbsWFhuuG1Qv4sZxED/26YcuvszDPRttfdGay8sbjeHZNyeOCx7WweKC8DWw== | 10/27/2021 14:26 | Inactive | Kavarian K Rogers | DIV10-1D-1421-1 | 10/22/2021 21:00 | 10/27/2021 9:00 |
| f97aff73-f630-ec11-817b-00155de79142 | GDvWPak9QVyzaqiAN9P73Ce71U7GDFUVTCiyxBepuffqgbpJrtqxbKnCN71FzJDtQL1S1NvlGcQ1rE08iF4OjQ== | 10/23/2021 2:04 | Inactive | Kavarian K Rogers | DIV08-5A-2-2 | 10/19/2021 11:00 | 10/22/2021 21:00 |
| e0bff91d-d12d-ec11-8179-00155dd6a534 | NhjX0FI2K/M6OhmAJplPAD++krD9bN/WlUQ8FudjipNwtlI2EThcEucrxwr2IsAjTvzfAcj3ToyW/nghb0YsQQ== | 10/19/2021 16:05 | Inactive | Kavarian K Rogers | DIV10-1D-1424-1 | 10/15/2021 19:00 | 10/19/2021 11:00 |
| eb1f4fd5-422d-ec11-817b-00155de79142 | upQRMHLm7O/KTU7pGhYyxCk+5aenavwRHuSsLrWgZ0tCJIOMv5TL0KablsolMmTu2+uQE8HELACqFSCpvGjjGg== | 10/15/2021 16:00 | Inactive | Kavarian K Rogers | DIV10-2C-2320-1 | 10/14/2021 18:00 | 10/15/2021 11:00 |
| 1fd651ad-b52b-ec11-8179-00155dd6a534 | LQ/itZgMwAVTAZFdAusN3xuvBf+zmKsAMuBVKhXB9yu7o7tisRdKF0QSBg+mbFjDyB7XFT8NBkRi+SZekjLUug== | 10/14/2021 23:01 | Inactive | Kavarian K Rogers | DIV08-3G-D5-6_X_C | 10/12/2021 18:30 | 10/14/2021 18:00 |
| 8998ba73-e90f-ec11-8177-00155dd6a517 | bDyL8+2d8CpPklCnhEZZI4xNzKoIU/nWqlJ4HbVUThehTwW6SXePt6KcWNn4YRAsJTqi1I08jZlw50OPmZI79A== | 10/12/2021 23:39 | Inactive | Kavarian K Rogers | DIV08-4C-D2-6_X | 9/7/2021 9:30 | 10/12/2021 18:30 |
| c84c6ee0-310b-ec11-8174-00155dd6a508 | H0grAFLba5YGOLhPq/08sbxc/QiZAhsZh974smtpJvOYM0T6X2hAqu/5ipGzPLNj+tCSJYK9yTkm3WBh2rs5DA== | 9/7/2021 14:38 | Inactive | Kavarian K Rogers | DIV08-4A-4-2 | 9/1/2021 9:30 | 9/7/2021 9:30 |
| 59ff20f2-1903-ec11-8178-00155de79118 | Y2mAZSc4lyJ+Fy1t9bpMwRekTy2OXzANA7Bj+G9yFo6EWgK0J1msMk2MJ+B3q5F2+31FfCvBDJk3iI3xp8k94g== | 9/1/2021 14:32 | Inactive | Kavarian K Rogers | DIV08-3E-4-1 | 8/22/2021 14:30 | 9/1/2021 8:00 |
| 70971adb-0d03-ec11-8178-00155de79118 | cC7fG3Gnyq+LhhhjvtSHoQZJl8I2JDzWa7m98Uol/Bffew4doH5WHlfQzWDTzFdH34pc6mZjVaoy2GxZ5dcGrQ== | 8/22/2021 7:18 | Inactive | Kavarian K Rogers | DIV08-4A-7-1 | 8/22/2021 1:00 | 8/22/2021 2:00 |
| 8e50f8a9-57f8-eb11-8177-00155dd6a509 | JDmabntIfuF8TR/bOq097TsbrtChdsYyduarKPD/na1N08Ikji26rUKZRwM25TxE313i0ltZ4ZCKMWjchLLEJQ== | 8/22/2021 5:52 | Inactive | Kavarian K Rogers | DIV08-4C-D2-4 | 8/8/2021 9:30 | 8/22/2021 1:00 |
| 8dd51d9e-28f8-eb11-8175-00155de7910e | AzZ32GA5wUzz1+U9AN6rzDC7EMYaBY4oeR7y9MyxBB6IY5TQcdfFedjdJ0jupQTzgbB5PsAdmZ9gtIU5IW5Z0Q== | 8/8/2021 14:47 | Inactive | Kavarian K Rogers | DIV 15-HP-HOSPITAL-GENERAL | 8/8/2021 4:00 | 8/8/2021 9:30 |
| 274dcff9-0bf6-eb11-8181-00155d1584ad | VY9KhLEu3DYt9FOTmouqYYml/u0amlexi6oNxm5IqNIN62WtkD+srgNeA2PGlIG9sboZHva+gyEwdQGGjABoUg== | 8/8/2021 9:10 | Inactive | Kavarian K Rogers | DIV08-4C-D2-4 | 8/5/2021 11:30 | 8/8/2021 4:00 |
| 68911010-b1f2-eb11-8177-00155dd6a509 | X3MUUTEL8JLvUKgi2RqR3+RJbKTJm1iNALZ/EamdWltQipA+QtPlQg5aozs7tAUMPg/0ilfh5PZxe9g3b/jRTQ== | 8/5/2021 16:40 | Inactive | Kavarian K Rogers | DIV08-4A-1-2 | 8/1/2021 5:00 | 8/5/2021 11:30 |
