IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-3739 |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**DEFENDANT SHERIFF THOMAS J. DART'S SUPPLEMENTAL RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR PRODUCTION, NO. 6**

NOW COMES Defendant, SHERIFF THOMAS J. DART (hereinafter "Defendant"), by and through his attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and for his Supplemental Response to No. 6 of Plaintiff's First Set of Requests for Production of Documents, dated July 18, 2024, states as follows:

**DOCUMENT REQUESTS**

6. The names and last known addresses (in a computer readable format) of detainees who have been assigned to Division 9 with an alert for a cane, crutch or walker from May 8, 2022 to the present. This includes alerts for long distances as well as short distances.

**RESPONSE: OBJECTION. This Request for Production is premature, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate or not in proportion to the needs of this case. Additionally, this Request is not limited to (1) those who have alerts for use of canes, crutches, or walkers, within the tier and for shower and bathroom use, or (2) those to whom something happened in the use of the showers and/or toilets of Division 9.**

**Without waiving and in light of this objection, pursuant to agreement of the parties, Defendant Cook County Sheriff Thomas Dart is instead producing the total numbers of such detainees, rather than the requested list of names of individuals. In the requested time period, there were 103 detainees with alerts for canes, crutches, and walkers (including both long distance and short distance alerts), assigned to Division 9.**

Exhibit 14 Page 1

        **Respectfully submitted,**

        */s/ Zachary G. Stillman*
        Zachary G. Stillman
        One of the Attorneys for Defendants

Troy S. Radunsky (tradunsky@devoreradunsky.com)
Jason E. DeVore (jdevore@devoreradunsky.com)
Zachary G. Stillman (zstillman@devoreradunsky.com)
DeVore Radunsky LLC
230 W. Monroe Ste 230
Chicago, IL 60606
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that **Defendant Sheriff Thomas J. Dart's Supplemental Response to No. 6 of Plaintiff's First Set of Requests for Production** was sent via email correspondence to all below listed parties on September 13, 2024.

        */s/ Zachary G. Stillman*
        Zachary G. Stillman
        One of the Attorneys for Defendants

Service List:
Thomas G. Morrissey
Patrick Morrissey
10257 S. Western Ave
Chicago, IL 60643
773 233 7901
Pwm@morriseylawchicago.com
tgm@morriseylawchicago.com

Exhibit 14 Page 2