## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Kavarian Rogers
                                Plaintiff,

v.                                         Case No.: 1:24−cv−03739
                                                      Honorable Mary M. Rowland

Thomas Dart, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 22, 2025:

       MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Discussion held as to issues in the joint status report. Regarding inspection of Division 9 ADA−compliant/accessible staff bathrooms and public bathrooms, parties to meet and confer. The Court notes the condition of these facilities appears relevant to the ADA analysis. Regarding federal financial assistance issue (topics 1−3), discussions are ongoing and shall continue. Regarding topic 4, dates relating to construction of Division 9, and fact−witness deposition dates, discussions continue. Defendants' unopposed oral motion to depose witnesses in custody is granted. Regarding renovation to Division 9, defense counsel continues discussions with his client; parties shall meet and confer. Discussion held regarding Plaintiff's responses to requests to admit and issue relating to the language "unrestricted use of a cane, crutch or walker while housed in Division 9.&quot; Parties shall meet and confer and exchange revised requests, if possible. Status hearing set for 2/5/25 at 1:30 p.m. Joint status report due by 5 p.m. on 2/3/25 setting forth firm deposition schedule and status of issues addressed in this minute order. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.