IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 24-cv-3739 |
| -*vs*- | ) | |
| | ) | Judge Rowland |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**JOINT STATUS REPORT**

The parties, pursuant to the Court's order entered on October 2, 2024, Dkt. 26, file the following joint status report:

1. **Status of Discovery**

The parties appeared before Magistrate Judge Weisman on January 22, 2025, to discuss outstanding discovery that must be completed by February 21, 2025. Dkt. 21, Minute entry; Dkt. 53, Minute entry. Since this status, the parties have not conferred and there has been no development with discovery. The parties return to Magistrate Judge Weisman on February 5, 2025. Dkt. 53, Minute order.

2. **Whether a settlement conference would be productive**

Plaintiff's counsel believes a settlement conference may be productive to discuss resolving some or all of the claims.

#406574v1

Defendants are not interested in a settlement conference at this time. Defendants have requested a comprehensive settlement demand, including all requested monetary relief, before considering any kind of settlement discussions.

> Respectfully submitted,
>
> /s/ Patrick Morrissey
> ARDC No. 6309730
> Thomas G. Morrissey, Ltd.
> 10257 S. Western Ave.
> Chicago, IL 60643
> (773) 233-7901
> pwm@morrisseylawchicago.com
>
> *an attorney for plaintiff*
>
> /s/ Jason E. DeVore (with consent)
> Jason E. DeVore (ARDC #62422782)
> Troy S. Radunsky (ARDC #6269281)
> DeVore Radunsky, LLC
> 230 W. Monroe Suite 230
> Chicago, Illinois
> 312-300-4479
> tradunsky@devoreradunsky.com
> jdevore@devoreradunsky.com
> *an attorney for defendants*