## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Kavarian Rogers
                        Plaintiff,

v.                                             Case No.: 1:24–cv–03739
                                                          Honorable Mary M. Rowland

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 31, 2025:

       MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [56]. The parties are at odds over whether a settlement conference would be productive. On or before 4/10/25, parties should file a joint status report updating the court on the status of discovery and whether a settlement conference would be productive. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.