**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Kavarian Rogers
                         Plaintiff,

v.                                                   Case No.: 1:24–cv–03739
                                                    Honorable Mary M. Rowland

Thomas Dart, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 5, 2025:

    MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Defendants have agreed to inspections of Division 9 and the two ADA accessible bathrooms on the lower level. Any motion regarding inspection of the public bathroom to be filed by 2/13/25 and noticed for 2/19/25. Regarding Rule 30(b)(6) depositions and federal funding of the Sheriff's Office, discussion held as to stipulation in the Bennett case. Plaintiff has provided a revised draft stipulation, which would obviate need for a 30(b)(6) deposition; parties to continue discussions. Discussion held as to Rule 30(b)(6) deposition of Cook County Department of Corrections on Topic 1, federal funding of CCDOC. As to Topic 4, the parties are discussing stipulation in lieu of depositions. Deposition dates are being confirmed by the parties. Discussion held as to City of Chicago records; Defendants to provide a declaration by 2/12/25 that no responsive documents exist. As to Defendants#039; request to admit regarding cane, crutch, walker limitation, parties to discuss. If the parties do not come to agreement on this issue, any motion to be filed by 2/13/25 and noticed for 2/19/25. Motion hearing set for 2/19/25 at 1:45 p.m. Parties shall be prepared to argue any motions. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.