**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)**
**Eastern Division**

Kavarian Rogers
                         Plaintiff,

v.                                                 Case No.: 1:24−cv−03739
                                                        Honorable Mary M. Rowland

Thomas Dart, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 6, 2025:

      MINUTE entry before the Honorable M. David Weisman: Minute entry [59] is amended to correct the following: Defendants to provide a declaration by 2/19/25 that no responsive documents exist rather than 2/12/25. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.