| Division IX | Divisional Policy | EFFECTIVE DATE 01/96 Revised 11/00 |
|---|---|---|
| | HANDICAPPED | RELATED G.O. |
| | | PAGE 1 OF 1 |

## GENERAL RESPONSIBILITIES

HANDICAPPED INDIVIDUALS ARE THOSE WHO, BY REASON OF THEIR INFIRMITIES, MAY BE UNABLE TO PARTICIPATE IN TYPICAL INSTITUTIONAL PROGRAMS AND WHO MAY REQUIRE SPECIAL MEDICAL CARE OR PHYSICAL ASSISTANCE TO FUNCTION IN THE INSTITUTIONAL SETTING. BECAUSE DIVISION NINE IS NOT HANDICAPPED ACCESSIBLE ON THE LIVING UNITS (I.E. BATHROOMS, SHOWERS & WATER FOUNTAINS). THE DEPARTMENT HAS DESIGNATED DIVISION EIGHT AS THE DIVISION WHERE PHYSICALLY CHALLENGED INMATES ARE HOUSED IN A MANNER THAT PROVIDES FOR THE INMATES SAFETY AND SECURITY. DIVISION NINE IS NOT DESIGNED FOR HANDICAPPED INMATES USE AND THE DIVISION DOESN'T PROVIDE FOR INTEGRATION OF THE HANDICAPPED WITH THE INMATES IN GENERAL POPULATION.

## SPECIFIC RESPONSIBILITIES

1. Division nine only houses inmates who are ambulatory. However, the division Is handicap accessible foe staff and visitors.

2. Crutches / canes are permissible walking aids off of the living units.

3. Crutches / canes are not to be on the living units. Crutches / canes are to be stored In the officer's control room.

4. If an inmate is unable to use the divisions resources (cells, bathrooms, showers, Stairs, etc.) The watch commander shall be notified and a transfer to division Eight initiated.

AUTHORIZED BY: _____ 11-30-00
 A.E.D. MARCUS LYLES    DATE

REVIEWED BY: _____ 11-30-00
 SUPT. KENNETH IMHOF    DATE

Exhibit 1 Page 1