**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24-cv-3739 |
| | ) | |
| v. | ) | Honorable Mary M. Rowland |
| | ) | |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**AGREEMENT REGARDING PLAINTIFF'S INSPECTION**

At the request of counsel for the Plaintiff, Defendant Cook County Sheriff Thomas Dart and counsel for Plaintiff Kavarian Rogers agree to an inspection of the Cook County Department of Corrections (CCDOC) as described and agreed in the paragraphs below:

**1.** Plaintiff may inspect the following four areas within Division 09, Tier 2C, at the Cook County Department of Corrections (CCDOC):

   a. Shower Room

   b. Dayroom

   c. Cell 2158

   d. Cell 2162

**2.** Plaintiff may also inspect the two lower men's and women's handicapped bathrooms in Division 09, Rooms 0015 and 0050.

**3.** Plaintiff may also inspect the two "public" restrooms located off of the lobby of Division 9.

**4.** This inspection will take place during a single visit on February 20, 2025, starting at 8:30 a.m. Plaintiff's counsel does not anticipate the inspection of Tier 2C will last more than one hour. ~~Plaintiff's actual inspection time is not to exceed thirty (30) minutes.~~ All parties will meet at the Division 9 Post of the CCDOC no later than 8:25 a.m. The entry for Division 9 is located at 2854 W. 31st St., Chicago, IL, 60608.

**5.** The order of inspection will be determined by the CCSO staff so that it occurs in a manner that minimizes any disruption to CCDOC operations.

Exhibit 1 Page 1

**6.**     On behalf of the Plaintiff, the following persons will participate in the visit and inspection of the above referenced portions of CCDOC facilities:

    a. Patrick Morrissey, Attorney for the Plaintiff

    b. Thomas Morrissey, Attorney for the Plaintiff

    c. Gary B. Keclik, Plaintiff's retained expert

**7.**     Only preapproved items can be brought into the CCDOC by visitors. Pursuant to this agreement, Mr. Keclik will bring into the facility one hand-held camera, one tape measure, paper, one pen, and a Husky laser measuring instrument (7026270). Attorneys. P. Morrissey and T. Morrissey will each bring into the facility one paper notebook and one pen. Attorneys Jason DeVore and Zachary Stillman will each bring into the facility one paper notebook, one pen, and cellular phones. All items shall be subject to inspection by the CCSO.

**8.**     On behalf of Defendants, the following non CCSO employees will participate in the visit and inspection of the above referenced portions of CCDOC facilities:

    a. Jason DeVore – Attorney for Defendants

    b. Zachary Stillman – Attorney for Defendants

8. Each of the areas in Division 9 outlined in Paragraph 1, including Tier 2C Dayroom, Tier 2C Shower Room, Tier 2C Cell 2158, and Tier 2C Cell 2162, may be inspected, measured, or photographed. Each of the areas in Division 9 outlined in Paragraphs 2-3, including the two lower-level handicapped bathrooms, and the "public" bathrooms located off of the lobby, may also be inspected, measured, or photographed. Except for the inspections outlined in this agreement, no other facilities and/or locations of the CCDOC will be visited, inspected, measured, or photographed during this visit.

9.     The inspection, and all photographs and measurements, will take place in the presence of counsel for all parties to the case, and employees of the Cook County Sheriff's Office. Neither Plaintiff's counsel, nor representatives of Plaintiff's counsel, will question any representatives of the Cook County Sheriff's Office, or any other individuals providing access to CCDOC facilities, during the inspection.

10.    Copies of all photographs and measurements taken by counsel of record during the inspection will be provided to all counsel within 30 days of the inspection date.

11.    Each of the undersigned expressly acknowledges that he/she is assuming any and all risk of injury arising from his/her entry upon the premises. Each of the undersigned acknowledges that he/she will hold Cook County, the Cook County Sheriff's Office, and any of its affiliates, agents, representatives and employees, harmless from all claims of any nature by any of the undersigned claiming injury or damage resulting from his/her inspection of the premises.

Exhibit 1 Page 2

_____
Print Name

_____
Signature

_____
Print Name

_____
Signature

_____
Print Name

_____
Signature

_____
Print Name

_____
Signature

Exhibit 1 Page 3