IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | No. 24-cv-3739 |
| *-vs-* ) | |
| ) | Judge Weisman |
| Thomas Dart, Sheriff of Cook ) | |
| County, et. al., ) | |
| ) | |
| *Defendants.* ) | |
| ) | |
| ) | |

**NOTICE OF MOTION**

To: See ECF Service List

     Please take notice that on Wednesday, February 19, 2025, at 1:45 p.m. or as soon thereafter as this motion may be heard, I shall appear before the Honorable M. David Weisman, of the United States District Court for the Northern District of Illinois, Eastern Division, in Room 1300, 219 South Dearborn Street, Chicago, Illinois, or in the absence of said Judge, before any other Judge or Magistrate who may be sitting in place or stead of said Judge and then and there present Plaintiff's Motion to Compel.

                           /s/ Patrick W. Morrissey

                           Thomas G. Morrissey, Ltd.
                           10257 S. Western Ave.
                           Chicago, Il. 60643
                           (773)233-7901
                           pwm@morrisseylawchicago.com