# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kavarian Rogers

                          Plaintiff,

v.                                              Case No.: 1:24–cv–03739
                                              Honorable Mary M. Rowland

Thomas Dart, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2025:

      MINUTE entry before the Honorable M. David Weisman: Motion hearing held. Discussion held as to motion to compel inspection [63] is granted in part. Plaintiff is allowed to begin the inspection on 2/20/25 at 8:30 a.m. and ending at 10:00 a.m. If any unresolvable issues arise, Plaintiff may file a motion for further relief. Regarding outstanding Rule 30(b)(6) topic of federal funding (page 2, footnote 1 of joint status report), the parties were attempting to work out an acceptable stipulation but appear at an impasse. As to federal financial assistance received by Cook County as well as the Cook County Sheriff's Department, both defendants must find and prepare an appropriate individual to adequately respond to this topic. Plaintiff's oral motion to complete the deposition as it relates to Topic 4 (relevant construction dates) is granted as to the County and denied as to the Sheriff. The Rule 30(b)(6) depositions must be completed by 3/28/25. Fact discovery extended to 4/4/25 to complete the remaining depositions as stated in open court. As to Defendants' amended requests to admit, Plaintiff's responses due 2/26/25. Status hearing set for 3/6/25 at 1:30 p.m. Joint status report due by noon on 3/4/25 setting forth a deposition schedule and the status of Plaintiff's response to the requests to admit. As to Cook County's production of records on construction of Division 9, the date to respond is extended to 2/28/25. Plaintiff's counsel agreed to sign inspection waiver. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.