IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | 24-cv-3739 |
| -*vs*- ) | |
| ) | Judge Weisman |
| Thomas Dart, Sheriff of Cook County, ) | |
| and Cook County, Illinois, ) | |
| ) | |
| ) | |
| *Defendants.* ) | |

**PLAINTIFF'S STATUS REPORT**

The plaintiff, pursuant to the Court's order entered on February 19, 2025, Dkt. 65, file the following joint status report:[1]

1. **Defendants' comments regarding deposition schedule**

Defendants are in the process of identifying appropriate witnesses for the following Rule 30(b)(6) topics. Defendants expect to have identities and proposed deposition dates for their 30(b)(6) witnesses by March 14, 2025.

Regarding fact witnesses, the depositions of Plaintiff and witness Evander Foster are currently confirmed for March 11, 2025. The deposition of PA Olamide Taiwo took place on February 14, 2025. The parties are still in discussions to schedule the depositions of Sgt. Richard Szul and Lt. Kevin Meller, with Defendants having last tendered dates for in person depositions on February 19, 2025. Plaintiffs have not yet responded to these proposed dates, numerous of which would now have to be revised in order to properly prepare.

---

[1] As of 11:53 am, defense counsel had not provided sign off to file this status report due at noon. Defense counsel did not respond to several voice mail messages left on March 4, 2025. Accordingly, plaintiff's counsel files this version and omits defense counsel's signature.

**2. Plaintiff's comments regarding deposition schedule**

The parties have not made any progress regarding setting firm dates for outstanding depositions since the last status. The most critical outstanding issue, from plaintiff's perspective, is the outstanding Rule 30(b)(6) depositions that likely will involve multiple witnesses. The parties have made no progress with setting aside dates for these in-person depositions.

As for the depositions of two fact witnesses employed by the Sheriff's Office (Sgt. Szul and Lt. Meller) the parties have also made no progress regarding setting these depositions since the last status. Prior to this status, defense counsel sent an e-mail at 11:55 am indicating each witness must be produced at 3:00 pm on certain days. Exhibit 1, Z.Stillman e-mail. A few hours after receipt of this e-mail, the parties had an in-person conferral where plaintiff requested to begin the depositions before 3:00 pm. Plaintiff's counsel even suggested an agreement to complete both depositions on one day if the parties agreed to conduct the depositions back to back between noon and 5:30 pm. Defense counsel waited until 10:49 am on March 4 to send an e-mail stating this proposal is unacceptable. Defense counsel also did not respond to plaintiff's voice mail messages and e-mails seeking a phone conferral to discuss this status report.

Defendants have also not provided any dates for the deposition of Evander Foster (currently at MCC) or Antonie Pierce (currently at Big Muddy River Correctional Center).

A list of outstanding depositions is below:

| Witness | Date/time | In-person or remote |
|---|---|---|
| Cook County Rule 30(b)(6) regarding federal funding (Topics 1-3) | | |

| | | |
|---|---|---|
| Sheriff Rule 30(b)(6) regarding federal funding for the Department of Corrections (Topic 1) | | |
| Rule 30(b)(6) to Cook County regarding relevant construction dates (Topic 4) | | |
| Plaintiff Rogers | 3/11/2025 | In-person at Cook County Jail |
| Evander Foster | Disclosed by plaintiff/putative class member. Currently at MCC under Registration Number 55063-424 | |
| Darnell Johnson | 3/11/2025 | In-person at Cook County Jail |
| Antoine Pierce | Disclosed by plaintiff/putative class member. Currently in IDOC Big Muddy River Correctional Center M12662. | |
| Sgt. Richard Szul | Identified in a grievance by plaintiff regarding inaccessible conditions in Division 9 | |
| Lt. Kevin Meller | Responded to plaintiff's grievance regarding inaccessible conditions in Division 9 | |

3. **Status on plaintiff's response to defendants' requests to admit**

Plaintiff served answers to amended requests to admit on February 6, 2025, pursuant to the Court's order, Dkt. 65. Defendants thereafter issued one additional amended request based on Plaintiff's responses.

**4. Stipulation regarding Division 9**

Defendants agreed to provide a stipulation that all living units in Division 9 are substantially similar in a status report filed on January 21, 2025, Dkt. 52. Defendants have not provided any draft stipulation regarding this matter.

Defendants will provide a Stipulation as discussed and expect to have a stipulation by March 14, 2025.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

*an attorney for plaintiff*

/s/
Jason E. DeVore (ARDC #62422782)
Troy S. Radunsky (ARDC #6269281)
DeVore Radunsky, LLC
230 W. Monroe Suite 230
Chicago, Illinois
312-300-4479
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com
*an attorney for defendants*