**Patrick Morrissey**

| | |
|---|---|
| **From:** | Zachary Stillman <zstillman@devoreradunsky.com> |
| **Sent:** | Wednesday, February 19, 2025 11:55 AM |
| **To:** | Patrick Morrissey; Thomas Morrissey |
| **Cc:** | Jason DeVore; Law Clerks |
| **Subject:** | Re: Rogers | Depositions of Szul and Meller |

Hi Pat

If you would like to do the depositions in person, their availability is as follows:

Szul: 3/7, 3/14, 3/17, 3/18, 3/19.
Meller: 3/7, 3/14, 3/18, 3/19.

Both Szul and Meller are on shifts that start at 3 PM, so the deposition would have to start around 3-3:15.

We would likely do the depositions at our office but will have to touch base to confirm that works for the witnesses.

Please let us know your thoughts and what works for you.

Thanks,
Zach



# Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, February 13, 2025 5:53 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>
**Subject:** RE: Rogers | Depositions of Szul and Meller