IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 24-cv-3739 |
| -*vs*- | ) | |
| | ) | Judge Weisman |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' STATUS REPORT**

Defendants, pursuant to the Court's order entered on February 19, 2025, Dkt. 65, file the following joint status report:

Defendants wish to inform the Court that they provided suggestions and revisions to Plaintiff's drafted joint status report in a timely manner, prior to the 12:00 PM deadline. However, Plaintiff declined to incorporate any of Defendants' revisions, including those that clearly indicated Defendants' position.

1. **Defendants' comments regarding deposition schedule**

Defendants are in the process of identifying appropriate witnesses for the following Rule 30(b)(6) topics. Defendants expect to have identities and proposed deposition dates for their 30(b)(6) witnesses by March 14, 2025.

Regarding fact witnesses, the depositions of Plaintiff and witness Evander Foster are currently confirmed for March 11, 2025. The deposition of PA Olamide Taiwo took place on February 14, 2025. The parties are attempting to schedule the depositions of Sgt. Richard Szul and Lt. Kevin Meller, with Defendants having last tendered dates for in person depositions on February 19, 2025. Plaintiffs did not respond to those proposed dates,

and new dates are now needed. Plaintiff's insistence on in-person depositions makes scheduling significantly more difficult. Defendants could not obtain additional date information on March 3, 2025, as plaintiff requested, due to the Pulaski Day holiday.

Additionally, with regard to witnesses Antoine Pierce and Evander Foster, Defendants have continued to attempt to schedule depositions without success. Counsels for Defendants have attempted to make contact with the proper parties for scheduling of depositions at MCC and Big Muddy River 8-9 times now to no avail. Specifically, as to the MCC, Defendants have the name of the staff member allegedly responsible for scheduling detainee depositions, Collin Smith, and have attempted to reach him repeatedly without success. Defendants have requested return calls from both facilities numerous times, but have received none.

A list of outstanding depositions is below:

| Witness | Date/time | In-person or remote |
|---|---|---|
| Cook County Rule 30(b)(6) regarding federal funding (Topics 1-3) | | |
| Sheriff Rule 30(b)(6) regarding federal funding for the Department of Corrections (Topic 1) | | |
| Rule 30(b)(6) to Cook County regarding relevant construction dates (Topic 4) | | |
| Plaintiff Rogers | 3/11/2025 | In-person at Cook County Jail |
| Evander Foster | Disclosed by plaintiff/putative class member. Currently at MCC under Registration Number 55063-424 | *Defendants have made repeated attempts at scheduling this proceeding with the MCC to no avail.* |

| Darnell Johnson | 3/11/2025 | In-person at Cook County Jail |
|---|---|---|
| Antoine Pierce | Disclosed by plaintiff/putative class member. Currently in IDOC Big Muddy River Correctional Center M12662. | *Defendants have made repeated attempts at scheduling this proceeding with the MCC to no avail* |
| Sgt. Richard Szul | Identified in a grievance by plaintiff regarding inaccessible conditions in Division 9 | Dates proposed by Defendants: 3/7, 3/14, 3/17, 3/18, 3/19 |
| Lt. Kevin Meller | Responded to plaintiff's grievance regarding inaccessible conditions in Division 9 | Dates proposed by Defendants: 3/7, 3/14, 3/18, 3/19. |

**2. Status on plaintiff's response to defendants' requests to admit**

Plaintiff served answers to amended requests to admit on February 6, 2025, pursuant to the Court's order, Dkt. 65. Defendants thereafter issued one additional amended request based on Plaintiff's responses.

**3. Stipulation regarding Division 9**

Defendants agreed to provide a stipulation that all living units in Division 9 are substantially similar in a status report filed on January 21, 2025, Dkt. 52. Defendants have not provided any draft stipulation regarding this matter.

Defendants will provide a Stipulation as discussed and expect to have a stipulation by March 14, 2025.

Respectfully submitted,

/s/ Jason E. DeVore

        Jason E. DeVore (ARDC #62422782)
        Troy S. Radunsky (ARDC #6269281)
        DeVore Radunsky, LLC
        230 W. Monroe Suite 230
        Chicago, Illinois
        312-300-4479
        tradunsky@devoreradunsky.com
        jdevore@devoreradunsky.com
        *an attorney for defendants*