IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Cuauhtemoc Hernandez, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 23-cv-16970 |
| | ) | |
| v. | ) | Honorable Sunil R. Harjani |
| | ) | |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR ENTRY OF AGREED ORDER**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, and respectfully move the Court, pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 30, for entry of the attached *Agreed Order Regarding In-Person Depositions at Cook County Department of Corrections* (*Attached as Exhibit A, as well as submitted to the Court via e-mail at Proposed_Order_Weisman@ilnd.uscourts.gov*) outlining the items counsels may bring to the in-person depositions of two individuals currently detained at the Cook County Department of Corrections ("CCDOC").

      The parties have met and conferred regarding in-person depositions of Kavarian Rogers and Darnell Johnson and have already agreed that the depositions will occur on March 11, 2025, beginning at 10 AM. The parties are required to abide by CCDOC rules and regulations, which permit visitors to bring only preapproved items into the facility with them. The parties conferred on March 5, 2025, regarding the content of the agreed order and have agreed to entry of the attached Proposed Agreed Order Regarding In-Person Depositions and therefore respectfully request that the Court enter it in this case.

1

WHEREFORE, the parties respectfully request that this Honorable Court:

i.      Enter the proposed Agreed Order Regarding In-Person Depositions at CCDOC; and

ii.     Any other such relief as this Court deems reasonable and just.

                                      Respectfully submitted,

                                      By: /s/ *Zachary G. Stillman*
                                      Zachary G. Stillman,
                                      One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe, Suite 230
Chicago, IL 60606
(312) 300-4479
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that this **Defendants' Unopposed Motion for Entry of Agreed Order** was filed on March 6, 2025, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                      /s/ *Zachary G. Stillman*
                                      Zachary G. Stillman