IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 24-cv-3739 |
| -*vs*- | ) | |
| | ) | Judge Weisman |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**AGREED ORDER REGARDING IN-PERSON DEPOSITIONS
AT COOK COUNTY DEPARTMENT OF CORRECTIONS**

The parties to this Agreed Order have consented to its terms. Accordingly, **IT IS SO**

**ORDERED:**

1. The depositions of Kavarian Rogers and Darnell Johnson will occur in-person on the campus of the Cook County Department of Corrections on March 11, 2025.

2. On behalf of the Plaintiff, the following persons will participate in the deposition proceedings:
    a. Patrick Morrissey, Attorney for the Plaintiff
    b. Thomas Morrissey, Attorney for the Plaintiff

3. On behalf of the Defendant, the following persons will participate in the deposition proceedings:
    a. Zachary G. Stillman, One of the Attorneys for Defendants
    b. Jason E. DeVore, One of the Attorneys for Defendants

4. Dameron Cowart Pamela Maria, CSR, will be the Court Reporter for the deposition.

5. The depositions will take place starting at 10:00 a.m. on March 11, 2024.

6. Only preapproved items can be brought into the CCDOC by visitors. Pursuant to this Order, persons will bring the following items into the facility, all subject to inspection by the Cook County Sheriff's Office:

    a. Patrick Morrissey: One Lenovo Laptop with charger, one USB drive, one pen, legal paper pad, papers
    b. Thomas Morrissey: One pen, legal paper pad, papers.
    c. Jason E. DeVore: Two pen, legal paper pad, papers.

    d. Zachary G. Stillman: One HP laptop with charger, two pens, legal paper pad, papers.
    e. Dameron Cowart Pamela Maria:
        i. 1 Luminex stenograph machine
        ii. 1 Charger for Luminex stenograph machine
        iii. 1 Tripod for Luminex stenograph machine
        iv. 1 Realtime Cord
        v. 1 HP Laptop
        vi. 1 Charger for HP Laptop
        vii. 1 Microphone
        viii. 1 Surge Protector
        ix. 1 pair of headphones
        x. 1 Manila Folder with Reporter Worksheet with the job information
        xi. 2 ink pens
        xii. 1 Fannie pack with Reporter's personal wallet, car keys, and identification

**IT IS SO ORDERED.**

Date: 3/6/2025

*M. David Weisman*
_____
**M. David Weisman**
**U.S. Magistrate Judge**

2

3

**AGREED TO BY ALL:**

/s/ *Patrick Morrisey*
Patrick Morrissey
Attorney for the Plaintiff

/s/ *Zachary G. Stillman*
Zachary G. Stillman
One of the Attorneys for Defendants

/s/ *Thomas Morrisey*
Thomas Morrissey
Attorney for the Plaintiff