**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Kavarian Rogers
                           Plaintiff,

v.                                                  Case No.: 1:24–cv–03739
                                                          Honorable Mary M. Rowland

Thomas Dart, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2025:

      MINUTE entry before the Honorable M. David Weisman: Magistrate status hearing held. Plaintiff conducted inspection of relevant restrooms. If the Rule 30(b)(6) depositions are not completed by 4/18/25, the Court will look at other means to locate the information Plaintiff is seeking. The Court may be able to help regarding parties' obtaining access to the MCC for depositions and will communicate with both parties' counsel separately. Plaintiff's answer to Defendants&#0;39; revised amended request to admit remains outstanding, and Plaintiff will respond by 3/14/25. As to Division 9 stipulation, Defendants to obtain sign off from client by 3/14/25. Discussion held regarding timing of depositions of Sgt. Szul and Lt. Meller. First deposition to start at 3:00 p.m. on the agreed date, and the second deposition will occur the next day at a time designated by the parties. Both depositions to be completed by 3/28/25. Status hearing set for 5/7/25 at 10:00 a.m. Joint status report due by noon on 5/5/25. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.