IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 24-cv-3739 |
| -*vs*- | ) | |
| | ) | Judge Weisman |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' AMENDED OPPOSED MOTION FOR EXTENSION
OF TIME TO COMPLETE DEPOSITIONS**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Motion for Extension of Time to Complete Depositions, state as follows:

1. The parties have been working closely with Judge Weisman to push discovery forward in this case and resolve issues relating to discovery.

2. Discovery has continued to progress, and the parties agree that completion is close.

3. Pursuant to this Court's March 6, 2025, Order, the depositions of Sgt. Szul and Lt. Meller were to be completed by March 28, 2025. (ECF No. 72.)

4. As a result of said order and the hearing preceding its entry, the parties agreed to hold the depositions as follows: Sgt. Richard Szul on March 18, 2025, and Lt. Kevin Meller on March 21, 2025.

5. After scheduling these depositions, Counsel for Defendants were advised that Sgt. Richard Szul had been placed on Injured-On-Duty status and would not be available for his deposition. His deposition was then cancelled.

6. The deposition of Lt. Kevin Meller proceeded without issue on March 28, 2025.

7. On the same date, Counsels for Defendants were made aware that Sgt. Szul had returned to active duty, therefore making him available for his deposition again.

8. However, as a result of prior obligations and scheduled travel by Counsels for Defendants during the weeks of March 24 – 28, and March 31 – April 4, the deposition is unable to be held during this time.

9. Alternatively, Counsels for Defendants offered to hold the deposition between April 8 – 11, which Counsels for Plaintiff were themselves unable to do as a result of their schedules and the need to start Sgt. Szul's deposition after 3 PM.

10. Dates between April 14 – 17 are now being discussed by the parties.

11. In the interest of completing this deposition and in consideration of the parties' schedules, Defendants respectfully request that this Court grant the parties an additional twenty-nine (29) days, up to and including April 25, 2025, to complete discovery with respect to the remaining fact witness deposition of Sgt. Szul.

12. Additionally, the deposition of Evander Foster, scheduled to take place in person at the Metropolitan Correctional Center, is currently set for April 8, 2025.

13. Under Rule 6(b), this Court may, for good cause, extend the time "[w]hen an act may or must be done." Fed. R. Civ. P. 6(b).

14. Not granting an extension would prejudice the parties because the current March 28, 2025, deadline will not allow sufficient time to complete the noticed deposition.

15. Granting an extension of time will not prejudice any party and this motion is not brought for undue delay or any improper purpose.

16. Counsels for Plaintiff oppose this motion.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Motion for Extension of Time is granted; and

2. The deadline for completion of the deposition of Sgt. Richard Szul is extended 29 days, up to and including April 28, 2025.

                                                    Respectfully Submitted,

                                                    **Defendants**

By:    */s/ Zachary G. Stillman*
           Zachary G. Stillman, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that Defendant's Motion for Extension of Time was filed on March 28, 2025, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                  */s/Zachary Stillman*
                                                  Zachary Stillman