IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 24-cv-3739 |
| -*vs*- | ) | |
| | ) | Judge Weisman |
| Thomas Dart, Sheriff of Cook County, | ) | |
| and Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

**DEFENDANTS' MOTION TO WITHDRAW
ITS UNOPPOSED MOTION FOR EXTENSION OF TIME (ECF NO. 76)**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, and COOK COUNTY, a body politic and corporate, by and through their attorneys, Jason E. DeVore and Zachary G. Stillman, of DeVore Radunsky LLC, pursuant to Fed. R. Civ. P. 6(b), and for Defendants' Motion to Withdraw the Unopposed Motion for Extension of Time, filed on March 28, 2025, at ECF No. 76, state as follows:

1. On March 28, 2025, Counsels for Defendants filed an Unopposed Motion for Extension of Time with this Court. (ECF No. 76.)

2. Counsels for Plaintiff now disagree with the time requested in the Motion, therefore Defendants have refiled their Motion as Opposed. (ECF No. 77.)

3. Accordingly, Defendants seek to withdraw the original motion.

WHEREFORE, Defendants respectfully request that this Honorable Court grant leave to withdraw the Motion filed at ECF No. 76.

Respectfully Submitted,

**Defendants**

By: */s/ Zachary G. Stillman*
Zachary G. Stillman, One of the
Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)

Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com
zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that Defendant's Motion to Withdraw was filed on March 28, 2025, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                                   */s/Zachary Stillman*
                                                                   Zachary Stillman