IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Kavarian Rogers, | ) |
| *Plaintiff,* | ) ) ) |
| -*vs*- | ) No. 24-cv-3739 ) |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) Judge Weisman ) ) ) ) |
| *Defendants.* | ) |

## PLAINTIFF'S RESPONSE TO MOTION FOR EXTENSION OF TIME

Plaintiff Kavarian Rogers, by counsel, responds to defendants' motion for an extension of time to complete the deposition of Sgt. Szul, Dkt. 77, as follows:

   1. Defense counsel filed this motion to extend the deadline for Sgt. Szul's deposition to April 28, 2025, without conferring with plaintiff's counsel. Defendants' motion does contain a Local Rule 37.2 Certification, as required by the Court's standing orders.

   2. Plaintiff has agreed to conduct this deposition remotely for the convince of the parties since Sgt. Szul is not available to start his deposition until at least 3:00 pm.

   3. On March 28th defense counsel sent an e-mail seeking dates during the week of April 14th for the deposition of Sgt. Szul. Exhibit 1 at 2, Z.Stillman e-mail sent 3/28/2025 at 10:33 am. In response to this e-mail,

-1-

the undersigned offered every day during the week of April 14th with the exception of April 18 because counsel is not available to begin a deposition on this day at 3:00 pm. Exhibit 1, P.Morrissey e-mail sent 3/28/2025 at 2:38 pm.

4. Plaintiff, therefore, requests that the Court order that this deposition to be completed by a mutually agreeable date on or before April 17th.

5. Additionally, the parties have made no progress setting the Rule 30(b)(6) depositions that must be completed by April 18th. Dkt. 72, Minute entry.

6. On March 19th, almost two weeks ago, the parties held a phone conferral regarding the outstanding Rule 30(b)(6) depositions. Plaintiff's counsel sent an e-mail memorializing the conferral the same day and offered a host of dates to hold for the Rule 30(b)(6) depositions. Exhibit 2, P.Morrissey e-mail sent 3/19/2025.

7. As of today, defense counsel has not offered dates to hold any Rule 30(b)(6) depositions.

It is therefore respectfully requested that the Court order the deposition of Sgt. Szul to be completed on or before April 17th and that the Court direct the parties to file a status report by April 4th with confirmed dates for all remaining depositions to be completed by April 18, 2025.

Respectfully submitted,

/s/ Patrick W. Morrissey
Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com

*an attorney for the plaintiff*