# Patrick Morrissey

| | |
|---|---|
| **From:** | Patrick Morrissey |
| **Sent:** | Friday, March 28, 2025 2:38 PM |
| **To:** | Zachary Stillman; Thomas Morrissey; Jason DeVore |
| **Cc:** | Law Clerks |
| **Subject:** | RE: Rogers | Szul Deposition Dates |

Zach,

Is there a reason why your office was unable to produce his this week or next week? The Court ordered this deposition to be conducted by today, 3/28, and when I was at the Jail on Thursday Sgt. Szul was on duty.

Presently, I am available from 4/14-4/17 at 3:00 pm.

More than a week ago, we provided dates to select for the Rule 30(b)(6) depositions. Despite several emails to your office requesting to set these dates, we have not received any response. Do you have the ability to set aside dates/times for these depositions?

Also, will you file a motion seeking an extension for Sgt. Szul?

Pat

---

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Friday, March 28, 2025 2:06 PM
**To:** Thomas Morrissey <tgm@morrisseylawchicago.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** Re: Rogers | Szul Deposition Dates

Sgt. Szul's deposition.



# Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

---

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Sent:** Friday, March 28, 2025 12:00 PM
**To:** Zachary Stillman <zstillman@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>
**Cc:** Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** RE: Rogers | Szul Deposition Dates

Zach:

I write in response to your email dated 3/28 which is unclear. Are you referring to the outstanding Rule 30(b)(6) notice or simply the sgt.'s dep.

Tom

**From:** Zachary Stillman <zstillman@devoreradunsky.com>
**Sent:** Friday, March 28, 2025 10:33 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** Re: Rogers | Szul Deposition Dates

Pat,

If you are unable to do the deposition between 4/8 and 4/11, please let us know your availability for 4/14 through 4/18.

Thank you,
Zach



# Zachary G. Stillman

Associate Attorney • DeVore Radunsky LLC

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, March 27, 2025 8:19 PM