# Patrick Morrissey

**From:** Patrick Morrissey
**Sent:** Wednesday, March 19, 2025 4:55 PM
**To:** Zachary Stillman; Jason DeVore; Thomas Morrissey
**Subject:** Rogers v. Dart, Conferral

Jason and Zach,

I write to memorialize our telephone conferral today at 1:00 pm in Rogers.

1. Defendants still do not have a sign off from the clients regarding Division 9. The Court ordered this sign off to be obtained by 3/14. Dkt. 72, Minute entry. We requested defendants to file a motion seeking an extension on this issue.
2. We requested to start Lt. Meller's deposition at 3:45 pm on Friday. You agreed to provide a response regarding this request today.
3. Defense counsel does not know when Sgt. Szul will be available for a deposition since he is injured on duty. Defense counsel did not have any knowledge when he first reported to be injured on duty. The Court set a deadline of 3/28 for this deposition to be completed. Please provide dates next week when this deposition will move forward.
4. We discussed requesting the MCC to set a deposition of Mr. Foster for 4/1.
5. We also discussed 4/7 as a date to request Big Muddy to produce Mr. Pearson for a deposition by video.
6. During the call, defense counsel indicated there is no witness or dates formally offered for the depositions of the Sheriff and County Rule 30(b)(6) witnesses. My office is available to schedule the depositions the week of 3/31. We also have availability during each day the week of 4/7 except 4/9. Presently, our only conflicts the week of 4/14 are as follows: only available after 3:00 pm on 4/16, unavailable after noon on 4/17 (due to an in person status hearing presently set this date). Please respond as soon as possible with the designees for each topic along with the selected date. If all parties agree to be remote, my office is agreeable to conduct these by Zoom.

Pat

Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7901
pwm@morrisseylawchicago.com
http://morrisseylawchicago.com