# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, individually and for a class, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 2024 CV 03739 |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) ) | Judge Mary M. Rowland<br>Magistrate Judge M. David Weisman |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on April 3, 2025, Special Assistant Cook County State's Attorney Zachary G. Stillman withdrew their appearance for Defendants Thomas Dart, Sheriff of Cook County and Cook County, Illinois and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Jorie R. Johnson., substituted her appearance for said Defendant.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Jorie R. Johnson*
Jorie R. Johnson (6325695)
Special Assistant State's Attorney
230 W Monroe St, Ste 230
Chicago, IL 60606
312-300-4479
Email: jjohnson@devoreradunsky.com

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certifies that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** The **WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **April 3, 2025**.

/s/*Jorie R. Johnson*