**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Rogers v. Dart, et al.        Case Number: 2024- CV-03739

An appearance is hereby filed by the undersigned as attorney for:
Thomas Dart, Sheriff of Cook County and Cook County, Illinois

Firm:   DeVore Radunsky LLC

Street address:   230 W Monroe Ste 230

City/State/Zip:   Chicago, IL 60606

Bar ID Number:   6325695        Telephone Number:   3123004479
(See item 3 in instructions)

Email Address: jjohnson@devoreradunsky.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you a member of the court's general bar? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| Are you appearing *pro hac vice*? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 3, 2025

Attorney signature:   S/ Jorie R. Johnson_____
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023