# Transcript of the Testimony of
# **ERIC DAVIS**

**Date:** April 17, 2025

**Case:** ROGERS VS. DART

**TOOMEY REPORTING**

312-853-0648
toomeyrep@sbcglobal.net
www.toomeyreporting.com

**ERIC DAVIS**
**April 17, 2025**

Page 1

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


KAVARIAN ROGERS,     )
                     )
        Plaintiff,  ) Case No. 24-cv-03739
                     )
       vs.          )
                     )
THOMAS DART, SHERIFF )
of COOK COUNTY,    )
ILLINOIS,         )
                     )
        Defendants. )


Zoom deposition of ERIC DAVIS, taken before

ROBBIN M. OCHENKOWSKI, C.S.R., pursuant to the Federal

Rules of Civil Procedure for the United States District

Courts pertaining to the taking of Zoom depositions,

commencing at 9:23 a.m., on the 17th day of April, A.D.,

2025.

There were present at the taking of this deposition

the following counsel:

**ERIC DAVIS**
**April 17, 2025**

## Page 2

APPEARANCES:

THOMAS G. MORRISSEY, LTD.
by MR. THOMAS G. MORRISSEY
   MR. PATRICK W. MORRISSEY
10257 South Western Avenue
Chicago, Illinois 60643
(773) 233-7901
tgm@morrisseylawchicago.com
pwm@morrisseylawchicago.com

   on behalf of the Plaintiff;

DE VORE, RADUNSKY LLC
by MR. JASON E. DE VORE
   MS. JORI JOHNSON
230 West Monroe Street
Suite 230
Chicago, Illinois 60606
(312) 300-4479
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com

   on behalf of the Defendants.

       -----

## Page 3

INDEX
ERIC DAVIS
APRIL 17, 2025

Examination by

Mr. Thomas Morrissey                    4

     EXHIBITS

          FIRST REFERENCED

Exhibit 1                          5
(9-24-24 Rule 30(b)(6) Notice)
Exhibit 2                          69
(Cook County Department of Corrections Division 10
 Bid Specifications)
Exhibit 3                          69
(Cook County Department of Corrections map)

Exhibit 4                          71
(document as Exhibit 13)
Exhibit 13                         51
(Cook County property tracking list)

Exhibit 16                         39
(3-2-24 filed brief)
Exhibit 18                         56
(affidavit)

   (All exhibits were retained by counsel.)

       -----

## Page 4

THE REPORTER:  The attorneys agree that I can swear
in the witness remotely?
   MR. THOMAS MORRISSEY:  Yes.
   MR. DE VORE:  Yes.
          ERIC DAVIS,
called as a witness herein, having been first duly
sworn, was examined upon oral interrogatories and
testified remotely as follows:
   THE REPORTER:  Thank you.
   MR. THOMAS MORRISSEY:  This is a Rule 30(b)(6)
deposition taken with the approval of the Court and
continued by the defendants to April 17th.
   The deposition was scheduled to start at
9:00 o'clock, and defense counsel asked for an
additional 20 minutes.  So it's now 9:23, and we're
going to proceed.
          EXAMINATION
BY MR. THOMAS MORRISSEY:
   Q  Sir, will you state your first name -- your full
name?
   A  My full name is Eric Emmett Davis.
   Q  And what is your position?
   A  I am a deputy director for Capital Planning and
Policy for Cook County.

## Page 5

   Q  I'm going to show Exhibit No. 1.  It's a
Rule 30(b)(6) Notice.  The notice was served back in
September of '24.  To be precise, it was September 24th,
2024.  And I'm going to call your attention to
Topic Number 3 -- I'm sorry -- Topic Number 2.
      Do you see that on your screen?
   A  Yes.
   Q  Have you received a copy of Exhibit No. 1?
   A  Yes, I believe I have, yes.
   Q  When did you receive a copy of Exhibit No. 1?
   A  I don't remember offhand.
   Q  Was it within the last week?
   A  I think it might have been prior, but within the
last month.
   Q  All right.  And looking at Topic Number 2,
Receipt of Federal Financial Assistance for Cook County
Department of Capital Planning and Policy between
March 7th, 1988, and August 1st, 1992, do you see that
topic under this Rule 30(b)(6) Notice?
   A  Yes, I see that.
   Q  Have you been designated by the Department of
Capital Planning and Policy in Cook County to address
this topic?
   A  Yes.

**ERIC DAVIS**
**April 17, 2025**

3 (Pages 6 to 9)

Page 6

1    Q   You mentioned that, within the last month, you
2   received this notice?
3       MR. DE VORE:  Objection; mischaracterizes prior
4   testimony.
5       You can answer.
6       THE WITNESS:  Yes.  Approximately, yes.
7   BY MR. THOMAS MORRISSEY:
8    Q   How did you receive this notice?
9    A   I believe it was e-mailed to me by defense
10   counsel.
11   Q   Okay.  When you refer to defense counsel, who
12   are you referring to?
13   A   The Devore, Radunsky Law Firm.  I don't know who
14   the specific e-mail would have come from.
15   Q   Do you have any documents in front of you?
16   A   No.
17   Q   Do you recall what date the topic -- the
18   Rule 30(b)(6) Notice was e-mailed to you?
19       MR. DE VORE:  Objection; asked and answered.
20       You can answer.
21       THE WITNESS:  Yeah.  I think it was a little over a
22   week ago, maybe Monday, Tuesday, something like that.
23   BY MR. THOMAS MORRISSEY:
24   Q   All right.  Monday or Tuesday of last week?

Page 7

1    A   I believe that's what I remember, yeah.
2       I was out of town the week prior so I think I
3   got notice -- got the notice Monday, Tuesday.  I don't
4   know when it was e-mailed.
5    Q   So you received this notice approximately
6   April 7th or April 8th of 2025?
7    A   I think so.  I may have received it earlier.  I
8   don't happen to recall.
9    Q   Okay.  Was that the first time you were notified
10   by a lawyer at DeVore, Radunsky that you were going to
11   be asked by Cook County to testify to Topic Number 2?
12       MR. DE VORE:  Objection to the extent that it calls
13   for attorney-client privilege, work product.
14       Other than that, you can respond.
15       THE WITNESS:  I believe we discussed it before I
16   left on vacation.  I think that deposition was either
17   discussed or they may have wanted to schedule it for
18   that week when I was out and I talked to them about it
19   then.
20       Again, I apologize, I don't recall offhand the
21   timeline of the correspondence about this matter.
22   BY MR. THOMAS MORRISSEY:
23   Q   Okay.  During what period of time were you on
24   vacation?

Page 8

1       MR. DE VORE:  Objection; irrelevant.
2       You can answer if you -- to the extent you want
3   to.
4       THE WITNESS:  I think I flew out on the 28th and
5   returned -- 28th of March and returned on the 6th of
6   April.
7   BY MR. THOMAS MORRISSEY:
8    Q   Were you provided any documents prior to leaving
9   on vacation by any of the attorneys representing
10   Cook County to testify in this case?
11       MR. DE VORE:  Objection to the extent that it seeks
12   attorney-client privilege correspondence or information.
13       But other than that, you can respond.
14       THE WITNESS:  I probably did.
15       Again, I'd have to check my -- my e-mail
16   account, Tom.  I don't recall when it would have been
17   sent.
18   BY MR. THOMAS MORRISSEY:
19   Q   Are you at your office?
20   A   Yes.
21   Q   Okay.  Can you --
22   A   That's why I was late this morning.  Sorry.  The
23   traffic was bad.
24       That's -- I'm normally off on Thursdays, but I

Page 9

1   came in for this deposition so I'm in my office, yes.
2    Q   Okay.  Can you look on your e-mail and see
3   whether or not any documents were sent to you --
4       MR. DE VORE:  Objection.
5   BY MR. THOMAS MORRISSEY:
6    Q   -- for this deposition?
7       MR. DE VORE:  Objection.  We're not going to do
8   that.  Objection as to outside the scope of this
9   deposition and the needs of the case.  I'm not going to
10   allow him to look up things on his computer.  It's not a
11   common task.  It's not a look-up game.  It's supposed to
12   be questions.
13       MR. THOMAS MORRISSEY:  Well, we have a production
14   request outstanding from many months ago in this case
15   that asked for documents in regards to the
16   Capital Planning and Policy for state and federal
17   financial assistance, and to the extent the witness
18   reviewed documents to that point, I would ask him to
19   testify to it.
20       MR. DE VORE:  You can ask him questions.  Go ahead.
21   BY MR. THOMAS MORRISSEY:
22   Q   Okay.  What documents were you sent by the
23   defense counsel in this case?
24   A   I -- I don't recall.  I think I received more

**ERIC DAVIS**
**April 17, 2025**

Page 10

1   than one.

2      **And to your earlier question about when I got**

3   **the one that's on the screen, I don't recall if it was**

4   **this one or something else related to it that was**

5   **discussed. I'm sure -- I seem to recall that I was**

6   **asked questions from our counsel about the production of**

7   **information.**

8      **We have, as you know, multiple cases so**

9   **sometimes it's hard to remember which one you're asking**

10  **about, but I believe we had information about this**

11  **before I went on vacation.**

12   Q What documents -- Before you left on vacation on

13  March 28th, 2025, did you do any investigation in

14  regards to Topic 2; the receipt of federal financial

15  assistance for Cook County Department of Capital

16  Planning and Policy between --

17     MR. DE VORE: Objection.

18  BY MR. THOMAS MORRISSEY:

19   Q -- March 7th, 1988, and August 1st, 1992?

20     MR. DE VORE: Objection to form.

21     But you can answer.

22     THE WITNESS: I think we had a conversation about

23  it. I don't know if I did any investigation in that

24  period beforehand.

Page 11

1      I have done some -- I did go and look into

2  something after the conversation, and prior to this

3  deposition, I did do some checking before this

4  deposition, but that was since I got back.

5  BY MR. THOMAS MORRISSEY:

6   Q Okay. So the question is; prior to leaving on

7  vacation on March 28th, 2025, did you review any

8  documents in regards to projects that Capital Planning

9  and Policy oversaw between March 7th, 1988, and

10  August 1st, 1992?

11     MR. DE VORE: Objection as to form.

12     But you can answer.

13     THE WITNESS: I did not review any documents

14  regarding financial assistance between 1988 and 1992 in

15  the period soon before I went on vacation.

16  BY MR. THOMAS MORRISSEY:

17   Q Well, my question was more narrower, Mr. Davis.

18   A I'm sorry. What?

19   Q My question was more narrow.

20   A Okay.

21   Q Before March 28th, 2025, did you review any

22  documents that Capital Planning and Policy --

23     Let me rephrase the question. Let me ask the

24  preliminary question.

Page 12

1      Does the Department of Capital Planning and

2  Policy have the responsibility of overseeing the

3  development and implementation of the Cook County Annual

4  Capital Improvement Plan?

5     MR. DE VORE: Objection to form.

6     You can answer.

7     THE WITNESS: We are an agency that executes the

8  plan, but it is collaborative with other county

9  departments. We don't solely execute it ourselves.

10  BY MR. THOMAS MORRISSEY:

11   Q And the implementation of the Cook County Annual

12  Capital Improvement Plan, do you engage with architects

13  and contractors that perform the work?

14   A Yes.

15   Q And you also work with users groups such as the

16  sheriff and Cermak and other Cook County entities to

17  make sure that you're addressing their needs?

18     MR. DE VORE: Objection to form.

19     But you can answer.

20     THE WITNESS: Yes.

21  BY MR. THOMAS MORRISSEY:

22   Q And can a department such as the Department of

23  Corrections present a business plan to the Department of

24  Capital Planning and Policy for alterations or

Page 13

1  modifications of their facilities?

2     MR. DE VORE: Objection to form; time frame.

3     MR. THOMAS MORRISSEY: Can you allow me to ask the

4  question?

5     MR. DE VORE: I'm sorry. You're -- When it's coming

6  through, there's a little bit of choppiness so I'm not

7  trying to interrupt you on purpose.

8     MR. THOMAS MORRISSEY: Well --

9     MR. DE VORE: I had the same issue last deposition.

10     MR. THOMAS MORRISSEY: So, Robbin, can you -- did

11  you hear the question that I was asking, Robbin?

12     THE REPORTER: Yes, I believe I did.

13     MR. THOMAS MORRISSEY: Can you re -- I think I

14  didn't complete it. Can you --

15     MR. DE VORE: Sorry about that.

16     MR. THOMAS MORRISSEY: -- repeat that because I was

17  interrupted by Mr. DeVore?

18     MR. DE VORE: Sorry about that. Unintentional.

19  Unintentional.

20     (Question read.)

21  BY MR. THOMAS MORRISSEY:

22   Q You can answer the question.

23     MR. DE VORE: Objection to form; time frame.

24     You can answer.

**ERIC DAVIS**
**April 17, 2025**

5 (Pages 14 to 17)

Page 14

1    THE WITNESS: I'm sorry, Robbin. Can you repeat it
2 again?
3    THE REPORTER: Sure.
4    (Questioned read.)
5    THE WITNESS: Yes.
6    MR. DE VORE: Did you get my objection?
7    THE WITNESS: I did.
8    MR. DE VORE: I hope she did.
9    Sorry.
10    THE REPORTER: Hold on. Hold on. Yes, I believe I
11 did.
12    I have an objection to form.
13    MR. DE VORE: Thanks a lot.
14 BY MR. THOMAS MORRISSEY:
15    Q Answer the question now, Mr. Davis.
16    A Yes.
17    MR. DE VORE: That was easy.
18 BY MR. THOMAS MORRISSEY:
19    Q Prior to leaving on vacation on March 28th,
20 2025, did you review any documents in regards to the
21 construction or modification of Cook County buildings
22 during the period between March of 1988 and August of
23 1992?
24    A Any buildings?

Page 15

1    Oh, you're asking if I reviewed the documents
2 of any building -- any Cook County buildings constructed
3 between '88 and '92.
4    I can't remember if I looked at any documents
5 relating to buildings constructed in that period, no, I
6 don't -- I may have. You know, I don't -- I look at
7 documents related to dozens of buildings so I can't
8 remember if I happened to look at the documents related
9 to any building built in that period.
10    Q Well, let me narrow the question.
11    In preparation for this deposition and
12 Topic Number 2, prior to leaving on March 28th, 2025,
13 did you look at any construction projects or
14 modifications of any Cook County buildings that were
15 done between March of 1988 and August of 1992?
16    MR. DE VORE: Objection; form, as to the word look
17 if that means investigate.
18    Otherwise, you can answer, go ahead.
19    THE WITNESS: Again, Tom, I don't -- I may have
20 looked at documentation related to modification of
21 buildings constructed in that period. I don't recall
22 offhand.
23    As I said, I look at documents related to lots
24 of buildings. There are approximately 60 buildings on

Page 16

1 the Department of Corrections campus, and we have lots
2 of projects going on. So I can't say whether I looked
3 at documents related to any building constructed in that
4 period or not.
5 BY MR. THOMAS MORRISSEY:
6    Q The question was tailored toward preparing for
7 this deposition prior to March 28th of 2025.
8    Did you specifically look at any documents in
9 regards to construction projects or modification of
10 existing buildings between the period between 1988 and
11 1992?
12    A So, again, I don't know which building you're
13 asking about, and I apologize because there are, as you
14 know, lots of suits that we end up addressing so I can't
15 remember offhand which one you're referring to in this
16 case because we have lots of buildings.
17    Q I'm referring to, in preparation for today's
18 deposition, did you look at any documents for any
19 Cook County building that was constructed or modified
20 during March of 1988 and 1992 in order to testify as a
21 designee under Topic Number 2?
22    A My recollection is that, for the building that
23 is the subject of this particular case or action or
24 whatever you call it, I'm not an attorney, no, I did not

Page 17

1 because I'm not aware of anything that we have related
2 to the financial -- the question to which is financial
3 assistance for anything in that period, I'm not aware of
4 any documents we might have, so there -- there weren't
5 any to look at that I'm aware of.
6    Q The topic isn't just to Division 9 at the
7 Cook County Jail.
8    The topic is; did you look at any documents
9 countywide that were constructed or modified between
10 1988 and 1992 in preparation for this deposition?
11    MR. DE VORE: Objection; asked and answered. He
12 just articulated what he did.
13    But you can answer again.
14    THE WITNESS: I'm not aware of any offhand because
15 my understanding is the question had -- the question in
16 this case has to do about the county receiving financial
17 assistance, and we don't have those documents. So I --
18 So, no, there weren't -- to my understanding, when the
19 matter was brought up, I'm not aware of any documents
20 that we would have that would address that issue in that
21 period for any building. We don't have those documents.
22    So that's with the Bureau of Finance.
23 Financial assistance and all that is with the Bureau of
24 Finance.

**ERIC DAVIS**
**April 17, 2025**

---

Page 18

1  BY MR. THOMAS MORRISSEY:
2  Q  Okay.  Did you make an inquiry of the Bureau of
3  Finance in regards to documents in regards to federal
4  assistance during the period of 1988 and August of 1992
5  in regards to buildings that were constructed or
6  modified?
7  MR. DE VORE:  Objection.  You know that's not
8  required.
9  But you can answer.
10  MR. THOMAS MORRISSEY:  Mr. DeVore, I would ask you
11  not to offer your testimony.  The purpose is to offer
12  the testimony of Mr. Davis.  You're not to signal to
13  Mr. Davis what you think the answer should be.
14  MR. DE VORE:  I'm not trying to signal anything.
15  I'm saying your question and the way you asked
16  it was objectionable, and it's not --
17  MR. THOMAS MORRISSEY:  You can make an objection
18  based upon form, Mr. DeVore.
19  MR. DE VORE:  Objection to form.
20  MR. THOMAS MORRISSEY:  Okay.  Can you read back the
21  question?
22  THE WITNESS:  Well, I don't need her to read it back
23  unless you do, Tom.
24  MR. THOMAS MORRISSEY:  Well, Robbin, can you read it

---

Page 19

1  back?
2  THE WITNESS:  It was the Bureau of Finance question.
3  (Question read.)
4  THE WITNESS:  So I did not make an inquiry at that
5  time because it is my recollection that, in a prior
6  matter, that question was already asked to the Bureau of
7  Finance and they indicated that they did not have any
8  record of any financial assistance for the Department of
9  Capital Planning during that period.
10  BY MR. THOMAS MORRISSEY
11  Q  Did you --
12  A  That question was already asked and answered for
13  a prior matter.
14  Q  What matter are you referring to, Mr. Davis?
15  A  I don't know, Tom.  You sue us a lot.  I don't
16  remember which one this was about.
17  It was something -- It was something with
18  Cermak, I think.  It might have been Division 9 or
19  Division 10.  It was one of them.  I don't remember.
20  Q  Did you check any budget records for that period
21  of time between 1988 and 1992 to see whether or not the
22  Department of Capital Planning received any federal
23  financial assistance for any construction planning or
24  modification of any county building?

---

Page 20

1  A  I am not aware that we would even have any
2  documents for a project completed 20 -- or 32 years ago.
3  I don't know.
4  I wouldn't even know where to look for them.  I
5  don't -- If there are financial documents and -- you
6  know, they would have been, as I said, either archived
7  or destroyed according to whatever requirements there
8  are.
9  But, again, I believe that this question was
10  asked about financial assistance in general to the
11  county and, you know, in connection with a prior matter
12  so I didn't feel the need to ask the question again.
13  Q  During the time that you were on vacation, did
14  you do anything to investigate whether or not the
15  Capital Planning and Policy received any federal
16  financial assistance for any building that -- any county
17  building that was constructed, assessed or modified
18  during the period between 1988 and 1992?
19  MR. DE VORE:  Objection.  What he did on his
20  vacation is his business.  That's crazy.  That's just
21  wild that you would even ask that; what he was doing on
22  his vacation.
23  BY MR. THOMAS MORRISSEY:
24  Q  You can answer.

