IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Kavarian Rogers, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | 24-cv-3739 |
| -vs- | ) | |
| | ) | Judge Rowland |
| Thomas Dart, Sheriff of Cook County, and Cook County, Illinois, | ) ) ) | |
| *Defendant.* | ) ) | |

**PLAINTIFF'S MOTION FOR APPROVAL OF CLASS NOTICE**

Plaintiff Kavarian Rogers, by counsel, and pursuant to Rule 23(c)(2) of the Federal Rules of Civil Procedure moves the Court for approval of class notice.

Grounds for this motion are as follows:

1. Pursuant to Rule 23(c)(2)(B), the Court must direct notice to members of the Rule 23(b)(3) classes. Notice must include "the class claims, issues, or defenses."

2. On May 10, 2025, class counsel provided a draft of the class notice. Exhibit 1,Draft Notice; Exhibit 2 at 9, P.Morrissey email sent 5/10/2025 with proposed notice.

3. The proposed notice includes information regarding the Prison Litigation Reform Act exhaustion defense. Defendant Sheriff has raised this affirmative defense. Dkt. 93, Sheriff's Answer and Affirmative Defenses at 9. In *Hernandez v. Dart*, another class action involving the Cook County Department of Corrections, the district court approved class notice with language concerning

this exhaustion defense. *See* Exhibit 3, *Hernandez v. Dart*, 23-cv-16970, Dkt. 120, Minute entry; Exhibit 4, *Hernandez* Class Notice

4. Class counsel proposes to send notice via First-Class U.S. Mail to the last known addresses of class members. The proposed notice is attached hereto as Exhibit 1. Class counsel further requests that the Court set an opt-out deadline of 60 days from the date of mailing. Class counsel intends to retain Atticus Administration, LLC, to carry out the mailing of the class notice. Atticus Administration, LLC, is currently facilitating notice in the *Hernandez* class action.

5. Since May 10, 2025, class counsel has requested feedback from defendants regarding the proposed class notice. Exhibit 2 at 9, P.Morrissey email set 5/10/2025. After several requests, defense counsel agreed to hold a conferral about class notice on May 29, 2025, Exhibit 2 at 7, J.Johnson e-mail sent 5/29/2025 at 4:24 am, but this meeting was cancelled by Mr. DeVore, the lead attorney for defendants, because defense counsel requested to first confer with his clients prior to discussing class notice. Exhibit 2 at 4, J.DeVore e-mail sent 5/29/2025 at 12:41 pm. Class counsel has made several subsequent attempts to call and confer with defense counsel regarding class notice without any success. *See* Exhibit 2 at 2, T.Morrissey e-mail sent 6/17/2025 (indicating a voice mail message was left and requested a conferral regarding class notice); Exhibit 2 at 1, T.Morrissey e-mail sent 6/24/2025 (another e-mail seeking a conferral about class notice).

6. Class counsel also requests that the Court order defendants to supplement production of identifying information for the Rule 23(b)(3) class.

Pursuant to an order by Judge Weisman, defendants produced an excel sheet of class members from May 8, 2022, through December 18, 2024. *See* Dkt. 46, Minute entry (granting motion to compel class list). Defendants produced this information a few weeks later, in January of 2025, using the following formula:

| Dates: | (May 8, 2022, through December 18, 2024) |
|---|---|
| Where: | Division 9 |

Query 1
Select * from [dbo].[fn_Legal_Request_Listing_Specific_Alerts_in_a_Division]
(
'Division 9',
'2022-05-08',
'2024-12-18',
'Cane, Crutches, Walker'
)
Order By [Booking ID], [Alert Start]

Query 2
Select * from [dbo].[fn_Legal_Request_Listing_Specific_Alerts_in_a_Division]
(
'Division 9',
'2022-05-08',
'2024-12-18',
'(Cane Long Distance Only, Crutches Long Distance Only, Walker Long Distance Only)'
)
Order By [Booking ID], [Alert Start]

7. Plaintiff requests that the Court order defendants to turn over the date of births for the class members in an excel sheet. The date of births are important to identify whether any class members have been transferred to the Illinois Department of Corrections. The Illinois Department of Corrections publishes regular reports online, using date of births, of inmates who are held within one of

their facilities. Additionally, class counsel requests that the Court order defendants to supplement the class list (with dates of births) from December 19, 2024, to the present. This should not take long since defendants already formulated the parameters necessary to pull this data and turned this data over promptly following Magistrate Judge Weisman's discovery order on December 18, 2024. *See* Dkt. 46, Minute entry.

The plaintiff class respectfully requests that the Court order the following steps to be taken regarding notice to the Rule 23(b)(3) class:

1. Order defendants to supplement the previously produced class list with the date of births in an excel sheet by July 11, 2025;
2. Order defendants to supplement the class list from December 19, 2024 to the present, and include dates of births, by July 11, 2025;
3. Approve the class notice form attached as Exhibit 1 to be sent by First Class US Mail;
4. Direct class notice to be sent by August 1, 2025; and
5. Order that class members have until October 31, 2025, for opt-outs to be received by class counsel.

Respectfully submitted,

/s/ Patrick Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
(773) 233-7901
pwm@morrisseylawchicago.com
*an attorney for the plaintiff class*