ROGERS v. DART
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164

<<barcode>>

<<claimant_id>>

<<first_name>> <<last_name>>
<<address1>> <<address2>>
<<city>> <<state>> <<zip>>

Exhibit 1 Page 1

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

This notice is being sent to you because records show you were detained in Division 9 of the Cook County Department of Corrections and assigned a cane, crutch, or walker by a jail medical provider.

A lawsuit pending in federal court in Chicago may affect you. The name of the case is *Rogers v. Dart*, No. 24-cv-3739. The issues presented in this case are whether: (1) the Rehabilitation Act structural standards apply to Division 9; and (2) if the standards were violated because the showers and toilets in the division were not compliant.

United States District Judge Mary M. Rowland has ordered that the case may proceed as a class action for the following class:

> All Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provider and assigned to Division 9 between May 8, 2022 and the date of entry of judgment to resolve the issue under Rule 23(c)(4) of whether the toilets and showers complied with the Structural Standards required by the ADA and RA during that time period.

If you are a member of the class, you will be represented by Thomas G. Morrissey, Ltd., 10257 South Western Avenue, Chicago, Illinois 60643, (773)238-4235. The Court has found that attorneys Thomas Morrissey and Patrick Morrissey are able to represent the class, although it has not required that you agree to have them represent you. If you desire, you may enter an appearance through an attorney other than class counsel or on your own without a lawyer. Class members will not have any obligation to pay for legal services to class counsel except out of any award as the Court may order.

The Court's order allowing this case to proceed as a class action means that, if you are a member of a class, you may be eligible to seek money damages if the class prevails. The Court has not made any ruling about whether the defendants violated federal law. Nothing in this notice should be read as a ruling on these issues. If you are a member of a class, then unless you exclude yourself from the case, you will be bound by the decision of the Court.

Defendants may raise a defense that individual class members failed to exhaust available administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). If you are currently incarcerated, you should follow the Cook County Department of Corrections grievance process: file a grievance and appeal any response to exhaust any available administrative remedies. The Court has not made any ruling about whether a class member must exhaust any available administrative remedies to seek money damages.

If you do not wish to participate in this case, you must return the enclosed "opt out" form to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 on or before [**month, day]** **2025.** *This means that the form must be received* ***by [month, day], 2025*** *(not simply put in the mail by then).*

By returning the "opt out" form, you will not be represented by class counsel. You may decide not to be involved and do nothing, or you may decide to proceed on your own, by filing your own separate lawsuit or you may seek to petition to intervene in this class action.

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday.

Thomas G. Bruton
Clerk, United States District Court

# *Important Notice*

## OPT-OUT FORM

I have read the notice that appears along with this form.

**I *do not* want to participate as a member of the class in this lawsuit.**

I understand that by signing this form, ***I will not*** be represented by class counsel, but may proceed on my own.

***DO NOT FILL OUT THIS FORM***
***IF YOU WANT TO STAY IN THIS LAWSUIT***

If you choose *not* to participate in this case, please date and sign your name below.

Date:____________________

_________________________________________
Name

_________________________________________
Signature

**If you do not wish to participate in this case, you must return this form to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 by [month, day] 2025. *This means that the form must be received at the office of class counsel by [month, day], 2025, and not simply put in the mail by then.***

**THIS PAGE INTENTIONALLY LEFT BLANK**

Exhibit 1 Page 4