# Patrick Morrissey

| | |
|---|---|
| **From:** | Thomas Morrissey |
| **Sent:** | Tuesday, June 24, 2025 1:23 PM |
| **To:** | Troy Radunsky; Jason DeVore |
| **Cc:** | Jason DeVore; Patrick Morrissey; Jorie Johnson; Law Clerks |
| **Subject:** | RE: Rogers v. Dart, 24-cv-3739, Draft Class Notice |

Counsel:

On June 17th, I wrote requesting a conferral to discuss plaintiff's draft of the notice to the class in Rogers and also to request the updated list with the last known addresses of class members. I did not receive a response from any of the attorneys for the defendants providing a time for a conferral. These issues have ben lingering for more than a month.

Please provide a time today for a conferral.

Tom

---

**From:** Thomas Morrissey
**Sent:** Wednesday, June 18, 2025 9:57 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** RE: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Troy:

Please schedule a time on Friday to discuss Rogers class notice and the list of putative class members. This information should have been promptly turned over by defendants following certification.

Tom

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, June 18, 2025 9:03 AM
**To:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Tom,

I am unavailable this morning due to multiple previously scheduled client meetings and Im in an dep all afternoon.

Tomorrow our office is closed for the holiday and I have 2 doctors appointments which I purposely scheduled on the holiday since court is closed.

1

Exhibit 2 Page 1

As we've told you, Jason is on vacation, and returning Friday. He needs and wants to attend any meeting we have also since I can't speak on the issues right now.

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
[tradunsky@devoreradunsky.com](mailto:tradunsky@devoreradunsky.com)
[www.devoreradunsky.com](http://www.devoreradunsky.com)
*Recognized by SuperLawyers*

> On Jun 17, 2025, at 4:33 PM, Thomas Morrissey <tgm@morrisseylawchicago.com> wrote:
>
> Mr. Radunsky:
>
> I write after noticing your official appearance for defendants in Rogers. The production request seeking the last known address of class members is overdue and my office waiting a response from defendants regarding plaintiff's proposed notice. I am available tomorrow to discuss on Zoom with A-I recording.
>
> Please provide a time for the conferral.
>
> Tom
>
> ---
>
> **From:** Thomas Morrissey
> **Sent:** Tuesday, June 17, 2025 2:06 PM
> **To:** Jason DeVore <jdevore@devoreradunsky.com>; Patrick Morrissey <pwm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>; Troy Radunsky <tradunsky@devoreradunsky.com>
> **Subject:** RE: Rogers v. Dart, 24-cv-3739, Draft Class Notice
>
> Mr. DeVore and Ms. Johnson:
>
> I write regarding the outstanding production request served on 5/9/25 and plaintiff's draft of a proposed notice to the class. Your office previously agreed to have a conferral regarding this matter on May 29th on Zoom and recorded by A-I. That meeting was cancelled at the last moment by your office due to your representation that you needed additional time to discuss the matter with your client. I called this afternoon and left voicemail messages on both of your phones requesting a conferral.
>
> Please return my phone cal. If you prefer, I am also available on Zoom with recording on A-I today or tomorrow for this conferral.
>
> Tom

2

Exhibit 2 Page 2

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Thursday, May 29, 2025 1:03 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** RE: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Pat,

We just told you that we would speak with our client regarding the three issues you raised in your email. You confirmed those are the only issues a few minutes ago.

The supplemental information you requested through today's date will be part of our communications with our clients. As we have discussed previously, when you request additional date ranges, it takes time to address those requests.

Jason

Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423
jdevore@devoreradunsky.com
www.devoreradunsky.com
<image001.png>

<image002.png>
This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, May 29, 2025 12:53 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Mr. DeVore,

My office sent your office the proposed notices almost three weeks ago. We have been asking for conferrals since transmitting the draft notices on 5/10. There has been no substantive response from your office regarding this issue.

My office is attempting to avoid the issue in *Hernandez* where we are experiencing significant delay in sending class notice, an element required under Rule 23.

Now that your office has indicated you will not attend the scheduled 1:30 PM conferral via Zoom, we will proceed with preparing a motion seeking approval of the class notice. In that motion, we will detail our efforts to engage your office in a good faith attempt to resolve this straightforward issue without court intervention.

Pat Morrissey

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Thursday, May 29, 2025 12:41 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** RE: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Pat,

We will advise in writing regarding the issue you identified. We will also discuss this issue with our client. Thanks for clarifying the issues today.

We are not refusing to confer, but we want to have conferrals be fruitful, as opposed to your attempts to interrogate us and attempt to discuss multiple cases without meaningful collaboration among the parties. It benefits no one to waste time.

We will be back in touch after we have conferred with our client.

Jason


Jason E. DeVore
DeVore Radunsky LLC
230 W. Monroe Street, Suite 230
Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423
jdevore@devoreradunsky.com
www.devoreradunsky.com
<image001.png>

<image002.png>
This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, May 29, 2025 12:34 PM
**To:** Jason DeVore <jdevore@devoreradunsky.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Mr. DeVore,

I request to hold the meeting over Zoom today. My office has attempted to confer with your office for several weeks regarding this issue. Your email sent at 12:25 pm does not provide any response regarding the proposed class notice sent to your office more than 2 weeks ago:

1. One form of the notice would be provided to people by US Mail to the people on the class list.
1. The other form of notice - we propose - will be hand delivered to class members who are assigned to Division 9 after the date of compiling the class notice.

