# Patrick Morrissey

| | |
|---|---|
| **From:** | usdc_ecf_ilnd@ilnd.uscourts.gov |
| **Sent:** | Tuesday, June 3, 2025 4:17 PM |
| **To:** | ecfmail_ilnd@ilnd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-16970 Hernandez v. Dart et al order on motion for miscellaneous relief |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF NextGen 1.8 (rev. 1.8.3)

## Notice of Electronic Filing

The following transaction was entered on 6/3/2025 at 4:16 PM CDT and filed on 6/3/2025
**Case Name:** Hernandez v. Dart et al
**Case Number:** 1:23-cv-16970
**Filer:**
**Document Number:** 120

**Docket Text:**
**MINUTE entry before the Honorable Sunil R. Harjani: In-person motion hearing held. Counsel reported parties have reached an agreement about the production of the revised class list. By 6/13/2025, Defendants shall provide an updated revised class list through May 28, 2025. At the request of Plaintiff's counsel, the motion for sanctions [117] is withdrawn. By agreement of the parties, Plaintiff's motion to compel [105] is denied as moot. For the reasons discussed and over Defendants' objection, Plaintiff's motion for approval of class notice [102] is granted, and as modified on the record. The deadline to opt out is set for 8/25/2025. Cross-motions for summary judgment are due 7/11/2025. The Court will defer entering a briefing schedule at this time. Mailed notice(lxs, )**

**1:23-cv-16970 Notice has been electronically mailed to:**

Zachary G Stillman    zstillman@recap.email, stillman@litchfieldcavo.com, davis@litchfieldcavo.com

Troy S. Radunsky    jdevore@devoreradunsky.com, service@devoreradunsky.com, lawclerks@devoreradunsky.com, tradunsky@devoreradunsky.com, zstillman@devoreradunsky.com

1

Exhibit 3 Page 1

Patrick William Morrissey     paralegal@morrisseylawchicago.com, pwm@morrisseylawchicago.com

Jason Edward DeVore     jdevore@devoreradunsky.com, service@devoreradunsky.com, lawclerks@devoreradunsky.com, jjohnson@devoreradunsky.com, tradunsky@devoreradunsky.com

Jorie R Johnson     service@devoreradunsky.com, jjohnson@devoreradunsky.com

Thomas Gerard Morrissey     tgm@morrisseylawchicago.com

**1:23-cv-16970 Notice has been delivered by other means to:**