HERNANDEZ v. DART
C/O ATTICUS ADMINISTRATION
PO BOX 64053
SAINT PAUL MN 55164



<<claimant_id>>

<<first_name>> <<last_name>>
<<address1>> <<address2>>
<<city>> <<state>> <<zip>>

Exhibit 4 Page 1

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

This notice is being sent to you because records show you were detained in the Cook County Department of Corrections and assigned a cane, crutch, or walker by a jail for a period of more than fourteen consecutive days.

A lawsuit pending in federal court in Chicago may affect you. The name of the case is *Hernandez v. Dart*, No. 23-cv-16970. The issue presented in this case is whether two ramps at the Cook County Department of Corrections, the Cermak ramp and the Residential Treatment Unit east tunnel ramp, comply with the Americans with Disabilities Act (ADA) and the Rehabilitation Act.

United States District Judge Sunil R. Harjani has ordered that the case may proceed as a class action for the following two classes:

> All Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provide, for a period of more than two weeks, and traversed the Residential Treatment Unit east tunnel ramp from February 13, 2022 to the date of judgment; and

> All Cook County Jail detainees who have been assigned a cane, crutch, or walker by a jail medical provider, for a period of more than two weeks, and traversed the Cermak ramp from December 20, 2021 to the date of judgment.

If you are a member of one or both classes, you will be represented by Thomas G. Morrissey, Ltd., 10257 South Western Avenue, Chicago, Illinois 60643, (773)238-4235. The Court has found that attorneys Thomas Morrissey and Patrick Morrissey are able to represent the class, although it has not required that you agree to have them represent you. If you desire, you may enter an appearance through an attorney other than class counsel or on your own without a lawyer. Class members will not have any obligation to pay for legal services to class counsel except out of any award as the Court may order.

The Court's order allowing this case to proceed as a class action means that, if you are a member of a class, you may be eligible to seek money damages if the class prevails. The Court has not made any ruling about whether the defendants violated federal law. Nothing in this notice should be read as a ruling on these issues. If you are a member of a class, then unless you exclude yourself from the case, you will be bound by the decision of the Court.

Defendants may raise a defense that individual class members failed to exhaust available administrative remedies as required by the Prison Litigation Reform Act, 42 U.S.C. § 1997e(a). If you are currently incarcerated, you should follow the Cook County Department of Corrections grievance process: file a grievance and appeal the response to exhaust any available administrative remedies. The Court has not made any ruling about whether a class member must exhaust any available administrative remedies to seek money damages.

If you do not wish to participate in this case, you must return the enclosed "opt out" form to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 on or before August 25, 2025. *This means that the form must be received **by August 25, 2025** (not simply put in the mail by then).*

By returning the "opt out" form, you will not be represented by class counsel. You may decide not to be involved and do nothing, or you may decide to proceed on your own, by filing your own separate lawsuit or you may seek to petition to intervene in this class action.

The court file in this case is available for examination in the Office of the Clerk, 219 South Dearborn Street, Chicago, Illinois between the hours of 9:00 a.m. and 4:30 p.m. Monday through Friday.

Thomas G. Bruton
Clerk, United States District Court

Exhibit 4 Page 2

Exhibit 4 Page 3

# *Important Notice*
## OPT-OUT FORM

I have read the notice that appears along with this form.

**I *do not* want to participate as a member of the class in this lawsuit.**

I understand that by signing this form, **I will not** be represented by class counsel, but may proceed on my own.

**DO NOT FILL OUT THIS FORM
IF YOU WANT TO STAY IN THIS LAWSUIT**

If you choose *not* to participate in this case, please date and sign your name below.

Date:_____

_____
Name

_____
Signature

**If you do not wish to participate in this case, you must return this form to the law offices of Thomas G. Morrissey, 10257 South Western Avenue, Chicago, Illinois 60643 by August 25, 2025. *This means that the form must be received at the office of class counsel by August 25, 2025, and not simply put in the mail by then.***

Exhibit 4 Page 4

**THIS PAGE INTENTIONALLY LEFT BLANK**

Exhibit 4 Page 5