| 79e6fa73-6ef2-eb11-8177-00155dd6a509 | Ljvw8swixzuHBsCYKoZ8f5LosFefdq6fmemx/Wyo2mQQIUpTroj7KaYhnl+tITjdY/sgR0d0ALCMnn6TKhwdyw== | 8/1/2021 10:12 | Inactive | Kavarian K Rogers | DIV08-5A-2-1 | 7/31/2021 21:30 | 8/1/2021 5:00 |
| af1e0f7c-6cf2-eb11-8177-00155dd6a509 | FG/0r56H4FyLnOYeC5baP3DWiuttw3v4fauClB4F9m/nA8XBed/GjcRR8VSr7qKEa+VDS6S6+ogIMNWlGOTuJA== | 8/1/2021 2:14 | Inactive | Kavarian K Rogers | DIV08-3A-2-2 | 7/31/2021 21:00 | 7/31/2021 21:00 |
| e53a41cc-89f1-eb11-8171-00155dd6a508 | F7zKlJvyDDC22Cr7Lm26rLmaxmvpPt6IbwRxuH8SpjYIVUMFDg5UUcBED7EW98NKK5rLrZSH+Q2KPOQGIryXeA== | 8/1/2021 1:53 | Inactive | Kavarian K Rogers | DIV08-5A-2-1 | 7/30/2021 18:00 | 7/31/2021 21:00 |
| 9e6e09ab-a0e9-eb11-816f-00155d9ac0de | aQ1uxMHl5L1yxRkTy54OYF53xicG5E09Ysy43qGHHqwkLpbFr7Vno2jdnuAXJYa6qUFIZIXUHjw6znDZuhiZSg== | 7/30/2021 22:58 | Inactive | Kavarian K Rogers | DIV08-4A-6-1_X | 7/20/2021 16:00 | 7/30/2021 18:00 |
| 589cba70-61e6-eb11-816f-00155d9ac0de | JSaiVaHowbXbxezuFiOBtzg/0g5ax6Cvq1bAm58IEI5Fy2ZjlQgrFHvlSxm/5vkmDnlCM1bX03AfwdiAtIOpDw== | 7/20/2021 21:22 | Inactive | Kavarian K Rogers | DIV08-5A-5-2 | 7/16/2021 13:00 | 7/20/2021 16:00 |
| b5d6c6a8-1537-eb11-814a-00155d9ac79062 | czVmnoJoFVXP/YW2oMtPBA5fuw9PvAxGrOz9HvCY9Ens+UQmv0gFIF++aTfXMwlvKp5eCZTWYNgELJGCBMw== | 7/16/2021 18:11 | Inactive | Kavarian K Rogers | DIV08-3G-D5-26 | 12/5/2020 10:19 | 7/16/2021 13:00 |
| fc1ba198-a236-en11-814a-00155de79062 | O/6O2D1rLCJGUI9yXopvX1LqW1u4Q4cl7uYrF9klhei0ZcZIW2KVlxnm/3si19X6s7FFOcX9ZEhA28IINg7v4w== | 12/5/2020 16:13 | Inactive | Kavarian K Rogers | DIV08-5F-D4-12 | 12/4/2020 20:30 | 12/5/2020 10:13 |
| d44f6e81-b07d-ea11-8132-00155d8f67f4 | V9yb0vCVH7aLz5G3HxicZ5HkwewbLMNR2R5AGbGaTsWpLVz1oReFdeaMfZkZPNcbh6qSAGMxgb0QzLMY+TqmQA== | 12/5/2020 2:32 | Inactive | Kavarian K Rogers | DIV08-3H-D6-21 | 4/13/2020 13:00 | 12/4/2020 20:30 |
| 553efca0-907b-ea11-8132-00155d8f67f4 | KVxFyqhvXgzBJ99TAdoTbcixDt0eSFxNMOx+IoPjD+3jJPOvjmGVI/9onN7YocnMsPW0SL3wlYFAbWfl0W5OUg== | 4/13/2020 17:58 | Inactive | Kavarian K Rogers | DIV5-1A-11-1 | 4/10/2020 19:30 | 4/13/2020 13:00 |
| 2a3abf91-3379-ea11-8133-00155d8f6699 | YDURI9gU/RqI2XaRa2AEw5kNpjWl604n1RQ3d9xl0d5a2XVErU4FY2ZDgt7ZU5R8gxlonMhLa3bLLW/2OPWuHg== | 4/11/2020 0:40 | Inactive | Kavarian K Rogers | DIV08-2F-D2-14 | 4/7/2020 20:00 | 4/10/2020 19:30 |
| 6fc0d026-5375-ea11-8132-00155d8f67f4 | rAV5zl4MMMZ+oKH4V6YiqynvPFBKpdPgBTlj4Q2IlSWORGBbhU7la6+zAREjPLjq91bmwju9DCRs+6RDuqhbrzw== | 4/3/2020 2:33 | Inactive | Kavarian K Rogers | DIV8-3S-3125-1 | 4/2/2020 21:30 | 4/2/2020 21:30 |
| 6f4b37eb-5375-ea11-8132-00155d8f67f4 | 3uhNnvy63clUV5MD+7GCyB9ouyLUuCsdiVsT0jZeKh4BlwsK519g5gQpRzhtNxl3sh0hCZO8AQknsU2ILMSBBQ== | 4/8/2020 0:44 | Inactive | Kavarian K Rogers | DIV8-2N-2267-4 | 4/2/2020 21:30 | 4/7/2020 19:30 |

Rogers v. Dart, 24-cv-3739

DR 000001

Exhibit 11 Page 1