---

Page 21

1  MR. THOMAS MORRISSEY:  And, again, will you limit
2  your objection to form?
3  MR. DE VORE:  I mean, ask reasonable questions.
4  This is craziness.
5  THE WITNESS:  I don't have a problem answering.
6  Tom, I'm getting a postgraduate degree in
7  England.  I was extremely busy all day and focused on my
8  studies at the University of Cambridge.
9  BY MR. THOMAS MORRISSEY:
10  Q  You said you came back, I think it was,
11  April 6th, 2025.
12  Since that period of time, have you reviewed
13  any documents in regards to federal financial
14  assistance -- and policy between March of 1988 and 1992?
15  A  And I apologize, Tom, because you cut out in the
16  middle of that question, but I think I understand what
17  you're asking.
18  Q  So if you didn't hear it, I'll rephrase it.
19  A  Okay.
20  Q  After from April 6th up to today's date, have
21  you reviewed any documents or made any effort to look to
22  see if there are documents in regards to the
23  Department of Capital Planning and Policy receiving
24  federal financial assistance for any building that was

---

**ERIC DAVIS**
**April 17, 2025**

7 (Pages 22 to 25)

---

Page 22

1  constructed or modified or altered between March of 1988
2  and August of 1992?
3      A  Yes, I did.
4      I went up and investigated in our archival
5  storage in the 26th floor of this building to determine
6  if there were any documents about buildings in that
7  vintage.
8      There are not.
9      We aren't required to keep documents that old,
10 but I did go upstairs just to check, and I did not see
11 anything so there wasn't anything to review, but I did
12 go look.
13     Q  Other than --
14     How long did you spend looking for the
15 documents, Mr. Davis?
16     A  Half hour.
17     Q  Okay.  And when was that?
18     A  Sometime earlier this week --
19     Or I'm sorry, let's see.  This is --
20     No.  It was -- It was last week.  It was
21 sometime last week.
22     Q  So you spent about a half hour?
23     A  Yeah.
24     Q  Did you talk to any former employees at the

---

Page 23

1  Department of Capital Planning and Policy to determine
2  whether or not federal financial assistance was received
3  by your department between March of 1988 and August of
4  1992?
5      A  I don't even know anybody that worked in the
6  department in that period.
7      I do -- Actually, no.  I take it back.  I do
8  know one person, but he retired a few years ago.  And,
9  no, I didn't speak to him about it.
10     Q  Did you look at the Cook County Law Library the
11 annual Cook County budget records to determine whether
12 or not federal financial assistance was received by your
13 department between 1988 and 1992?
14     MR. DE VORE:  Objection to form.
15     But you can answer.
16     THE WITNESS:  Tom, I wouldn't even know where to
17 start a search like that.  And I know where the law
18 library is.
19     A, it wouldn't have occurred to me to look
20 there, and, B, if I had, I would really have no idea
21 even where to start looking.
22     BY MR. THOMAS MORRISSEY:
23     Q  Did you review any documents in regards to the
24 county or the sheriff's receipt of federal funds, were

---

Page 24

1  any of those documents provided to you by your attorney?
2      A  I don't remember anything like that.
3      I can tell you, I didn't look over any
4  documents about that.  I don't remember any -- I don't
5  remember counsel providing anything.  No, I don't -- No,
6  I'm not aware of any records.
7      As I said, my recollection of that question was
8  that it was directed to the Bureau of Finance some years
9  ago in connection with another matter and the answer was
10 that Capital Planning and Policy did not receive
11 financial assistance in that period.
12     I can't speak to whether other entities in the
13 county did.  I don't work for them.  So I don't know.
14     Q  When you're referring to something, a past
15 matter that you looked into, how many years ago was
16 that?
17     A  I would have to check.
18     I believe it was during the pandemic, but it
19 may have been before.
20     Q  So it was more -- it could have been more than
21 five years ago you spoke to somebody, is that correct?
22     A  I don't think it --
23     MR. DE VORE:  Object to form.
24     THE WITNESS:  -- would have been that long.

---

Page 25

1      Like, you know, three years or something,
2  something in that range.  I can't recall offhand.
3      BY MR. THOMAS MORRISSEY:
4      Q  Who did you speak to about whether or not the
5  Department of Capital Planning and Policy received
6  federal funds between 1988 and 1992?
7      A  I don't think I spoke to anybody.
8      My recollection is that counsel spoke to
9  someone from the Bureau of Finance and they relayed the
10 information to me.  I don't think I spoke to anyone
11 directly myself.  I think counsel spoke with them.
12     Q  What attorney did you speak to in regards to
13 whether or not the Department of Capital Planning and
14 Policy received federal financing between --
15     A  I don't recall.
16     Q  -- March of 1988 and 1992?
17     A  I don't recall.
18     Q  Is it fair to say that, when you're referring to
19 as far as something many years ago, you never conducted
20 an independent investigation in whether or not
21 Capital Planning and Policy received federal funds
22 during the period of 1988 and 1992, rather you relied on
23 some outside counsel?
24     MR. DE VORE:  Objection to form; misrepresents

---

**ERIC DAVIS**
**April 17, 2025**

Page 26

1    testimony.
2         But you can answer.
3    MR. THOMAS MORRISSEY:  And, Mr. DeVore, limit your
4    objections.
5    THE WITNESS:  So I don't -- in listening to the way
6    you phrased your question, I'm not authorized to
7    investigate the county's financial records.  You asked
8    if I conducted an investigation of financial records.
9    I'm not authorized to -- to -- to investigate that
10   information.
11        All I can do is ask people, or in this case
12   counsel -- I believe counsel asked that, and it was
13   responded to.
14        I think it was Tanya, who at the time, she -- I
15   believe she was -- she was budget director, and then
16   maybe -- maybe it was when she was CFO, I think it was
17   Tanya Anthony that was contacted, who is currently the
18   head of the Bureau of Finance.  Well, she's the CFO of
19   the county.
20        But I think Tanya looked into it, and they
21   didn't find that Capital Planning got any funds in that
22   period.  There may have been other elements of the
23   county that did, but my recollection is to your question
24   that Capital Planning, you know, was -- it was related

Page 27

1    that Capital Planning did not.
2         I believe at the time there may have been some
3    kind of written response that the county -- that BOF
4    provided, but I don't recall offhand.
5         And as I said, I'm not -- I'm not authorized to
6    conduct an independent investigation of county financial
7    records.
8    BY MR. THOMAS MORRISSEY:
9         Q   Is that true today that in your -- as a designee
10   for Cook County under Topic 2, you're not authorized to
11   review financial records of Cook County to determine
12   whether or not Capital Planning received federal
13   financial assistance?
14        A   I think that's still the case.
15            The records are in the financial system, which
16   you can understand, has secure access.  I have access to
17   some things, but nothing of that period, and I know that
18   they changed over financial systems, at least, once
19   between now and then.  So any records that old wouldn't
20   even be in the computerized system, it would have to be
21   manual records, you know, stored where they store their
22   records.
23            Like I said, I'm not allowed to wander through
24   their aisles flipping through, you know, 24-year-old

Page 28

1    financial records.  That's not something that I don't
2    believe -- I mean, I could be mistaken, but I don't
3    believe I'm authorized to do that kind of an
4    investigation, Tom.
5         Q   Do you recall whether or not many years ago your
6    counsel or you in regards to federal financial
7    assistance for Cook County talked to Anita Guzman --
8    Annette Guzman?
9         A   Annette Guzman.
10            So Annette was -- That sounds right.  Yeah,
11   that may be right, yeah, because she was -- she was
12   budget director after Tanya, and it may have been within
13   that -- I thought it was -- I thought it was -- because
14   Tanya was budget director, and then Annette was budget
15   director, and Tanya became CFO so it may have been
16   Annette, yeah, it may have been.
17        Q   Who is the current budget director for
18   Cook County?
19        A   I'm going to mispronounce her name.
20            Kanako was her first name.  I think her last
21   name is Musselwhite, her married name is Musselwhite,
22   but Kanako is her first name.
23            She's the budget director.  She works for
24   Tanya Anthony, who is the CFO.

Page 29

1         Q   Is she also the CFO?
2         A   No.
3             Kanako was the budget director, the director of
4    the - of the Department of Budget Management Services,
5    which is under the office of the chief financial
6    officer, and Tanya Anthony is the chief financial
7    officer.
8         Q   Would Tanya Anthony have more information today
9    in regards to the receipt --
10            Let me rephrase the question.
11            Would Tanya Anthony perhaps have more
12   information than you in regards to the receipt of
13   federal financial assistance for Cook County Department
14   of Capital Planning and Policy between March 7th of 1988
15   and August 1st of 1992?
16        A   That far back, as I said, I believe that was
17   investigated, and as you say, if it was when Annette was
18   budget director, that may be the time period.
19            And the reaction -- or the response that I got
20   was that, no, Capital Planning didn't get any financial
21   assistance in that period.
22            Again, I cannot speak to whether or not other
23   elements of the county may or may not have received
24   federal financial assistance during that period.

**ERIC DAVIS**
**April 17, 2025**

---

Page 30

1    Q  So you -- let's be clear.

2        Several years ago, you heard from counsel that

3  he had talked to Anita Guzman, who was then --

4  Annette Guzman, who was then the budget director for

5  Cook County that there were no records.

6        Is that what your understanding is?

7  MR. DE VORE:  Objection to form.

8        But you can answer.

9  THE WITNESS:  I have -- I object to your

10  characterization of several.  That makes it sound like

11  it was 15 years ago.

12        But Annette left, I want to say, three years

13  ago, something like that, so it wasn't -- several seems

14  to be a mischaracterization.

15        But, yeah, I believe the communication about,

16  no, we didn't find that Capital Planning got any money

17  during that period, yeah, I think that was conveyed by

18  counsel.

19        I may have a copy of that in my e-mail.  I

20  don't know.  Again, I don't know offhand.

21  BY MR. THOMAS MORRISSEY:

22    Q  Have you talked to Tanya Anthony in the last

23  month to confirm that the Cook County Department of

24  Planning and Policy during the period of March 7th,

---

Page 31

1  1988, and August 1st, 1992, did not receive federal

2  financial assistance?

3    A  No, I have not.

4    Q  You said that Kanook is the --

5    A  Kanako, K-a --

6    Q  -- is the budget director?

7    A  Let me spell it for you.

8        It's K-a-n-a-k-o, Kanako.

9    Q  And is the last name M-u-s-s-e-l-white?

10    A  I believe that's how it's spelled, yes.

11    Q  And she's the budget director of Cook County, is

12  that correct?

13    A  That's correct.  That's correct.

14    Q  During the last month have you talked to

15  Ms. Musselwhite, the director -- the budget director for

16  Cook County, to determine whether or not during 1988 and

17  1992 your department received federal financial

18  assistance?

19    A  No.

20        But I'm sure she'll be getting a love letter

21  from you about it soon.

22    Q  Have you ever spoken to Ms. Musselwhite in

23  regards to the Topic Number 2?

24    A  Why would I if I believed the matter had already

---

Page 32

1  been investigated and a definitive answer provided?  Why

2  would I ask her again, Tom?

3        I don't understand.

4    Q  In regards to Topic Number 2, have you talked to

5  Ms. Anthony in regards to -- in the last year in regards

6  to Topic Number 2?

7    A  Again, I don't understand why I would if the

8  question was already asked and answered.  Why would I go

9  to her and say, hey, Tanya, you know, this thing that we

10  asked you about three years ago and the answer was no,

11  is the answer still no?  I don't even know why I would

12  even bother and waste her time.  She's the chief officer

13  of the county.

14        I don't understand.

15    Q  Let me clarify it.

16        Three or four years ago, you believe counsel,

17  defense counsel told you he may have had a conversation

18  with Ms. Guzman in regards to Capital Planning receiving

19  federal financial assistance, is that correct?

20    A  I think that's right.

21        As I said, I may have been copied on an e-mail

22  but from Tanya or from Annette about it.

23        Again, I don't -- I don't recall because,

24  again, to my mind, that question has already been asked

---

Page 33

1  and answered a long time ago.

2    MR. THOMAS MORRISSEY:  We're going to take a

3  five-minute break.

4        (Break taken.)

5    MR. THOMAS MORRISSEY:  Are we back on the record?

6    THE REPORTER:  Yes.

7    MR. THOMAS MORRISSEY:  Everybody back?

8    MS. JOHNSON:  Yes.

9    MR. DE VORE:  Yes.

10  BY MR. THOMAS MORRISSEY:

11    Q  Do you believe that several years ago, at the

12  request of the defense counsel, that Ms. Guzman looked

13  for some documents in regards to federal financial

14  assistance for your department during the relevant --

15    MR. DE VORE:  Objection.

16  BY MR. THOMAS MORRISSEY:

17    Q  -- time period?

18    MR. DE VORE:  Objection to form.

19        But you can answer.

20    THE WITNESS:  Again, Tom, I'm not sure about the

21  characterization was several, but that's my

22  recollection, yes.

23  BY MR. THOMAS MORRISSEY:

24    Q  Okay.  Do you know, do you have personal

---

**ERIC DAVIS**
**April 17, 2025**

Page 34

1    knowledge what effort Ms. Guzman made to determine
2    whether or not your department between 1988 and August
3    of 1992 received federal financial assistance?
4        **A  Not offhand, no.**
5        Q  Do you have any personal knowledge what was done
6    three or four years ago?
7        **A  I may have had a conversation with either**
8    **Annette or Tanya about it specifically.**
9            **I am a member of the board president's cabinet,**
10   **and I see the CFO and the budget director periodically.**
11   **I may have had a conversation about it with them.**
12           **At that point I seem to have a vague**
13   **recollection that we spoke about it briefly, the gist of**
14   **which is, no, we didn't find anything for**
15   **Capital Planning.**
16           **Again, like I said, I don't know what, if**
17   **anything, she found for other departments.  There may**
18   **have been -- The county may have received federal**
19   **funding in that period for something else, but as far as**
20   **us, for our projects, I -- I -- like I said, I may have**
21   **a vague recollection that she -- one of them confirmed,**
22   **but that's about it.**
23       Q  Do you know what Ms. Guzman, when you had this
24   brief --

Page 35

1            You have a brief recollection of maybe talking
2    about Ms. Guzman three or four years ago, is that fair
3    to say?
4        **A  Again, I can't -- I don't recall if it was**
5    **Annette or if it was Tanya.  I seem to remember it was**
6    **Tanya that looked into it, but that was -- you know,**
7    **Tom, in a matter like this where you've asked a**
8    **question, you think the question has been answered, you**
9    **don't -- I don't know why I would ask it all over again.**
10           **But, yeah, I mean, to me, to my mind, that was**
11   **put to rest a while ago.**
12       Q  Was that specific to a case involving
13   Division 10 and Ms. Guzman looked to see whether or not
14   the Department of Planning and Policy received federal
15   assistance?
16       MR. DE VORE:  Objection to form.
17           You can answer.
18       THE WITNESS:  That may have been.
19           It was either -- I think it was either 10 or it
20   was Cermak.  I can't remember.  It was one or the other.
21   I think it was 10.
22   BY MR. THOMAS MORRISSEY:
23       Q  So it was limited to whether or not either
24   Division 10 or Cermak received federal financial

Page 36

1    assistance --
2        **A  No.**
3        Q  -- whether or not --
4            Let me rephrase it.
5            It was limited to whether the Department of
6    Capital Planning and Policy received federal financial
7    assistance for Division 10 or Cermak?
8        **A  No.**
9            **My recollection was, the request was did we get**
10   **any federal funding at all in that period.**
11           **I don't think it was -- I don't think the**
12   **inquiry was limited to a specific building.**
13       Q  Okay.  Did -- Was the inquiry in regards to
14   whether or not -- during that period of time '88 to
15   1992, whether or not the Department of Planning and
16   Policy had any federally -- received any federal
17   funds -- financial assistance for employees of the
18   Capital Planning and Policy?
19       MR. DE VORE:  Objection to form.
20           But you can answer.
21       THE WITNESS:  I'm not aware of any circumstance
22   where the county would have received federal money for
23   employees, no.  I mean, I don't think that was asked.
24           But I don't -- again, I don't -- I don't know

Page 37

1    what they looked into, but I can't imagine, just based
2    upon more recent experience with federal grants, why
3    they would be giving them funding for specific
4    employees.  That -- I don't know.
5            And I wasn't here then, you know, in the late
6    eighties, early nineties.  I don't recall.
7    BY MR. THOMAS MORRISSEY:
8        Q  Do you know if the Department of Capital
9    Planning and Policy during '88 and 1992 may have
10   received federal financial assistance for training of
11   employees in regards to, let's say, accessibility
12   standards?
13       MR. DE VORE:  Objection to form.
14           But you can answer.
15       THE WITNESS:  I don't know if the county did or did
16   not receive any funding in that period for training of
17   employees relative to federal accessibility standards,
18   no, I don't know one way or the other.
19   BY MR. THOMAS MORRISSEY:
20       Q  Do you know during that period of time 1988 --
21           And what did you do to investigate whether
22   between 1988 and 1992 Capital Planning and Policy
23   received any federal money for the training of its
24   employees in regards to accessibility?

**ERIC DAVIS**
**April 17, 2025**

---

Page 38

1   A  Again, I think that falls under a question
2   you've already asked, Tom.
3       I don't think that the inquiry to finance was
4   limited to one -- you know, operational expenses or
5   project expenses or anything like that.
6       I believe the request was specific to did we
7   get any federal money because, as you're aware, there's
8   a question of whether or not the UFAS standards attached
9   to this building during that period, and my recollection
10  was that the Capital funding did not receive any funds.
11      So, again, this is just my recollection when we
12  looked at it at the time that, because we didn't,
13  that -- I think, I believe and, again, I haven't seen
14  any correspondence that says yes or no from people at
15  the time, but I believe the conclusion was that
16  Capital Planning didn't get any federal funding, you
17  know, whatsoever, it may -- it may have turned out that
18  the county got other monies.  You know -- You know,
19  you -- there may be funding that the county got for
20  other functions that caused that to be triggered, I seem
21  to recall that, but it wasn't -- your question was about
22  Capital Planning, and I don't recall anything about
23  Capital Planning having gotten any money for that.
24      Q  Let me attempt to refresh your memory,

---

Page 39

1   Mr. Davis, in regards to a filing by the county and the
2   sheriff with regards to Division 10.
3       I'm going to show you --
4       MR. DE VORE:  Is there a Bates number on this?
5   BY MR. THOMAS MORRISSEY:
6       Q  -- Exhibit 16.
7       MR. DE VORE:  Was this produced in the course of
8   litigation?
9       MR. THOMAS MORRISSEY:  It was filed in federal court
10  by the sheriff and Cook County.
11      MR. DE VORE:  In this case?
12      MR. THOMAS MORRISSEY:  It was filed by the sheriff
13  and Cook County.
14      MR. DE VORE:  In this case?
15      MR. THOMAS MORRISSEY:  Obviously, you haven't filed
16  it in this case.
17      MR. DE VORE:  Okay.  I just want to make sure if
18  we've seen this before.  I don't think we had.
19  BY MR. THOMAS MORRISSEY:
20      Q  Okay.  I'm going to ask you to turn to -- I'm
21  going to show you the group exhibit.  It's a brief filed
22  on March 2nd, 2024.
23      It's Defendant's Memorandum of Law in Support
24  of Cross-Motion for Summary Judgment and Response to

---

Page 40

1   Plaintiff's Motion for Summary Judgment, and it's a case
2   called Preston Bennett versus Dart, 18 CV 4268.
3       And I'm going to turn you to Page 6 of this
4   document.  And it asks you to look at that document and
5   see if it refreshes your memory.
6       MR. DE VORE:  What exhibit is it?
7       MR. THOMAS MORRISSEY:  It's Exhibit 16.
8       MR. DE VORE:  Objection to form.
9   BY MR. THOMAS MORRISSEY:
10      Q  All right.  Do you see under on Page 6B, the
11  Department of Capital Planning and Policy, not the
12  sheriff's office, was responsible for overseeing
13  construction of Division 10, but Plaintiff has no
14  evidence of this department receiving federal financial
15  assistance?
16      A  I see that.
17      Q  Okay.  Can you read below that to through Page 7
18  to yourself?
19      A  Okay.
20      Okay.  I've read what's on the screen.
21      Q  I'm going to scroll down further so you can read
22  the entire document.
23      A  Okay.
24      Q  Let me stop where you --

---

Page 41

1       A  Yeah.
2       Okay.
3       Q  Okay.  I'll keep going.
4       A  I'm reading.
5       To clarify, Tom, as I'm reading this, since I
6   haven't read the whole document, is this part of it, the
7   part where the judge or whomever is -- in other words,
8   is this the language of --
9       Stay where you were at the top of the paragraph
10  if you would.
11      Q  All right.
12      A  Is this the part where the judge is making a
13  ruling?  Is this the part where plaintiff's counsel is
14  stating this?  Who's writing the part that I'm reading
15  now?
16      Q  This is the defendant's cross-motion for summary
17  judgment so it's Dart and Cook County's attorneys.
18      A  So the party -- the paragraph --
19      Q  This is my --
20      A  This is by the sheriff's counsel?
21      Q  Yes.
22      A  Okay.  I want to clarify.
23      Okay.
24      Q  And Cook County.  And Cook County.