The forms are nearly *identical* to the notices that we proposed in the Hernandez class action.

Again, please be available at 1:30 pm today for our scheduled conferral over Zoom (that defense counsel insists must be recorded by AI). I have already arranged my schedule for this agreed conferral.

Pat Morrissey

---

**From:** Jason DeVore <jdevore@devoreradunsky.com>
**Sent:** Thursday, May 29, 2025 12:25 PM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jorie Johnson <jjohnson@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Pat,

As we understand your email, you are asking our client to provide a supplemental class list to include dates through "the present". We will confer with our client regarding this request. It appears that you want the dates from December 19, 2024, to May 29, 2025, but please advise if that is not the case. You also appear to request the dates of birth for those on the class list. Those are the only issues you raised.

After additional review of your email, we can address them without need for a Zoom meeting conferral today. We will advise after we have spoken with our client regarding your email.

We can set a meet and confer, if needed, after we speak with our client.

Jason

Jason E. DeVore

DeVore Radunsky LLC

230 W. Monroe Street, Suite 230

Chicago, IL 60606
D: 312.300.4482 | O: 312-300-4479 | F: 312-674-7423

jdevore@devoreradunsky.com
www.devoreradunsky.com

<image001.png>

<image002.png>

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, May 29, 2025 12:15 PM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Counsel,

I write to follow up on my email sent at 8:24 am accepting the time slot at 1:30 pm to confer about the Rogers class notice. Ms. Johnson offered this window in her email sent this morning at 4:24 am.

Can you please forward the link so I can join this Zoom meeting?

Thank you,

Pat Morrissey

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Thursday, May 29, 2025 8:24 AM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>;

Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Ms. Johnson,

I can speak with you at 1:30pm today. Please forward the zoom link.

Pat

Get Outlook for Android

---

**From:** Jorie Johnson <jjohnson@devoreradunsky.com>
**Sent:** Thursday, May 29, 2025 4:24:33 AM
**To:** Patrick Morrissey <pwm@morrisseylawchicago.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Good morning, Counsel.

In response to your request to discuss Rogers v. Dart Class Notice and a class list, we would like to schedule a Zoom recorded meeting today.

We are available between 1:30 pm and 3:15 pm for a meeting today. Please let us know a 30-minute time frame within that range, and we will send you a link for the video conference. Thank you.

Kind Regards,

    Jorie R. Johnson



Kind Regards,

    Jorie R. Johnson

<image003.jpg>
_____
_____

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you

received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachment

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Wednesday, May 28, 2025 11:38:51 AM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <LawClerks@devoreradunsky.com>
**Cc:** Thomas Morrissey <tgm@morrisseylawchicago.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Mr. DeVore,

Tom left you a voice mail about an hour ago to discuss Rogers, including the material to send class notice along with the draft notices that my office sent you on 5/10. A copy of the draft notices is attached.

Additionally, it should not be difficult for your office to supplement production of the class list: (1) with class members from December 19, 2024 to the present, and (2) providing the date of births for these individuals from May 8, 2022 to the present. The data also indicates class members currently incarcerated at the Jail as of December 18, 2024, by listing their bed number. The formula used by your client to produce original class list is below:

<image004.png>

As stated yesterday, my office is agreeable to the approach raised by your office to conduct this conferral by Zoom and recorded by AI provided your office turns over the video and transcript immediately to my office.

Pat Morrissey

---

**From:** Patrick Morrissey <pwm@morrisseylawchicago.com>
**Sent:** Tuesday, May 27, 2025 7:18 PM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <lawclerks@devoreradunsky.com>
**Subject:** Re: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Counsel,

I write to follow up on the e-mail sent on 5/10 with copies of the proposed class notice. Defendants have not provided any substantive feedback regarding the notice sent more than two weeks ago.

Please provide a time in the next day or two for a conferral regarding this issue. If defendants believe it is necessary, we can have our conferral by Zoom and recorded by video and AI, so long as defense counsel agrees to forward my office the video and transcript immediately after the conferral.

Pat Morrissey

---

**From:** Patrick Morrissey
**Sent:** Saturday, May 10, 2025 8:06 AM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <lawclerks@devoreradunsky.com>
**Subject:** RE: Rogers v. Dart, 24-cv-3739, Draft Class Notice

Counsel,

Attached please find two draft notices for us to seek approval for the Court to transmit to class members. The first document is a notice to be sent by US Mail to the last known addresses of class members. The second document is a notice to be hand delivered to class members assigned to Division 9 after the date defendants produce the class data. The class continues to expand because the Sheriff and County continue to assign class members to Division 9.

These notices are nearly identical in substance to the notices we shared in the Hernandez class action.

Please provide feedback regarding these notices as soon as possible.

Pat Morrissey

---

**From:** Patrick Morrissey
**Sent:** Friday, May 9, 2025 9:55 PM
**To:** Jorie Johnson <jjohnson@devoreradunsky.com>; Jason DeVore <jdevore@devoreradunsky.com>; Law Clerks <lawclerks@devoreradunsky.com>
**Subject:** Rogers v. Dart, 24-cv-3739, Request to Produce Last Known Addresses of Class

Counsel,

Attached is a request for production of the last known addresses for the class.

Pat Morrissey

Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10257 S. Western Ave.
Chicago, IL 60643
773-233-7901
pwm@morrisseylawchicago.com
http://morrisseylawchicago.com