---

**ERIC DAVIS**
**April 17, 2025**

Page 42

1      A  I think the sheriff --
2          Can you go back?
3          I think this was just to the sheriff, wasn't
4    it?  Isn't that what the top said?
5      Q  Okay.  We'll go back to the top.
6      A  Did it say the sheriff and the county or just
7    the sheriff?
8          I think this just said the sheriff.
9      Q  If you look at that, it says Thomas Dart,
10   Sheriff of Cook County, and Cook County.
11     A  Oh, and Cook County, all right.
12         So this part is written by the sheriff's
13   counsel, by the county's counsel?  Do we know?
14     Q  The same -- same attorney was representing --
15     A  Was representing both?
16     Q  -- the county and the sheriff.
17     A  Thank you because I'm not an attorney so, you
18   know, I'm just reading what you're putting on the
19   screen.
20         Okay.  Let's see here.  So, in other words, in
21   the previous paragraph where they're saying that they
22   don't, what was the word, object or whatever or contest
23   or whatever, that -- that's them saying -- that's not
24   them saying, yes, we did, but just they're not

Page 43

1    contesting that, is that right?
2      Q  Well, I'm not going to --
3      A  Okay.
4      Q  I'm just showing you --
5      A  I'm just trying to get clarification.
6      Q  -- to see if it refreshes your memory in regards
7    to this.
8      A  Let's see.
9      MR. DE VORE:  He didn't write this.
10         You didn't write this, did you?
11     THE WITNESS:  Me?
12         No.
13     MR. DE VORE:  Okay.  I mean, okay.
14     THE WITNESS:  Yeah, let me read this.
15         I just want to understand the context --
16     MR. DE VORE:  Yeah.
17     THE WITNESS:  -- because it would be one thing if
18   this is somebody's argument, and it would be another if
19   this is the judge's ruling, I think.  Again, I'm not an
20   attorney, but I want to make sure I'm understanding what
21   I'm reading here.
22         Did you send this to us before the deposition,
23   Tom?  You know, I don't -- did you --
24     BY MR. THOMAS MORRISSEY:

Page 44

1      Q  I'm using it to refresh your memory, Mr. Davis.
2    You said you had a conversation with somebody about the
3    Department of Capital Planning and Policy, and I'm
4    asking you if this document refreshes your memory.
5      A  Okay.
6          Well, let me continue reading it then.
7          Okay.  Okay.  No evidence -- Either these --
8      MR. DE VORE:  Objection as to form.
9          But you can answer when you can.
10     THE WITNESS:  Okay.  So I'm reading.
11         I'm done with this paragraph, and I would note
12   it says the plaintiff has no evidence either of these
13   departments received federal financial assistance, which
14   if I'm reading that correctly, is consistent with what
15   I'm saying, we didn't find any information that the
16   Department of Capital received financial assistance.
17         So you can go on.
18     BY MR. THOMAS MORRISSEY:
19     Q  So this was in the context of Division 10,
20   correct --
21     A  Okay.
22     Q  -- that you had -- you may have had a
23   conversation with Ms. Guzman?
24     MR. DE VORE:  Objection to form; mischaracterizes

Page 45

1    prior testimony.
2          You can answer.
3      THE WITNESS:  Yeah, I think I said I wasn't sure if
4    the conversation was about 10 or Cermak, it was one of
5    those, I believe it was 10, but I'm not a hundred
6    percent certain.
7          But I'm done reading this paragraph.
8      BY MR. THOMAS MORRISSEY:
9      Q  Did you review any notes in regards to
10   potential -- a possible conversation with some budget
11   official with Cook County whether or not
12   Capital Planning received federal financial assistance?
13     A  I don't believe I took any notes at the time,
14   but it was just casual conversation.
15     Q  What do you mean by casual?
16     A  I'm sorry?
17     Q  What do you mean when you say you might have had
18   a casual conversation in regards to this matter with the
19   financial officer from Cook County?
20     A  As I mentioned, both, I and the budget director,
21   and the CFO are members of the president's cabinet, we
22   meet approximately quarterly.  I seem to have a
23   recollection that I might have had a casual conversation
24   at the end of a cabinet meeting confirming this, but it

**ERIC DAVIS**
**April 17, 2025**

13 (Pages 46 to 49)

Page 46

1  was offhanded on the way out of the room at the end of a
2  meeting if I'm remembering that correctly.
3      Q   And you received nothing in writing from any
4  budget official at that time?
5      A   I'm not prepared to stipulate --
6      Q   -- in regards to the topic of Capital Planning
7  and Policy receiving -- receiving federal financial
8  assistance during --
9      MR. DE VORE:  Objection to form.  Objection to form.
10  You can answer.
11      THE WITNESS:  I'm not -- I'm not prepared to
12  stipulate any, Tom.
13      I don't have any recollection of the
14  conversation.  As I said, counsel may have relayed
15  additional information three, four years ago when this
16  matter was discussed earlier.  I don't recall if they
17  attached any conversation or not or if it was just
18  simply conveying that they confirmed that.
19      That's my approximate recollection; that this
20  was not an issue for this particular project, for our
21  department for this project.
22  BY MR. THOMAS MORRISSEY:
23      Q   And this project, you've referring to
24  Division 10?

Page 47

1      A   I think that's -- I believe that's the one we
2  were talking about, yes.
3      Q   In 19 -- Between 1998 and 1992 --
4      I'm sorry.  Between 1988 and 1992, did you do
5  any investigation to determine whether or not the health
6  care facilities out of Cook County received any federal
7  financial assistance for Capital projects or
8  modifications to buildings owned by the --
9      MR. DE VORE:  Objection; asked and answered.
10      But you can answer.
11      THE WITNESS:  Well, if I understand that question as
12  you asked it, Tom, I didn't work for the county between
13  1988 and 1992.
14  BY MR. THOMAS MORRISSEY:
15      Q   I understand that.
16      Let me rephrase it.
17      As the designee for Cook County, did you do any
18  investigation to determine whether the Department of
19  Capital Planning and Policy received any financial --
20  federal financial assistance for any construction or
21  modification to any health care facility that was
22  constructed or modified between 1988 and 1992?
23      A   Again, as the, and I came up with the term that
24  you used, expert, I'm just the expert for the Department

Page 48

1  of Capital Planning, I'm not the expert for the county
2  as a whole.
3      But as I mentioned earlier in this deposition,
4  in addition to my recollection that there was not --
5  that this department did not receive financial
6  assistance, as I mentioned, I did go up to 36 to see if
7  there happened to be records still up there about it and
8  determined that there were not.  So I did look for
9  additional records here in the building, did not find
10  anything that Capital Planning has, and I'm not aware of
11  anyplace else where such documents would be stored at
12  this point.
13      Q   Were any health care facilities owned by
14  Cook County constructed or modified during the period of
15  1988 and 1992?
16      A   I believe the Cermak Health Services facility
17  was constructed in that period.
18      Q   Any other facilities that were modified or
19  constructed during that period of time by Cook County?
20      A   Any other facilities?
21      The county has hundreds of buildings and
22  hundreds of projects going on at a time.  Your question
23  is, were any facilities modified?  Yes.  That's what we
24  do.  We renovate or construct new facilities.

Page 49

1      Did we construct other things in that period, I
2  would expect that the county did during that period.
3      Can you narrow your question a bit?
4      Q   Sure.
5      Do you know if Cook County received any federal
6  financial assistance for the construction or
7  modification of any building owned by Cook County
8  between 1988 and 1992?
9      MR. DE VORE:  Objection; asked and answered.
10      You can answer again.
11      THE WITNESS:  I think I answered that one already.
12  BY MR. THOMAS MORRISSEY:
13      Q   I don't believe you did.
14      MR. DE VORE:  I think he did.
15  BY MR. THOMAS MORRISSEY:
16      Q   The questions is; did Cook County receive any
17  federal financial assistance for any building that was
18  constructed or modified or altered between 1988 and
19  1992?
20      A   Again, my understanding is that it was
21  investigated by the Bureau of Finance and was determined
22  that the department did not receive federal fundings for
23  any buildings during that period.
24      I would note that there are buildings owned by

**ERIC DAVIS**
**April 17, 2025**

Page 50

1   other entities; for example, Cook County Health, I don't
2   know at the time, perhaps, Cook County Health owned its
3   health buildings because I know there were changes made
4   in the last whatever, 32 years or whatever, in the
5   structure of the relationship between the county and the
6   health systems.
7        So when you say any Cook County building, I
8   don't know if the hospital buildings, other health
9   buildings were in fact owned by the county or not at
10  that time or if they were owned by CCH.
11       Q  Did you investigate to see whether or not the
12  buildings were owned by Cook County during the period of
13  time 1988 and 1992?
14       A  When you say the buildings, you mean, are you
15  talking about Cermak and Division 10 or any health
16  facility when you're asking me?
17       Q  I'm talking about any health facility or
18  building that Cook County owned.
19       Did you determine --
20       A  The county has two hospitals and a half a dozen
21  clinics and a bunch of other satellite facilities.
22       Why would I investigate those in connection
23  with a lawsuit about something at the jail?  I don't
24  understand.  Why would I be doing that?  I don't

Page 51

1   understand.
2        Q  Well, the Topic 2, if you look at Topic 2, it's
3   not limited to Cook County Jail.
4        A  But the question you're asking me about is
5   specific to Capital Planning, and if it's in connection
6   with a matter regarding a Department of Corrections
7   facility, why -- I don't -- and if the finance
8   department said Capital Planning didn't get any money in
9   that period, why would I conduct further investigation?
10  I don't understand.  You know, I'm --
11       Q  Well, it's a legal question, and we don't need
12  to go there.
13       A  Okay.
14       Q  I'm showing you Exhibit No. 13.
15       A  Okay.
16       Q  Do you recognize this document?
17       A  This appears to be a version of the listing of
18  the county's properties with their property ID numbers,
19  property names, addresses, and to your point, which I'm
20  sure you'll ask me about, the year the facilities were
21  constructed.
22       MR. DE VORE:  I just want to put in an objection
23  regarding the use of this document.  I don't believe
24  it's been produced in the course of litigation.  It's

Page 52

1   certainly not Bates stamped in this case.
2   BY MR. THOMAS MORRISSEY:
3        Q  Is this document prepared by Capital Planning
4   and Policy?
5        MR. DE VORE:  Objection to form.
6        THE WITNESS:  I don't know what this document is
7   other than the information looks familiar, but I don't
8   know what it is, where you got it, what vintage it is.
9        I'm noting that it says on the right 2014 and
10  2015 percentages.  That suggests that this document is
11  ten years old, but I don't -- I can't testify to what
12  this document is or is not.
13       The information looks familiar.
14       MR. DE VORE:  Is this marked as an exhibit?
15       MR. THOMAS MORRISSEY:  It's marked as Exhibit
16  No. 13.
17       MR. DE VORE:  No. 13?
18       MR. THOMAS MORRISSEY:  Correct.
19       MR. DE VORE:  Thanks.
20       THE WITNESS:  Yeah.  This is old.  This information
21  is not current.
22       Tom, I would note that, toward the bottom,
23  there's information about DOC Division 3, detention
24  facility, constructed in 1973, 81,000 square feet.  That

Page 53

1   building has since been demolished.
2        This tells me this is an older version of this
3   information.
4   BY MR. THOMAS MORRISSEY:
5        Q  Is this a Cook County property tracking list?
6        A  It appears to be.
7        Q  And did you fill out an affidavit in
8   Bennett versus Dart in regards -- and it attaches an
9   exhibit, this very document?
10       MR. DE VORE:  Objection; scope, outside the scope of
11  this litigation.
12       You can answer.
13       THE WITNESS:  Maybe.
14       I didn't look into it in preparation for
15  today's deposition.  I can't tell you if it is or is
16  not.
17  BY MR. THOMAS MORRISSEY:
18       Q  Okay.  Let me mark your affidavit of Eric Davis
19  in Bennett versus Dart.
20       It will take us a moment to pull it up.
21       MR. DE VORE:  What exhibit is this?  Do you have a
22  number?
23       MR. THOMAS MORRISSEY:  We'll give it to you in a
24  moment.

Page 54

1    MR. DE VORE: Okay.
2    MR. THOMAS MORRISSEY: It's going to take a moment.
3    THE WITNESS: Could we take a five-minute break?
4    MR. THOMAS MORRISSEY: Sure. Go ahead.
5    MR. DE VORE: Back at 10:35.
6    (Break taken.)
7    MR. THOMAS MORRISSEY: We're back on the record.
8    Are you back?
9    MR. DE VORE: Yeah.
10    It looks like at 10:31 a.m. we received an
11   e-mail from counsel with an updated list of exhibits. I
12   don't even know what the exact --
13    Taking a look at it, we object to the extent
14   that any of these documents were produced in the course
15   of discovery and also that none of them are Bates
16   numbered so it makes it very difficult to reference, and
17   these exhibits include information from other cases that
18   may or may not be related to this case.
19    That's all.
20    MR. THOMAS MORRISSEY: Okay.
21   BY MR. THOMAS MORRISSEY:
22    Q  Mr. Davis, are you back?
23    A  Yes, I am.
24    Q  I don't see you.

Page 55

1    A  I'm here (indicating).
2    Q  I'm showing you a document that was filed on
3   March 1st, 2024, in the Preston-Bennett case. It's an
4   affidavit for Eric Davis.
5    Do you recall drafting this affidavit?
6    MR. DE VORE: Objection to form.
7    THE WITNESS: Which?
8    MR. DE VORE: You can answer.
9    THE WITNESS: This is Bennett?
10   BY MR. THOMAS MORRISSEY:
11    Q  Correct.
12    A  That was --
13    Hold on just a second.
14    My apologies. Someone stuck their head in my
15   office. I'm sorry.
16    You're asking do I recall --
17    I believe this was prepared by counsel, but I
18   believe -- I'm pretty sure -- no, I'm sure I reviewed it
19   if I signed it.
20    Q  All right. We'll turn to your signature.
21    A  Okay.
22    Q  It's a three-page document. I'm showing you the
23   final page.
24    Is that your signature?

Page 56

1    A  It looks like it, yes.
2    Q  And it's dated February 14th, 2020, correct?
3    A  Okay. Yeah.
4    Q  Okay. And do you recall why you submitted this
5   affidavit in the Bennett case?
6    Why don't you take a moment to read it to be
7   fair to you?
8    A  Okay. You can go to the next page.
9    Okay. There we go. Thank you.
10    Q  Take your time. There's no need to hurry.
11    MR. DE VORE: Objection to form; calls for a legal
12   conclusion.
13    You can answer though when you've had an
14   opportunity read it.
15    THE WITNESS: Yeah, that sounds familiar, this looks
16   familiar. It's five years ago, but this looks familiar.
17   BY MR. THOMAS MORRISSEY:
18    Q  I'll keep scrolling so you can complete it.
19    A  Okay.
20    MR. DE VORE: Is this marked as an exhibit in this
21   case?
22    MR. THOMAS MORRISSEY: Exhibit 18.
23    MR. DE VORE: 18?
24    MR. THOMAS MORRISSEY: Yeah.

Page 57

1    MR. DE VORE: Thank you.
2    THE WITNESS: All right. This sounds -- Okay.
3   Yeah. All right. Yeah, this looks correct. All right.
4   Yeah.
5   BY MR. THOMAS MORRISSEY:
6    Q  Have you had a chance to review Exhibit 18?
7    A  This?
8    You just put on the screen so I just looked at
9   it now.
10    Q  Is this the approximate time you talked to the
11   budget director at Cook County or the financial people
12   at Cook County about federal assistance for --
13    A  It might have been.
14    I don't -- I can't say one way or the other,
15   Tom. I don't remember if it was for this one or for
16   something subsequent. I don't know. It might have been
17   this far back. I don't know.
18    Q  Why were you asked to fill out this affidavit?
19    MR. DE VORE: Objection to form.
20    THE WITNESS: Because counsel asked me to fill it
21   out.
22   BY MR. THOMAS MORRISSEY:
23    Q  Was it to provide evidence in regards to when
24   Division 10 was constructed?

**ERIC DAVIS**
**April 17, 2025**

Page 58

1    MR. DE VORE:  Objection to form.
2        You can answer.
3    THE WITNESS:  Well, based on the text of the
4  document, it looks like that's why it was done, yeah.
5  BY MR. THOMAS MORRISSEY:
6    Q   Where did --
7    A   You're talking about the spec book for
8  Division 10 that we found, yeah.
9    Q   Where did you find the information to put into
10 your affidavit that it was constructed in 1992?
11   A   My recollection at the time was that I went
12 upstairs and looked through materials and completely
13 randomly came across the spec book for Division 10,
14 which was not in with a bunch of other documentation
15 about that building, it was just pulled out randomly,
16 and so I did find the spec book, or I think it was maybe
17 Volume 1 of maybe there was more than one volume of the
18 specs at the time, and I think this was probably just
19 transmitting, you know, yeah, we found this, and it had
20 a date on it.
21   Q   What is a spec book for -- from an architectural
22 or construction standpoint?
23   A   So when you issue documents for bidding in
24 construction, traditionally, architects will issue,

Page 59

1  among other things, a set of documents that can,
2  together, constitute construction documents including
3  plans and then specifications.
4        Specifications tend to be in book form, and
5  they stipulate the various elements that are referred to
6  in the drawings; for example, that the drawing says, you
7  know, a wooden door on the drawings, the specifications
8  somewhere would have a section under doors and then wood
9  doors and then would stipulate saying, in the drawings
10 where we say this, this is what we mean, this is what
11 kind of door it is, this is how -- you know, the size,
12 this is who makes it, you know, blah, blah, blah, that
13 kind of specification.
14       So, generally, the specification book is
15 provided at the time of biddings in construction to
16 assist the contractor in understanding what is desired,
17 and it also is a part of the contract that they sign for
18 construction.
19   Q   You talk about specification books.
20       Is that the same as a bid document?
21   A   As I think I mentioned, the spec book is a part
22 of the bid documents.  Typically, you'll issue -- you'll
23 have what's called an issue for bid, and that issue for
24 bid, the drawings will say on it issue for bid, and then

Page 60

1  you'll also issue the specifications.
2        Usually, there are other documents like bid
3  forms, bond forms, things like that that also get
4  submitted, and so when documents go for bid, it's
5  generally drawings and specs and then ancillary
6  documents.
7    Q   Do those documents specify where the funding was
8  for the project or how the funding was going to --
9    A   No --
10   Q   -- be procured?
11   A   I mean, generally, the only time that you would
12 do that, and we do this now, just because in light of
13 things like UFAS grants and ARPA grants and other
14 things, we now include documentation specifications
15 that if it turns out that a document has federal funding
16 that the contractor agrees to fill out the forms, but we
17 don't typically stipulate that this project that you're
18 bidding on definitively is or is not funded by federal
19 work unless in a case we know definitively that it is,
20 in which case we will provide them with the forms.
21       But, usually, you know, we put it in there
22 because there may be federal funds with the recent, you
23 know, post-recession or post-pandemic funding, we just
24 include those notifications so, if it turns out that the

Page 61

1  county receives federal funds, that the contractor has
2  to fill out the necessary forms.
3        So if we did -- if we did have the funds and we
4  knew we had the funds, we would put those in there, but,
5  typically, you don't, and, certainly, not back in '88,
6  '92, I don't think they would do that typically.
7    Q   What did you do to investigate the time period
8  of 1988 and 1992 whether Capital Planning and Policy put
9  that requirement in the bid documents in regards to
10 federal funding?
11   MR. DE VORE:  Objection to form.
12       You can answer.
13   THE WITNESS:  Are you asking about in this case
14 relative to Division 9?  Are you asking relative to
15 Division 10 and the information in the spec book?  Are
16 you asking in relation to Cermak?  What are you asking
17 in relation to?
18 BY MR. THOMAS MORRISSEY:
19   Q   I'm asking county-wide, for any building that
20 the county modified or constructed between 1988 and
21 1992, what did you do as a designee for Capital Planning
22 and Policy in Cook County to investigate that period of
23 time whether or not the bid documents and the
24 specification book would have any mention in regards to

**ERIC DAVIS**
**April 17, 2025**

Page 62

1　federal funding for the project?
2　　　　A　I don't remember seeing any mention in the -- in
3　the spec book. I only looked at it cursorily. It's a
4　couple-hundred page document.
5　　　　I don't remember seeing any notification about
6　federal funding in that, in the spec book. We don't
7　have the drawings here. And I think this -- you know,
8　facility management typically keeps the drawings.
9　　　　As I said, it was entirely random that we had
10　this spec book, but I don't remember seeing any mention
11　of federal funding in the spec book, itself.
12　　　　As I mentioned earlier in this deposition, my
13　recollection is that the Bureau of Finance was consulted
14　and that they provided information that we had not --
15　that the department had not received federal funding in
16　that period.
17　　　　Q　Well, by the spec book that you're referring to
18　just now, you're referring to the spec book for
19　Division 10?
20　　　　A　Yeah.
21　　　　Q　Solely?
22　　　　A　Yeah.
23　　　　And as I said, that was -- that was discovered
24　in the course of looking through other documents. I did

Page 63

1　not find any additional documents on Division 10 at that
2　time or about -- yeah, I don't -- I don't think we had
3　anything else about that building, you know, then. As I
4　said, it was completely random that this was sitting on
5　top of a box somewhere. I don't know how it got there
6　or why or whatever, but I happened to find it.
7　　　　Q　Now, you mentioned that facility management
8　keeps the architectural drawings and the record drawings
9　in regards to buildings owned by Cook County, is that
10　fair to say?
11　　　　A　Generally, yes.
12　　　　I'm not prepared to stipulate that they have a
13　complete collection of all documentation of work done,
14　but, yeah, generally, if we have a set of drawings,
15　they're generally with DFM.
16　　　　Q　Now, the bid documents, would they have a number
17　on it, would they be numbered in a spec book, have a
18　number for the project?
19　　　　A　That's standard practice. I would assume so.
20　　　　I haven't reviewed the spec book preparing for
21　this deposition. I don't know if they do or not.
22　　　　That would be standard practice of some kind of
23　number probably.
24　　　　Q　So if we look at the exhibits that were attached

Page 64

1　to your affidavit from 2020 --
2　　　　A　For five years ago, yes.
3　　　　Q　-- if we scroll down --
4　　　　A　Okay. There you go. Yeah.
5　　　　Q　Yeah.
6　　　　A　See?
7　　　　Q　I'm showing you what was attached to your
8　affidavit.
9　　　　A　Yeah.
10　　　　Q　Let me see what the exhibit number was.
11　　　　A　I think this was attached.
12　　　　Q　Exhibit C, Exhibit C?
13　　　　A　I think this was attached to the one you were
14　showing me earlier this morning, right?
15　　　　Q　It was attached to the 30(b)(6) Notice.
16　　　　A　That thing, yes.
17　　　　Q　So can you explain Page 129 of 138 --
18　　　　A　Sure.
19　　　　Q　-- of your affidavit, which is Group Exhibit 18?
20　　　　A　Yeah.
21　　　　Q　Can you explain what Page 129, which starts off
22　as Contract Documents Volume 1, can you explain that?
23　　　　A　Sure.
24　　　　This appears to be a copy of the cover of the

Page 65

1　first volume of specifications because, as I mentioned,
2　specs are typically in letter format.
3　　　　It notes, for general work utilities and
4　building automation system, BAS, so this is a project in
5　the jail, general work is probably construction of the
6　building, and then they tack on and say, utilities and
7　BAS, but I believe this is the spec for the building
8　itself, dormitory facility Division 10, gives the
9　address, says it's the county, there's a bid deposit,
10　issued by the office of the purchasing agent, Heard
11　Associates would be the architects.
12　　　　I think I saw earlier that this was from 1989;
13　that the contract number suggests that it was 1989.
14　　　　MR. DE VORE: Is this Exhibit 18? I just want to
15　make sure we're looking -- Exhibit 18, Page 129 and 138?
16　I want to make sure we're correct.
17　　　　MR. THOMAS MORRISSEY: That's correct.
18　　　　MR. DE VORE: Okay. Thank you.
19　BY MR. THOMAS MORRISSEY:
20　　　　Q　See up at the top here, it says: For general
21　work, tunnel utilities and building automation system?
22　　　　A　Yes.
23　　　　Q　And then it has Contract Number 89-73-102?
24　　　　A　Yes.

**ERIC DAVIS**
**April 17, 2025**

Page 66

1   Q   What does the 89 indicate to you?
2   A   I infer that 89 indicates that it was from 1989,
3   and I believe the bottom of this page you're showing has
4   a date that's in 1989.
5       Yeah, June 26th, 1989.
6       So I surmise that the '89 is a part of an
7   indexing system that the department used at the time or
8   perhaps, I'm sorry, the purchasing agent may have used
9   at the time to indicate the contract number.
10  Q   And based upon your preparation for today's
11  deposition, if the -- the contract -- if this document,
12  which --
13      What did you call this document?  It's the --
14  A   Specifications.
15  Q   Specifications.
16  A   Sometimes people refer to it as a project
17  manual.  I'm used to using the term specifications.
18  Q   So this is the specifications that would be by
19  Cook County for --
20  A   Yeah.
21  Q   -- contractors to bid on the work, is that fair
22  to say?
23  A   Yes.  Yeah.
24  Q   And based upon your knowledge, did

Page 67

1   Capital Planning or you mentioned the -- is it the
2   procurement office use a numbering system then that
3   would sequentially use the 89, being 1989, and then have
4   number 73-102?
5   A   Again, I'm surmising because it's -- it says 89,
6   and it's dated June '89.  That would not be an uncommon
7   way of tracking it.
8       The contracts are issued by the procurement
9   office, they're not issued by Capital Planning, they're
10  issued by the procurement office on behalf of various
11  departments.  So that's their numbering system.
12  Q   So the actual construction of Division 10
13  happened sometime after June of 1989, correct?
14  A   I would -- I would assume so.
15      However, I would note that there are
16  circumstances where they start construction beforehand.
17  It's not uncommon to issue a package for general site
18  work or what have you in advance of the main work so
19  there may or may not have been a contract in additional
20  construction activity prior to this.
21      But this appears to be the spec book, or this
22  appears to be the spec book for the building, itself.
23  Q   So if Division 9, for instance, had a number
24  after 89-73-102, it would be your understanding that the

Page 68

1   bid for Division 9 occurred after June 26, 1989?
2       MR. DE VORE:  Objection; calls for speculation.
3       You can answer.
4       THE WITNESS:  Yeah.  And I am just speculating.  It
5   might be.
6       I would note that the system that they use for
7   contract numbers now and all the time that I've been
8   here is not that same system.  It's a nine-digit now
9   that has a four-digit number at the beginning and a dash
10  and five digits that, as I mentioned, that's up to the
11  purchasing agent, and they may or may not have changed
12  it, I don't know because I don't have the spec for
13  Division 9, I'm not aware of having the spec for
14  Division 9, how they may or may not have numbered it or
15  what the cover of that may have been.  It's just
16  speculation.
17  BY MR. THOMAS MORRISSEY:
18  Q   So if we go back to your affidavit on Page --  I
19  believe Page 2 of your affidavit, Line Number 9, you
20  say, one document is the Cook County Department of
21  Corrections Division 10 Bid Specification Document,
22  that's what you're referring to, correct, that we just
23  looked at --
24  A   Yes.

Page 69

1   Q   -- with the 89?
2   A   Correct.
3   Q   And it's listing a bid date of August 30th,
4   1989, and then you say a true and correct copy of the
5   cover and the first page of Cook County Department of
6   Corrections Division 10 Bid Specifications attached as
7   Exhibit 2?
8   A   Yeah.
9   Q   That's what we just looked at, correct?
10  A   We just looked at the cover, yes.
11  Q   Yes.
12      Then Number 10 you say, another document is
13  Cook County Department of Corrections map that lists the
14  building date of each division.  It lists 1991 as the
15  year Division 10 was built.
16      And then you have, true and correct copy of the
17  Cook County Department of Corrections map is attached
18  hereto as Exhibit 3 --
19  A   Yeah.
20  Q   -- correct?
21  A   Yeah.
22  Q   So if we look at that map --
23      I'm sorry.  If we look at the map here --
24      Shoot.  I'm sorry.

**ERIC DAVIS**
**April 17, 2025**

Page 70

1  If we look at the attachment to your affidavit
2  which is Exhibit No. 3, do you see the map --
3      **A  Yes.**
4      Q  -- that's on your screen, Exhibit 3?
5      **A  Yes.**
6      Q  It's Group Exhibit 18?
7      **A  Yes.**
8      Q  Does that have the date on there that
9  Division 10 was built?
10     **A  And as I mentioned, I think, at the time, I just**
11  **got this somewhere, I think, maybe from Sheila or**
12  **somebody, I don't know where it came from, I don't know**
13  **the notations, I don't know if that's the date opened or**
14  **what those dates represent.**
15      **I assume that they're with the date when**
16  **they're opened, but I got this from somebody else and**
17  **didn't create it myself.**
18     Q  But this is what you relied on in your affidavit
19  in regards to the construction of Division 10, correct?
20     **A  Actually, I believe, what I relied on in my**
21  **affidavit was the cover page in the document that you**
22  **referred to, and I was deducing from this that it was**
23  **completed or opened around '91, yeah.**
24     Q  Okay.  So you're referring to Exhibit 2 in

Page 71

1  Group Exhibit 18, the specification document with the
2  89 --
3      **A  I would consider that more definitive.  This is**
4  **helpful.  I would consider the spec to be probably more**
5  **definitive.**
6      Q  Does this document also reflect, the map also
7  reflect this construction date for Division 9?
8      **A  Yes.**
9      Q  And what date is that?
10     **A  It says 1990.**
11     Q  Okay.  And you also looked at the attached
12  Exhibit 4, which is the document that we had as
13  Exhibit 13, I believe?
14     **A  Yeah.**
15     Q  Do you see this document?
16     **A  Yeah.**
17     Q  Is that the same document that previously we
18  showed you on Exhibit 13?
19     MR. DE VORE:  What page is this again?  I just want
20  to make sure we're on --
21     MR. THOMAS MORRISSEY:  It's Page 134 of Group
22  Exhibit 18.
23     MR. DE VORE:  Okay.  Thank you.
24     THE WITNESS:  Yeah, this looks like the same

Page 72

1  document we were looking at earlier.
2  BY MR. THOMAS MORRISSEY:
3      Q  Okay.  So this was a document that you looked at
4  in 2020 in submitting your affidavit on February 14th,
5  2020?
6      **A  Yeah.**
7      Q  And you relied on this in part in regards to
8  when Division 10 was built or constructed?
9      **A  Yeah.**
10     **It says '91.**
11     Q  Okay.  So is that accurate then?
12     **A  This is a record from real estate.  I have to**
13  **take them at their word.  I wasn't at the county in**
14  **1991.**
15     Q  Okay.  So but you did rely on this in part in
16  regards to when Division 10 was constructed?
17     **A  Yeah, probably.**
18     Q  Okay.  So there are documents in the possession
19  of Cook County when Division 9 was constructed also?
20     MR. DE VORE:  Objection to form.
21     You can answer.
22     THE WITNESS:  You know, I think -- it's kind of
23  small on the screen, but I think it shows January 1st,
24  1990, on this one.

Page 73

1  BY MR. THOMAS MORRISSEY:
2      Q  Okay.  We can go back to Exhibit No. 13.
3      **A  You can just enlarge this one.  I think it says**
4  **1990 there.**
5      Q  All right.  We'll --
6      **A  Yeah.**
7      **I would -- I would note that a lot of the**
8  **buildings have a January 1st date so I'm surmising that**
9  **these were simply placeholders, that all they had was a**
10  **year reference and maybe they weren't all completed on**
11  **New Year's Day, but it says 1990 so I -- you know, yeah.**
12     **And that does align with the notation on the**
13  **map that you were showing earlier.**
14     Q  Right.
15     **So if we go up on Exhibit No. 13 --**
16     **A  Yeah.**
17     Q  I'm sorry.  Let -- We're on Exhibit 18,
18  Page 134.
19     **A  Okay.**
20     Q  If we go up a few lines, you'll see that there
21  was a Bridgeview Courthouse that was constructed in the
22  year of 1989, correct?
23     **A  Yeah.**
24     **So what?**

**ERIC DAVIS**
**April 17, 2025**

20  (Pages 74 to 77)

Page 74

1    Q  And did you look -- as a designee for
2  Capital Planning and Policy and for Cook County, did you
3  look to see whether or not any federal funds were
4  received for the construction of the
5  Bridgeview Courthouse?
6        MR. DE VORE:  Objection; asked and answered.
7        But you can answer.
8        THE WITNESS:  Specifically, Bridgeview?  No.
9        I think the request was did Capital Planning
10  gets monies in that period.
11        So I think I've already answered that one.
12  BY MR. THOMAS MORRISSEY:
13    Q  Did you check in regards to the construction of
14  the Bridgeview Courthouse whether or not --
15    A  No.
16    Q  -- whether or not Capital Planning and Policy
17  received any federal financial assistance?
18        MR. DE VORE:  Objection; asked and answered.
19        You can answer.
20        THE WITNESS:  Specific to Bridgeview?  No.
21        You can see this is a list of dozens and dozens
22  of buildings.
23        No, I did not comb through the records of all
24  the buildings on this list.  If you ask me about

Page 75

1  Division 9, I look into Division 9.  If you ask about
2  Division 10 I, look into Division 10.
3        Tom, come on.  This is ridiculous.
4  BY MR. THOMAS MORRISSEY:
5    Q  Well, Mr. Davis, is it fair to say that
6  Capital Planning and Policy receives their funding
7  through Cook County?
8        MR. DE VORE:  Objection; form.
9        But you can answer.
10        THE WITNESS:  You know, you need to clarify their
11  funding.
12        The monies go to the Bureau of Finance.  The
13  monies don't go to the Department of Capital Planning.
14  BY MR. THOMAS MORRISSEY:
15    Q  Okay.  How do you know whether or not the money
16  for Capital Planning and Policy comes through the
17  Bureau of Finance?
18    A  The county currently uses an Oracle system
19  called Oracle EBS for its accounting purposes.  Those
20  records only go back, unfortunately, to when we switched
21  over to Oracle from a previous system, I believe, that
22  started not long before I started with the county in
23  2018, but those -- the access to -- I have limited
24  access to some of that information, very specific

Page 76

1  fields, but that's in the Bureau of Finance.
2        I can say that, as we're executing projects, we
3  have to always check to make sure the funds are there
4  and assigned in the proper project and task so that
5  purchase orders and things like that can be cut, but
6  that information is all with finance.  We can look at
7  it, but we can't edit it or anything like that, and we
8  have very limited access to it.
9        As I said, it really only goes back -- I think
10  the prior system was called JD Edwards and they switched
11  over out of JD Edwards before I started with the county
12  so I can see that stuff, but it doesn't really go back
13  much more than that.
14    Q  Would it be --
15        So the Bureau of Finance would have records
16  whether or not federal financial assistance ended up
17  within the Department of Capital Planning and Policy
18  during the period between 1988 and 1992?
19        MR. DE VORE:  Objection to form, calls for
20  speculation.
21        You can answer.
22        THE WITNESS:  Yeah, I can't -- I can't stipulate,
23  Tom, what records they do or don't have at this point.
24        I know that they're allowed to destroy some

Page 77

1  records.  I don't know what the requirements for record
2  storage and retention are for finance.  I believe, in
3  general, we're only required to keep things back seven
4  years, but I don't know what finance's records are or
5  not and what they have and certainly whether or not they
6  have anything from 20 -- 32 years ago.
7  BY MR. THOMAS MORRISSEY:
8    Q  Did you do any investigation by talking to
9  anybody in the Bureau of Finance in preparation for this
10  deposition --
11    A  No.
12    Q  -- after you received the notice from counsel to
13  determine whether or not Capital Planning and Policy
14  received any funding, federal funding through the Bureau
15  of Finance for the period from 1988 to 1992?
16    A  I think I've already answered that one; that my
17  recollection was that we had asked that question
18  previously and so I didn't feel the need to ask them
19  again.
20    Q  Okay.  So the question is very specific.
21        After you received and were contacted by
22  counsel in regards to this topic, Topic Number 2 of our
23  Notice Rule 30(b)(6) Deposition, did you contact or do
24  any investigation with the Bureau of Finance to

**ERIC DAVIS**
**April 17, 2025**

Page 78

1  determine whether or not Capital Planning and Policy was
2  the recipient of any federal funding between 1988 and
3  1992?
4      **A  Again, my recollection was that that had already**
5  **been asked and answered and so I did not contact them**
6  **again.**
7      Q  Did anybody to your knowledge in the
8  Bureau of Finance after this notice went out in
9  September of 2024 do any investigation into the records
10 to determine whether or not during the period of 1988
11 and 1992 the county received any federal financial
12 assistance for the Department of Capital Planning and
13 Policy?
14     **A  I don't know whether they did or not.  They may**
15 **have.  There may have been another matter where they did**
16 **that.  They may have revisited questions.**
17     **As far as whether or not they looked into it or**
18 **not in that period, I can't -- you're asking absolute**
19 **questions did anyone in the Bureau of Finance look into**
20 **it, and I have no way of knowing.  There may be another**
21 **matter or area they looked into.**
22     **I have no way of knowing one way or the other,**
23 **Tom.  I work in Capital Planning.**
24     Q  So it's fair you received notification of this

Page 79

1  deposition on March 26th, 2025, correct?
2      MR. DE VORE:  Objection.
3  BY MR. THOMAS MORRISSEY:
4      Q  On or about March 26th, 2025?
5      **A  That sounds about right, yes.  It was --**
6      Q  And it's fair that you never contacted the
7  Bureau of Finance in regards to Topic Number 2 after
8  receiving this notice on March 26th, 2025?
9      **A  Again, your question reflects a scent of disdain**
10 **or disinterest.**
11     **I am not disinterested.  It's just that the**
12 **question had been asked and answered so I didn't feel**
13 **the need to ask it again.**
14     **The way you phrased the question is that there**
15 **was some willful disregard or something like that, and**
16 **that's not the case.**
17     Q  So -- and it's -- to your understanding as a
18 designee for Topic Number 2 that the information in
19 regards to whether federal funds were provided to
20 Cook County for the benefit of the Department of Capital
21 Planning and Policy, that information would be within
22 the Bureau of Finance?
23     MR. DE VORE:  Objection to form.
24     But you can answer.

Page 80

1      THE WITNESS:  If it exists based on, as I mentioned,
2  I went up and looked to see whether there were any
3  documents upstairs, if we had anything, and we don't,
4  the only other information I have about that is from the
5  question that was asked in the prior matter, and as I
6  said, my recollection is they said, no, we didn't get
7  any funds -- there were no funds for Capital Planning in
8  that period.
9      I can't testify one way or the other if there
10 were funds received for other purposes.  I don't -- I
11 don't know.
12 BY MR. THOMAS MORRISSEY:
13     Q  But the information that you may or may not have
14 received two or three or four years ago was from the --
15 from officials within the Bureau of Finance, correct?
16     **A  That's my recollection, yes.**
17     Q  And they would be the best source of information
18 whether or not during that period of time 1988 to 1992,
19 whether or not --
20     MR. DE VORE:  Objection to form.
21 BY MR. THOMAS MORRISSEY:
22     Q  -- whether Capital Planning and Policy was
23 provided federal financial assistance?
24     MR. DE VORE:  Objection to form.

Page 81

1      You can answer.
2      THE WITNESS:  Yeah, if I had a question about
3  finance, I would contact the Bureau of Finance.
4  BY MR. THOMAS MORRISSEY:
5      Q  And can you tell me why after this notice was
6  issued in September of 2024 that you weren't produced
7  for a deposition until today's date?
8      MR. DE VORE:  Objection to form.  It calls for
9  speculation.
10     THE WITNESS:  I have no idea.
11     We don't -- You know, I respond to inquiries
12 from our attorneys.  I don't know what the timing was
13 about, I don't know if there were other procedural
14 things that happened between now and then, I don't know
15 if there were other things, maybe there was something
16 going on with the sheriff, maybe you started with them.
17     The question that you asked me was three parts,
18 and I'm only one agency so maybe you started with them
19 and then somebody else.
20     I have no idea, Tom, why the timing is this
21 way.
22 BY MR. THOMAS MORRISSEY:
23     Q  Okay.  I have an organizational question.
24     Are there three different departments that --

**TOOMEY REPORTING**
**312-853-0648**

**ERIC DAVIS**
**April 17, 2025**

---

Page 82

1    The Department of Facilities Management is part
2  of the president's office, correct?
3    **A  The Department of Facilities Management is part**
4  **of the Bureau of Asset Management, which Capital**
5  **Planning is also part of, and the Bureau of Asset**
6  **Management is under the Office of the President, so,**
7  **yes, both, Capital Planning and DFM are both under the**
8  **Office of the President.**
9    Q  Is there any other department that's under the
10 Bureau of Asset Management --
11   **A  Yes.**
12   Q  -- other than Capital Planning and Facilities
13 Management?
14   **A  Department of Real Estate, yes.**
15   **Department of Real Estate generated the**
16 **document that you're looking -- likely generated the**
17 **document you're looking for.**
18     **They're the official repository of the**
19 **information about our buildings, their addresses, if you**
20 **look at the left, the property ID numbers, they're the**
21 **ones that generate those, they track the square**
22 **footages.  They are the director -- By ordinance, the**
23 **director of real estate technically owns all of the**
24 **County's buildings.**

---

Page 83

1    Q  Does the Department of Real Estate maintain
2  records in regards to permits for construction and
3  modification of Cook County buildings?
4    MR. DE VORE:  Objection to form.
5    THE WITNESS:  Typically, no, they wouldn't.
6    I can't speak what they did back in '89 or '92.
7  There's been at least one reorganization of the
8  department.  So I don't know where those kind of
9  documents would reside for this building.
10     I know that, typically, those -- those come to
11 Capital Planning now.
12 BY MR. THOMAS MORRISSEY:
13   Q  And as far as Division 9, the permit number --
14   Well, let me ask you a preliminary question.
15     How does Capital Planning -- How does
16 Capital Planning and Policy know when a permit has been
17 issued by the City of Chicago for work to be done?
18   **A  So the typical process in construction projects**
19 **is that the architects will apply for the permit, submit**
20 **it and get it into the system, and then a contractor**
21 **will actually pull the permit because the city asks for**
22 **additional information, they ask for license numbers and**
23 **the documentation of those subcontractors, et cetera,**
24 **they -- the contractor will conduct or ask for**

---

Page 84

1  **inspections from various city inspectors during that**
2  **time, and, typically, the building permit will come to**
3  **the contractor or it will come to either -- to our**
4  **department.**
5    **I can't speak to where the flow of those**
6  **documents were in '88 to '92, but, oftentimes, we get**
7  **the permit forwarded to us by the contractor.**
8    Q  Okay.  So the architect initially makes an
9  application to the city for a permit, is that fair to
10 say?
11   **A  Correct.  That's standard practice, yes.**
12   Q  And then after the bid is released to various
13 contractors, the contractor that's awarded the contract
14 then will make an application, will pull the permit from
15 the City of Chicago for the work?
16   **A  That's typically the case, yes.**
17   Q  And what information would a contractor need to
18 supply to the city in order to pull a permit for, let's
19 say, Division 9?
20   MR. DE VORE:  Objection to form.
21     You can answer.
22   THE WITNESS:  I think I answered that partially in
23 the previous answer, but, typically, there are
24 additional pieces of information that the city requires

---

Page 85

1  like the license numbers of the contractor and, perhaps,
2  subcontractors.
3    So as you put it out to bid, you don't know who
4  is going to construct so the architect doesn't have
5  those numbers yet.  So that's a part of why the
6  contractor will do that.
7    The -- It's often the case that, when they're
8  submitted for permit, the city may have questions or ask
9  for clarifications on things.  The contractor will then
10 relay those questions to the architect and say, hey, can
11 you give us this additional information, we need to
12 respond to permit questions.  The architect will
13 generate a response that will get sent to the city.  The
14 city will then respond, and assuming everything is
15 reviewed as proper, will then turn around and issue the
16 building permit.
17     But there's a period where the city
18 investigates, and the contractor typically will
19 coordinate the answering of questions to the architect,
20 or they may send the questions -- the city may send the
21 questions directly to the architect.
22 BY MR. THOMAS MORRISSEY:
23   Q  What is the effect of a permit being issued by
24 the City of Chicago?

---

Page 86

1    **A   It is an authorization to commence construction.**
2         MR. THOMAS MORRISSEY:  Can we take a five-minute
3    break?
4         MR. DE VORE:  11:20 to come back if that's okay.
5         (Break taken.)
6         MR. THOMAS MORRISSEY:  We're back, Mr. DeVore?
7         MR. DE VORE:  Yep.
8         MR. THOMAS MORRISSEY:  I have no further questions.
9         THE WITNESS:  We'll reserve.
10        MR. THOMAS MORRISSEY:  All right.  Robbin, I know
11   it's Easter weekend --
12        THE REPORTER:  You want it ASAP?
13        MR. DE VORE:  By Friday.  That's what he's saying.
14   I'm not saying that.
15        THE WITNESS:  Are we done?
16        MR. THOMAS MORRISSEY:  We are done.
17        MR. DE VORE:  Yes.
18        THE REPORTER:  I'm off.
19        (Discussion had off the record.)
20        MR. THOMAS MORRISSEY:  How soon can we get it,
21   Robbin?
22        (Discussion had off the record.)
23        MR. DE VORE:  We'll take a copy.
24   (Whereupon, the deposition concluded at 11:24 p.m.)

Page 88

1         Witness my official signature in and for
2    Cook County, Illinois, on this 21st day of April, A.D.,
3    2025.
4
5
6
7
                     _____
                     ROBBIN M. OCHENKOWSKI, C.S.R.
8                    CSR License No. 084-002522
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Page 87

1    STATE OF ILLINOIS   )
                         )
2    COUNTY OF C O O K   )
3
4
5         The within and foregoing deposition of the
6    aforementioned witness was taken before ROBBIN M.
7    OCHENKOWSKI, C.S.R., at the time and date and place
8    aforementioned.
9         There were present during the taking of the
10   deposition the previously named counsel.
11        The said witness was first duly sworn and was then
12   examined upon oral interrogatories; the questions and
13   answers were taken down in shorthand by the undersigned,
14   acting as stenographer; and the within and foregoing is
15   a true, accurate and complete record of all of the
16   questions asked of and answers made by the
17   aforementioned witness, at the time and date and place
18   hereinabove referred to.
19        The signature of the witness was not waived,
20   and the deposition was submitted, pursuant to the Rules
21   of the Supreme Court of Illinois.
22        The undersigned is not interested in the within
23   case, nor of kin or counsel to any of the parties.
24

Page 89

1              WITNESS CERTIFICATION
2
3
4         I hereby certify that I have read the foregoing
5    transcript of my deposition consisting of Pages 1
6    through 89 inclusive.  Subject to the changes set forth
7    on the preceding pages, the foregoing is a true and
8    correct transcript of my deposition taken on the
9    17th day of March, 2025.
10
11
12
13
14
15       _____
                     ERIC DAVIS
16
17
18
19   SUBSCRIBED AND SWORN to
20   before me this _____day
21   of _____, A.D., 2025.
22
23
     _____
24   Notary Public

**ERIC DAVIS**
**April 17, 2025**

Page 1

| A | | | | | |
|---|---|---|---|---|---|
| **A.D** 1:16 | 87:6,8,17 | 12:6,19 | **apologize** | 19:6,12 | 44:13,16 |
| 88:2 89:21 | **agency** 12:7 | 13:22,24 | 7:20 16:13 | 20:10 26:7 | 45:12 46:8 |
| **a.m** 1:16 | 81:18 | 14:15 15:18 | 21:15 | 26:12 32:8 | 47:7,20 |
| 54:10 | **agent** 65:10 | 17:13 18:9 | **appears** | 32:10,24 | 48:6 49:6 |
| **absolute** | 66:8 68:11 | 18:13 20:24 | 51:17 53:6 | 35:7 36:23 | 49:17 57:12 |
| 78:18 | **ago** 6:22 9:14 | 23:15 24:9 | 64:24 67:21 | 38:2 47:9 | 74:17 76:16 |
| **access** 27:16 | 20:2 23:8 | 26:2 30:8 | 67:22 | 47:12 49:9 | 78:12 80:23 |
| 27:16 75:23 | 24:9,15,21 | 32:1,10,11 | **application** | 57:18,20 | **Associates** |
| 75:24 76:8 | 25:19 28:5 | 33:19 35:17 | 84:9,14 | 74:6,18 | 65:11 |
| **accessibility** | 30:2,11,13 | 36:20 37:14 | **apply** 83:19 | 77:17 78:5 | **assume** 63:19 |
| 37:11,17,24 | 32:10,16 | 44:9 45:2 | **approval** | 79:12 80:5 | 67:14 70:15 |
| **account** 8:16 | 33:1,11 | 46:10 47:10 | 4:11 | 81:17 87:16 | **assuming** |
| **accounting** | 34:6 35:2 | 49:10 53:12 | **approximate** | **asking** 10:9 | 85:14 |
| 75:19 | 35:11 46:15 | 55:8 56:13 | 46:19 57:10 | 13:11 15:1 | **attached** 38:8 |
| **accurate** | 56:16 64:2 | 58:2 61:12 | **approxima...** | 16:13 21:17 | 46:17 63:24 |
| 72:11 87:15 | 77:6 80:14 | 68:3 72:21 | 6:6 7:5 | 44:4 50:16 | 64:7,11,13 |
| **acting** 87:14 | **agree** 4:1 | 74:7,19 | 15:24 45:22 | 51:4 55:16 | 64:15 69:6 |
| **action** 16:23 | **agrees** 60:16 | 75:9 76:21 | **April** 1:16 | 61:13,14,16 | 69:17 71:11 |
| **activity** 67:20 | **ahead** 9:20 | 79:24 81:1 | 3:2 4:12 7:6 | 61:16,19 | **attaches** 53:8 |
| **actual** 67:12 | 15:18 54:4 | 84:21,23 | 7:6 8:6 | 78:18 | **attachment** |
| **addition** 48:4 | **aisles** 27:24 | **answered** | 21:11,20 | **asks** 40:4 | 70:1 |
| **additional** | **align** 73:12 | 6:19 17:11 | 88:2 | 83:21 | **attempt** |
| 4:15 46:15 | **allow** 9:10 | 19:12 32:8 | **architect** | **assessed** | 38:24 |
| 48:9 63:1 | 13:3 | 33:1 35:8 | 84:8 85:4 | 20:17 | **attention** 5:4 |
| 67:19 83:22 | **allowed** | 47:9 49:9 | 85:10,12,19 | **Asset** 82:4,5 | **attorney** |
| 84:24 85:11 | 27:23 76:24 | 49:11 74:6 | 85:21 | 82:10 | 16:24 24:1 |
| **address** 5:22 | **alterations** | 74:11,18 | **architects** | **assigned** 76:4 | 25:12 42:14 |
| 17:20 65:9 | 12:24 | 77:16 78:5 | 12:12 58:24 | **assist** 59:16 | 42:17 43:20 |
| **addresses** | **altered** 22:1 | 79:12 84:22 | 65:11 83:19 | **assistance** | **attorney-cl...** |
| 51:19 82:19 | 49:18 | **answering** | **architectural** | 5:16 9:17 | 7:13 8:12 |
| **addressing** | **ancillary** 60:5 | 21:5 85:19 | 58:21 63:8 | 10:15 11:14 | **attorneys** 4:1 |
| 12:17 16:14 | **Anita** 28:7 | **answers** | **archival** 22:4 | 17:3,17,23 | 8:9 41:17 |
| **advance** | 30:3 | 87:13,16 | **archived** 20:6 | 18:4 19:8 | 81:12 |
| 67:18 | **Annette** 28:8 | **Anthony** | **area** 78:21 | 19:23 20:10 | **August** 5:18 |
| **affidavit** 3:20 | 28:9,10,14 | 26:17 28:24 | **argument** | 20:16 21:14 | 10:19 11:10 |
| 53:7,18 | 28:16 29:17 | 29:6,8,11 | 43:18 | 21:24 23:2 | 14:22 15:15 |
| 55:4,5 56:5 | 30:4,12 | 30:22 32:5 | **ARPA** 60:13 | 23:12 24:11 | 18:4 22:2 |
| 57:18 58:10 | 32:22 34:8 | **anybody** 23:5 | **articulated** | 27:13 28:7 | 23:3 29:15 |
| 64:1,8,19 | 35:5 | 25:7 77:9 | 17:12 | 29:13,21,24 | 31:1 34:2 |
| 68:18,19 | **annual** 12:3 | 78:7 | **ASAP** 86:12 | 31:2,18 | 69:3 |
| 70:1,18,21 | 12:11 23:11 | **anyplace** | **asked** 4:14 | 32:19 33:14 | **authorizati...** |
| 72:4 | **answer** 6:5 | 48:11 | 6:19 7:11 | 34:3 35:15 | 86:1 |
| **aforementi...** | 6:20 8:2 | **apologies** | 9:15 10:6 | 36:1,7,17 | **authorized** |
| | 10:21 11:12 | 55:14 | 17:11 18:15 | 37:10 40:15 | 26:6,9 27:5 |

**ERIC DAVIS**
**April 17, 2025**

Page 2

27:10 28:3
**automation** 65:4,21
**Avenue** 2:4
**awarded** 84:13
**aware** 17:1,3 17:5,14,19 20:1 24:6 36:21 38:7 48:10 68:13

**B**
**B** 3:8 23:20
**back** 5:2 11:4 18:20,22 19:1 21:10 23:7 29:16 33:5,7 42:2 42:5 54:5,7 54:8,22 57:17 61:5 68:18 73:2 75:20 76:9 76:12 77:3 83:6 86:4,6
**bad** 8:23
**BAS** 65:4,7
**based** 18:18 37:1 58:3 66:10,24 80:1
**Bates** 39:4 52:1 54:15
**beginning** 68:9
**behalf** 2:7,13 67:10
**believe** 5:9 6:9 7:1,15 10:10 13:12 14:10 20:9 24:18 26:12 26:15 27:2

28:2,3 29:16 30:15 31:10 32:16 33:11 38:6 38:13,15 45:5,13 47:1 48:16 49:13 51:23 55:17,18 65:7 66:3 68:19 70:20 71:13 75:21 77:2
**believed** 31:24
**benefit** 79:20
**Bennett** 40:2 53:8,19 55:9 56:5
**best** 80:17
**bid** 3:13 59:20,22,23 59:24,24 60:2,4 61:9 61:23 63:16 65:9 66:21 68:1,21 69:3,6 84:12 85:3
**bidding** 58:23 60:18
**biddings** 59:15
**bit** 13:6 49:3
**blah** 59:12,12 59:12
**board** 34:9
**BOF** 27:3
**bond** 60:3
**book** 58:7,13 58:16,21 59:4,14,21 61:15,24 62:3,6,10

62:11,17,18 63:17,20 67:21,22
**books** 59:19
**bother** 32:12
**bottom** 52:22 66:3
**box** 63:5
**break** 33:3,4 54:3,6 86:3 86:5
**Bridgeview** 73:21 74:5 74:8,14,20
**brief** 3:19 34:24 35:1 39:21
**briefly** 34:13
**brought** 17:19
**budget** 19:20 23:11 26:15 28:12,14,14 28:17,23 29:3,4,18 30:4 31:6 31:11,15 34:10 45:10 45:20 46:4 57:11
**building** 15:2 15:9 16:3 16:12,19,22 17:21 19:24 20:16,17 21:24 22:5 36:12 38:9 48:9 49:7 49:17 50:7 50:18 53:1 58:15 61:19 63:3 65:4,6 65:7,21 67:22 69:14

83:9 84:2 85:16
**buildings** 14:21,24 15:2,5,7,14 15:21,24,24 16:10,16 18:5 22:6 47:8 48:21 49:23,24 50:3,8,9,12 50:14 63:9 73:8 74:22 74:24 82:19 82:24 83:3
**built** 15:9 69:15 70:9 72:8
**bunch** 50:21 58:14
**Bureau** 17:22 17:23 18:2 19:2,6 24:8 25:9 26:18 49:21 62:13 75:12,17 76:1,15 77:9,14,24 78:8,19 79:7,22 80:15 81:3 82:4,5,10
**business** 12:23 20:20
**busy** 21:7

**C**
**C** 2:1 64:12 64:12 87:2
**C.S.R** 1:13 87:7 88:7
**cabinet** 34:9 45:21,24
**call** 5:4 16:24

66:13
**called** 4:6 40:2 59:23 75:19 76:10
**calls** 7:12 56:11 68:2 76:19 81:8
**Cambridge** 21:8
**campus** 16:1
**Capital** 4:23 5:17,22 9:16 10:15 11:8,22 12:1,4,12 12:24 19:9 19:22 20:15 21:23 23:1 24:10 25:5 25:13,21 26:21,24 27:1,12 29:14,20 30:16 32:18 34:15 36:6 36:18 37:8 37:22 38:10 38:16,22,23 40:11 44:3 44:16 45:12 46:6 47:7 47:19 48:1 48:10 51:5 51:8 52:3 61:8,21 67:1,9 74:2 74:9,16 75:6,13,16 76:17 77:13 78:1,12,23 79:20 80:7 80:22 82:4 82:7,12 83:11,15,16

**care** 47:6,21 48:13
**case** 1:5 8:10 9:9,14,23 16:16,23 17:16 26:11 27:14 35:12 39:11,14,16 40:1 52:1 54:18 55:3 56:5,21 60:19,20 61:13 79:16 84:16 85:7 87:23
**cases** 10:8 54:17
**casual** 45:14 45:15,18,23
**caused** 38:20
**CCH** 50:10
**Cermak** 12:16 19:18 35:20,24 36:7 45:4 48:16 50:15 61:16
**certain** 45:6
**certainly** 52:1 61:5 77:5
**CERTIFIC...** 89:1
**certify** 89:4
**cetera** 83:23
**CFO** 26:16 26:18 28:15 28:24 29:1 34:10 45:21
**chance** 57:6
**changed** 27:18 68:11
**changes** 50:3 89:6

**ERIC DAVIS**
**April 17, 2025**

characteriz...
30:10 33:21
**check** 8:15
19:20 22:10
24:17 74:13
76:3
**checking**
11:3
**Chicago** 2:5
2:11 83:17
84:15 85:24
**chief** 29:5,6
32:12
**choppiness**
13:6
**circumstance**
36:21
**circumstan...**
67:16
**city** 83:17,21
84:1,9,15
84:18,24
85:8,13,14
85:17,20,24
**Civil** 1:14
**clarification**
43:5
**clarifications**
85:9
**clarify** 32:15
41:5,22
75:10
**clear** 30:1
**clinics** 50:21
**collaborative**
12:8
**collection**
63:13
**comb** 74:23
**come** 6:14
75:3 83:10
84:2,3 86:4
**comes** 75:16
**coming** 13:5

**commence**
86:1
**commencing**
1:16
**common** 9:11
**communic...**
30:15
**complete**
13:14 56:18
63:13 87:15
**completed**
20:2 70:23
73:10
**completely**
58:12 63:4
**computer**
9:10
**computeriz...**
27:20
**concluded**
86:24
**conclusion**
38:15 56:12
**conduct** 27:6
51:9 83:24
**conducted**
25:19 26:8
**confirm**
30:23
**confirmed**
34:21 46:18
**confirming**
45:24
**connection**
20:11 24:9
50:22 51:5
**consider** 71:3
71:4
**consistent**
44:14
**consisting**
89:5
**constitute**
59:2

**construct**
48:24 49:1
85:4
**constructed**
15:2,5,21
16:3,19
17:9 18:5
20:17 22:1
47:22 48:14
48:17,19
49:18 51:21
52:24 57:24
58:10 61:20
72:8,16,19
73:21
**construction**
14:21 15:13
16:9 19:23
40:13 47:20
49:6 58:22
58:24 59:2
59:15,18
65:5 67:12
67:16,20
70:19 71:7
74:4,13
83:2,18
86:1
**consulted**
62:13
**contact** 77:23
78:5 81:3
**contacted**
26:17 77:21
79:6
**contest** 42:22
**contesting**
43:1
**context** 43:15
44:19
**continue** 44:6
**continued**
4:12
**contract**

59:17 64:22
65:13,23
66:9,11
67:19 68:7
84:13
**contractor**
59:16 60:16
61:1 83:20
83:24 84:3
84:7,13,17
85:1,6,9,18
**contractors**
12:13 66:21
84:13
**contracts**
67:8
**conversation**
10:22 11:2
32:17 34:7
34:11 44:2
44:23 45:4
45:10,14,18
45:23 46:14
46:17
**conveyed**
30:17
**conveying**
46:18
**Cook** 1:7
3:12,14,17
4:24 5:16
5:22 7:11
8:10 10:15
12:3,11,16
14:21 15:2
15:14 16:19
17:7 23:10
23:11 27:10
27:11 28:7
28:18 29:13
30:5,23
31:11,16
39:10,13
41:17,24,24

42:10,10,11
45:11,19
47:6,17
48:14,19
49:5,7,16
50:1,2,7,12
50:18 51:3
53:5 57:11
57:12 61:22
63:9 66:19
68:20 69:5
69:13,17
72:19 74:2
75:7 79:20
83:3 88:2
**coordinate**
85:19
**copied** 32:21
**copy** 5:8,10
30:19 64:24
69:4,16
86:23
**correct** 24:21
31:12,13,13
32:19 44:20
52:18 55:11
56:2 57:3
65:16,17
67:13 68:22
69:2,4,9,16
69:20 70:19
73:22 79:1
80:15 82:2
84:11 89:8
**Corrections**
3:12,14
12:23 16:1
51:6 68:21
69:6,13,17
**correctly**
44:14 46:2
**correspond...**
7:21 8:12
38:14

**counsel** 1:19
3:22 4:14
6:10,11
9:23 10:6
24:5 25:8
25:11,23
26:12,12
28:6 30:2
30:18 32:16
32:17 33:12
41:13,20
42:13,13
46:14 54:11
55:17 57:20
77:12,22
87:10,23
**county** 1:7
3:12,14,17
4:24 5:16
5:22 7:11
8:10 10:15
12:3,8,11
12:16 14:21
16:19 17:7
17:16 19:24
20:11,16
23:10,11,24
24:13 26:19
26:23 27:3
27:6,10,11
28:7,18
29:13,23
30:5,23
31:11,16
32:13 34:18
36:22 37:15
38:18,19
39:1,10,13
41:24,24
42:6,10,10
42:11,16
45:11,19
47:6,12,17

**ERIC DAVIS**
**April 17, 2025**

Page 4

48:1,14,19
48:21 49:2
49:5,7,16
50:1,2,5,7,9
50:12,18,20
51:3 53:5
57:11,12
61:1,20,22
63:9 65:9
66:19 68:20
69:5,13,17
72:13,19
74:2 75:7
75:18,22
76:11 78:11
79:20 83:3
87:2 88:2
**county's** 26:7
41:17 42:13
51:18 82:24
**county-wide**
61:19
**countywide**
17:9
**couple-hun...**
62:4
**course** 39:7
51:24 54:14
62:24
**court** 1:1
4:11 39:9
87:21
**Courthouse**
73:21 74:5
74:14
**Courts** 1:15
**cover** 64:24
68:15 69:5
69:10 70:21
**craziness**
21:4
**crazy** 20:20
**create** 70:17
**cross-motion**

39:24 41:16
**CSR** 88:8
**current** 28:17
52:21
**currently**
26:17 75:18
**cursorily**
62:3
**cut** 21:15
76:5
**CV** 40:2

———
**D**

**D** 3:1
**Dart** 1:7 40:2
41:17 42:9
53:8,19
**dash** 68:9
**date** 6:17
21:20 58:20
66:4 69:3
69:14 70:8
70:13,15
71:7,9 73:8
81:7 87:7
87:17
**dated** 56:2
67:6
**dates** 70:14
**Davis** 1:12
3:1 4:5,21
11:17 14:15
18:12,13
19:14 22:15
39:1 44:1
53:18 54:22
55:4 75:5
89:15
**day** 1:16 21:7
73:11 88:2
89:9,20
**DE** 2:8,9 4:4
6:3,19 7:12
8:1,11 9:4,7

9:20 10:17
10:20 11:11
12:5,18
13:2,5,9,15
13:18,23
14:6,8,13
14:17 15:16
17:11 18:7
18:14,19
20:19 21:3
23:14 24:23
25:24 30:7
33:9,15,18
35:16 36:19
37:13 39:4
39:7,11,14
39:17 40:6
40:8 43:9
43:13,16
44:8,24
46:9 47:9
49:9,14
51:22 52:5
52:14,17,19
53:10,21
54:1,5,9
55:6,8
56:11,20,23
57:1,19
58:1 61:11
65:14,18
68:2 71:19
71:23 72:20
74:6,18
75:8 76:19
79:2,23
80:20,24
81:8 83:4
84:20 86:4
86:7,13,17
86:23
**deducing**
70:22
**defendant's**

39:23 41:16
**defendants**
1:9 2:13
4:12
**defense** 4:14
6:9,11 9:23
32:17 33:12
**definitive**
32:1 71:3,5
**definitively**
60:18,19
**degree** 21:6
**demolished**
53:1
**department**
3:12,14
5:17,21
10:15 12:1
12:22,22,23
16:1 19:8
19:22 21:23
23:1,3,6,13
25:5,13
29:4,13
30:23 31:17
33:14 34:2
35:14 36:5
36:15 37:8
40:11,14
44:3,16
46:21 47:18
47:24 48:5
49:22 51:6
51:8 62:15
66:7 68:20
69:5,13,17
75:13 76:17
78:12 79:20
82:1,3,9,14
82:15 83:1
83:8 84:4
**departments**
12:9 34:17
44:13 67:11

81:24
**deposit** 65:9
**deposition**
1:12,18
4:11,13
7:16 9:1,6,9
11:3,4 13:9
15:11 16:7
16:18 17:10
43:22 48:3
53:15 62:12
63:21 66:11
77:10,23
79:1 81:7
86:24 87:5
87:10,20
89:5,8
**depositions**
1:15
**deputy** 4:23
**designated**
5:21
**designee**
16:21 27:9
47:17 61:21
74:1 79:18
**desired** 59:16
**destroy** 76:24
**destroyed**
20:7
**detention**
52:23
**determine**
22:5 23:1
23:11 27:11
31:16 34:1
47:5,18
50:19 77:13
78:1,10
**determined**
48:8 49:21
**development**
12:3
**Devore** 6:13

7:10 13:17
18:10,18
26:3 86:6
**DFM** 63:15
82:7
**different**
81:24
**difficult**
54:16
**digits** 68:10
**directed** 24:8
**directly**
25:11 85:21
**director** 4:23
26:15 28:12
28:14,15,17
28:23 29:3
29:3,18
30:4 31:6
31:11,15,15
34:10 45:20
57:11 82:22
82:23
**discovered**
62:23
**discovery**
54:15
**discussed**
7:15,17
10:5 46:16
**Discussion**
86:19,22
**disdain** 79:9
**disinterest**
79:10
**disinterested**
79:11
**disregard**
79:15
**District** 1:1,1
1:14
**division** 1:2
3:12 17:6
19:18,19

ERIC DAVIS
April 17, 2025

| | | | | | |
|---|---|---|---|---|---|
| 35:13,24 | 14:20 15:1 | **e-mailed** 6:9 | 53:18 55:4 | 16:10 | 56:2 72:4 |
| 36:7 39:2 | 15:4,7,8,23 | 6:18 7:4 | 89:15 | **exists** 80:1 | **federal** 1:13 |
| 40:13 44:19 | 16:3,8,18 | **earlier** 7:7 | **estate** 72:12 | **expect** 49:2 | 5:16 9:16 |
| 46:24 50:15 | 17:4,8,17 | 10:2 22:18 | 82:14,15,23 | **expenses** 38:4 | 10:14 18:3 |
| 52:23 57:24 | 17:19,21 | 46:16 48:3 | 83:1 | 38:5 | 19:22 20:15 |
| 58:8,13 | 18:3 20:2,5 | 62:12 64:14 | **et** 83:23 | **experience** | 21:13,24 |
| 61:14,15 | 21:13,21,22 | 65:12 72:1 | **Everybody** | 37:2 | 23:2,12,24 |
| 62:19 63:1 | 22:6,9,15 | 73:13 | 33:7 | **expert** 47:24 | 25:6,14,21 |
| 65:8 67:12 | 23:23 24:1 | **early** 37:6 | **evidence** | 47:24 48:1 | 27:12 28:6 |
| 67:23 68:1 | 24:4 33:13 | **Easter** 86:11 | 40:14 44:7 | **explain** 64:17 | 29:13,24 |
| 68:13,14,21 | 48:11 54:14 | **EASTERN** | 44:12 57:23 | 64:21,22 | 31:1,17 |
| 69:6,14,15 | 58:23 59:1 | 1:2 | **exact** 54:12 | **extent** 7:12 | 32:19 33:13 |
| 70:9,19 | 59:2,22 | **easy** 14:17 | **Examination** | 8:2,11 9:17 | 34:3,18 |
| 71:7 72:8 | 60:2,4,6,7 | **EBS** 75:19 | 3:4 4:17 | 54:13 | 35:14,24 |
| 72:16,19 | 61:9,23 | **edit** 76:7 | **examined** 4:7 | **extremely** | 36:6,10,16 |
| 75:1,1,2,2 | 62:24 63:1 | **Edwards** | 87:12 | 21:7 | 36:22 37:2 |
| 83:13 84:19 | 63:16 64:22 | 76:10,11 | **example** 50:1 | | 37:10,17,23 |
| **DOC** 52:23 | 72:18 80:3 | **effect** 85:23 | 59:6 | **F** | 38:7,16 |
| **document** | 83:9 84:6 | **effort** 21:21 | **execute** 12:9 | **facilities** 13:1 | 39:9 40:14 |
| 3:16 40:4,4 | **doing** 20:21 | 34:1 | **executes** 12:7 | 47:6 48:13 | 44:13 45:12 |
| 40:22 41:6 | 50:24 | **eighties** 37:6 | **executing** | 48:18,20,23 | 46:7 47:6 |
| 44:4 51:16 | **door** 59:7,11 | **either** 7:16 | 76:2 | 48:24 50:21 | 47:20 49:5 |
| 51:23 52:3 | **doors** 59:8,9 | 20:6 34:7 | **exhibit** 3:10 | 51:20 82:1 | 49:17,22 |
| 52:6,10,12 | **dormitory** | 35:19,19,23 | 3:12,14,15 | 82:3,12 | 57:12 60:15 |
| 53:9 55:2 | 65:8 | 44:7,12 | 3:16,17,18 | **facility** 47:21 | 60:18,22 |
| 55:22 58:4 | **dozen** 50:20 | 84:3 | 3:20 5:1,8 | 48:16 50:16 | 61:1,10 |
| 59:20 60:15 | **dozens** 15:7 | **elements** | 5:10 39:6 | 50:17 51:7 | 62:1,6,11 |
| 62:4 66:11 | 74:21,21 | 26:22 29:23 | 39:21 40:6 | 52:24 62:8 | 62:15 74:3 |
| 66:13 68:20 | **drafting** 55:5 | 59:5 | 40:7 51:14 | 63:7 65:8 | 74:17 76:16 |
| 68:21 69:12 | **drawing** 59:6 | **Emmett** 4:21 | 52:14,15 | **fact** 50:9 | 77:14 78:2 |
| 70:21 71:1 | **drawings** | **employees** | 53:9,21 | **fair** 25:18 | 78:11 79:19 |
| 71:6,12,15 | 59:6,7,9,24 | 22:24 36:17 | 56:20,22 | 35:2 56:7 | 80:23 |
| 71:17 72:1 | 60:5 62:7,8 | 36:23 37:4 | 57:6 64:10 | 63:10 66:21 | **federally** |
| 72:3 82:16 | 63:8,8,14 | 37:11,17,24 | 64:12,12,19 | 75:5 78:24 | 36:16 |
| 82:17 | **duly** 4:6 | **ended** 76:16 | 65:14,15 | 79:6 84:9 | **feel** 20:12 |
| **documenta...** | 87:11 | **engage** 12:12 | 69:7,18 | **falls** 38:1 | 77:18 79:12 |
| 15:20 58:14 | | **England** 21:7 | 70:2,4,6,24 | **familiar** 52:7 | **feet** 52:24 |
| 60:14 63:13 | **E** | **enlarge** 73:3 | 71:1,12,13 | 52:13 56:15 | **fields** 76:1 |
| 83:23 | **E** 2:1,1,9 3:1 | **entire** 40:22 | 71:18,22 | 56:16,16 | **filed** 3:19 |
| **documents** | 3:8 | **entirely** 62:9 | 73:2,15,17 | **far** 25:19 | 39:9,12,15 |
| 6:15 8:8 9:3 | **e-mail** 6:14 | **entities** 12:16 | **exhibits** 3:22 | 29:16 34:19 | 39:21 55:2 |
| 9:15,18,22 | 8:15 9:2 | 24:12 50:1 | 54:11,17 | 57:17 78:17 | **filing** 39:1 |
| 10:12 11:8 | 30:19 32:21 | **Eric** 1:12 3:1 | 63:24 | 83:13 | **fill** 53:7 57:18 |
| 11:13,22 | 54:11 | 4:5,21 | **existing** | **February** | 57:20 60:16 |

61:2
**final** 55:23
**finance** 17:22
  17:24 18:3
  19:2,7 24:8
  25:9 26:18
  38:3 49:21
  51:7 62:13
  75:12,17
  76:1,6,15
  77:2,9,15
  77:24 78:8
  78:19 79:7
  79:22 80:15
  81:3,3
**finance's**
  77:4
**financial** 5:16
  9:17 10:14
  11:14 17:2
  17:2,16,23
  19:8,23
  20:5,10,16
  21:13,24
  23:2,12
  24:11 26:7
  26:8 27:6
  27:11,13,15
  27:18 28:1
  28:6 29:5,6
  29:13,20,24
  31:2,17
  32:19 33:13
  34:3 35:24
  36:6,17
  37:10 40:14
  44:13,16
  45:12,19
  46:7 47:7
  47:19,20
  48:5 49:6
  49:17 57:11
  74:17 76:16
  78:11 80:23

**financing**
  25:14
**find** 26:21
  30:16 34:14
  44:15 48:9
  58:9,16
  63:1,6
**Firm** 6:13
**first** 3:9 4:6
  4:19 7:9
  28:20,22
  65:1 69:5
  87:11
**five** 24:21
  56:16 64:2
  68:10
**five-minute**
  33:3 54:3
  86:2
**flew** 8:4
**flipping**
  27:24
**floor** 22:5
**flow** 84:5
**focused** 21:7
**following**
  1:19
**follows** 4:8
**footages**
  82:22
**foregoing**
  87:5,14
  89:4,7
**form** 10:20
  11:11 12:5
  12:18 13:2
  13:23 14:12
  15:16 18:18
  18:19 21:2
  23:14 24:23
  25:24 30:7
  33:18 35:16
  36:19 37:13
  40:8 44:8

44:24 46:9
  46:9 52:5
  55:6 56:11
  57:19 58:1
  59:4 61:11
  72:20 75:8
  76:19 79:23
  80:20,24
  81:8 83:4
  84:20
**format** 65:2
**former** 22:24
**forms** 60:3,3
  60:16,20
  61:2
**forth** 89:6
**forwarded**
  84:7
**found** 34:17
  58:8,19
**four** 32:16
  34:6 35:2
  46:15 80:14
**four-digit**
  68:9
**frame** 13:2
  13:23
**Friday** 86:13
**front** 6:15
**full** 4:19,21
**functions**
  38:20
**funded** 60:18
**funding**
  34:19 36:10
  37:3,16
  38:16,19
  60:7,8,15
  60:23 61:10
  62:1,6,11
  62:15 75:6
  75:11 77:14
  77:14 78:2
**fundings**

49:22
**funds** 23:24
  25:6,21
  26:21 36:17
  38:10 60:22
  61:1,3,4
  74:3 76:3
  79:19 80:7
  80:7,10
**further** 40:21
  51:9 86:8

_____
**G**
**G** 2:3,3
**game** 9:11
**general** 20:10
  65:3,5,20
  67:17 77:3
**generally**
  59:14 60:5
  60:11 63:11
  63:14,15
**generate**
  82:21 85:13
**generated**
  82:15,16
**getting** 21:6
  31:20
**gist** 34:13
**give** 53:23
  85:11
**gives** 65:8
**giving** 37:3
**go** 9:20 11:1
  15:18 22:10
  22:12 32:8
  42:2,5
  44:17 48:6
  51:12 54:4
  56:8,9 60:4
  64:4 68:18
  73:2,15,20
  75:12,13,20
  76:12

**goes** 76:9
**going** 4:16
  5:1,4 7:10
  9:7,9 16:2
  28:19 33:2
  39:3,20,21
  40:3,21
  41:3 43:2
  48:22 54:2
  60:8 81:16
  85:4
**gotten** 38:23
**grants** 37:2
  60:13,13
**group** 39:21
  64:19 70:6
  71:1,21
**groups** 12:15
**Guzman** 28:7
  28:8,9 30:3
  30:4 32:18
  33:12 34:1
  34:23 35:2
  35:13 44:23

_____
**H**
**H** 3:8
**half** 22:16,22
  50:20
**happen** 7:8
**happened**
  15:8 48:7
  63:6 67:13
  81:14
**hard** 10:9
**head** 26:18
  55:14
**health** 47:5
  47:21 48:13
  48:16 50:1
  50:2,3,6,8
  50:15,17
**hear** 13:11
  21:18

**heard** 30:2
  65:10
**helpful** 71:4
**hereinabove**
  87:18
**hereto** 69:18
**hey** 32:9
  85:10
**Hold** 14:10
  14:10 55:13
**hope** 14:8
**hospital** 50:8
**hospitals**
  50:20
**hour** 22:16
  22:22
**hundred** 45:5
**hundreds**
  48:21,22
**hurry** 56:10

_____
**I**
**ID** 51:18
  82:20
**idea** 23:20
  81:10,20
**Illinois** 1:1,8
  2:5,11 87:1
  87:21 88:2
**imagine** 37:1
**implement...**
  12:3,11
**Improveme...**
  12:4,12
**include** 54:17
  60:14,24
**including**
  59:2
**inclusive** 89:6
**independent**
  25:20 27:6
**indexing** 66:7
**indicate** 66:1
  66:9

**ERIC DAVIS**
**April 17, 2025**

Page 7

indicated
  19:7
indicates
  66:2
indicating
  55:1
infer 66:2
information
  8:12 10:7
  10:10 25:10
  26:10 29:8
  29:12 44:15
  46:15 52:7
  52:13,20,23
  53:3 54:17
  58:9 61:15
  62:14 75:24
  76:6 79:18
  79:21 80:4
  80:13,17
  82:19 83:22
  84:17,24
  85:11
initially 84:8
inquiries
  81:11
inquiry 18:2
  19:4 36:12
  36:13 38:3
inspections
  84:1
inspectors
  84:1
instance
  67:23
interested
  87:22
interrogato...
  4:7 87:12
interrupt
  13:7
interrupted
  13:17
investigate

15:17 20:14
  26:7,9
  37:21 50:11
  50:22 61:7
  61:22
investigated
  22:4 29:17
  32:1 49:21
investigates
  85:18
investigation
  10:13,23
  25:20 26:8
  27:6 28:4
  47:5,18
  51:9 77:8
  77:24 78:9
involving
  35:12
irrelevant 8:1
issue 13:9
  17:20 46:20
  58:23,24
  59:22,23,23
  59:24 60:1
  67:17 85:15
issued 65:10
  67:8,9,10
  81:6 83:17
  85:23
_____
          J
jail 17:7
  50:23 51:3
  65:5
January
  72:23 73:8
JASON 2:9
JD 76:10,11
jdevore@d...
  2:12
jjohnson@...
  2:12
JOHNSON

2:9 33:8
JORI 2:9
judge 41:7,12
judge's 43:19
judgment
  39:24 40:1
  41:17
June 66:5
  67:6,13
  68:1
_____
          K
K 87:2
K-a 31:5
K-a-n-a-k-o
  31:8
Kanako
  28:20,22
  29:3 31:5,8
Kanook 31:4
KAVARIAN
  1:4
keep 22:9
  41:3 56:18
  77:3
keeps 62:8
  63:8
kin 87:23
kind 27:3
  28:3 59:11
  59:13 63:22
  72:22 83:8
knew 61:4
know 6:13
  7:4 10:8,23
  15:6 16:12
  16:14 18:7
  19:15 20:3
  20:4,6,11
  23:5,8,16
  23:17 24:13
  25:1 26:24
  27:17,21,24
  30:20,20

32:9,11
  33:24 34:16
  34:23 35:6
  35:9 36:24
  37:4,5,8,15
  37:18,20
  38:4,17,18
  38:18 42:13
  42:18 43:23
  49:5 50:2,3
  50:8 51:10
  52:6,8
  54:12 57:16
  57:17 58:19
  59:7,11,12
  60:19,21,23
  62:7 63:3,5
  63:21 68:12
  70:12,12,13
  72:22 73:11
  75:10,15
  76:24 77:1
  77:4 78:14
  80:11 81:11
  81:12,13,14
  83:8,10,16
  85:3 86:10
knowing
  78:20,22
knowledge
  34:1,5
  66:24 78:7
_____
          L
language
  41:8
late 8:22 37:5
law 6:13
  23:10,17
  39:23
lawsuit 50:23
lawyer 7:10
leaving 8:8
  11:6 14:19

15:12
left 7:16
  10:12 30:12
  82:20
legal 51:11
  56:11
let's 22:19
  30:1 37:11
  42:20 43:8
  84:18
letter 31:20
  65:2
library 23:10
  23:18
license 83:22
  85:1 88:8
light 60:12
limit 21:1
  26:3
limited 35:23
  36:5,12
  38:4 51:3
  75:23 76:8
Line 68:19
lines 73:20
list 3:17 53:5
  54:11 74:21
  74:24
listening 26:5
listing 51:17
  69:3
lists 69:13,14
litigation
  39:8 51:24
  53:11
little 6:21
  13:6
LLC 2:8
long 22:14
  24:24 33:1
  75:22
look 9:2,10
  11:1 15:6,8
  15:13,16,23

16:8,18
  17:5,8 20:4
  21:21 22:12
  23:10,19
  24:3 40:4
  42:9 48:8
  51:2 53:14
  54:13 63:24
  69:22,23
  70:1 74:1,3
  75:1,2 76:6
  78:19 82:20
look-up 9:11
looked 15:4
  15:20 16:2
  24:15 26:20
  33:12 35:6
  35:13 37:1
  38:12 57:8
  58:12 62:3
  68:23 69:9
  69:10 71:11
  72:3 78:17
  78:21 80:2
looking 5:15
  22:14 23:21
  62:24 65:15
  72:1 82:16
  82:17
looks 52:7,13
  54:10 56:1
  56:15,16
  57:3 58:4
  71:24
lot 14:13
  19:15 73:7
lots 15:23
  16:1,14,16
love 31:20
_____
          M
M 1:13 87:6
  88:7
M-u-s-s-e-l...

**ERIC DAVIS**
**April 17, 2025**

31:9
**main** 67:18
**maintain**
83:1
**making** 41:12
**management**
29:4 62:8
63:7 82:1,3
82:4,6,10
82:13
**manual** 27:21
66:17
**map** 3:14
69:13,17,22
69:23 70:2
71:6 73:13
**March** 5:18
8:5 10:13
10:19 11:7
11:9,21
14:19,22
15:12,15
16:7,20
21:14 22:1
23:3 25:16
29:14 30:24
39:22 55:3
79:1,4,8
89:9
**mark** 53:18
**marked**
52:14,15
56:20
**married**
28:21
**materials**
58:12
**matter** 7:21
17:19 19:6
19:13,14
20:11 24:9
24:15 31:24
35:7 45:18
46:16 51:6

78:15,21
80:5
**mean** 21:3
28:2 35:10
36:23 43:13
45:15,17
50:14 59:10
60:11
**means** 15:17
**meet** 45:22
**meeting**
45:24 46:2
**member** 34:9
**members**
45:21
**Memorand...**
39:23
**memory**
38:24 40:5
43:6 44:1,4
**mention**
61:24 62:2
62:10
**mentioned**
6:1 45:20
48:3,6
59:21 62:12
63:7 65:1
67:1 68:10
70:10 80:1
**middle** 21:16
**mind** 32:24
35:10
**minutes** 4:15
**mischaract...**
30:14
**mischaract...**
6:3 44:24
**mispronou...**
28:19
**misreprese...**
25:24
**mistaken**
28:2

**modification**
14:21 15:20
16:9 19:24
47:21 49:7
83:3
**modificatio...**
13:1 15:14
47:8
**modified**
16:19 17:9
18:6 20:17
22:1 47:22
48:14,18,23
49:18 61:20
**moment**
53:20,24
54:2 56:6
**Monday** 6:22
6:24 7:3
**money** 30:16
36:22 37:23
38:7,23
51:8 75:15
**monies** 38:18
74:10 75:12
75:13
**Monroe** 2:10
**month** 5:14
6:1 30:23
31:14
**months** 9:14
**morning** 8:22
64:14
**Morrissey**
2:3,3,4 3:5
4:3,10,18
6:7,23 7:22
8:7,18 9:5
9:13,21
10:18 11:5
11:16 12:10
12:21 13:3
13:8,10,13
13:16,21

14:14,18
16:5 18:1
18:10,17,20
18:24 19:10
20:23 21:1
21:9 23:22
25:3 26:3
27:8 30:21
33:2,5,7,10
33:16,23
35:22 37:7
37:19 39:5
39:9,12,15
39:19 40:7
40:9 43:24
44:18 45:8
46:22 47:14
49:12,15
52:2,15,18
53:4,17,23
54:2,4,7,20
54:21 55:10
56:17,22,24
57:5,22
58:5 61:18
65:17,19
68:17 71:21
72:2 73:1
74:12 75:4
75:14 77:7
79:3 80:12
80:21 81:4
81:22 83:12
85:22 86:2
86:6,8,10
86:16,20
**Motion** 40:1
**multiple** 10:8
**Musselwhite**
28:21,21
31:15,22

___
**N**
___
**N** 2:1 3:1

**name** 4:19,20
4:21 28:19
28:20,21,21
28:22 31:9
**named** 87:10
**names** 51:19
**narrow** 11:19
15:10 49:3
**narrower**
11:17
**necessary**
61:2
**need** 18:22
20:12 51:11
56:10 75:10
77:18 79:13
84:17 85:11
**needs** 9:9
12:17
**never** 25:19
79:6
**new** 48:24
73:11
**nine-digit**
68:8
**nineties** 37:6
**normally**
8:24
**NORTHE...**
1:1
**Notary** 89:24
**notation**
73:12
**notations**
70:13
**note** 44:11
49:24 52:22
67:15 68:6
73:7
**notes** 45:9,13
65:3
**notice** 3:11
5:2,2,19 6:2
6:8,18 7:3,3

7:5 64:15
77:12,23
78:8 79:8
81:5
**notification**
62:5 78:24
**notifications**
60:24
**notified** 7:9
**noting** 52:9
**number** 5:5,5
5:15 7:11
15:12 16:21
31:23 32:4
32:6 39:4
53:22 63:16
63:18,23
64:10 65:13
65:23 66:9
67:4,23
68:9,19
69:12 77:22
79:7,18
83:13
**numbered**
54:16 63:17
68:14
**numbering**
67:2,11
**numbers**
51:18 68:7
82:20 83:22
85:1,5

___
**O**
___
**O** 87:2,2
**o'clock** 4:14
**object** 24:23
30:9 42:22
54:13
**objection** 6:3
6:19 7:12
8:1,11 9:4,7
9:8 10:17

**ERIC DAVIS**
**April 17, 2025**

10:20 11:11
12:5,18
13:2,23
14:6,12
15:16 17:11
18:7,17,19
20:19 21:2
23:14 25:24
30:7 33:15
33:18 35:16
36:19 37:13
40:8 44:8
44:24 46:9
46:9 47:9
49:9 51:22
52:5 53:10
55:6 56:11
57:19 58:1
61:11 68:2
72:20 74:6
74:18 75:8
76:19 79:2
79:23 80:20
80:24 81:8
83:4 84:20
**objectiona...**
18:16
**objections**
26:4
**Obviously**
39:15
**occurred**
23:19 68:1
**OCHENK...**
1:13 87:7
88:7
**offer** 18:11
18:11
**offhand** 5:11
7:20 15:22
16:15 17:14
25:2 27:4
30:20 34:4
**offhanded**

46:1
**office** 8:19
9:1 29:5
40:12 55:15
65:10 67:2
67:9,10
82:2,6,8
**officer** 29:6,7
32:12 45:19
**official** 45:11
46:4 82:18
88:1
**officials**
80:15
**oftentimes**
84:6
**Oh** 15:1
42:11
**okay** 6:11 7:9
7:23 8:21
9:2,22 11:6
11:20 18:2
18:20 21:19
22:17 33:24
36:13 39:17
39:20 40:17
40:19,20,23
41:2,3,22
41:23 42:5
42:20 43:3
43:13,13
44:5,7,7,10
44:21 51:13
51:15 53:18
54:1,20
55:21 56:3
56:4,8,9,19
57:2 64:4
65:18 70:24
71:11,23
72:3,11,15
72:18 73:2
73:19 75:15
77:20 81:23

84:8 86:4
**old** 22:9
27:19 52:11
52:20
**older** 53:2
**once** 27:18
**ones** 82:21
**opened** 70:13
70:16,23
**operational**
38:4
**opportunity**
56:14
**Oracle** 75:18
75:19,21
**oral** 4:7 87:12
**order** 16:20
84:18
**orders** 76:5
**ordinance**
82:22
**organizatio...**
81:23
**outside** 9:8
25:23 53:10
**outstanding**
9:14
**oversaw** 11:9
**overseeing**
12:2 40:12
**owned** 47:8
48:13 49:7
49:24 50:2
50:9,10,12
50:18 63:9
**owns** 82:23

————————
**P**

**P** 2:1,1
**p.m** 86:24
**package**
67:17
**page** 40:3,10
40:17 55:23

56:8 62:4
64:17,21
65:15 66:3
68:18,19
69:5 70:21
71:19,21
73:18
**pages** 89:5,7
**pandemic**
24:18
**paragraph**
41:9,18
42:21 44:11
45:7
**part** 41:6,7
41:12,13,14
42:12 59:17
59:21 66:6
72:7,15
82:1,3,5
85:5
**partially**
84:22
**particular**
16:23 46:20
**parties** 87:23
**parts** 81:17
**party** 41:18
**PATRICK**
2:4
**people** 26:11
38:14 57:11
66:16
**percent** 45:6
**percentages**
52:10
**perform**
12:13
**period** 7:23
10:24 11:15
14:22 15:5
15:9,21
16:4,10
17:3,21

18:4 19:9
19:20 20:18
21:12 23:6
24:11 25:22
26:22 27:17
29:18,21,24
30:17,24
33:17 34:19
36:10,14
37:16,20
38:9 48:14
48:17,19
49:1,2,23
50:12 51:9
61:7,22
62:16 74:10
76:18 77:15
78:10,18
80:8,18
85:17
**periodically**
34:10
**permit** 83:13
83:16,19,21
84:2,7,9,14
84:18 85:8
85:12,16,23
**permits** 83:2
**person** 23:8
**personal**
33:24 34:5
**pertaining**
1:15
**phrased** 26:6
79:14
**pieces** 84:24
**place** 87:7,17
**placeholders**
73:9
**plaintiff** 1:5
2:7 40:13
44:12
**plaintiff's**
40:1 41:13

**plan** 12:4,8
12:12,23
**planning**
4:23 5:17
5:22 9:16
10:16 11:8
11:22 12:1
12:24 19:9
19:22,23
20:15 21:23
23:1 24:10
25:5,13,21
26:21,24
27:1,12
29:14,20
30:16,24
32:18 34:15
35:14 36:6
36:15,18
37:9,22
38:10,16,22
38:23 40:11
44:3 45:12
46:6 47:19
48:1,10
51:5,8 52:3
61:8,21
67:1,9 74:2
74:9,16
75:6,13,16
76:17 77:13
78:1,12,23
79:21 80:7
80:22 82:5
82:7,12
83:11,15,16
**plans** 59:3
**point** 9:18
34:12 48:12
51:19 76:23
**policy** 4:24
5:17,22
9:16 10:16
11:9,22

**ERIC DAVIS**
**April 17, 2025**

12:2,24
20:15 21:14
21:23 23:1
24:10 25:5
25:14,21
29:14 30:24
35:14 36:6
36:16,18
37:9,22
40:11 44:3
46:7 47:19
52:4 61:8
61:22 74:2
74:16 75:6
75:16 76:17
77:13 78:1
78:13 79:21
80:22 83:16
**position** 4:22
**possession**
72:18
**possible**
45:10
**post-pande...**
60:23
**post-recessi...**
60:23
**postgraduate**
21:6
**potential**
45:10
**practice**
63:19,22
84:11
**preceding**
89:7
**precise** 5:3
**preliminary**
11:24 83:14
**preparation**
15:11 16:17
17:10 53:14
66:10 77:9
**prepared**

46:5,11
52:3 55:17
63:12
**preparing**
16:6 63:20
**present** 1:18
12:23 87:9
**President**
82:6,8
**president's**
34:9 45:21
82:2
**Preston** 40:2
**Preston-Be...**
55:3
**pretty** 55:18
**previous**
42:21 75:21
84:23
**previously**
71:17 77:18
87:10
**prior** 5:13 6:3
7:2 8:8 11:2
11:6 14:19
15:12 16:7
19:5,13
20:11 45:1
67:20 76:10
80:5
**privilege** 7:13
8:12
**probably**
8:14 58:18
63:23 65:5
71:4 72:17
**problem** 21:5
**procedural**
81:13
**Procedure**
1:14
**proceed** 4:16
**process** 83:18
**procured**

60:10
**procurement**
67:2,8,10
**produced**
39:7 51:24
54:14 81:6
**product** 7:13
**production**
9:13 10:6
**project** 20:2
38:5 46:20
46:21,23
60:8,17
62:1 63:18
65:4 66:16
76:4
**projects** 11:8
15:13 16:2
16:9 34:20
47:7 48:22
76:2 83:18
**proper** 76:4
85:15
**properties**
51:18
**property**
3:17 51:18
51:19 53:5
82:20
**provide**
57:23 60:20
**provided** 8:8
24:1 27:4
32:1 59:15
62:14 79:19
80:23
**providing**
24:5
**Public** 89:24
**pull** 53:20
83:21 84:14
84:18
**pulled** 58:15
**purchase**

76:5
**purchasing**
65:10 66:8
68:11
**purpose** 13:7
18:11
**purposes**
75:19 80:10
**pursuant**
1:13 87:20
**put** 35:11
51:22 57:8
58:9 60:21
61:4,8 85:3
**putting** 42:18
**pwm@mor...**
2:6

---

**Q**

**quarterly**
45:22
**question** 10:2
11:6,17,19
11:23,24
13:4,11,20
13:22 14:15
15:10 16:6
17:2,15,15
18:15,21
19:2,3,6,12
20:9,12
21:16 24:7
26:6,23
29:10 32:8
32:24 35:8
35:8 38:1,8
38:21 47:11
48:22 49:3
51:4,11
77:17,20
79:9,12,14
80:5 81:2
81:17,23
83:14

**Questioned**
14:4
**questions**
9:12,20
10:6 21:3
49:16 78:16
78:19 85:8
85:10,12,19
85:20,21
86:8 87:12
87:16

---

**R**

**R** 2:1
**Radunsky**
2:8 6:13
7:10
**random** 62:9
63:4
**randomly**
58:13,15
**range** 25:2
**reaction**
29:19
**read** 13:20
14:4 18:20
18:22,24
19:3 40:17
40:20,21
41:6 43:14
56:6,14
89:4
**reading** 41:4
41:5,14
42:18 43:21
44:6,10,14
45:7
**real** 72:12
82:14,15,23
83:1
**really** 23:20
76:9,12
**reasonable**
21:3

**recall** 6:17
7:8,20 8:16
9:24 10:3,5
15:21 25:2
25:15,17
27:4 28:5
32:23 35:4
37:6 38:21
38:22 46:16
55:5,16
56:4
**receipt** 5:16
10:14 23:24
29:9,12
**receive** 5:10
6:8 24:10
31:1 37:16
38:10 48:5
49:16,22
**received** 5:8
6:2 7:5,7
9:24 19:22
20:15 23:2
23:12 25:5
25:14,21
27:12 29:23
31:17 34:3
34:18 35:14
35:24 36:6
36:16,22
37:10,23
44:13,16
45:12 46:3
47:6,19
49:5 54:10
62:15 74:4
74:17 77:12
77:14,21
78:11,24
80:10,14
**receives** 61:1
75:6
**receiving**
17:16 21:23

**ERIC DAVIS**
**April 17, 2025**

32:18 40:14
46:7,7 79:8
**recipient**
78:2
**recognize**
51:16
**recollection**
16:22 19:5
24:7 25:8
26:23 33:22
34:13,21
35:1 36:9
38:9,11
45:23 46:13
46:19 48:4
58:11 62:13
77:17 78:4
80:6,16
**record** 19:8
33:5 54:7
63:8 72:12
77:1 86:19
86:22 87:15
**records** 19:20
23:11 24:6
26:7,8 27:7
27:11,15,19
27:21,22
28:1 30:5
48:7,9
74:23 75:20
76:15,23
77:1,4 78:9
83:2
**refer** 6:11
66:16
**reference**
54:16 73:10
**REFEREN...**
3:9
**referred** 59:5
70:22 87:18
**referring**
6:12 16:15

16:17 19:14
24:14 25:18
46:23 62:17
62:18 68:22
70:24
**reflect** 71:6,7
**reflects** 79:9
**refresh** 38:24
44:1
**refreshes**
40:5 43:6
44:4
**regarding**
11:14 51:6
51:23
**regards** 9:15
10:14 11:8
14:20 16:9
18:3,3,5
21:13,22
23:23 25:12
28:6 29:9
29:12 31:23
32:4,5,5,18
33:13 36:13
37:11,24
39:1,2 43:6
45:9,18
46:6 53:8
57:23 61:9
61:24 63:9
70:19 72:7
72:16 74:13
77:22 79:7
79:19 83:2
**related** 10:4
15:7,8,20
15:23 16:3
17:1 26:24
54:18
**relating** 15:5
**relation**
61:16,17
**relationship**

50:5
**relative** 37:17
61:14,14
**relay** 85:10
**relayed** 25:9
46:14
**released**
84:12
**relevant**
33:14
**relied** 25:22
70:18,20
72:7
**rely** 72:15
**remember**
5:11 7:1
10:9 15:4,8
16:15 19:16
19:19 24:2
24:4,5 35:5
35:20 57:15
62:2,5,10
**rememberi...**
46:2
**remotely** 4:2
4:8
**renovate**
48:24
**reorganizat...**
83:7
**repeat** 13:16
14:1
**rephrase**
11:23 21:18
29:10 36:4
47:16
**REPORTER**
4:1,9 13:12
14:3,10
33:6 86:12
86:18
**repository**
82:18
**represent**

70:14
**representing**
8:9 42:14
42:15
**request** 9:14
33:12 36:9
38:6 74:9
**required** 18:8
22:9 77:3
**requirement**
61:9
**requirements**
20:7 77:1
**requires**
84:24
**reserve** 86:9
**reside** 83:9
**respond** 7:14
8:13 81:11
85:12,14
**responded**
26:13
**response** 27:3
29:19 39:24
85:13
**responsibili...**
12:2
**responsible**
40:12
**rest** 35:11
**retained** 3:22
**retention**
77:2
**retired** 23:8
**returned** 8:5
8:5
**review** 11:7
11:13,21
14:20 22:11
23:23 27:11
45:9 57:6
**reviewed**
9:18 15:1
21:12,21

55:18 63:20
85:15
**revisited**
78:16
**ridiculous**
75:3
**right** 5:15
6:24 28:10
28:11 32:20
40:10 41:11
42:11 43:1
52:9 55:20
57:2,3,3
64:14 73:5
73:14 79:5
84:10
**Robbin** 1:13
13:10,11
14:1 18:24
86:10,21
87:6 88:7
**ROGERS** 1:4
**room** 46:1
**Rule** 3:11
4:10 5:2,19
6:18 77:23
**Rules** 1:14
87:20
**ruling** 41:13
43:19

————————
**S**
————————
**S** 2:1 3:8
**satellite**
50:21
**saw** 65:12
**saying** 18:15
42:21,23,24
44:15 59:9
86:13,14
**says** 38:14
42:9 44:12
52:9 59:6
65:9,20

67:5 71:10
72:10 73:3
73:11
**scent** 79:9
**schedule** 7:17
**scheduled**
4:13
**scope** 9:8
53:10,10
**screen** 5:6
10:3 40:20
42:19 57:8
70:4 72:23
**scroll** 40:21
64:3
**scrolling**
56:18
**search** 23:17
**second** 55:13
**section** 59:8
**secure** 27:16
**see** 5:6,18,20
9:2 19:21
21:22 22:10
22:19 34:10
35:13 40:5
40:10,16
42:20 43:6
43:8 48:6
50:11 54:24
64:6,10
65:20 70:2
71:15 73:20
74:3,21
76:12 80:2
**seeing** 62:2,5
62:10
**seeks** 8:11
**seen** 38:13
39:18
**send** 43:22
85:20,20
**sent** 8:17 9:3
9:22 85:13

**ERIC DAVIS**
**April 17, 2025**

September 5:3,3 78:9 81:6
sequentially 67:3
served 5:2
Services 29:4 48:16
set 59:1 63:14 89:6
seven 77:3
she'll 31:20
Sheila 70:11
sheriff 1:7 8:10 12:16 39:2,10,12 42:1,3,6,7,8 42:10,16 81:16
sheriff's 23:24 40:12 41:20 42:12
Shoot 69:24
shorthand 87:13
show 5:1 39:3 39:21
showed 71:18
showing 43:4 51:14 55:2 55:22 64:7 64:14 66:3 73:13
shows 72:23
sign 59:17
signal 18:12 18:14
signature 55:20,24 87:19 88:1
signed 55:19
simply 46:18 73:9
Sir 4:19

site 67:17
sitting 63:4
size 59:11
small 72:23
solely 12:9 62:21
somebody 24:21 44:2 70:12,16 81:19
somebody's 43:18
soon 11:15 31:21 86:20
sorry 5:5 8:22 11:18 13:5,15,18 14:1,9 22:19 45:16 47:4 55:15 66:8 69:23 69:24 73:17
sound 30:10
sounds 28:10 56:15 57:2 79:5
source 80:17
South 2:4
speak 23:9 24:12 25:4 25:12 29:22 83:6 84:5
spec 58:7,13 58:16,21 59:21 61:15 62:3,6,10 62:11,17,18 63:17,20 65:7 67:21 67:22 68:12 68:13 71:4
specific 6:14 35:12 36:12 37:3 38:6

51:5 74:20 75:24 77:20
specifically 16:8 34:8 74:8
specification 59:13,14,19 61:24 68:21 71:1
specificatio... 3:13 59:3,4 59:7 60:1 60:14 65:1 66:14,15,17 66:18 69:6
specify 60:7
specs 58:18 60:5 65:2
speculating 68:4
speculation 68:2,16 76:20 81:9
spell 31:7
spelled 31:10
spend 22:14
spent 22:22
spoke 24:21 25:7,8,10 25:11 34:13
spoken 31:22
square 52:24 82:21
stamped 52:1
standard 63:19,22 84:11
standards 37:12,17 38:8
standpoint 58:22
start 4:13 23:17,21

67:16
started 75:22 75:22 76:11 81:16,18
starts 64:21
state 4:19 9:16 87:1
States 1:1,14
stating 41:14
Stay 41:9
stenographer 87:14
stipulate 46:5 46:12 59:5 59:9 60:17 63:12 76:22
stop 40:24
storage 22:5 77:2
store 27:21
stored 27:21 48:11
Street 2:10
structure 50:5
stuck 55:14
studies 21:8
stuff 76:12
subcontrac... 83:23 85:2
subject 16:23 89:6
submit 83:19
submitted 56:4 60:4 85:8 87:20
submitting 72:4
SUBSCRI... 89:19
subsequent 57:16
sue 19:15
suggests

52:10 65:13
Suite 2:10
suits 16:14
summary 39:24 40:1 41:16
supply 84:18
Support 39:23
supposed 9:11
Supreme 87:21
sure 10:5 12:17 14:3 31:20 33:20 39:17 43:20 45:3 49:4 51:20 54:4 55:18,18 64:18,23 65:15,16 71:20 76:3
surmise 66:6
surmising 67:5 73:8
swear 4:1
switched 75:20 76:10
sworn 4:7 87:11 89:19
system 27:15 27:20 65:4 65:21 66:7 67:2,11 68:6,8 75:18,21 76:10 83:20
systems 27:18 50:6

———————
T
———————
T 3:8
tack 65:6

tailored 16:6
take 23:7 33:2 53:20 54:2,3 56:6 56:10 72:13 86:2,23
taken 1:12 4:11 33:4 54:6 86:5 87:6,13 89:8
talk 22:24 59:19
talked 7:18 28:7 30:3 30:22 31:14 32:4 57:10
talking 35:1 47:2 50:15 50:17 58:7 77:8
Tanya 26:14 26:17,20 28:12,14,15 28:24 29:6 29:8,11 30:22 32:9 32:22 34:8 35:5,6
task 9:11 76:4
technically 82:23
tell 24:3 53:15 81:5
tells 53:2
ten 52:11
tend 59:4
term 47:23 66:17
testified 4:8
testify 7:11 9:19 16:20 52:11 80:9

**ERIC DAVIS**
**April 17, 2025**

Page 13

| | | | | | |
|---|---|---|---|---|---|
| **testimony** 6:4 | 70:10,11 | 72:2 73:1 | **today** 27:9 | 58:19 | 49:20 59:16 |
| 18:11,12 | 72:22,23 | 74:12 75:4 | 29:8 | **triggered** | 67:24 79:17 |
| 26:1 45:1 | 73:3 74:9 | 75:14 77:7 | **today's** 16:17 | 38:20 | **unfortunat...** |
| **text** 58:3 | 74:11 76:9 | 79:3 80:12 | 21:20 53:15 | **true** 27:9 | 75:20 |
| **tgm@morr...** | 77:16 84:22 | 80:21 81:4 | 66:10 81:7 | 69:4,16 | **Unintentio...** |
| 2:6 | **Thomas** 1:7 | 81:22 83:12 | **told** 32:17 | 87:15 89:7 | 13:18,19 |
| **Thank** 4:9 | 2:3,3 3:5 | 85:22 86:2 | **Tom** 8:16 | **trying** 13:7 | **United** 1:1,14 |
| 42:17 56:9 | 4:3,10,18 | 86:6,8,10 | 15:19 18:23 | 18:14 43:5 | **University** |
| 57:1 65:18 | 6:7,23 7:22 | 86:16,20 | 19:15 21:6 | **Tuesday** 6:22 | 21:8 |
| 71:23 | 8:7,18 9:5 | **thought** | 21:15 23:16 | 6:24 7:3 | **updated** |
| **Thanks** 14:13 | 9:13,21 | 28:13,13 | 28:4 32:2 | **tunnel** 65:21 | 54:11 |
| 52:19 | 10:18 11:5 | **three** 25:1 | 33:20 35:7 | **turn** 39:20 | **upstairs** |
| **thing** 32:9 | 11:16 12:10 | 30:12 32:10 | 38:2 41:5 | 40:3 55:20 | 22:10 58:12 |
| 43:17 64:16 | 12:21 13:3 | 32:16 34:6 | 43:23 46:12 | 85:15 | 80:3 |
| **things** 9:10 | 13:8,10,13 | 35:2 46:15 | 47:12 52:22 | **turned** 38:17 | **use** 51:23 |
| 27:17 49:1 | 13:16,21 | 80:14 81:17 | 57:15 75:3 | **turns** 60:15 | 67:2,3 68:6 |
| 59:1 60:3 | 14:14,18 | 81:24 | 76:23 78:23 | 60:24 | **users** 12:15 |
| 60:13,14 | 16:5 18:1 | **three-page** | 81:20 | **two** 50:20 | **uses** 75:18 |
| 76:5 77:3 | 18:10,17,20 | 55:22 | **top** 41:9 42:4 | 80:14 | **usually** 60:2 |
| 81:14,15 | 18:24 19:10 | **Thursdays** | 42:5 63:5 | **typical** 83:18 | 60:21 |
| 85:9 | 20:23 21:1 | 8:24 | 65:20 | **typically** | **utilities** 65:3 |
| **think** 5:13 | 21:9 23:22 | **time** 7:9,23 | **topic** 5:5,5,15 | 59:22 60:17 | 65:6,21 |
| 6:21 7:2,7 | 25:3 26:3 | 13:2,23 | 5:19,23 | 61:5,6 62:8 | |
| 7:16 8:4 | 27:8 30:21 | 19:5,21 | 6:17 7:11 | 65:2 83:5 | **V** |
| 9:24 10:22 | 33:2,5,7,10 | 20:13 21:12 | 10:14 15:12 | 83:10 84:2 | **vacation** 7:16 |
| 13:13 18:13 | 33:16,23 | 26:14 27:2 | 16:21 17:6 | 84:16,23 | 7:24 8:9 |
| 19:18 21:10 | 35:22 37:7 | 29:18 32:12 | 17:8 27:10 | 85:18 | 10:11,12 |
| 21:16 24:22 | 37:19 39:5 | 33:1,17 | 31:23 32:4 | | 11:7,15 |
| 25:7,10,11 | 39:9,12,15 | 36:14 37:20 | 32:6 46:6 | **U** | 14:19 20:13 |
| 26:14,16,20 | 39:19 40:7 | 38:12,15 | 51:2,2 | **UFAS** 38:8 | 20:20,22 |
| 27:14 28:20 | 40:9 42:9 | 45:13 46:4 | 77:22,22 | 60:13 | **vague** 34:12 |
| 30:17 32:20 | 43:24 44:18 | 48:19,22 | 79:7,18 | **uncommon** | 34:21 |
| 35:8,19,21 | 45:8 46:22 | 50:2,10,13 | **town** 7:2 | 67:6,17 | **various** 59:5 |
| 36:11,11,23 | 47:14 49:12 | 56:10 57:10 | **track** 82:21 | **undersigned** | 67:10 84:1 |
| 38:1,3,13 | 49:15 52:2 | 58:11,18 | **tracking** 3:17 | 87:13,22 | 84:12 |
| 39:18 42:1 | 52:15,18 | 59:15 60:11 | 53:5 67:7 | **understand** | **version** 51:17 |
| 42:3,8 | 53:4,17,23 | 61:7,23 | **traditionally** | 21:16 27:16 | 53:2 |
| 43:19 45:3 | 54:2,4,7,20 | 63:2 66:7,9 | 58:24 | 32:3,7,14 | **versus** 40:2 |
| 47:1 49:11 | 54:21 55:10 | 68:7 70:10 | **traffic** 8:23 | 43:15 47:11 | 53:8,19 |
| 49:14 58:16 | 56:17,22,24 | 80:18 84:2 | **training** | 47:15 50:24 | **vintage** 22:7 |
| 58:18 59:21 | 57:5,22 | 87:7,17 | 37:10,16,23 | 51:1,10 | 52:8 |
| 61:6 62:7 | 58:5 61:18 | **timeline** 7:21 | **transcript** | **understand...** | **volume** 58:17 |
| 63:2 64:11 | 65:17,19 | **timing** 81:12 | 89:5,8 | 17:15,18 | 58:17 64:22 |
| 64:13 65:12 | 68:17 71:21 | 81:20 | **transmitting** | 30:6 43:20 | 65:1 |

**ERIC DAVIS**
**April 17, 2025**

| | | | | | |
|---|---|---|---|---|---|
| **VORE** 2:8,9 | 86:23 | 11:15 22:4 | **wooden** 59:7 | 68:4 69:8 | 58:8,13 |
| 4:4 6:3,19 | **vs** 1:6 | 58:11 78:8 | **word** 15:16 | 69:19,21 | 61:15 62:19 |
| 7:12 8:1,11 | | 80:2 | 42:22 72:13 | 70:23 71:14 | 63:1 65:8 |
| 9:4,7,20 | **W** | **weren't** 17:4 | **words** 41:7 | 71:16,24 | 67:12 68:21 |
| 10:17,20 | **W** 2:4 | 17:18 73:10 | 42:20 | 72:6,9,17 | 69:6,12,15 |
| 11:11 12:5 | **waived** 87:19 | 81:6 | **work** 7:13 | 73:6,11,16 | 70:9,19 |
| 12:18 13:2 | **wander** 27:23 | **West** 2:10 | 12:13,15 | 73:23 76:22 | 72:8,16 |
| 13:5,9,15 | **want** 8:2 | **Western** 2:4 | 24:13 47:12 | 81:2 | 75:2,2 |
| 13:18,23 | 30:12 39:17 | **whatsoever** | 60:19 63:13 | **year** 32:5 | **10:31** 54:10 |
| 14:6,8,13 | 41:22 43:15 | 38:17 | 65:3,5,21 | 51:20 69:15 | **10:35** 54:5 |
| 14:17 15:16 | 43:20 51:22 | **wild** 20:21 | 66:21 67:18 | 73:10,22 | **10257** 2:4 |
| 17:11 18:7 | 65:14,16 | **willful** 79:15 | 67:18 78:23 | **Year's** 73:11 | **11:20** 86:4 |
| 18:14,19 | 71:19 86:12 | **witness** 4:2,6 | 83:17 84:15 | **years** 20:2 | **11:24** 86:24 |
| 20:19 21:3 | **wanted** 7:17 | 6:6,21 7:15 | **worked** 23:5 | 23:8 24:8 | **129** 64:17,21 |
| 23:14 24:23 | **wasn't** 22:11 | 8:4,14 9:17 | **works** 28:23 | 24:15,21 | 65:15 |
| 25:24 30:7 | 30:13 37:5 | 10:22 11:13 | **wouldn't** | 25:1,19 | **13** 3:16,17 |
| 33:9,15,18 | 38:21 42:3 | 12:7,20 | 20:4 23:16 | 28:5 30:2 | 51:14 52:16 |
| 35:16 36:19 | 45:3 72:13 | 14:1,5,7 | 23:19 27:19 | 30:11,12 | 52:17 71:13 |
| 37:13 39:4 | **waste** 32:12 | 15:19 17:14 | 83:5 | 32:10,16 | 71:18 73:2 |
| 39:7,11,14 | **way** 18:15 | 18:22 19:2 | **write** 43:9,10 | 33:11 34:6 | 73:15 |
| 39:17 40:6 | 26:5 37:18 | 19:4 21:5 | **writing** 41:14 | 35:2 46:15 | **134** 71:21 |
| 40:8 43:9 | 46:1 57:14 | 23:16 24:24 | 46:3 | 50:4 52:11 | 73:18 |
| 43:13,16 | 67:7 78:20 | 26:5 30:9 | **written** 27:3 | 56:16 64:2 | **138** 64:17 |
| 44:8,24 | 78:22,22 | 33:20 35:18 | 42:12 | 77:4,6 | 65:15 |
| 46:9 47:9 | 79:14 80:9 | 36:21 37:15 | | 80:14 | **14th** 56:2 |
| 49:9,14 | 81:21 | 43:11,14,17 | **X** | **Yep** 86:7 | 72:4 |
| 51:22 52:5 | **We'll** 42:5 | 44:10 45:3 | **X** 3:1,8 | | **15** 30:11 |
| 52:14,17,19 | 53:23 55:20 | 46:11 47:11 | | **Z** | **16** 3:18 39:6 |
| 53:10,21 | 73:5 86:9 | 49:11 52:6 | **Y** | **Zoom** 1:12,15 | 40:7 |
| 54:1,5,9 | 86:23 | 52:20 53:13 | **yeah** 6:21 7:1 | | **17** 3:2 |
| 55:6,8 | **we're** 4:15 | 54:3 55:7,9 | 22:23 28:10 | **0** | **17th** 1:16 |
| 56:11,20,23 | 9:7 33:2 | 56:15 57:2 | 28:11,16 | **084-002522** | 4:12 89:9 |
| 57:1,19 | 54:7 65:15 | 57:20 58:3 | 30:15,17 | 88:8 | **18** 3:20 40:2 |
| 58:1 61:11 | 65:16 71:20 | 61:13 68:4 | 35:10 41:1 | | 56:22,23 |
| 65:14,18 | 73:17 76:2 | 71:24 72:22 | 43:14,16 | **1** | 57:6 64:19 |
| 68:2 71:19 | 77:3 86:6 | 74:8,20 | 45:3 52:20 | **1** 3:10 5:1,8 | 65:14,15 |
| 71:23 72:20 | **we've** 39:18 | 75:10 76:22 | 54:9 56:3 | 5:10 58:17 | 70:6 71:1 |
| 74:6,18 | **week** 5:12 | 80:1 81:2 | 56:15,24 | 64:22 89:5 | 71:22 73:17 |
| 75:8 76:19 | 6:22,24 7:2 | 81:10 83:5 | 57:3,3,4 | **10** 3:12 19:19 | **19** 47:3 |
| 79:2,23 | 7:18 22:18 | 84:22 86:9 | 58:4,8,19 | 35:13,19,21 | **1973** 52:24 |
| 80:20,24 | 22:20,21 | 86:15 87:6 | 62:20,22 | 35:24 36:7 | **1988** 5:18 |
| 81:8 83:4 | **weekend** | 87:11,17,19 | 63:2,14 | 39:2 40:13 | 10:19 11:9 |
| 84:20 86:4 | 86:11 | 88:1 89:1 | 64:4,5,9,20 | 44:19 45:4 | 11:14 14:22 |
| 86:7,13,17 | **went** 10:11 | **wood** 59:8 | 66:5,20,23 | 45:5 46:24 | 15:15 16:10 |
| | | | | 50:15 57:24 | |

ERIC DAVIS
April 17, 2025

16:20 17:10
18:4 19:21
20:18 21:14
22:1 23:3
23:13 25:6
25:16,22
29:14 31:1
31:16 34:2
37:20,22
47:4,13,22
48:15 49:8
49:18 50:13
61:8,20
76:18 77:15
78:2,10
80:18
**1989** 65:12
65:13 66:2
66:4,5 67:3
67:13 68:1
69:4 73:22
**1990** 71:10
72:24 73:4
73:11
**1991** 69:14
72:14
**1992** 5:18
10:19 11:10
11:14 14:23
15:15 16:11
16:20 17:10
18:4 19:21
20:18 21:14
22:2 23:4
23:13 25:6
25:16,22
29:15 31:1
31:17 34:3
36:15 37:9
37:22 47:3
47:4,13,22
48:15 49:8
49:19 50:13
58:10 61:8

61:21 76:18
77:15 78:3
78:11 80:18
**1998** 47:3
**1st** 5:18
10:19 11:10
29:15 31:1
55:3 72:23
73:8

_____
**2**

**2** 3:12 5:5,15
7:11 10:14
15:12 16:21
27:10 31:23
32:4,6 51:2
51:2 68:19
69:7 70:24
77:22 79:7
79:18
**20** 4:15 20:2
77:6
**2014** 52:9
**2015** 52:10
**2018** 75:23
**2020** 56:2
64:1 72:4,5
**2024** 5:4
39:22 55:3
78:9 81:6
**2025** 1:17 3:2
7:6 10:13
11:7,21
14:20 15:12
16:7 21:11
79:1,4,8
88:3 89:9
89:21
**21st** 88:2
**230** 2:10,10
**233-7901** 2:5
**24** 5:3
**24-cv-03739**
1:5

**24-year-old**
27:24
**24th** 5:3
**26** 68:1
**26th** 22:5
66:5 79:1,4
79:8
**28th** 8:4,5
10:13 11:7
11:21 14:19
15:12 16:7
**2nd** 39:22

_____
**3**

**3** 3:14 5:5
52:23 69:18
70:2,4
**3-2-24** 3:19
**30(b)(6)** 3:11
4:10 5:2,19
6:18 64:15
77:23
**300-4479**
2:11
**30th** 69:3
**312** 2:11
**32** 20:2 50:4
77:6
**36** 48:6
**39** 3:18

_____
**4**

**4** 3:5,15
71:12
**4268** 40:2

_____
**5**

**5** 3:10
**51** 3:17
**56** 3:20

_____
**6**

**6** 40:3
**60** 15:24
**60606** 2:11

**60643** 2:5
**69** 3:12,14
**6B** 40:10
**6th** 8:5 21:11
21:20

_____
**7**

**7** 40:17
**71** 3:15
**73-102** 67:4
**773** 2:5
**7th** 5:18 7:6
10:19 11:9
29:14 30:24

_____
**8**

**81,000** 52:24
**88** 15:3 36:14
37:9 61:5
84:6
**89** 66:1,2,6
67:3,5,6
69:1 71:2
83:6 89:6
**89-73-102**
65:23 67:24
**8th** 7:6

_____
**9**

**9** 17:6 19:18
61:14 67:23
68:1,13,14
68:19 71:7
72:19 75:1
75:1 83:13
84:19
**9-24-24** 3:11
**9:00** 4:14
**9:23** 1:16
4:15
**91** 70:23
72:10
**92** 15:3 61:6
83:6 84:6